1  David M. King, Esq. (Bar No. 95279)
   CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
2  Professional Law Corporation
   216 Park Road
3  P.O. Box 513
   Burlingame, California 94011-0513
4  Telephone: (650) 342-9600
   Facsimile: (650) 342-7685

Attorneys for Defendant City of San Mateo, a City Incorporated

*ORIGINAL FILED AUG 3 1 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

*E-filing*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AISAKE (ISACC) P. NAUFAHU, an individual Pro Se Litigant,

    Plaintiff;

vs.

CITY OF SAN MATEO, a City Incorporated, SAN MATEO CHIEF OF POLICE S.E. MANHEIMER, SAN MATEO POLICE CAPTAIN M. CALLAGY, SAN MATEO POLICE LIEUTENANT A. J. PARISIAN, SAN MATEO POLICE AMENDING OFFICER JACK RATCLIFFE, S26, SAN MATEO POLICE OFFICER BOLOGNA BADGE NUMBER 95, 4 UNA\NAMED SAN MATEO POLICE OFFICERS,

    Defendants.

No. C 07 4517

**DEFENDANT CITY OF SAN MATEO'S DEMAND FOR TRIAL BY JURY**

26839.00011\BGLIB1\1342443.1

1

DEFENDANT CITY OF SAN MATEO'S DEMAND FOR TRIAL BY JURY

1    Defendant CITY OF SAN MATEO respectfully demands a trial by jury in the above-entitled cause.

Dated: August 29, 2007

Respectfully submitted,

CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation

By: _____
David M. King
Attorneys for Defendant
City of San Mateo, a City Incorporated

26839.00011\BGLIB1\1342443.1