PROOF OF SERVICE
by PERSONAL DELIVERY

My name is Naufahu Powell.

I am a citizen of the United States. My age is over 18 (eighteen) years. My current residence address is 14 North Humboldt, San Mateo, California.

I declare that I am not a party to the case herein/herewith.

I personally delivered the Lawsuit Claim Document reference AISAKE NAUFAHU, PRO SE LITIGANT, PLAINTIFF vs. DEFENDANTS: 1. City of San Mateo; 2. City of San Mateo Chief of Police, Susan E. Manheimer; 3. San Mateo Police Officer Bologna badge number 95; 4. San Mateo Police Amending Officer Jack Ratcliffe S25; 5. San Mateo Police Lieutenant Alan J. Parisian; 6. San Mateo Police Captain Mike Callagy; 7. 4 unnamed police officers of San Mateo Police Department,
to Defendant 1 to City Clerk, City Hall, address 330 West 20th Avenue, San Mateo, California; and to Defendants 2 to 7 to San Mateo Police Department located 2000 South Delaware, San Mateo, California on .July 31st, 2007   in sealed envelope to said Defendants as described heretofore.

I certify and simultaneously declare under penalty of perjury that the foregoing is true and ocrrent.

Executed on   31st July, 2007   and of which, to which I hereunder signed theretofore.

_____   7/31/07
NAUFAHU POWELL

RECEIVED
JUL 3 1 2007
SAN MATEO P.D.