1  David M. King, Esq. (Bar No. 95279)
   CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
2  Professional Law Corporation
   216 Park Road
3  P.O. Box 513
   Burlingame, California  94011-0513
4  Telephone:     (650) 342-9600
   Facsimile:      (650) 342-7685
5
   Attorneys for Defendant City of San Mateo, a City Incorporated
6

7

8                           **UNITED STATES DISTRICT COURT**

9                           **NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  AISAKE (ISACC) P. NAUFAHU, an individual Pro Se Litigant, | No. C 07 4517 |
| 12 | **PROOF OF SERVICE OF ECF** |
| 13           Plaintiff, | **REGISTRATION INFORMATION HANDOUT; AND ORDER SETTING** |
| 14      vs. | **INTIAL CASE MANGAEMENT CONFERENCE AND ADR DEADLINES** |
| 15  CITY OF SAN MATEO, a City Incorporated, SAN MATEO CHIEF OF POLICE S.E. MANHEIMER, SAN MATEO POLICE CAPTAIN M. CALLAGY, SAN MATEO POLICE LIEUTENANT A. J. PARISIAN, SAN MATEO POLICE AMENDING OFFICER JACK RATCLIFFE, S26, SAN MATEO POLICE OFFICER BOLOGNA BADGE NUMBER 95, 4 UNA\NAMED SAN MATEO POLICE OFFICERS, | |
| 20           Defendants. | |

21

22

23

24

25

26

27

28

26839.00011\BGLIB1\1343321.1

                                            1

1     I, the undersigned, declare that I am employed in the County of San Mateo, California. I am over the age of eighteen (18) years and not a party to this action. My business address is 216 Park Road, P.O. Box 513, Burlingame, California 94011-0513.

    I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the United States Postal Service and know that this correspondence would be deposited with the United States Postal Service this day in the ordinary course of business.

    On August 31, 2007, I served a copy of each of the documents listed below by placing said copies for processing as indicated herein:

- ECF REGISTRATION INFORMATION HANDOUT; AND

- ORDER SETTING INTIAL CASE MANGAEMENT CONFERENCE AND ADR DEADLINES;

by placing a true copy thereof in a sealed envelope and placing this envelope for collection and mailing this date following the ordinary business practices of Carr, McClellan, Ingersoll, Thompson & Horn for deposit of correspondence in the United States Postal Service, addressed as follows:

    Aisake (Isacc) P. Naufahu
    Pro Se Litigant
    339 North Claremont
    San Mateo, CA 94401

    Executed on September 9, 2007 , at Burlingame, California.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    _____
    Lori J. Stumpf

26839.00011\BGLIB1\1343321.1