UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AISAKE (ISACC) NAUFAHU,

        Plaintiff(s),

v.

CITY OF SAN MATEO,

        Defendant(s).
_____/

CASE NO. C 07-04517 JL

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

    have not yet reached an agreement to an ADR process
    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference December 5, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| David M. King, Esq. | City of San Mateo | (650) 342-9600 | dking@carr-mcclellan.com |
| Jeremy A. Burns, Esq. | City of San Mateo | (650) 342-9600 | jburns@carr-mcclellan.com |
| Aisake (Isacc) Naufahu | In Pro Per | (650) 342-4817 | |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: Nov. 14, 2007

                                      David M. King, Esq.
                                      Attorney for Plaintiff

Dated:_____

                                      Attorney for Defendant

Rev 12.05

## PROOF OF SERVICE

I declare that I am employed in the County of San Mateo, California. I am over the age of eighteen (18) years and not a party to this action. My business address is 216 Park Road, P.O. Box 513, Burlingame, California 94011-0513.

I certify that the original papers filed with the Court and all copies of papers, documents, and exhibits, whether filed with the Court or served on other parties, are prepared on recycled paper.

I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the United States Postal Service and know that this correspondence would be deposited with the United States Postal Service this day in the ordinary course of business.

On November 14, 2007, I served the attached:

- **NOTICE OF NEED FOR ADR PHONE CONFERENCE**

by placing a true copy thereof in a sealed envelope and placing this envelope for collection and mailing this date following the ordinary business practices of Carr, McClellan, Ingersoll, Thompson & Horn for deposit of correspondence in the United States Postal Service, addressed as follows:

Aisake (Isacc) P. Naufahu
Pro Se Litigant
339 North Claremont
San Mateo, CA 94401

Executed on November 14, 2007, at Burlingame, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_Lori Stumpf_

26839.00011\BGLIB1\1343362.1