UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AISAKE (ISACC) P NAUFAHU

    Plaintiff(s),

    v.

CITY OF SAN MATEO

    Defendant(s).
_____/

No. 07-04517 JL

NOTICE OF CONTINUANCE
<u>OF CASE MANAGEMENT CONFERENCE</u>

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the case management conference scheduled for December 5, 2007 @ 10:30 a.m. in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued to January 23, 2008 @ 9:30 a.m..

Dated: November 27, 2007

*Wings Hom*
_____
Wings Hom Courtroom Deputy to
JAMES LARSON, CHIEF UNITED STATES
MAGISTRATE JUDGE