UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AISAKE (ISACC) P NAUFAHU

       Plaintiff(s),                                        No. 07-04517 JL

   v.                                          NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

CITY OF SAN MATEO

       Defendant(s).
_____/

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

**XX**   (1)   One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

       (2)   One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

The **CASE MANAGEMENT CONFERENCE** and motion previously scheduled for January 23, 2008 at 9:30 a.m. on Magistrate Judge Larson's calendar will **NOT** be held.

Dated: November 29, 2007

                                                     Richard W. Wieking, Clerk
                                                     United States District Court

                                                     */s/ Wings Hom*
                                                     By: Wings Hom, Deputy Clerk