**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**December 6, 2007**

CASE NUMBER:  CV 07-04517 JL
CASE TITLE:  AISAKE (ISACC) P NAUFAHU-v-CITY OF SAN MATEO

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable MAXINE M. CHESNEY** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **MMC** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 12/6/07

FOR THE EXECUTIVE COMMITTEE:

_____
Clerk

CORRECTION OF PREVIOUS ORDER

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies            Special Projects
Log Book Noted                           Entered in Computer 12/6/07


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                  Transferor CSA