David M. King, Esq. (Bar No. 95279)
Jeremy A. Burns, Esq. (Bar No. 239917)
CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, California 94011-0513
Telephone:   (650) 342-9600
Facsimile:   (650) 342-7685

Attorneys for Defendant City of San Mateo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AISAKE (ISACC) P. NAUFAHU, an individual Pro Se Litigant,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN MATEO, a City Incorporated, SAN MATEO CHIEF OF POLICE S.E. MANHEIMER, SAN MATEO POLICE CAPTAIN M. CALLAGY, SAN MATEO POLICE LIEUTENANT A. J. PARISIAN, SAN MATEO POLICE AMENDING OFFICER JACK RATCLIFFE, S26, SAN MATEO POLICE OFFICER BOLOGNA BADGE NUMBER 95, 4 UNNAMED SAN MATEO POLICE OFFICERS,<br><br>Defendants. | No. C 07-04517 MMC<br><br>DECLARATION OF DAVID M. KING IN SUPPORT OF CASE MANAGEMENT STATEMENT<br><br>Action Filed: July 31, 2007 |

I, David M. King, declare:

1.  I am an attorney of Carr, McClellan, Ingersoll, Thompson & Horn Professional Law Corporation, attorneys of record for the City of San Mateo ("San Mateo").

2.  Before this case was reassigned from Magistrate Judge Larson, San Mateo filed a separate case management statement. San Mateo filed a separate case management statement under Local Rule 16-9(a) because of pro se litigant Aiskake Naufahu's failure to return phone calls from me and my colleague, Jeremy Burns, seeking to meet and confer, and further because

of his having filed various documents with the Court making false, inflammatory and offensive remarks about counsel for San Mateo. For the same reasons, San Mateo again files its Case Management Statement separately.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: January 4, 2008

CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation

By: _____
David M. King
Attorneys for Defendant
CITY OF SAN MATEO