**CIVIL MINUTES**

**Judge MAXINE M. CHESNEY**

Date: JAN 11 2008

C-07-4517-MMC

Aisake (Isaac) Naufahu  v.  City of San Mateo

Attorneys: Aisake (Isaac) Naufahu (pro se)   David M. King

Deputy Clerk: TRACY LUCERO   Reporter: James Yeomans

**FILED**
JAN 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**PROCEEDINGS:**   **RULING:**

1. Δ's motion to strike amended NOTICE of removal — GRANTED, w/o prejudice.
2. 
3. 
4. 

( ) Status Conference  ( ) P/T Conference  (✓) Initial Case Management Conference

**ORDERED AFTER HEARING:**

Dispositive motion filing deadline is 8/15/08. Meet & confer by 9/29/08.

(✓) ORDER TO BE PREPARED BY:  Plntf___ Deft___ Court ✓

(✓) Referred to Magistrate For: Settlement conference before Mag. Zimmerman
    (✓) By Court
( ) CASE CONTINUED TO _____ for _____

Discovery Cut-Off 6/6/08   Expert Discovery Cut-Off 8/1/08

π/Δ Plntf to Name Experts by 6/27/08   π/Δ Rebuttal Deft to Name Experts by 7/11/08

P/T Conference Date 11/4/08 @ 3:00   Trial Date 11/17/08 @ 9:00  Set for 5 days
Type of Trial: (✓) Jury  ( ) Court

Notes: Deadline for π to serve all remaining Δs by 2/29/08.
Deadline for π to file motion to amend by 2/29/08.

cc: Wings, Lashanda