

1  PRO SE LITIGANT

2  AISAKE (ISAAC) P. NAUFAHU
   339 NORTH CLAREMONT
3  SAN MATEO, CALIFORNIA 94401

   TELEPHONE: 650-342-4817
4
            UNITED  STATES  DISTRICT  COURT
5
            NORTHERN  DISTRICT  OF  CALIFORNIA
6

7  AISAKE (ISAAC) P. NAUFAHU

        PLAINTIFF,                           NO. C-07-4517 MMC

8  vs.                                       SERVICE OF PROCESS TO
                                             DEFENDANTS
9  CITY OF SAN MATEO, Incorporated,
   SAN MATEO CHIEF OF POLICE S. E. MANHEIMER,   COURT ORDERS:
   SAN MATEO POLICE CAPTAIN M. CALLAGY,
10 SAN MATEO POLICE LIEUTENANT A. J. PARISIAN,  1. PLAINTIFF TAPED
   SAN MATEO POLICE AMENDING OFFICER JACK RADCLIFFE S26,    INTERVIEW, (and
11 SAN MATEO POLICE OFFICER BOLOGNA BADGE NUMBER 95,  TRANSCRIPT OF SAME);
   4 UNNAMED SAN MATEO POLICE OFFICERS
12                                           2. EXTRADITION EXPEDI-
        DEFENDANTS                              TIOUSLY OF DEFENDANT
                                               DETECTIVE INTERVIEWER
13                                             LT. ALAN J. PARISIAN
                                               FROM TEXAS TO CALIFOR-
14                                             NIA FOR TRIAL;

15                                           3. LEAVE CASE IN FEDERAL
                                               COURT; NO REMAND;
16
                                             and, NOTICE OF PLAIN-
17                                           TIFF'S MOTION TO FILE
                                             AMENDED COMPLAINT/
18                                           PLEADING

19 Will The Right Honorable Court please Note that Service of Process of Defen-

20 dants were fully complied with. EXHIBIT I through EXHIBIT X, inclusive.

21 Will The Right Honorable Court please by COURT ORDER production from San Mateo

   Police the Plaintiff Taped Interview, and Transcript Intact of same by Defen-
22
   dant detective San Mateo Police Lt. Alan J. Parisian who'd suddenly resigned
23
   from his high position at San Mateo Police Department, and left to far-away
24
   Texas.

25 Plaintiff was Interviewed by said Parisian who Taped the Interview.  In

26 letter from San Mateo Police Captain Mike Callagy EXHIBIT XI, paragraph 4

   or thereabouts, Lt. Parisian intimated that he Interviewed Plaintiff.
27
   Plaintiff went to Interview expecting Lt. Parisian to be objective, impartial,
28
   professional, and fair, especially Plaintiff thought that Lt. Parisian

                                                                        1

was the detective exclusively in charge of the Investigation to get at the Truth.

But, most regretably, it turned out that he was worse than his fellow officer Bologna badge number 95.

Plaintiff wished that the Investigation was handled by an Outside Investigator to be open-minded, neutral, impartial, unprejudiced, fair, just, unbiased, evenhanded.  But, such was not.

Lt. Parisian told Plaintiff to raise his right hand and sworn-in to tell the truth, nothing but the truth.

And, while Plaintiff told the Truth throughout; Lt. Parisian LIED throughout.

Lt. Parisian vigorously protected his fellow officer Bologna badge number 95. He was very frustrated, and mad.  He even told Plaintiff that it was not Bologna badge number 95 who made the sharp U-Turn at 20th Avenue on South El Camino at 3:00AM or thereabouts to Harass, and Tailgate Plaintiff from 20th Avenue all the way to 31st Avenue (the Hillsdale Shopping Mall). Lt. Parisian even suggested that "there were two (2) police officers in two (2) different cars who were Tailgating Plaintiff.

Plaintiff kept reminding Lt. Parisian that his fellow officer Bologna badge number 95 was THE ONLY ONE officer who made the U-Turn at 20th Avenue, and started Tailgating Plaintiff dangerously closely, and following Plaintiff all the way from 20th Avenue to 31st Avenue: Eleven (11) whole blocks.

Plaintiff also told Lt. Parisian in said Taped Interview that Plaintiff turned on his signal to pull over to the side, about 10 to 12 yards or so from the 25th Avenue Intersection; whereupon the officer sped-up from behind Plaintiff, then drove to 25th Avenue, and made a sharp Right Turn; but Plaintiff continued driving, and as Plaintiff was driving through 25th Avenue, Plaintiff looked to his right, and saw only the back of officer's police car in West 25th Avenue.

Thereupon, Lt. Parisian got so mad , and furious, and pissed-off that he intentionally cut-off the Taped Interview.

Lt. Parisian knew that based on the facts informed to him in that Taped Interview by Plaintiff, and the TRUTH FROM PLAINTIFF, in that Taped Interview that his side the Defendants will not win in any Court of Law.

2

1  Also, Lt. Parisian was frustrated in the Fact/Truth that the "Original Citati-
2  on" was "dismissed" by the San Mateo Police Department, and AMENDED IT, came
3  up with a brand New Citation, sending that New Citation to Court.

By this Fact/Truth alone, Bologna badge number 95 LIED, and thereby therefore
4  Plaintiff was Right that Plaintiff did not violate any Traffic Laws, Rules,
5  Regulations, Codes.

