United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AISAKE (ISSAC) P. NAUFAHU,

    Plaintiffs

v.

CITY OF SAN MATEO, et al.,

    Defendants
                               /

No. C 07-4517 MMC

**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S MOTION FOR DISCOVERY**

    Before the Court is plaintiff's filing of February 4, 2008, the title of which begins "Service of Process to Defendants," and which filing the Court construes as a motion for discovery.[1] So construed, the motion, and all further discovery disputes, are hereby REFERRED to a Magistrate Judge, pursuant to Civil Local Rule 72-1, to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.[2]

    Counsel will be advised of the date, time and place of the next appearance by notice

---

[1] By such filing, plaintiff seeks, inter alia, a court order regarding production of discovery materials, (see Pl.'s Service of Process to Defendants at 1:20-22), preservation of evidence, (see id. at 3:6-7), and a request to "extradite" a defendant, (see id. at 3:21-23), which the Court construes as a request for issuance of a subpoena.

[2] The title of plaintiff's filing concludes with "and Notice of Plaintiff's Motion to File Amended Complaint/Pleading," by which plaintiff seeks to notify the Court of plaintiff's intent to file a motion for leave to amend his complaint "in the very near future." (See Pl.'s Service of Process to Defendants at 5:8-10.) At this time, no Court action is necessary with respect to such notice, for the reason that no motion for leave is currently before the Court.

1 | from the assigned Magistrate Judge's chambers.

2 | **IT IS SO ORDERED**.

3 | Dated: February 11, 2008

4 | MAXINE M. CHESNEY
United States District Judge