PRO SE LITIGANT

AISAKE (ISAAC) P. NAUFAHU
339 NORTH CLAREMONT
SAN MATEO, CALIFORNIA 94401

TELEPHONE: 650-342-4817

FILED

FEB 28 AM 9:01

DISTRICT COURT
DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

AISAKE (ISAAC) P. NAUFAHU

      Plaintiff,

v.

CITY OF SAN MATEO, Incorporated
SAN MATEO CHIEF OF POLICE S. E. MANHEIMER,
SAN MATEO POLICE CAPTAIN M. CALLAGY,
SAN MATEO POLICE LIEUTENANT A. J. PARIAIAN,
SAN MATEO POLICE AMENDING OFFICER JACK RADCLIFFE S26,
SAN MATEO POLICE OFFICER BOLOGNA BADGE NUMBER 95,
SAN MATEO POLICE OFFICER RICHARD REYNA,
SAN MATEO POLICE OFFICER MATTHEW LETHIN,
2 UNNAMED SAN MATEO POLICE OFFICERS

      Defendants

NO. CO7-04517 MMC

PROOF OF SERVICE
OF PROCESS

May it Please The Right Honorable Court of The United States Federal Judge
The Right Honorable Maxine M. Chesney that with reference to Her Honor's
Court Ruling Granting Plaintiff Amend Complaint, herewith/hereunder Proof
of Service of Process as abovestated-cbovecaptioned, to defendants.
EXHIBITS 1 - 13 all inclusive Evidentiary of such Proof.

Dated: February 28, 2008

Respectfully submitted

by _Aisake (Isaac) P. Naufahu_

    AISAKE (ISAAC) P. NAUFAHU
    PRO SE LITIGANT

EXHIBIT 1

PROOF  OF  SERVICE

by    PERSONAL    DELIVERY

My name is Dr. Karoline L. Naufahu (CHIEFTAIN MANA'IA).

I am a citizen of The United States.  My age is over eighteen (18) years.
My current address is 18 North Humboldt Street, San Mateo, California.

I declare that I am not a party to the Case herein/herewith.

By Court Ruling(s) Granted on Friday January 11, 2008 of/by The United States
Federal Judge The Right Honorable Maxine M. Chesney with reference to Case
AISAKE (ISAAC) P. NAUFAHU v. CITY OF SAN MATEO et al, that Plaintiff has
45 days up to February 29, 2008 can/to Amend Complaint.

As such therefore, in Compliance with said Court Ruling Granted, as abovestated,
herewith Amend Complaint.

I certify and simultaneously declare under penalty of perjury that the foregoing
is true and correct.

Dated: February 26, 2008

Dr. Karoline L. Naufahu
(CHIEFTAIN MANA'IA)

Dated:

Received

City of San Mateo

Dated: 2/26/2008

Witness:

EXHIBIT 2

PROOF   OF   SERVICE

by    PERSONAL   DELIVERY

My name is Dr. Karoline L. Naufahu (CHIEFTAIN MANA'IA).

I am a citizen of The United States.  My age is over eighteen (18) years.

My current adress is 18 North Humboldt Street, San Mateo, California.

I declare that I am not a party to the Case herein/herewith.

By Court Ruling(s) Granted on Friday January 11, 2008 of/by The United States
Federal Judge The Right Honorable Maxine M. Chesney with reference to Case
AISAKE (ISAAC) P. NAUFAHU v. CITY OF SAN MATEO et al, that Plaintiff has
45 days up to February 29, 2008 can/to Amend Complaint.

As such therefore, in Compliance with said Court Ruling Granted, as abovestated,
herewith Amend Complaint.

I certify and simultaneously declare under penalty of perjury that the foregoing
is true and correct.

Dated: February 26, 2008

Dr. Karoline L. Naufahu

(CHIEFTAIN MANA'IA)

Dated: 2/26/08

Received Valerie Bunicardi

City of San Mateo Chief of Police Susan E. Manheimer, SM Police Department

Dated: 1/26/2008

Witness:

EXHIBIT 3

PROOF  OF  SERVICE

by     PERSONAL     DELIVERY

My name is Dr. Karoline L. Naufahu (CHIEFTAIN MANA'IA).

