IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AISAKE (ISSAC) P. NAUFAHU,

    Plaintiffs

  v.

CITY OF SAN MATEO, et al.,

    Defendants
                                   /

No. C 07-4517 MMC

**ORDER STRIKING AMENDED COMPLAINT**

       Before the Court is plaintiff's filing of February 26, 2008, titled "United States Federal Judge the Right Honorable Maxine M. Chesney on Jan 11, '08 Granted 2 Rulings to Plaintiff 45 Days Up To Feb 29, '08 (1) Service of Process to Police Defendants Effectively Executed 4 Feb '08; and (2) Amend Complaint," which filing the Court construes as an amended complaint.

       Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, "[a] party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served." See Fed.R.Civ.P. 15(a). In the instant action, an answer was filed and served by defendant City of San Mateo on August 28, 2007. (See Notice of Removal Ex. C.) Under such circumstances, "a party may amend the party's pleading only by leave

//

//

of court or by written consent of the adverse party." See Fed.R.Civ.P. 15(a).[1]  Because plaintiff, prior to filing his amended complaint, failed to file a motion to amend, or a stipulation of the parties, the filing of said amended complaint is in violation of Rule 15(a).

Accordingly, the amended complaint is hereby STRICKEN from the record.

**IT IS SO ORDERED**.

Dated: March 4, 2008

MAXINE M. CHESNEY
United States District Judge

---

[1] Consistent therewith, the Court, at the January 11, 2008 case management conference, gave plaintiff a deadline to file a motion to file an amended complaint.  (See Civil Minutes, filed Jan. 11, 2008.)

2