6  Plaintiff asks the Federal Court to please COURT ORDER the San Mateo Police
7  Department not to destroy the Taped Interview.  We need to hear the Taped
Interview at Trial.
8
If the San Mateo Police Department: employee of City of San Mateo, had
9  destroyed that Taped Interview, it constitutes emphatically the Conspiracy,
10  Accomplices, Perjury, the Cover-Ups, Malicious Silence, and Obstruction of
Justice, (like Nixon who ordered his Tapes destroyed to hide Truths about
11  his wrongdoings while in Office).
12
Lt. Parisian was Covering-Up, and protecting his fellow officer Bologna badge
13  number 95, and he was also involved in the Malicious Silence, and Obstruction
14  of Justice, and Conspiracy, all the way up to the Top San Mateo Police Chief,
and these are Sworn Law Enforcement Officials.  Police Officers, all of them
15  exonerated their fellow officer Bologna badge number 95.
16
Plaintiff is glad that the Superior Court Traffic Commissioner Stephanie
17  Garrat saw the "TRUTH", and also saw that Officer Bologna badge number 95
18  LIED on the "Original Citation": "Moving Violation" 2/20/06, and San Mateo
Police Amending Officer Jack Radcliffe badge number S26 Amended/Changed
19  the Citation to "Non-Moving Violation" one day later on 2/21/06, and The
20  Court DISMISSED the Case(s)EXHIBIT XIII

21  Plaintiff asks The Right Honorable Court please to EXTRADITE EXPEDITIOUSLY
22  Alan J. Parisian to be back in the Bay Area, California, and ready to be
a Defendant when this Case goes to Trial before The Right Honorable Zimmerman
23  to Whom the Case is already assigned to for Trial.
24
Plaintiff asks also please COURT ORDER of the Taped Interview of Officer
25  Bologna badge number 95, Intact, and not to be destroyed.

26  The Right Honorable Court need to see the Transcript(s) of what officer
27  Bologna badge number 95 said, and told the San Mateo Police Department that
led them to "AMEND/CHANGE" the "Original Citation": "Moving Violation"
28
3

1 on 2/20/06 to the "Amended Citation" (New Citation): "Non-Moving Violation"
2 one day later on 2/21/06, the sheer force of which constitutes strong compell-
3 ing evidence of the Perjury, Conspiracy, Accomplices, Cover-Ups, Malicious
  Silence, and the Obstruction of Justice , and Violations of Plaintiff's Rights.

4 Letter from City Attorney San Mateo Shawn Mason EXHIBIT XII is self-explana-
5 tory.  The City of San Mateo is Agency, Respondeat Superior, Employer of
6 San Mateo Police Officers, who, because of their Perjury, Conspiracy, Accom-
  plices, Cover-Ups, Malicious Silence, OBSTRUCTION OF JUSTICE, AND WRONGDOINGS
7 ARE PUBLIC MENACE.

8 Once The Right Honorable Court hear said Taped Interview(s), read and compre-
9 hend Transcripts Intact of same, read and comprehend letters referred to, The
  Right Honorable Court will connect the dots because they will all come across
10 unitedly unifiedly strongly compelling evidence so significant, and therefore
11 thereby The Right Honorable Court will see for Itself the undeniable Guilty
12 and Culpability of Defendants.

13 All the more reason, will The Right Honorable Court therefore please COURT-
14 ORDER THE EXTRADITION EXPEDITIOUSLY of defendant Alan J. Parisian from far-
  away Texas back to California for Trial before The Right Honorable Zimmerman,
15 and let JUDGMENT DAY COMES.

16 In EXHIBIT XIV., there in that Case, San Jose police detective Matthew Chris-
17 tian falsified crime report.

18 Here, in this Case, San Mateo police detective Lt. Alan J. Parisian falsified
19 crime report of fellow officer's Bologna badge number 95 wrongdoing manifested
  by Parisian's exoneration of his fellow officer Bologna's wrongdoing, approved
20 of by San Mateo Chief of Police Manheimer, endorsed/enforced by City of San
21 Mateo per more exoneration: Cover-Up per Letter from City Attorney Shawn Mason,
22 which constitutes more encouragement for the wrongdoings/Cover-Ups to continue.

23 City of San Mateo is Agency, Respondeat Superior, Employer not just of City
  Attorney Shawn Mason, but also San Mateo Police Officers.  All work hand-in-
24 glove in their wrongdoings.

25 Appallingly, these are people you look up to exerywhere everytime; yet, they
26 are active in wrongdoings, actively defying the Law, working outside of the
27 Law, actively spitting on the Face the Law, and are thus PUBLIC MENACE
  because the Public is not safe from these people.

28

4

1  Will The Right Honorable Court please Leave this Case in Federal Court;
2  Confine this Case to the Truth of the Law; because nothing but the Truth
3  be examined by The Right Honorable Court.

   Now, there is please no need to Remand Case to Superior Court.

4
5  The Right Honorable Court will see for Itself that when all irrefutable
   Evidences one by one, item by item unfurl before the Court, and the said
6  Taped Interview(s) are ventilated before the Court inclusive of Intact
7  Transcript(s), they all conclusively constitute Legal Evidentiaries truly
   convincingly, persuasively, compellingly of Defendants' Guilt.

8
   Therefore, will The Right Honorable Court please take Notice of Plaintiff
9  Motion to File Amended Complaint/Pleading, to be submitted in the very
10 near future, for Inclusive of Punitive Damages to Stop Defendants from
   wrongdoings, because if they are allowed to Go-On with their wrongdoings,
11 in the Face of the Law, they chill the Conscience entirety and totality of
12 common, ordinary folks because we look-up to these people as Law Enforcement
13 Officers/Officials to Uphold the Law; but what they did were all wrong, and
   nothing right at all because they were Unlawful, Illegal.
14
   Also, to Deter Defendants forthwith from further wrongdoings so unprofessional,
15 unfit of the name they carry, unbecoming, and unacceptable for Officers/
16 Officials of the Law; and Permanent Lesson for others not to engage in wrong-
17 doings, because in our short sojourn in life here on Earth, realistically
   Truth Matters, and Abiding by the Law Truly Matters.
18
   In pursuit of Justice, finally Justice is done.  It becomes obligatory of The
19 Right Honorable Court to Defend the Law; and to Speak-Up for the Law; Speak-Out
20 to Protect the Law; to Honor the Law; because Defendants did not defend the
21 Law, did not honor the Law.

22 Defendants defended wrongdoings, their Perjury, Conspiracy, Accomplices, their
   united-unified Cover-Ups, their Malicious Silence, and their Obstruction of
23 Justice, and Violations of Plaintiff's Rights.

24 Therefore, moreover, furthermore, as such, for Justice truly truthfully to
25 Prevail, because Justice Matters in the Courts of Law, for respectability
26 of The Laws of The United States, and The United States Constitution, and

27
28

5

1    thus perpetually the Permanent Legacy of The Right Honorable Court.