I am a citizen of The United States.  My age is over eighteen (18) years.

My current address is 18 North Humboldt Street, San Mateo, California.

I declare that I am not a party to the Case herein/herewith.

By Court Ruling(s) Granted on Friday January 11, 2008 of/by The United States
Federal Judge The Right Honorable Maxine M. Chesney with reference to Case
AISAKE (ISAAC) P. NAUFAHU v. CITY OF SAN MATEO et al, that Plaintiff has
45 days up to February 29, 2008 can/to Amend Complaint.

As such therefore, in Compliance with said Court Ruling Granted, as abovestated,
herewith Amend Complaint.

I certify and simultaneously declare under penalty of perjury that the foregoing
is true and correct.

Dated: February 26, 2008

Dr. Karoline L. Naufahu

(CHIEFTAIN MANA'IA)

Dated: 2/26/08.

Received

City of San Mateo Police Captain Mike Callagy, SM Police Department

Dated: 7/26/2008

Withess

EXHIBIT  4

PROOF   OF   SERVICE

by   PERSONAL   DELIVERY

My name is Dr. Karoline L. Naufahu (CHIEFTAIN MANA'IA).

I am a citizen of The United States. My age is over eighteen (18) years.

My current address is 18 North Humboldt Street, San Mateo, California.

I declare that I am not a party to the Case herein/herewith.

By Court Ruling(s) Granted on Friday January 11, 2008 of/by The United States
Federal Judge The Right Honorable Maxine M. Chesney with reference to Case
AISAKE (ISAAC) P. NAUFAHU v. CITY OF SAN MATEO et al, that Plaintiff has
45 days up to February 29, 2008 can/to Amend Complaint.

As such therefore, in Compliance with said Court Ruling Granted, as abovestated,
herewith Amend Complaint.

I certify and simultaneously declare under penalty of perjury that the foregoing
is true and correct.

Dated: February 26, 2008

Dr. Karoline L. Naufahu

(CHIEFTAIN MANA'IA)

Dated: 2|26|08

Received

City of San Mateo Police Lieutenant Alan J. Parisian, SM Police Department

Dated: 2/26/2008

Witness

EXHIBIT 5

PROOF  OF  SERVICE

by  PERSONAL  DELIVERY

My name is Dr. Karoline L. Naufahu (CHIEFTAIN MANA'IA).

I am a citizen of The United States.  My age is over eighteen (18) years.

My current address is 18 North Humboldt Street, San Mateo, California.

I declare that I am not a party to the Case herein/herewith.

By Court Ruling(s) on Friday January 11, 2008 of/by The United States
Federal Judge The Right Honorable Maxine M. Chesney with reference to Case
AISAKE (ISAAC) P. NAUFAHU v. CITY OF SAN MATEO et al, that Plaintiff has
45 days up to February 29, 2008 can/to Amend Complaint.

As such therefore, in Compliance with said Court Ruling Granted, as abovestated,
herewith Amend Complaint.

I certify and simultaneously declare under penalty of perjury that the foregoing
is true and correct.

Dated: February 26, 2008

Dr. Karoline L. Naufahu

(CHIEFTAIN MANA'IA)

Dated: 2/26/08

Received _____

City of San Mateo Police Amending Officer Jack Ratcliffe S26, SM Police Dept.

Dated 2/26/2008

Witness _____

EXHIBIT 6

PROOF   OF   SERVICE

by   PERSONAL   DELIVERY

My name is Dr. Karoline L. Naufahu (CHIEFTAIN MANA'IA).

I am a citizen of The United States.  My age is over eighteen (18) years.

My current address is 18 North Humboldt Street, San Mateo, California.

I declare that I am not a party to the Case herein/herewith.

By Court Ruling(s) Granted on Friday January 11, 2008 of/by The United States
Federal Judge The Right Honorable Maxine M. Chesney with reference to Case
AISAKE (ISAAC) P. NAUFAHU v. CITY OF SAN MATEO et al, that Plaintiff has
45 days up to February 29, 2008 can/to Amend Complaint.

As such therefore, in Compliance with said Court Ruling Granted, as abovestated,
herewith Amend Complaint.

I certify and simultaneously declare under penalty of perjury that the foregoing
is true and correct.