2

3

4    Dated: 4 February 2008

5

6                                    Respectfully submitted

7

8

9                         by  *Aisake P. Naufahu*

10                            AISAKE (ISAAC) P. NAUFAHU

11                            PRO SE LITIGANT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 1

PROOF OF SERVICE

by   PERSONAL   DELIVERY

My name is Dr. Karoline Loselea Naufahu (CHIEFTAIN MANA'IA).

I am a citizen of The United States. My age is over eighteen (18) years.
My current address is 18 North Humboldt Street, San Mateo, California.

I declare that I am not a party to the Case herein/herewith.

By Court Order of The United States District Court Judge The Right Honorable Maxine
M. Chesney that with reference to the Case AISAKE (ISAAC) P. NAUFAHU v. CITY
OF SAN MATEO et al, ENDORSED FILED SAN MATEO COUNTY Jul 31 2007 BY G. Jackson
Deputy Clerk, which is already before The Right Honorable Court, to deliver to
San Mateo Police Officers Defendants: San Mateo Chief of Police Susan E. Manhei-
mer; San Mateo Police Captain Mike Callagy; San Mateo Police Lieutenant Alan J.
Parisian; San Mateo Police Officer Jack Radcliffe S26; San Mateo Police Officer
Bologna badge number 95; and 4 Unnamed San Mateo Police Officers, and that in
compliance with the said abovestated Court Order, that I personally delivered
said abovementioned Copy of abovedeclared  ENDORSED FILED SAN MATEO COUNTY BY G.
Jackson as abovecaptioned for each said San Mateo Police Officer(s) Defendants.

I certify and simultaneously declare under penalty of perjury that the foregoing
is true and correct.

Dated: 28 January 2008

Dr. Karoline Loselea Naufahu

(CHIEFTAIN MANA'IA)

Received: _Juice Toomey, Deputy City Clerk  1/28/08_

City of San Mateo: Agency/Respondeat Superior
EMPLOYER of/ for San Mateo Police Officers

Dated __1/28/09__

Witness: _____

Dated __1/28/2008__

# EXHIBIT II

PROOF  OF  SERVICE

by    PERSONAL    DELIVERY

My name is Dr. Karoline Loselea Naufahu (CHIEFTAIN MANA'IA).

I am a citizen of The United States.  My age is over eighteen (18) years.
My current address is 18 North Humboldt Street, San Mateo, California.

I declare that I am not a party to the Case herein/herewith.

By Court Order of The United States District Court Judge The Right Honorable Maxine
M. Chesney that with reference to the Case AISAKE (ISAAC) P. NAUFAHU v. CITY
OF SAN MATEO et al, ENDORSED FILED SAN MATEO COUNTY Jul 31 2007 BY G. Jackson
Deputy Clerk, which is already before The Right Honorable Court, to deliver to
San Mateo Police Officers Defendants: San Mateo Chief of Police Susan E. Manhei-
mer; San Mateo Police Captain Mike Callagy; San Mateo Police Lieutenant Alan J.
Parisian; San Mateo Police Officer Jack Radcliffe S26; San Mateo Police Officer
Bologna badge number 95; and 4 Unnamed San Mateo Police Officers, and that in
compliance with the said abovestated Court Order, that I personally delivered
said abovementioned Copy of abovedeclared ENDORSED FILED SAN MATEO COUNTY BY G.
Jackson as abovecaptioned for each said San Mateo Police Officer(s) Defendants.

I certify and simultaneously declare under penalty of perjury that the foregoing
is true and correct.

Dated: 28 January 2008

Dr. Karoline Loselea Naufahu
(CHIEFTAIN MANA'IA)

Dated: 2/28/08
Received:

San Mateo Chief of Police Susan E. Manheimer, San Mateo Police Department

Witness:

Dated: 1/28/2008

EXHIBIT III

PROOF OF SERVICE

by   PERSONAL   DELIVERY

My name is Dr. Karoline Loselea Naufahu (CHIEFTAIN MANA'IA),

I am a citizen of The United States. My age is over eighteen (18) years.
My current address is 18 North Humboldt Street, San Mateo, California.

I declare that I am not a party to the Case herein/herewith.

By Court Order of The United States District Court Judge The Right Honorable Maxine
M. Chesney that with reference to the Case AISAKE (ISAAC) P. NAUFAHU v. CITY
OF SAN MATEO et al, ENDORSED FILED SAN MATEO COUNTY Jul 31 2007 BY G. Jackson
Deputy Clerk, which is already before The Right Honorable Court, to deliver to
San Mateo Police Officers Defendants: San Mateo Chief of Police Susan E. Manhei-
mer; San Mateo Police Captain Mike Callagy; San Mateo Police Lieutenant Alan J.
Parisian; San Mateo Police Officer Jack Radcliffe S26; San Mateo Police Officer
Bologna badge number 95; and 4 Unnamed San Mateo Police Officers, and that in
compliance with the said abovestated Court Order, that I personally delivered
said abovementioned Copy of abovedeclared ENDORSED FILED SAN MATEO COUNTY BY G.
Jackson as abovecaptioned for each said San Mateo Police Officer(s) Defendants.

I certify and simultaneously declare under penalty of perjury that the foregoing
is true and correct.

Dated: 28 January 2008

Dr. Karoline Loselea Naufahu

(CHIEFTAIN MANA'IA)

Dated:

Received:

San Mateo Police Captain Mike Callagy, San Mateo Police Department

Witness:

Dated:

EXHIBIT IV

## PROOF OF SERVICE

### by PERSONAL DELIVERY

My name is Dr. Karoline Loselea Naufahu (CHIEFTAIN MANA'IA),

I am a citizen of The United States. My age is over eighteen (18) years.
My current address is 18 North Humboldt Street, San Mateo, California.

I declare that I am not a party to the Case herein/herewith.