Dated: February 26, 2008

Dr. Karoline L. Naufahu

(CHIEFTAIN MANA'IA)

Dated: 2/26/08

Received

City of San Mateo Police Officer John Bologna badge number 95, SM Police Dept.

Dated: 2/26/2008

Witness

EXHIBIT 7

PROOF   OF   SERVICE

by   PERSONAL   DELIVERY

My name is Dr. Karoline L. Naufahu (CHIEFTAIN MANA'IA).

I am a citizen of The United States.  My age is over eighteen (18) years.

My current address is 18 North Humboldt Street, San Mateo, California.

I declare that I am not a party to the Case herein/herewith.

By Court Ruling(s) Granted on Friday January 11, 2008 of/by The United States
Federal Judge The Right Honorable Maxine  . Chesney with reference to Case
AISAKE (ISAAC) P. NAUFAHU v. CITY OF SAN MATEO et al, that Plaintiff has
45 days up to February 29, 2008 can/to Amend Complaint.

As such therefore, in Compliance with said Court Ruling Granted, as abovestated,
herewith Amend Complaint.

I certify and simultaneously declare under penalty of perjury that the foregoing
is true and correct.

Dated: February 26, 2008

Dr. Karoline L. Naufahu

(CHIEFTAIN MANA'IA)

Dated: 2/26/08

Received _Valee Brunicardi_

City of San Mateo Police Officer, Unnamed, Back-Up to Officer Bologna,
Incident February 20, 2006

Dated: 2/26/2008

Witness

EXHIBIT 8

PROOF  OF  SERVICE

by    PERSONAL    DELIVERY

My name is Dr. Karoline L. Naufahu (CHIEFTAIN MANA'IA).

I am a citizen of The United States.  My age is over eighteen (18) years.

My current address is 18 North Humboldt Street, San Mateo, California.

I declare that I am not a party to the Case herein/herewith.

By Court Ruling(s) Granted on Friday January 11, 2008 of/by The United States
Federal Judge The Right Honorable Maxine M. Chesney with reference to Case
AISAKE (ISAAC) P. NAUFAHU v. CITY OF SAN MATEO et al, that Plaintiff has
45 days up to February 29, 2008 can/to Amend Complaint.

As such therefore, in Compliance with said Court Ruling Granted, as abovestated,
herewith Amend Complaint.

I certify and simultaneously declare under penalty of perjury that the foregoing
is true and correct.

Dated: February 26, 2008

Dr. Karoline L. Naufahu

(CHIEFTAIN MANA'IA)

Dated:

Received

City of San Mateo Police Officer, Unnamed, Back-Up to Officer Bologna,
Incident February 20, 2006

Dated:

Witness

EXHIBIT 9

PROOF OF SERVICE

by    PERSONAL    DELIVERY

My name is Dr. Karoline L. Naufahu (CHIEFTAIN MANA'IA).

I am a citizen of The United States.  My age is over eighteen (18) years.

My current address is 18 North Humboldt Street, San Mateo, California.

I declare that I am not a party to the Case herein/herewith.

By Court Ruling(s) Granted on Friday January 11, 2008 of/by The United States
Federal Judge The Right Honorable Maxine M. Chesney with reference to Case
AISAKE (ISAAC) P. NAUFAHU v. CITY OF SAN MATEO et al, that Plaintiff has
45 days up to February 29, 2008 can/to Amend Complaint.

As such therefore, in Compliance with said Ruling Granted, as abovestated,
herewith Amend Complaint.

I certify and simultaneously declare under penalty of perjury that the foregoing
is true and correct.

Dated: February 26, 2008

Dr. Karoline L. Naufahu

(CHIEFTAIN MANA'IA)

Dated:

Received

City of San Mateo Police Officer Richard Reyna, San Mateo Police Dept.

Dated:

Witness

EXHIBIT 10

PROOF  OF  SERVICE

by    PERSONAL    DELIVERY

My name is Dr. Karoline L. Naufahu (CHIEFTAIN MANA'IA).

I am a citizen of The United States.  My age is over eighteen (18) years.

My current address is 18 North Humboldt Street, San Mateo, California.

I declare that I am not a party to the Case herein/herewith.