By Court Order of The United States District Court Judge The Right Honorable Maxine
M. Chesney that with reference to the Case AISAKE (ISAAC) P. NAUFAHU v. CITY
OF SAN MATEO et al, ENDORSED FILED SAN MATEO COUNTY Jul 31 2007 BY G. Jackson
Deputy Clerk, which is already before The Right Honorable Court, to deliver to
san Mateo Police Officers Defendants: San Mateo Chief of Police Susan E. Manhei-
mer; San Mateo Police Captain Mike Callagy; San Mateo Police Lieutenant Alan J.
Parisian; San Mateo Police Officer Jack Radcliffe S26; San Mateo Police Officer
Bologna badge number 95; and 4 Unnamed San Mateo Police Officers, and that in
compliance with the said abovestated Court Order, that I personally delivered
said abovementioned Copy of Abovedeclared ENDORSED FILED SAN MATEO COUNTY BY G.
Jackson as abovecaptioned for each said San Mateo Police Officer(s) Defendants.

I certify and simultaneously declare under penalty of perjury that the foregoing
is true and correct.

Dated: 28 January 2008

Dr. Karoline Loselea Naufahu

(CHIEFTAIN MANA'IA)

Dated: 2 28 08

Received

San Mateo Police  Lieutenant Alan J. Parisian, San Mateo Police Department

Witness:

Dated: 1/28/2008

EXHIBIT V

PROOF   OF   SERVICE

by    PERSONAL    DELIVERY

My name is Dr. Karoline Loselea Naufahu (CHIEFTAIN MANA'IA).

I am a citizen of The United States.  My age is over eighteen (18) years.
My current address is 18 North Humboldt Street, San Mateo, California.

I declare that I am not a party to the Case herein/herewith.

By Court Order of The United States District Court Judge The Right Honorable Maxine
M. Chesney that with reference to the Case AISAKE (ISAAC) P. NAUFAHU v. CITY
OF SAN MATEO et al, ENDORSED FILED SAN MATEO COUNTY Jul 31 2007 BY G. Jackson
Deputy Clerk, which is already before The Right Honorable Court, to deliver to
San Mateo Police Officers Defendants: San Mateo Chief of Police Susan E. Manhei-
mer; San Mateo Police Captain Mike Callagy; San Mateo Police Lieutenant Alan J.
Parisian; San Mateo Police Officer Jack Radcliffe S26; San Mateo Police Officer
Bologna badge number 95; and 4 Unnamed San Mateo Police Officers, and that in
compliance with the said abovestated Court Order, that I personally delivered
said abovementioned Copy of abovedeclared ENDORSED FILED SAN MATEO COUNTY BY G.
Jackson as abovecaptioned for each said San Mateo Police Officer(s) Defendants.

I certify and simultaneously declare under penalty of perjury that the foregoing
is true and correct.

Dated: 28 January 2008

Dr. Karoline Loselea Naufahu

(CHIEFTAIN MANA'IA)

Received:

San Mateo Police Officer Jack Radcliffe S26, San Mateo Police Department

Dated  2/28/05

Witness:

Dated:  1/28/2008



PROOF OF SERVICE

by PERSONAL DELIVERY

My name is Dr. Karoline Loselea Naufahu (CHIEFTAIN MANA'IA).

I am a citizen of The United States. My age is over eighteen (18) years.
My current address is 18 North Humboldt Street, San Mateo, California.

I declare that I am not a party to the Case herein/herewith.

By Court Order of The United States District Court Judge The Right Honorable Maxine
M. Chesney that with reference to the Case AISAKE (ISAAC) P. NAUFAHU v. CITY
OF SAN MATEO et al, ENDORSED FILED SAN MATEO COUNTY Jul 31 2007 BY G. Jackson
Deputy Clerk, which is already before The Right Honorable Court, to deliver to
San Mateo Police Officers Defendants: San Mateo Chief of Police Susan E. Manhei-
mer; San Mateo Police Captain Mike Callagy; San Mateo Police Lieutenant Alan J.
Parisian; San Mateo Police Officer Jack Radcliffe S26; San Mateo Police Officer
Bologna badge number 95; and 4 Unnamed San Mateo Police Officers, and that in
compliance with the said abovestated Court Order, that I personally delivered
said abovementioned Copy of abovedeclared ENDORSED FILED SAN MATEO COUNTY BY G.
Jackson as abovecaptioned for each said San Mateo Police Officer(s) Defendants.

I certify and simultaneously declare under penalty of perjury that the foregoing
is true and correct.

Dated: 28 January 2008

Dr. Karoline Loselea Naufahu

(CHIEFTAIN MANA'IA)

Dated: 2 28 08

Received:

San Mateo Police Officer Bologna badge number 95, San Mateo Police Department

Witness:

Dated: 1 28 2008



PROOF OF SERVICE

by PERSONAL DELIVERY

My name is Dr. Karoline Loselea Naufahu (CHIEFTAIN MANA'IA).

I am a citizen of The United States, My age is over eighteen (18) years. My current address is 18 North Humboldt Street, San Mateo, California.

I declare that I am not a party to the Case herein/herewith.

By Court Order of The United States District Court Judge The Right Honorable Maxine M. Chesney that with reference to the Case AISAKE (ISAAC) P. NAUFAHU v. CITY OF SAN MATEO et al, ENDORSED FILED SAN MATEO COUNTY Jul 31 2007 BY G. Jackson Deputy Clerk, which is already before The Right Honorable Court, to deliver to San Mateo Police Officers Defendants: San Mateo Chief of Police Susan E. Manheimer; San Mateo Police Captain Mike Callagy; San Mateo Police Lieutenant Alan J. Parisian; San Mateo Police Officer Jack Radcliffe S26; San Mateo Police Officer Bologna badge number 95; and 4 Unnamed San Mateo Police Officers, and that in compliance with the said abovestated Court Order, that I personally delivered said abovementioned Copy of abovedeclared ENDORSED FILED SAN MATEO COUNTY BY G. Jackson as abovecaptioned for each said San Mateo Police Officer(s) Defendants.

I certify and simultaneously declare under penalty of perjury that the foregoing is true and correct.

Dated: 28 January 2008

Dr. Karoline Loselea Naufahu

(CHIEFTAIN MANA'IA)

Dated: 2/28/08

Received:

1 Unnamed San Mateo Police Officer, police back-up to Officer Bologna Badge number 95, Incident of February 20, 2006, side of road 31st Avenue, El Camino Real, San Mateo

Witness to Received of Officer immediately abovementioned:

Dated: 1/28/2008



PROOF  OF  SERVICE

by  PERSONAL  DELIVERY

My name is Dr. Karoline Loselea Naufahu (CHIEFTAIN MANA'IA).