My Court Ruling(s)  Granted on Friday January 11, 2008 of/by The United States
Federal Judge The Right Honorable Maxine M. Chesney with reference to Case
AISAKE (ISAAC) P. Naufahu v. CITY OF SAN MATEO et al, that Plaintiff has
45 days up to February 29, 2008 can/to Amend Complaint.

As such therefore, in Compliance with said Court Ruling Granted, as abovestated,
herewith Amend Complaint.

I certify and simultaneously declare under penalty of perjury that the foregoing
is true and correct.

Dated: February 26, 2008

Dr. Karoline L. Naufahu

(CHIEFTAIN MANA'IA)

Dated:

Received

City of San Mateo Police Officer Matthew Lethin, San Mateo Police Department

Dated:

Witness

EXHIBIT   II

PROOF  OF  SERVICE

by  PERSONAL  DELIVERY

My name is Dr. Karoline L. Naufahu (CHIEFTAIN MANA'IA).

I am a citizen of The United States.  My age is over eighteen (18) years.

My current address is 18 North Humboldt Street, San Mateo, California.

I declare that I am not a party to the Case herein/herewith.

By Court Ruling(s) Granted on Friday January 11, 2008 of/by The United States
Federal Judge The Right Honorable Maxine M. Chesney with reference to Case
AISAKE (ISAAC) P. NAUFAHU v. CITY OF SAN MATEO et al, that Plaintiff has
45 days up to February 29, 2008 can/to Amend Complaint. nlf rec'd

As such therefore, in Compliance with said Court Ruling Granted, as abovestated,
herewith Amend Complaint.

I certify and simultaneously declare under penalty of perjury that the foregoing
is true and correct.

Dated:February 26, 2008

Dr. Karoline L. Naufahu

(CHIEFTAIN MANA'IA)

Dated: 02/26/08

Received  Nancy Fontana (rec'd amended complaint)

City of San Mateo Attorney Shawn M. Mason, Esq

Dated: 2/26/2008

Witness

$E \times H I B I T \quad 12$

PROOF  OF  SERVICE

by  PERSONAL  DELIVERY

My name is Dr. Karoline L. Naufahu (CHIEFTAIN MANA'IA).

I am a citizen of The United States.  My age is over eighteen (18) years.

My current address is 18 North Humboldt Street, San Mateo ,California.

I declare that I am not a party to the Case herein/herewith.

By Court Ruling(s) Granted on Friday January 11, 2008 of/by The United States
Federal Judge The Right Honorable Maxine M. Chesney with reference to Case
AISAKE (ISAAC) P. NAUFAHU v. CITY OF SAN MATEO et al, that Plaintiff has
45 days up to February 29, 2008 can/to Amend Complaint.

As such therefore, in Compliance with said Court Ruling Granted, as abovestated,
herewith Amend Complaint.

I certify and simultaneously declare under penalty of perjury that the foregoing
is true and correct.

Dated: February 26, 2008

Dr. Karoline L. Naufahu

(CHIEFTAIN MANA'IA)

Dated:

Received

David M. King, Esq,    217 Park Road, Burlingame, California

Dated 2/26/2008

Witness

EXHIBIT 13

PROOF   OF   SERVICE

by    PERSONAL    DELIVERY

My name is Dr. Karoline L. Naufahu (CHIEFTAIN MANA'IA).

I am a citizen of The United States. My age is over eighteen (18) years.

My current address is 18 North Humboldt Street, San Mateo, California.

I declare that I am not a party to the Case herein/herewith.

By Court Ruling(s) Granted on Friday January 11, 2008 of/by The United States
Federal Judge The Right Honorable Maxine M. Chesney with reference to Case
AISAKE (ISAAC) P. NAUFAHU v. CITY OF SAN MATEO et al, that Plaintiff has
45 days up to February 29, 2008 to Amend Complaint.

As such therefore, in Compliance with said Court Ruling Granted, as abovestated,
herewith Amend Complaint.

I certify and simultaneously declare under penalty of perjury that the foregoing
is true and correct.

Dated: February 26, 2008

Dr. Karoline L. Naufahu

(CHIEFTAIN MANA'IA)

Dated: _____

Received _____

Jeremy A. Burns, Esq, 217 Park Road, Burlingame, California

Dated: 2/26/2008

Witness _____