I am a citizen of The United States.  My age is over eighteen (18) years.
My current address is 18 North Humboldt Street, San Mateo, California.

I declare that I am not a party to the Case herein/herewith.

By Court Order of The United States District Court Judge The Right Honorable Maxine
M. Chesney that with reference to the Case AISAKE (ISAAC) P. NAUFAHU v. CITY
OF SAN MATEO et al, ENDORSED FILED SAN MATEO COUNTY Jul 31 2007 BY G. Jackson
Deputy Clerk, which is already before The Right Honorable Court, to deliver to
San Mateo Police Officers Defendants: San Mateo Chief of Police Susan E. Manhei-
mer; San Mateo Police Captain Mike Callagy; San Mateo Police Lieutenant Alan J.
Parisian; San Mateo Police Officer Jack Radcliffe S26; San Mateo Police Officer
Bologna badge number 95; and 4 Unnamed San Mateo Police Officers, and that in
compliance with the said abovestated Court Order, that I personally delivered
said abovementioned Copy of abovedeclared ENDORSED FILED SAN MATEO COUNTY BY G.
Jackson as abovecaptioned for each said San Mateo Police Officer(s) Defendants.

I certify and simultaneously declare under penalty of perjury that the foregoing
is true and correct.

Dated:28 January 2008

Dr. Karoline Loselea Naufahu

(CHIEFTAIN MANA'IA)

Dated: 2/28/08

Received:

1 Unnamed San Mateo Police Officer, police back-up to Officer Bologna
badge number 95, Incident of February 20, 2006, side of road 31st Avenue,
ET Camino Real, San Mateo

Witness to Received of Officer immediately abovementioned:

Dated: 1/28/2007

EXHIHIB IX

PROOF OF SERVICE

by PERSONAL DELIVERY

My name is Dr. Karoline Loselea Naufahu (CHIEFTAIN MANA'IA).

I am a citizen of The United States. My age is over eighteen (18) years.
My current address is 18 North Humboldt Street, San Mateo, California.

I declare that I am not a party to the Case herein/herewith.

By Court Order of The United States District Court Judge The Right Honorable Maxine
M. Chesney that with reference to the Case AISAKE (ISAAC) P. NAUFAHU v. CITY
OF SAN MATEO et al, ENDORSED FILED SAN MATEO COUNTY Jul 31 2007 BY G. Jackson
Deputy Clerk, which is already before The Right Honorable Court to deliver to
San Mateo Police Officers Defendants: San Mateo Chief of Police Susan E. Manhei-
mer; San Mateo Police Captain Mike Callagy; San Mateo Police Lieutenant Alan J.
Parisian; San Mateo Police Officer Jack Radcliffe S26; San Mateo Police Officer
Bologna badge number 95; and 4 Unnamed San Mateo Police Officers; and that in
compliance with the said abovestated Court Order, that I personally delivered
said abovementioned Copy of abovedeclared ENDORSED FILED SAN MATEO COUNTY BY G.
Jackson as abovecaptioned for each said San Mateo Police Officer(s) Defendants.

I certify and simultaneously declare under penalty of perjury that the foregoing
is true and correct.

Dated:28 January 2008

Dr. Karoline Loselea Naufahu (CHIEFTAIN MANA'IA)

Dated: 2/28/08

Received:

1 Unnamed San Mateo Police Officer: NAME OFFICER RICHARD REYNA/
OFFICER MATTHEW LETHIN: July 12, 2007 Incident: NAMES SUPPLIED BY THE
CITY OF SAN MATEO COUNSELS DAVID M. KING/JEREMY A. BURNS:
CITY OF SAN MATEO: AGENT/RESPONDEAT SUPERIOR/EMPLOYER OF SAN MATEO POLICE
OFFICERS

WITNESS to Received of Officer/Reyna/Lethin immediately abovementioned:

Dated: 1/28/2008

EXHIBIT X

PROOF  OF  SERVICE

by    PERSONAL    DELIVERY

My name is Dr. Karoline Loselea Naufahu (CHIEFTAIN MANA'IA).

I am a citizen of The United States.  My age is over eighteen (18) years.
My current address is 18 North Humboldt Street, San Mateo, California.

I declare that I am not a party to the Case herein/herewith.

By Court Order of The United States District Court Judge The Right Honorable Maxine
M. Chesney that with reference to the Case AISAKE (ISAAC) P. NAUFAHU v. CITY
OF SAN MATEO et al, ENDORSED FILED SAN MATEO COUNTY Jul 31 2007 BY G. Jackson
Deputy Clerk, which is already before The Right Honorable Court, to deliver to
San Mateo Police Officers Defendants: San Mateo Chief of Police Susan E. Manhei-
mer; San Mateo Police Captain Mike Callagy; San Mateo Police Lieutenant Alan J.
Parisian; San Mateo Police Officer Jack Radcliffe S26; San Mateo Police Officer
Bologna badge number 95; and 4 Unnamed San Mateo Police Officers, and that in
compliance with the said abovestated Court Order, that I personally delivered
said abovementioned Copy of abovedeclared ENDORSED FILED SAN MATEO COUNTY BY G.
Jackson as abovecaptioned for each said San Mateo Police Officer(s) Defendants.

I certify and simultaneously declare under penalty of perjury that the foregoing
is true and correct.

Dated: 28 January 2008

Dr. Karoline Loselea Naufahu (CHIEFTAIN MANA'IA)

Dated: 2/28/06

Received:

1 Unnamed San Mateo Police Officer: NAME OFFICER RICHARD REYNA/
OFFICER MATTHEW LETHIN:  July 12, 2007 Incident: NAMES SUPPLIED BY THE
CITY OF SAN MATEO COUNSELS DAVID M. KING/JEREMY A. BURNS:
CITY OF SAN MATEO: AGENT/RESPONDEAT SUPERIOR/EMPLOYER OF SAN MATEO POLICE OFFICERS

WITNESS to Received of Officer Reyna/Lethin immediately abovementioned:

Dated: 1/28/2008





**San Mateo Police Department**

2000 South Delaware Street
San Mateo, California 94403-1497
Support Services Telephone: (650) 522-7620
FAX: (650) 522-7601
http://www.cityofsanmateo.org

July 31, 2006

Mr. Aisake Naufahu
339 No. Claremont Street
San Mateo, CA 94401

Dear Mr. Naufahu:

On March 20, 2006, you filed a complaint against Officer Bologna alleging that he drove his patrol car in a manner that violated the California Vehicle Code, initiated a vehicle stop based on ethnicity, falsified a traffic citation, and conducted an unlawful detention. These allegations, if sustained, would be in violation of the following San Mateo Police Department General Orders:

Chapter 12, <u>Code of Conduct</u>; Section 8, <u>Adherence to City Personnel Rules and Regulations</u>; part 5, <u>Performance</u>; paragraph F, which states, "The wrongful or unlawful exercise of authority on the part of any employee for malicious purposes, personal gain, and/or willful deceit."

Chapter 12, <u>Code of Conduct</u>; Section 2, <u>Civility</u>; paragraph 3, which reads, "Members and employees shall be courteous and orderly in their contacts with the public. They shall perform their duties in a professional manner at all times. Upon request, members and employees are required to supply their names and badge identification numbers."

Your complaint was assigned to Lieutenant Alan J. Parisian to investigate. Lieutenant Parisian conducted an extensive and exhaustive investigation into this matter wherein he reviewed your complaint, interviewed you, the involved officer, witnesses, and supervisors, and reviewed the dispatch tapes. All of the letters you sent to us have been reviewed and are part of the investigation file.

Lieutenant Parisian has completed his investigation and found that Officer Bologna is <u>exonerated</u> on all allegations. That is, the investigation disclosed that Officer Bologna acted in accordance with the laws and policies outlined for conducting vehicle stops, and that the stop was justified, lawful, and proper.

Lieutenant Parisian's investigation has been reviewed and approved by Susan E. Manheimer, Chief of Police.

July 31, 2006
Mr. Aisake Naufahu
Page 2

It saddens the Chief and every member of this Police Department whenever a citizen forms the belief that they were not served in an appropriate or proper manner by a member of the San Mateo Police Department.

While it may be of little consolation to you at this time, rest assured that the Chief, and every member of this Department, remains committed to serving and protecting the public to the utmost of our ability, including, but not limited to, the fair, impartial, and professional enforcement of the laws of this jurisdiction. At this point, I can only hope that you will one day come to believe the San Mateo Police Department, and the members employed by this agency, have in the past, do currently, and will always, hold these aspirations paramount.

In closing, I hope that you know the San Mateo Police Department members are here to protect and serve you, as they do for all members of the community. If you are in need of any assistance in the future, you have only to ask either me or any of my fellow San Mateo police personnel.

If I can assist you in any way or explain our process for investigating this matter, please feel free to contact me at (650) 522-7652.

Sincerely,

Mike Callagy
Captain
Support Services

c:    Chief of Police Susan E. Manheimer
      Lieutenant Alan Parisian
      File



EXHIBIT XII



**OFFICE OF THE CITY ATTORNEY**

330 West 20th Avenue
San Mateo, California 94403-1388
Tel: (650) 522-7020
Fax: (650) 522-7021

TO:   Aisake P. Naufahu                                                      DATE: February 5, 2007
      339 North Claremont St.
      San Mateo, CA 94401

## REVISED

RE:  ·  Claim of Aisake P. Naufahu

Dear Sir:

NOTICE IS HEREBY GIVEN that the claim you presented to the City of San Mateo on December 07, 2006, insofar as it relates to a cause of action for injury to person or personal property, is not being considered by the City of San Mateo because it was not presented within six months after the event or occurrence as required by law. See Sections 901 and 911.2 of the Government Code. Because that portion of the claim was not presented within the time allowed by law, no action was, or will be, taken on that portion of the claim;

Your only recourse at this time is to apply without delay to the City of San Mateo for leave to present a late claim. See Section 911.4 and Section 946.6 of the Government Code. Under some circumstances, leave to present a late claim will be granted. See Section 911.6 of the Government Code.

YOU ARE FURTHER NOTIFIED that insofar as your claim relates to causes of action other than injury to person or personal property, your claim was rejected by the City of San Mateo on February 05, 2007.

## WARNING

Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim. See Government Code Section 945.6.

You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

Very truly yours,

Shawn M. Mason
City Attorney San Mateo

cc:    ABAG PLAN



EXHIBIT XIII

**BUT COURT** *MISSED*
WERE DISMISSED

CITY OF SAN MATEO POLICE DEPARTMENT
NOTICE TO APPEAR ☑ Traffic ☐ Non-Traffic 084-277289

| Date of Violation | Time | ☑AM ☐PM | Day of Week | Case No. |
|---|---|---|---|---|
| 2/20/06 | 3:20 | | M T W T F S | |

Name (First, Middle, Last) ☐ Owner's Responsibility (Veh. Code, § 40001)
Aisake Pohahau Naufahu

Address
539 N. Claremont St

City / State / ZIP Code / ☐ Juvenile (Phone No.)
San Mateo CA 94401

| Driver Lic. No. | State | Class | Commercial ☐ Yes ☑ No | Age | Birth Date |
|---|---|---|---|---|---|
| A0512761 | CA | C | | 55 | 3/24/51 |

| Sex | Hair | Eyes | Height | Weight | Race | Other Description |
|---|---|---|---|---|---|---|
| M | BLK | BRO | 5-10 | 185 | | |

| Veh. Lic. No. or VIN | State | Reg. Month/Yr. |
|---|---|---|
| POLYLUV | CA | 05/06 |

☐ COMMERCIAL VEHICLE (Veh. Code, § 15210(b))

| Yr. of Veh. | Make | Model | Body Style | Color |
|---|---|---|---|---|
| 1984 | BUICK | Park Ave | 4DR | BRO |

☐ HAZARDOUS MATERIAL (Veh. Code, § 353)

Evidence of Financial Responsibility CHP/DOT/PUC/ICC
None

Registered Owner or Lessee ☐ Same as Driver
Naufahu, Milani Yvette

Address ☐ Same as Driver
18 N. Humboldt St.

City / State / ZIP Code
San Mateo CA 94401

Correctable Violation (Veh. Code, § 40610) ☐ Booking Required (see reverse) Misdemeanor or Infraction (Circle)

| Yes | No | Code and Section | |
|---|---|---|---|
| 13. ☐ | ☑ | 22400(a)VC - Impede traffic | M Ⓜ |
| 14. ☐ | ☑ | 16028(a)VC No Ins. | M Ⓣ |
| 15. ☐ | ☐ | | M I |
| 16. ☐ | ☐ | | M I |

| 17. Speed Approx. | P.F./Max. Spd. | Veh. Lmt. | Safe | Radar | ☐ Continuation Form Issued |
|---|---|---|---|---|---|
| > 25 | 35 | 35 | 35 | | |

18. Location of Violation / City/County of Occurrence
at S. El Camino Real @ 25TH Ave.

19. Comments (Weather, Road & Traffic Conditions) ☐ Accident

20. ☐ Violations not committed in my presence, declared on information and belief.
I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

21. Executed at (Place) / Violation location
95

22. Date / Arresting or Citing Officer / Serial No. / To Dates Off

Name of Arresting Officer, if different from Citing Officer / Serial No. / To Dates Off

23. WITHOUT ADMITTING GUILT, I PROMISE TO APPEAR AT THE TIME AND PLACE INDICATED BELOW.
X Signature

24. WHEN: ON OR BEFORE THIS DATE: 4/14/06 Time: 1:30 ☐AM ☑PM
Time: ☐AM ☐PM

WHAT TO DO: FOLLOW THE INSTRUCTIONS ON THE REVERSE.
WHERE: Superior Court of California, County of San Mateo.

25. ☐ NORTHERN BRANCH - 1050 Mission Rd., So. San Francisco, CA 94080 (650) 877-5355
☑ CENTRAL BRANCH - 800 North Humboldt St., San Mateo, CA 94401 (650) 573-2622
☐ CENTRAL BRANCH - Traffic 500 County Center, Redwood City, CA 94063 (650) 363-4300
☐ SOUTHERN BRANCH - CRIMINAL - 4th Floor HALL OF JUSTICE (650) 363-4300
400 County Center, Redwood City, CA 94063
☐ JUVENILE TRAFFIC COURT - 21 Tower Rd., San Mateo, CA 94402 (650) 312-8867

26. ☐ To be notified ☐ You may arrange with clerk to appear at a night session of the court.

Judicial Council of California Form COURT COPY | SEE REVERSE
Rev. 09-20-05 (Veh. Code, §§ 40500(b), 40513(b), 40522, 40600; Pen. Code, § 953.9) TR-130

COMPUTER & BUSINESS PRINTING (650) 873-1710 M453864 (09/05)

---

MUNICIPAL COURT
NAME OF COURT: MUNICIPAL COURT
STREET ADDRESS: 800 N. HUMBOLDT STREET
MAILING ADDRESS:
CITY AND ZIP CODE: SAN MATEO, CA 94401
BRANCH NAME: CENTRAL BRANCH
TELEPHONE: (650) 573-2622

**PEOPLE OF THE STATE OF CALIFORNIA**
vs.

DEFENDANT: Aisake Pohahau Naufahu

**NOTICE OF CORRECTION AND PROOF OF SERVICE**
(Vehicle Code, § 40505)

| AMENDING OFFICER NAME/ID NO.: | DEPARTMENT/AGENCY: |
|---|---|
| 506 | SAN MATEO POLICE |

| CITATION NUMBER: | CASE NUMBER: |
|---|---|
| 084-277289 | |

1. A Notice to Appear/Notice to Correct Violation was issued to you by an officer of this department on (date): 2-20-06

2. The citation issued to you contained an error as indicated by the items checked below. This notice of correction does not affect the validity of the citation or the required court appearance.

☐ Date/time of violation should be _____

☐ Date/time of court appearance should be changed from _____ to _____

☑ Violation section(s) should be changed from 22400(A) to 22109 VC

☐ Location of violation should be changed from _____ to _____

☐ Other (specify):

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 2/21/06

_____ 506
(Signature of officer)

Form Adopted for Mandatory Use
Judicial Council of California
TR-100 (New January 1, 2000)

(Proof of service on reverse)

---

"Amended"
changed after
daughter
& I talked
to them on
4/20/06

**COPY OF
THE AMENDED
("NEW CITATION")**

**COPY OF THE
"ORIGINAL
CITATION"**

231955

BOTH COUNTS
were Dismissed

CITY OF SAN MATEO POLICE DEPARTMENT

☐ Misdemeanor
☐ ___

184- 277289

JR COURT CENTRAL BRANCH
RTH HUMBOLDT STREET
ATEO, CA 94401

**NOTICE OF BAIL**

> A NOTICE TO APPEAR AND CITATION CHARGING A VIOLATION OF THE BELOW DESCRIBED SECTIONS
> HAS BEEN FILED WITH THIS COURT. UNLESS YOU APPEAR IN COURT AND ANSWER THESE CHARGES
> OR DEPOSIT BAIL AS INDICATED YOU MAY FACE FURTHER CHARGES, INCREASED BAIL, ARREST, OR
> LOSS OF DRIVING PRIVILEGES OR ANY COMBINATION OF SUCH CONSEQUENCES.

*# To make a copy.*

31141TA28.A.1.819.1.2.0.308

NAUFAHU AISAKE POHAHAU
339 N CLAREMONT ST
SAN MATEO CA 94401-1725

: YOU FAIL TO RESPOND WITHIN 10 (TEN) DAYS AFTER THE DUE DATE BELOW, YOU WILL BE CHARGED AN ADDITIONAL
SSESSMENT, PURSUANT TO SEC 1214.1 OF THE PENAL CODE, AND MAY BE SUBJECT TO YOUR DRIVERS LICENSE BEING WITHHELD
R SUSPENDED BY DMV. THE CIVIL MONEY ASSESSMENT UNDER 1214.1 PC MAY BE COLLECTED BY ATTACHMENT OF YOUR WAGES,
OUR SPOUSE'S WAGES, OTHER PROPERTY, AND CAN INTERCEPT ANY TAX REFUNDS. THE CIVIL ASSESSMENT REMAINS IN EFFECT
OR 10 YEARS, OR UNTIL PAID.
ILURE TO COMPLY WITH THIS NOTICE BY 04/04/06 WILL RESULT IN FURTHER CHARGES AND INCREASED BAIL. BAIL OF $843.75 may
sent by mail on or before 04/04/06. TO APPEAR IN COURT bring this notice to the Court on or before 04/04/06, on TUESDAY between 12:30
. and 1:30 p.m. OR on MONDAY, WEDNESDAY, and THURSDAY before 8:30 a.m.
U ARE NOT ELIGIBLE FOR TRAFFIC SCHOOL.

*same as on 8*
*"Amended" the "NEW CITATION"*

| | VIOLATION(S) |
|---|---|
| VC-22109 | Signal When Stopping |
| VC-16028A | Evidence Financial Resp |

| DEFENDANT NAME | VIOLATION DATE | CITATION NO. | APPEARANCE DATE | DOCKET NO. |
|---|---|---|---|---|
| NAUFAHU AISAKE POHAHAU | 02/20/06 | 277289 | 04/04/06 | 231959-T |

REVERSE
TR-130

0864 (09/05)

RETAIN THIS PORTION FOR YOUR RECORDS

DETACH AND RETURN THIS REMITTANCE PORTION WITH YOUR PAYMENT

| DANT NAME | VIOLATION DATE | CITATION NO. | APPEARANCE DATE | DOCKET NO. |
|---|---|---|---|---|
| HU AISAKE HAHAU | 02/20/06 | 277289 | 04/04/06 | 231959-T |

**DO NOT MAIL CASH.**
**MAKE CHECK OR MONEY ORDER PAYABLE TO:**

MENT  AND/OR
ORRECTION MAY
ERSON
►

800 N. Humboldt Street
San Mateo, CA 94401
Hours: 8:00 am to 4:00 pm

SUPERIOR COURT CENTRAL BRANCH
800 NORTH HUMBOLDT STREET
SAN MATEO, CA 94401

 

# ThePeninsula

**B**

**FRIDAY**
SAN JOSE MERCURY NEWS
JANUARY 25, 2008

www.mercurynews.com/news

## More News

PALM TO CLOSE RETAIL STORES
The smart-phone maker will keep the store at its Sunnyvale headquarters | 3B

### TAINTED TRIALS, STOLEN JUSTICE

**LOCAL NEWS IN YOUR INBOX ... EVERY WEEK**
Check out the latest news:
our e-mail newsletter. Sig
MERCURYNEWS.CO

STATE JUSTICE SKE
MEDICAL POT USERS
CAN BE FIRED | 2B

---

## SJPD sued over falsified crime report

### DETECTIVE CREATED FAKE LAB DOCUMENT

By Leslie Griffy
Mercury News

The case of a San Jose police detective who created a false crime lab report is heading back to court, this time for a lawsuit from the former suspect targeted in the fake document.

In a suit filed in Santa Clara County Superior Court last week, Michael Kerkeles accuses police of violating his constitutional rights, maliciously prosecuting him and falsely imprisoning him.

Police Sgt. Mike Sullivan, a department spokesman, said he couldn't comment because the matter involves pending litigation.

The case dates to a March 2005 allegation that Kerkeles sexually assaulted a developmentally disabled young woman. Her state-

ments to police were contradictory, and a physical exam turned up no evidence of an assault.

In an attempt to get Kerkeles to confess, San Jose police detective Matthew Christian created a fake crime lab report — complete with the lab's letterhead. Kerkeles did not confess; he asked for an attorney. The phony report was never used as a ruse.

At that time, San Jose police policy allowed officers to create ruse reports. Since the Kerkeles case came to light, the practice has been discontinued.

The Santa Clara County District Attorney's Office pushed forward, believing the prosecutor had a convincing victim to testify about the alleged assault.

But when the young woman

failed to qualify as a witness because she couldn't tell a lie from the truth, Deputy District Attorney Jaime Stringfield called Christian to the stand at the preliminary hearing.

Stringfield asked him about the report and he testified that it existed and that a crime lab analyst had found semen on a blanket seized from Kerkeles' home. But there was no such analyst and the lab did not find semen on the blanket.

For months the trial was on hold as defense attorneys attempted to learn more about the report. When it came to light that the report was fake, the district attorney's office agreed to drop the charges.

Contact Leslie Griffy at
lgriffy@mercurynews.com or (408)
920-5945.

---

## Child can test
## in mom's sl...

### 5-YEAR-OLD GIRL DEEM
### COMPETENT TO APPEA

By Ben Aguirre Jr.
Bay Area News Group

The 5-year-old girl sat in her lap on the witness stand Thursday, getting with a stuffed animal. The trial in her mother's shooting de across the courtroom behind a board barrier, blocked from her vi

"A man hurt my mommy with the little girl said, speaking thr First translator. She was the o there when a man walked up an her mother, Alia Ansari, on a Fi street in a mysterious slaying tha the community.

And now she is the key witness at that could put Manuel David behind bars for life.

The girl spent almost an hour stand Thursday answering basi tions — such as whether she kn difference between right and wr

See ANSARI, Page 3B

---

## More News

Calhoun's book then is a tribute to everyday heroes — Christians, Jews, Muslims and others — who draw on their own faith to do good without requiring others to sign on with them.

But more than that, it's a reminder — a reminder that such people walk among us everywhere, every day. And how often we fail to notice.

*Read Mike Cassidy's Loose Ends blog at http://blogs.mercurynews.com/cassidy. Contact him at mcassidy@mercurynews.com or (408) 920-5536.*

joined boards and commissions and became a member of the county's first 5 Commission, a group that seeks to improve the lives of area youngsters. And last year she was awarded the California Wellness Foundation's Peace Prize.

Ortiz, a 2004 state Peace Prize winner, was a thug who did time and then had an epiphany while attending an Easter service. He eventually founded California Youth Outreach, a prominent gang- and crime-prevention non-profit.

"Religion pushes people away," Ortiz says, "because religion tries to put people in a certain box, with all these restrictions and people have a problem with that."

