

1  PRO SE LITIGANT

2  AISAKE (ISAAC) P. NAUFAHU
   339 NORTH CLAREMONT
3  SAN MATEO, CALIFORNIA 94401

   TELEPHONE: 650-342-4817
4

5              UNITED   STATES   DISTRICT   COURT

6              NORTHERN   DISTRICT   OF   CALIFORNIA

7

8  AISAKE (ISAAC) P. NAUFAHU
                                          NO. C07 -4517 MMC
        Plaintiff,                        (BZ)
9

10  v.                                    PLAINTIFF OBJECTION
                                          TO SETTLEMENT
11  CITY OF SAN MATEO,                    CONFERENCE, LEGAL
                                          REASONS DOCUMENTED
    SAN MATEO CHIEF OF POLICE S. E. MANHEIMER,   HEREIN.
12  SAN MATEO POLICE CAPTAIN M. CALLAGY,
    SAN MATEO POLICE LIEUTENANT A. J. PARISIAN,   LET'S GO TO TRIAL
13  SAN MATEO POLICE AMENDING OFFICER JACK RADCLIFFE S26,
    SAN MATEO POLICE OFFICER BOLOGNA BADGE NUMBER 95,
14  SAN MATEO POLICE OFFICER RICHARD REYNA,
    SAN MATEO POLICE OFFICER MATTHEW LETHIN,
15  2 UNNAMED SAN MATEO POLICE OFFICERS

16          Defendants

17  Emphatically to Honor The United States Constitution, The Laws of The United

18  States, and Civil Rights, Let's go to Trial.  FOR THE SAKE OF JUSTICE.  TO

19  GIVE JUSTICE WHERE JUSTICE IS LONG OVERDUE.  May it Please The United States

20  Federal Court of The Right Honorable Bernard Zimmerman.

21  Your Honor The Right Honorable Bernard Zimmerman, even defendants want Trial.
    EXHIBIT 1.  Also the Court Order before The Right Honorable Court already
22  set for Pre-Trial.  EXHIBIT 2 which sets out Jury Trial Date November 17,2008.

23  Defendants Police Officers must be present at that Trial, because of  their

24  Violations of my Constitutional Rights, and Civil Rights, and Laws of The

25  United States which are all serious matters that must be addressed at that

26  Trial.

27  Now in response to defendants' proposal for Settlement Conference. EXHIBIT 3.

28  I DO NOT WANT SETTLEMENT CONFERENCE.  I DEFINITELY WANT TO GO TO TRIAL.

                                                                    1

1
2
3
4
5
6
7
8
9

On page 2, from lines 13 to 17, you say that officer Bologna badge number 95
was driving the opposite direction North, and he saw and noted the unusually
slow speed of Plaintiff's - my - vehicle, the vehicle that I was driving, the
question that I'll ask him at Trial is that how fast I was driving if he was
driving on the North side of S. El Camino while I was driving on the South
side of S. El Camino, and if he could not prove it in Court, then please just
shut up.  The only way a police officer could tell how fast a motorist is
travelling is for him to get behind the motorist's vehicle up close, and look
at his odometer,  what we do not need are guesses and fairytales to submit
into a Court of Law as evidence.  Incidentally, I was driving on the Right-hand
lane between 30 - 35 mph, certainly not well below the posted speed.limit,
and the maximum speed limit on El Camino is 35 mph.

10
11
12
13
14

I do not drink.  Period.  I work for a Power Transformer Manufacturer, and
belong to The International Brotherhood of Electrical Workers Union, and both
the Company and the Union have given us Written Statements about Safety
Issues which include No Drinking, No Drugs, et cetra, we work on very expensive
stuff, and the Foremen, Supervisors, and Lead Men are always around to Check.
We take our jobs very seriously.

15

On page 2, from lines 18 to 25, I never pulled over, and stopped voluntarily.

16
17

I have been right all along that Bologna, badge number 95 passed my vehicle,
and turned West on 25th Avenue.

18
19
20
21

And, I have been right all along that when I was passing through 25th Avenue,
I was looking to my Right and saw only the back of Bologna's police car on
the West side of 25th Avenue.  Officer Bologna badge number 95 is saying here
that he was suspicious that I, the Plaintiff, MR. AISAKE P. NAUFAHU was trying
to evade him.  What is he talking about?  I was only driving between 30 to 35
mph.  I was not driving 100 mph.  He is full of it.

22
23
24

In Court at Trial, I'll ask him if he is aware of and know the importance
of telling the Truth, especially in matters of the Law, and most significantly
at Court Trial.  I did not speed.  I was not running through a red light.

25
26
27
28

Why was he so concerned and suspicious of me?  What did I do?  The cause is
because of the Color of my Skin.  That is why he was willingly, knowingly, and
desperately LIED, AND LYING ON THE CITATION he issued me on February 20, 2006
EXHIBIT 4 that I was Impeding Traffic on S. El Camino and 25th Avenue, even
though he was on the West Side of 25th Avenue facing away from El Camino.

2

This Bologna badge number 95 should be behind bars, and fired  from his job
as an officer of the Law, knowing the Red Light of the Bold and Strong Warning
sign written on every Citation, and this did not even deterred him, in that
a police officer issues to any motorist in the State of California, and possi-
bly all throughout the United States that: " I declare under penalty of
perjury of the State of California the foregoing is true and correct" .

What we must bear in mind at all times here is that we are talking here about
a Sworn-In Law Endorcement Official to Uphold the Laws, and The Constitution.

We are not talking here about a first-grader.  About last month, or before that
a Court Commissioner in the State Superior Court in Redwood City told the
Bailiffs in her Courtroom to handcuff a lady who filed a false police report
to start serving a 90 day Sentence, and to pay Fine of thousands of dollars
claiming that "some Latin/Mexican men pushed her SUV after it broke down in
Foster City to a nearby parking lot and assaulted her".

It was sad to see her attorney asked for Leniency and Mercy of the Court
because she has a 2 year old daughter or son to take care of.  A man was
already locked up in connection with that case, and the judge made it quite
clear that the man could have been doing time behind bars if the Truth
cannot be found.

The lesson to be learnt from this Case is that Filing a False Police Report,
and Lying on a Citation to let an innocent    to be put behind bars, or
pay a Fine is Serious Business, before a State Judge, or Federal Judge, or a
State Jury, or Federal Jury.

But maybe it's nothing to the City of San Mateo, and the San Mateo Police
Department.  They equate Falsehood and Truth.

This is why I do not want Settlement Conference.  I want to go to Trial.

As it is to be understood and comprehended, bring them on and see if their
various fairytales and Lies could stand questions that I will ask them in
Court with the "Original copy of the Citation that Bologna, badge number 95
issued to me on February 20, 2006, and the Amended: New Citation that officer
Jack Radcliffe S26 EXHIBIT 4  sent to the Central Branch of the San Mateo County
Superior Court.

I am pleased to report that we went to Court before Traffic Commissioner,

3

**1** Stephanie Garrat on September 15, 2006, and officer Bologna badge number 95
**2** did his usual thing of/by Lying Under Oath, and it was observed visibly that
the Traffic Commissioner looked at the "Amended Citation: New Citation" by
**3** Officer Radcliffe S26, and here officer Bologna badge number 95 was talking
**4** about "something totally different, and unrelated to the case in hand" the
Traffic Commissioner took of his glasses arid looked at officer bologna
**5** badge number 95 in a funny way.

**6**
To put the last nail in the coffin, to reinforce evidence, I sent Priority
**7** Mail EXHIBIT 5 a Copy of the Original Citation 2/20/06,  and the Amended
**8** Citation: New Citation that officer Radcliffe S26 sent to the Court, the
**9** Traffic Commissioner Stephanie Garrat received it on September 18, 2006, and
Dismissed it outright.   The Honorable Garrat saw the Lies, and the Fairytales.
**10**

**11** The speed approx. that officer Bologna badge number 95 put down on the Original
Citation 2/20/06 was 25 mph when according to him when he said that "I was
**12** Impeding Traffic "ONLY" on S. El Camino and 25th Avenue, he was putting down
**13** on the Citation while he was elsewhere on the West side of 25th Avenue facing
**14** away from El Camino.

**15** We went to Court on September 15, 2006, which was a Friday.

**16** On Saturday September 16, 2006 I sent Priority Mail to the Honorable Stephanie
**17** Garrat the aforesaid Original Citation, and Amended Citation: New Citation,
which the Honorable Garrat received on Monday September 18, 2006, and
**18** threw the Citations  out of His Court because He Dismissed the San Mateo Police
**19** Department's Case against me .  The Honorable Garrat has evidence thereby
**20** that the San Mateo Police Department Grossly Dishonored/Disrespect his Court
by bringing Lies and Falsehoods before The Court.
**21**

**22** Officer Bologna badge number 95 had never shown me, or the Traffic Commissioner
The Honorable Stephanie Garrat how fast as to speed  I was travelling from
**23** 20th to 24th Avenue, and how fast as to speed I was travelling after he
**24** reappeared onto S. El Camino  from the West side of 25th Avenue and started
**25** his Harassing and Tailgating me dangerously closely until he pulled me over
to the side adjacent the Sears Parking Lot at the Hillsdale Mall.
**26**

**27** Did he say that he saw me from the North Side of S. El Camino while I was
driving South on S. El Camino and that "I was driving way below the Posted
**28** Speed Limit".  I need him to be in Court at Trial before The United States

4

**1** Federal Court to find this out as to Why Police Officers LIE OUTRAGEOUSLY to
**2** get innocent motorists to go to Jail, or else pay a hefty Fine.   Period.

**3** On lines 24 to 25 of page 2, Bologna badge number 95 says that I the Plaintiff
**4** MR AISAKE P. NAUFAHU pulled over to the side on my own and stopped.  I would
like to bring Bologna's badge number 95 attention to the statement that he
**5** made in front of Traffic Commissioner The Honorable Stephanie Garrat Under
**6** Oath that he turned on his blinking red lights on top of his police car, and
he pulled me over.
**7**

**8** I also want to refer everybody, and all San Mateo Police Officers  including
their attorneys, and the City of San Mateo to the 5th paragraph of the
**9** Results of the Investigation Report that the San Mateo Police Department dated
**10** July 31st, 2006 EXHIBIT 6 in which Lieutenant Parisian who was in charge of
**11** the Investigation says: "That officer Bologna, badge number 95 acted in accord-
ance with the Laws and policies for conducting vehicle stops, and that the
**12** stop was justified, lawful and proper."
**13**

WHO IS LYING HERE?   OFFICER BOLOGNA BADGE NUMBER 95, OR LIEUTENANT PARISIAN
**14** THE CHIEF INVESTIGATOR?

**15**
On lines 26 to 28 page 3, you say or whoever says that the CAD records indicate
**16** the Stop: Vehicle Stop occured at 2:48:21 a.m.
**17**  ·
I point this out because the Time Frame-Time Scope-Time Spectrum here has a big
**18** gaping hole which is very Serious, which must be Addressed in Court at Trial.
**19**
Look at the Original Citation of 2/20/06, officer Bologna badge number 95 put
**20** down that the "Vehicle Stop occured at 3:02AM" .  I also point out that I am sure
**21** that officer Bologna badge number 95 had his watch on, and I also had my watch
**22** on, and the time was about Right.

**23** On lines 1 to 2 page 3 where it says that I the Plaintiff, MR. AISAKE P. NAUFAHU
**24** was heard swearing over the police radio, and this caused other officers to
respond to the scene.
**25**

**26** ***You went to great length to Hide the Fact, and COVER-Up To Hide The Truth that
officer Bologna badge number 95 asked for my Driver's License, took it, and he
**27** Bologna badge number 95 himself CALLED FOR BACK-UP.
**28**                                                                5

And, this was exactly what officer Bologna badge number 95 told Traffic Commissioner The Honorable Stephanie Garrat on September 15, 2006 Under Oath.

Now, the San Mateo Police Department, the City of San Mateo are now "trying to blame me for all this".

What Traffic Violation I caused that prompted officer Bologna badge number 95 on 2/20/06 to himself pulled me over.

Of this, I will ask him, and for him to address that in The United States Federal Court.

This officer Bologna badge number 95 is a proven LIAR. HE LIED ABOUT THE TRAFFIC VIOLATION, AND THE LOCATION ON THE ORIGINAL CITATION OF 2/20/06, HE IS ALSO A PERJURER.

Just ask The Honorable Traffic Commissioner The Honorable Stephanie Garrat.

I may have said something, but that is a Reflexive Normal Reaction to being pulled over for nothing, when you know you run with The Laws of The United States on Your Side.

Just ask as to why did officer Bologna badge number 95DELIBERATELY LIED ON THE ORIGINAL CITATION.

BECAUSE OF THE ILLEGAL DETENTION. AND LET US NOT FORGET ABOUT THE FALSE IMPRISONMENT.

USED TO LYING, MAYBE HE WILL SHOW UP IN COURT AND SAY THAT IT HAPPENED SOMEWHERE ELSE AND NOT AT S. EL CAMINO AND 25TH AVENUE.

Since my Race, and Skin Color had something to do with His Outrageous Lying on the Citation, I will ask him in The United States Federal Court "Would you do what you did to me in Lying on a Citation, and/by issuing it to a white motorist?" RACISM IS PREVALENT.

Would you have Lied on the Citation and issued it to a White Motorist on 2/20/06?

If he answers, "Yes". He will be in big Trouble.

6

1  And, if he says, "No". He will still be in big Trouble.

2  He is a Law Enforcement Officer, employed by the City of San Mateo.    That
3  speaks a lot about the Character of employee and Employer.

4  Just as we need to see The Face of Justice. We also need to address The Many
5  Faces of Injustice which must not be tolerated. Here. Must not be Endured.
   Here. Must not be Overlooked. Here. Must not be an Oversight. Here.
6

7  All these San Mateo Police Officers involved in this Lawsuit must be held
   Accountable for their Injustice. For their Lies and Falsehoods. COVER-UPS.
8  They must be Hold Responsible. They must be Held Liable therefore, thereto,
9  and theretofore.

10  That is what The Constitution of The United States is all about.

11  That is what The Laws of The United States are all about.
12

13  That is what Civil Rights are all about.

14  TOTAL JUSTICE FOR ME EVEN A RACIALLY ETHNIC MINORITY PERSON OF COLOR.

15  Let us take a moment to look at the History of The United States with particular
16  focus on Civil Rights Laws that if an African Lady Rose Parks in a bus kept
17  quiet on taking orders to "SIT IN THE BACK OF THE BUS" WHERE PEQPLES OF COLOR
   BELONG; BUT SHE WAS TOO TIRED WORKING DAY IN DAY OUT FOR ALMOST NOTHING TO
18  SHOW FOR, THAT SHE JUST PLOMPED DOWN ON THE FIRST SEAT TOO WORN OUT, TOO WEARY,
19  TOO FATIGUED, No energy to get to the back of the bus.

20  ENOUGH, AND NO MORE.

21
   If African Americans, and other peoples of color did not take to the streets;
22  words were exchanged between white officers, and the demonstrators, water guns
23  and water hoses were strategically targetted on them, police vans were busy
   taking peoples to jails, and prosecuted for crimes they did not do, and police
24  and firefighters used night sticks and anything to beat the demonstrators, and
25  fights erupted everywhere, BECAUSE THEY INSTINCTIVELY AND LOGICALLY KNEW THAT
26  IF THEY DID NOT DO THIS, "WE WOULD STILL BE THERE AT THE BACK OF THE BUS."

27  But today, here in San Mateo things virtually remain Unchanged, these police
28  officers have done a lot of Hellish bad things to the Tongan Peoples, such as

7

Searching my Tongan elderly parent home Without Search Warrant, with SWAT police officers with rifles and officers guarding front and back door also.

For What?

RETALIATION, BY DEFENDANTS.

Because and since my Original Complaint was Filed in San Mateo County on July 31, 2007, the Process Server, EXHIBIT 7 lived at 14 North Humboldt, San Mateo, California, which is the Residence of my 80 year old Dad Retired Top Criminal Attorney of The Kingdom of Tonga, a very close relative of The Late King of The Kingdom of Tonga who sponsored my family's migration to the United States, the First and Only Tongan Family His Majesty sponsored.  His Majesty died a horrific heart Attack after the brutal dual-deaths of Tonga Prince and Princess in Menlo Park in 2006.

My elderly parent was inside his Residence at 14 North Humboldt, San Mateo when on the evening of October 2007 at 7PM the San Mateo Chief of Police Susan E. Manheimer, and several San Mateo Police Officers Without  Warrant, or Consent entered 14 North Humboldt.

My elderly parent was ignored.  None of the Officers of the City of San Mateo spoke to him.  This Outrageous Hellish Treatment of him shows White Supremacy. People of Color are Dirt under their feet.

The officers Searched the premise(s) WITHOUT WARRANT, with SWAT Police Officers with rifles and officers guarding front door, and back door, and up and down the driveway.

You know Your Honor, and I know, and everyone knows, that the Officers would not have done this to White Folks.  They would not do this to my folks at 14 North Humboldt, San Mateo were we White.

Where is The Constitution of The United States in all this?

Where are The Laws of The United States in all of these?

Where are Civil Rights in all of these?

Defendants claim they were on Training Session.  Yet, why were not proper

8

procedures of Warrant/Consent, or Search Warrant, and other crucial policy matters carried out, and observed.

Moreover, when did defendant City of San Mateo designate my brother's and/or my elderly parent's residence of 14 North Humboldt, San Mateo as San Mateo Police Training Center?  None in place!

My brother also has this Case of his before the Federal Court of The United States.

Furthermore, when did the Owner of 14 North Humboldt, San Mateo gave Consent that the residence be Site of San Mateo Police Training Center?  None in place!

Your Honor can spot right away the Lies and Falsehoods of Defendants before The Federal Court of The United States.

BECAUSE IT IS ALL ABOUT DEFENDANTS' RETALIATION AND REVENGE ON MY FAMILY BECAUSE OF MY LAWSUIT AGAINST THE DEFENDANTS.  ANYONE WITH THINKING CAPACITY CAN SEE!

Also, there is also the Case of  my brother where his kid was Illegally and Unlawfully hauled off to Juvenile Hall and there locked up for <u>16 days</u> without being charged with a crime - and he did not even do what the San Mateo Police Officers said he did.

REINFORCEMENT OF RETALIATION AND REVENGE BY THE DEFENDANTS.

On line 6 to 8 page 3, you say that the <u>"total duration from the time of the Vehicle Stop at  2:48:21 to the time officer Bologna badge number 95 left at 3:10:22A.M. is: 22 minutes and one (1) second.</u>

***If we go by the <u>Right Time</u> as shown on the <u>Original Citation of 2/20/06</u> by officer Bologna badge number 95 as :<u>"3:02AM"</u> and according to my watch too, it should be 33 to 34 minutes.

The fact of this matter is that my Time Cards EXHIBIT 8 does show and prove beyond reasonable doubt that I was under Illegal Detention, and False Imprisonment for way, way longer than a normal Terry simple valid Traffic Stop, and whatever they are now saying is Outrageous Rubbish.

Just as officer Bologna badge number 95 LIED on the Original Citation 2/20/06

9

1   about the Traffic Violation as his reason for pulling me over  constitute
2   Illegal Detention, and False Imprisonment, tantamount to Violations of my
3   Constitutional Rights, and Civil Rights.

4   I will ask Bologna badge number 95 in Federal Court as to why officer Radcli-
    ffe S26 Amended: Changed the Original Citation 2/20/06 after they talked it
5   out.

6   ****Going back to the time of the Vehicle Stop   of 3:02AM as shown on the
7   Original Citation 2/20/06, and if officer Bologna badge number 95 left the
8   scene at 3:10:22AM, then the whole time of the Vehicle Stop lasted roughly
9   8 minutes, and if You minus, that is take away 8 minutes from the 22 minutes,
    and one(1) second as shown, it is 14 minutes and add it to the right number
10  of 33 or 34 minutes, the total comes to 47 minutes, or 48 minutes, which
11  prove evidence that I WAS RIGHT, IT WAS MORE THAN 40 Minutes which point
12  directly to ILLEGAL DETENTION, AND FALSE IMPRISONMENT.

13  On lines 15 to 18 of page 3, officer Bologna badge number 95 now has hidden
14  evidence of his deliberately Lying on the Original Citation 2/20/06 that I
    Plaintiff, MR. AISAKE P. NAUFAHU, WAS IMPEDING TRAFFIC ON S. EL CAMINO AND
15  25 TH AVENUE, and the "whole Heavy-Duty Traffic occured ONLY TO THE EXCLUSIVITY
16  of S. El Camino and 25th Avenue, and he was not even there, he was elsewhere
17  on the West Side of 25th Avenue, facing away from the area of El Camino,"
    he started Harassing me from 20th to 24th Avenue, NO TRAFFIC, and when he was
18  turning Right onto El Camino from the West side of 25th Avenue, and started
19  Harassing me again, all this "so called Heavy-Duty Traffic that was on S. El
20  Camino and 25th Avenue  DISAPPEARED INTO THIN AIR: ZOMBIE ZONE LIKE THAT
    BERMUDA TRIANGLE IN FLORIDA, until he pulled me over to the side adjacent to
21  the Sears Parking Lot at the Hillsdale Mall.

22  On line 18 page 3 you say that Plaintiff Mr. Aisake Naufahu had deliberately
23  stopped in the line of travel, come on, let us put on our thinking caps and
24  reason this out:  Where was this?  Officer Bologna badge number 95 says that I
    was Impeding Traffic at S. El Camino and 25th Avenue,  he was not even there,
25  he was on the West Side of 25th Avenue facing away from El Camino, and that
26  accodring to him I was "travelling 25 mph, and now he says that I deliberately
27  stopped in the line of travel:" WHERE?

10

28

See you in Court. And in The Federal Court of The United States I will show you the Original Citation you issued to me on 2/20/06, and the Amended:Changed New Citation.

On line 16 page 3, I showed officer Bologna badge number 95 the Auto Insurance Policy, he did not even look at it to check the date, et cetra, and he even said: This is not it, the very same one I showed to the Judge, and she DISMISSED that Citation.

On line 20 page 3 I went with my daughter, at the time a Senior at Notre Dame de Namur University, Commencement Valedictorian Speaker 2007, now a Graduate at Sacramento State, to complain about officer Bologna badge number 95 for his Lying on the Citation he issued to me on 2/20/06, Concerned Citizens complain all the time about bad cops for doing bad jobs.

A police officer at the San Mateo Police Department whom I talked with asked to see the Citation, and his face turned beet-root red when I told him the officer Lied on the Citation. Everyone knows, just hopefully all police officers know that THERE IS NO TRAFFIC AT 3AM, 4AM, 5AM. WHY DID OFFICER BOLOGNA BADGE NUMBER 95 LIE ABOUT IT?

The police officer at the San Mateo Police Department went inside, made a copy of the Citation, and told me and my daughter that he was going to talk to officer Bologna, badge number 95. Lo and behold, 2 days later 2/22/06 A BRAND NEW CITATION arrived in the mail, they came up with a LIE TO HIDE A LIE, COVER-UP THE LIE, and that is exactly what I was telling the Traffic Commissioner The Honorable Stephanie Garrat, and he agreed after seeing TWO (2) TOTALLY DIFFERENT CITATIONS, AND DISMISSED THE CASE.

The Honorable Garrat knew and saw the Amended Citation WAS A FAT LIE TO COVER-UP THE LIE ON/OF/FOR THE ORIGINAL CITATION.

On line 24 to 26 page 3 The Case was Dismissed because The Traffic Commissioner The Honorable Garrat SAW AND KNEW A BIG FAT LIE BEING SUBMITTED TO HIS HONORABLE COURTROOM BY POLICE OFFICERS TO COVER-UP ANOTHER LIE: TWO (2) TOTALLY DIFFERENT CITATIONS WHICH CONSTITUTE LIES AND FALSEHOODS TO FOOL AND DISRESPECT THE JUDGE.

Officers bologna badge number 95, AND AMENDING OFFICER RADCLIFFE S26 ARE PROVEN LIARS AND PERJURERS.

page 4 July 12, 2007 Incident

HARASSMENT, RACIAL VITUPERATIVE INSULT United States Code, Title 42, Section 1098: 42 U.S.C. Sec 1983.

HARASSMENT OF INDIVIDUALS BASED ON THEIR RACE, ETHNIC BACKGROUND VIOLATES RIGHTS GUARANTEED UNDER THE 1ST, 4TH, AND 14TH AMENDMENTS OF THE UNITED STATES CONSTITUTION.

Dual actions of defendants Reyna and Lethin Unlawful and Illegal Traffic Stops in one (1) night: 30 minutes apart, 1 from the other, in their successive short-time duration.

Line 14: The second (2nd) officer who pulled me over asked if his partner had pulled me over.  I want the record of the first (1st) officer call to the second (2nd) officer to pull me over, again for the 2nd time.

This is HARASSMENT.

The second (2nd) officer "looked furious", "spouted and sputtered off stuff that made no sense" to me.

Let's show the record of my Driver's License check: No Suspended License.  No Warrant for Arrest.

The question here is: why did the first (1st) officer call the second (2nd) officer? Let's have a record/transcript of that call when this Case goes to Trial before The Federal Court of The United States.

These calls constitute HARASSMENT, NO VALID TERRY STOP.

Line 18: Mr. Naufahu's suspiciously slow, very late driving motivated both stops.

I told the first (1st) officer that I was going to work.  I do not drink alcohol. Period.  My family are Latter-Day Saints.  Total teetotalers: No drinking alcohol.  Total abstinence from drinking.

The 2 stops were HARASSMENT, and based entirely on my being Racially Ethnic visibility person of color constituting HATE CRIMES, RACIAL PREJUDICE, ETHNIC BIAS, MINORITY DISCRIMINATION.

Lethally fully intentionally strategized onto me by defendants Richard Reyna and Matthew Lethin: ("DID MY PARTNER...?) comprises of the composite embodiment of knowing, wilful, deliberate Harassments, and subjecting me to Racial Vituperative Insults.

Therefore, my Rights Guaranteed Under the 1ST, 4TH, and 14TH AMENDMENTS OF THE UNITED STATES CONSTITUTION, ARE VIOLATED THERETOFORE.

Therefore, both defendants Reyna and Lethin are Liable and Accountable heretofore.

Line 22 page 4, January 22, 2000 Claimant of being robbed by San Mateo Police Officer Michael Closs.

A Complaint was lodge on the matter with the San Mateo Police Chief John Stengl, and San Mateo City Council. San Mateo Mayor at the time Jan Epstein who is currently still with the City Council responded that the Incident never happened.

I responded that the Incident of millions of Jews being massacred by Adolph Hitler never occured. YET HISTORY OF THE WORLD HAS PROVEN OTHERWISE. THE INCIDENT DID OCCUR. THIS IS TRUE.

Likewise, the Incident of African Americans being slaves in this country, never occured. YET HISTORY OF THE UNITED STATES HAS PROVEN OTHERWISE. THE INCIDENT DID OCCUR. THIS IS TRUE.

Also, the Incident of Native Americans' Land being brutally wrenched off by Interlopers, never occured. YET HISTORY OF THE UNITED STATES HAS PROVEN OTHER- WISE. THE INCIDENT DID OCCUR. THIS IS TRUE.

Based therefore in the totality of the Legality and Lawfulness of the entirety of the foregoing, Let's go to Trial.

I want my Day in Court. Justice must not be obstructed. Justice must mater- liaze because Justice Matters. The Power of Justice, TOTAL JUSTICE MUST MAKE ITS OWN APPEARANCE IN THE COURT OF THE FEDERAL COURT OF THE UNITED STATES.

13

Dated: 18 March 2008

Respectfully Submitted

by: _Aisake (Isaac) P. Naufahu_

AISAKE (ISAAC) P. NAUFAHU

PRO SE LITIGANT

14

EXHIBIT 1

1  David M. King, Esq. (Bar No. 95279)
2  CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
   Professional Law Corporation
3  216 Park Road
   P.O. Box 513
4  Burlingame, California 94011-0513
   Telephone:    (650) 342-9600
5  Facsimile:    (650) 342-7685

6  Attorneys for Defendant City of San Mateo, a City Incorporated

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  AISAKE (ISACC) P. NAUFAHU, an          No.
    individual Pro Se Litigant,
12                                         DEFENDANT CITY OF SAN MATEO'S
              Plaintiff,                    DEMAND FOR TRIAL BY JURY
13
           vs.
14
    CITY OF SAN MATEO, a City
15  Incorporated, SAN MATEO CHIEF OF
    POLICE S.E. MANHEIMER, SAN
16  MATEO POLICE CAPTAIN M.
    CALLAGY, SAN MATEO POLICE
17  LIEUTENANT A. J. PARISIAN, SAN
    MATEO POLICE AMENDING OFFICER
18  JACK RATCLIFFE, S26, SAN MATEO
    POLICE OFFICER BOLOGNA BADGE
19  NUMBER 95, 4 UNA\NAMED SAN
    MATEO POLICE OFFICERS,
20
              Defendants.
21

22

23

24

25

26

27

28

26839.0001I\BGLIB1\1342443.1

                               1

EXHIBIT 2

**FILED**

JAN 1 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

#28

AISAKE (ISAAC) NAUFAHU,

          Plaintiff(s),

vs.

CITY OF SAN MATEO,

          Defendant(s).

_____/

NO.  C- 07-4517  MMC

**PRETRIAL PREPARATION
ORDER**

It is hereby **ORDERED** pursuant to Federal Rules of Civil Procedure and the Local Rules of this Court:

JURY TRIAL DATE: Monday,  November 17, 2008  at 9:00 a.m., Courtroom 7, 19th floor.

TRIAL LENGTH is estimated to be  5  days.

DISCOVERY PLAN:  Per Federal Rules of Civil Procedure and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF :  June 6, 2008  .

DESIGNATION OF EXPERTS:

      Plaintiff/Defendant:  No later than  June 27, 2008  .
      Plaintiff/Defendant:  Rebuttal no later than  July 11, 2008  .

      Parties shall conform to Federal Rule of Civil Procedure 26(a)(2).

EXPERT DISCOVERY CUTOFF :  August 1, 2008  .

EXHIBIT 3

1   David M. King, Esq. (Bar No. 95279)
    Jeremy A. Burns, Esq. (Bar No. 239917)
2   CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
    Professional Law Corporation
3   216 Park Road
    P.O. Box 513
4   Burlingame, California 94011-0513
    Telephone:    (650) 342-9600
5   Facsimile:    (650) 342-7685

6   Attorneys for Defendant City of San Mateo

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  AISAKE (ISACC) P. NAUFAHU, an              No. C 07-04517 MMC
    individual Pro Se Litigant,
12                                             CITY OF SAN MATEO'S SETTLEMENT
                    Plaintiff,                 CONFERENCE STATEMENT
13
                                               Action Filed: July 31, 2007
14          vs.                                Settlement Conference: March 21, 2008

15  CITY OF SAN MATEO, a City
    Incorporated, SAN MATEO CHIEF OF
16  POLICE S.E. MANHEIMER, SAN
    MATEO POLICE CAPTAIN M.
17  CALLAGY, SAN MATEO POLICE
    LIEUTENANT A. J. PARISIAN, SAN
18  MATEO POLICE AMENDING OFFICER
    JACK RATCLIFFE, S26, SAN MATEO
19  POLICE OFFICER BOLOGNA BADGE
    NUMBER 95, 4 UNNAMED SAN
20  MATEO POLICE OFFICERS,

21                  Defendants.

22

23

24              I.    BRIEF STATEMENT OF THE FACTS

25          Plaintiff alleges that he was treated unlawfully by the San Mateo police on three separate

26  occasions. Specifically, he alleges that he was robbed by the San Mateo Police in January 2000,

27  that he was unlawfully stopped and issued a traffic citation on June 20, 2006, and unlawfully

28  stopped again on July 12, 2007. From these incidents he has alleged, in his words:

EXHIBIT 4

were DISMISSED

**NOTICE TO APPEAR**  ☑ Traffic  ☐ Misdemeanor  ☐ Nontraffic   **84- 277289**

**NAME OF COURT:** MUNICIPAL COURT
**STREET ADDRESS:** 800 N. HUMBOLDT STREET
**MAILING ADDRESS:**
**CITY AND ZIP CODE:** SAN MATEO, CA 94401
**BRANCH NAME:** CENTRAL BRANCH
**TELEPHONE:** (650) 573-2622

**PEOPLE OF THE STATE OF CALIFORNIA**
vs.
**DEFENDANT:** Aisake Pohahau Naufahu

**NOTICE OF CORRECTION AND PROOF OF SERVICE**
(Vehicle Code, § 40505)

**AMENDING OFFICER NAME ID NO.:** 126
**DEPARTMENT/AGENCY:** SAN MATEO POLICE

**CITATION NUMBER:** 84-277289
**CASE NUMBER:**

1. A Notice to Appear/Notice to Correct Violation was issued to you by an officer of this department on (date): 2-20-06

2. The citation issued to you contained an error as indicated by the items checked below. This notice of correction does not affect the validity of the citation or the required court appearance.

   ☐ Date/time of violation should be _____
   ☐ Date/time of court appearance should be changed from _____ to _____
   ☑ Violation section(s) should be changed from 22400(A) to 22109 VC
   ☐ Location of violation should be changed from _____ to _____
   ☐ Other (specify): _____

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 2/21/06                 (Signature of officer) _____ 526

Form Adopted for Mandatory Use
Judicial Council of California
TR-100 [New January 1, 2000]

(Proof of service on reverse)

---

**NOTICE TO APPEAR**   84- 277289
Date of Violation: 2-20-06   Time: 3:20 PM   Day of Week: S M T W T F S   Case No.
Owner's Responsibility (Veh. Code, § 40001)
2. Name (First, Middle, Last): Aisake Pohahau Naufahu
   Address: 529 N. Claremont St.
3. City: San Mateo   State: CA   Zip Code: 94401   Juvenile (Phone No.)
4. Driver Lic. No.: A0512761   State: CA   Class: C   Commercial ☐ Yes ☑ No   Age: 55   Birth Date: 3/24/51
5. Sex: M   Hair: Blk   Eyes: Brn   Height: 5-10   Weight: 185   Race   Other Description
6.
7. Veh. Lic. No. or VIN: POLY LUV   State: CA   Reg. MO/YR.: 05/06   ☐ COMMERCIAL VEHICLE (Veh. Code, § 15210(b))
8. Yr. of Veh.: 1914   Make: BUICK   Model: Perk Ae   Body Style: 2 Dr   Color: BRO   ☐ HAZARDOUS MATERIAL (Veh. Code, § 353)
9. Evidence of Financial Responsibility: None   CHP/DOT/PUC/ACC
10. Registered Owner or Lessee: Naufahu, Mileny Yvette   ☐ Same as Driver
11. Address: 18 N. Humboldt St.   ☐ Same as Driver
12. City: San Mateo   State: CA   Zip Code: 94401

Correctable Violation (Veh. Code, § 40610)  ☐ Booking Required (see reverse)   Misdemeanor
Yes  No   Code and Section      Description                              (Circle)
13. ☐  ☒  22400(a)VC - Impede traffic   M
14. ☐  ☒  16028(a)VC No Ins.           M
15. ☐  ☐                               M
16. ☐  ☐                               M
17. Speed Approx.: 25   PF/Max. Spd.: 25   Veh. Lmt.: 35   Safe: 35   Radar ☐   ☐ Continuation Form Issued
18. Location of Violation(s): at S. El Camino Real @ 25TH Ave.   City/County of Occurrence
19. Comments (Weather, Road & Traffic Conditions):   ☐ Accident
20. ☐ Violations not committed in my presence, declared on information and belief.
I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.
Executed at (place)   Violation location   95
21. Y. Bolina   Arresting or Citing Officer   Serial No.
22. Date   Name of Arresting Officer, if different from Citing Officer   Serial No.
23. WITHOUT ADMITTING GUILT, I PROMISE TO APPEAR AT THE TIME AND PLACE INDICATED BELOW.   X Signature
24. WHEN: ON OR BEFORE THIS DATE: 4/14/06   Time: 1:30  ☐ AM ☑ PM
WHAT TO DO:   FOLLOW THE INSTRUCTIONS ON THE REVERSE.
WHERE: Superior Court of California, County of San Mateo.
25. ☐ NORTHERN BRANCH - 1050 Mission Rd., So. San Francisco, CA 94080   (650) 877-5355
☐ CENTRAL BRANCH - 800 North Humboldt St., San Mateo, CA 94401   (650) 573-2622
☐ SOUTHERN BRANCH - Traffic 500 County Center, Redwood City, CA 94063   (650) 363-4300
☐ SOUTHERN BRANCH - CRIMINAL - 4th FLOOR HALL OF JUSTICE   (650) 363-4300
400 County Center, Redwood City, CA 94063
☐ JUVENILE TRAFFIC COURT - 21 Tower Rd., San Mateo, CA 94402   (650) 312-8867
26. ☐ To be notified   ☐ You may arrange with clerk to appear at a night session of the court.

Judicial Council of California Form                    COURT COPY   | SEE REVERSE
Rev. 09-20-05 (Veh. Code, §§ 40500(b), 40513(b), 40522, 40600, Pen. Code, § 853.9)   TR-130

COMPUTER & BUSINESS PRINTING (650) 873-1710   M453884 (09/05)

84-277289

---

Amended" after I'd
laughter & talked
to them on
2/1/06

* COPY OF THE AMENDED (NEW CITATION)"

* COPY OF THE "ORIGINAL CITATION"

231955

BOTH COUNTS
were DISMISSED

EXHIBIT 5

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

HON. STEPHANIE GARRAT
commisioner
SUPERIOR COURT central
Branch
800 NORTH HUMBOLDT ST.
SAN MATEO; CA.94401,

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X **RECEIVED**  ☐ Agent
                ☐ Address

B. Received by (Printed Name)  **SAN MATEO COUNTY**  C. Date of Deliv

SEP 1 8 2006

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

Clerk of the Superior Court
**FRANK NARDO**
By
**DEPUTY CLERK**

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandi
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)      ☐ Yes

2.          7006 0810 0000 3973 4183

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1!

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com℠

SAN MATEO CA 944     **OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | $0.63 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $ |
| Restricted Delivery Fee (Endorsement Required) | | $0 |
| Total Postage & Fees | $ | $4.88 |

Postmark Here
09/16/2006

Sent To  HON. STEPHANIE GARRAT
Street, Apt. No.;  SUPERIOR COURT
or PO Box No.  CENTRAL BRANCH
City, State, ZIP+4  800 N. Humboldt ST ;CA.94401

PS Form 3800, June 2002          See Reverse for Instructions

7006 0810 0000 3973 4183

SUPERIOR COURT CENTRAL BRANCH
800 NORTH HUMBOLDT STREET
SAN MATEO, CA 94401

**NOTICE OF BAIL**

A NOTICE TO APPEAR AND CITATION CHARGING A VIOLATION OF THE BELOW DESCRIBED SECTIONS
HAS BEEN FILED WITH THIS COURT. UNLESS YOU APPEAR IN COURT AND ANSWER THESE CHARGES
OR DEPOSIT BAIL AS INDICATED YOU MAY FACE FURTHER CHARGES, INCREASED BAIL, ARREST, OR
LOSS OF DRIVING PRIVILEGES OR ANY COMBINATION OF SUCH CONSEQUENCES.

*# To make a copy.*

31141TA28.A.1.819.1.2.0.308

NAUFAHU AISAKE POHAHAU
339 N CLAREMONT ST
SAN MATEO CA 94401-1725

IF YOU FAIL TO RESPOND WITHIN 10 (TEN) DAYS AFTER THE DUE DATE BELOW, YOU WILL BE CHARGED AN ADDITIONAL
ASSESSMENT, PURSUANT TO SEC 1214.1 OF THE PENAL CODE, AND MAY BE SUBJECT TO YOUR DRIVERS LICENSE BEING WITHHELD
OR SUSPENDED BY DMV. THE CIVIL MONEY ASSESSMENT UNDER 1214.1 PC MAY BE COLLECTED BY ATTACHMENT OF YOUR WAGES,
YOUR SPOUSE'S WAGES, OTHER PROPERTY, AND CAN INTERCEPT ANY TAX REFUNDS. THE CIVIL ASSESSMENT REMAINS IN EFFECT
FOR 10 YEARS, OR UNTIL PAID.
FAILURE TO COMPLY WITH THIS NOTICE BY 04/04/06 WILL RESULT IN FURTHER CHARGES AND INCREASED BAIL. BAIL OF $843.75 may
be sent by mail on or before 04/04/06. TO APPEAR IN COURT bring this notice to the Court on or before 04/04/06, on TUESDAY between 12:30
p.m. and 1:30 p.m. OR on MONDAY, WEDNESDAY, and THURSDAY before 8:30 a.m.
YOU ARE NOT ELIGIBLE FOR TRAFFIC SCHOOL.

| VIOLATION(S) | |
|---|---|
| VC-22109 | Signal When Stopping |
| VC-16028A | Evidence Financial Resp |

| DEFENDANT NAME | VIOLATION DATE | CITATION NO. | APPEARANCE DATE | DOCKET NO. |
|---|---|---|---|---|
| NAUFAHU AISAKE POHAHAU | 02/20/06 | 277289 | 04/04/06 | 231959-T |

*→ Both were "dismissed"*

RETAIN THIS PORTION FOR YOUR RECORDS

DETACH AND RETURN THIS REMITTANCE PORTION WITH YOUR PAYMENT

| DEFENDANT NAME | VIOLATION DATE | CITATION NO. | APPEARANCE DATE | DOCKET NO. |
|---|---|---|---|---|
| NAUFAHU AISAKE POHAHAU | 02/20/06 | 277289 | 04/04/06 | 231959-T |

**DO NOT MAIL CASH.**
**MAKE CHECK OR MONEY ORDER PAYABLE TO:**

BAIL PAYMENT AND/OR
PROOF OF CORRECTION MAY
BE MADE IN PERSON
AT:

800 N. Humboldt Street
San Mateo, CA 94401
Hours: 8:00 am to 4:00 pm

You may pay your citation at:
www.sanmateocourt.org

SUPERIOR COURT CENTRAL BRANCH
800 NORTH HUMBOLDT STREET
SAN MATEO, CA 94401

POSTAL SERVICE 

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Sender: Please print your name, address, and ZIP+4 in this box •

AISAKE P. NAUFAHU
339 N. CLAREMONT Street
SAN MATEO; CA. 94401,

EXHIBIT 6



**San Mateo Police Department**

2000 South Delaware Street
San Mateo, California 94403-1497
Support Services Telephone: (650) 522-7620
FAX: (650) 522-7601
http://www.cityofsanmateo.org

July 31, 2006

Mr. Aisake Naufahu
339 No. Claremont Street
San Mateo, CA 94401

Dear Mr. Naufahu:

On March 20, 2006, you filed a complaint against Officer Bologna alleging that he drove his patrol car in a manner that violated the California Vehicle Code, initiated a vehicle stop based on ethnicity, falsified a traffic citation, and conducted an unlawful detention. These allegations, if sustained, would be in violation of the following San Mateo Police Department General Orders:

Chapter 12, Code of Conduct; Section 8, Adherence to City Personnel Rules and Regulations; part 5, Performance; paragraph F, which states, "The wrongful or unlawful exercise of authority on the part of any employee for malicious purposes, personal gain, and/or willful deceit."

Chapter 12, Code of Conduct; Section 2, Civility; paragraph 3, which reads, "Members and employees shall be courteous and orderly in their contacts with the public. They shall perform their duties in a professional manner at all times. Upon request, members and employees are required to supply their names and badge identification numbers."

Your complaint was assigned to Lieutenant Alan J. Parisian to investigate. Lieutenant Parisian conducted an extensive and exhaustive investigation into this matter wherein he reviewed your complaint, interviewed you, the involved officer, witnesses, and supervisors, and reviewed the dispatch tapes. All of the letters you sent to us have been reviewed and are part of the investigation file.

Lieutenant Parisian has completed his investigation and found that Officer Bologna is exonerated on all allegations. That is, the investigation disclosed that Officer Bologna acted in accordance with the laws and policies outlined for conducting vehicle stops, and that the stop was justified, lawful, and proper.

Lieutenant Parisian's investigation has been reviewed and approved by Susan E. Manheimer, Chief of Police.

July 31, 2006
Mr. Aisake Naufahu
Page 2

It saddens the Chief and every member of this Police Department whenever a citizen forms the belief that they were not served in an appropriate or proper manner by a member of the San Mateo Police Department.

While it may be of little consolation to you at this time, rest assured that the Chief, and every member of this Department, remains committed to serving and protecting the public to the utmost of our ability, including, but not limited to, the fair, impartial, and professional enforcement of the laws of this jurisdiction. At this point, I can only hope that you will one day come to believe the San Mateo Police Department, and the members employed by this agency, have in the past, do currently, and will always, hold these aspirations paramount.

In closing, I hope that you know the San Mateo Police Department members are here to protect and serve you, as they do for all members of the community. If you are in need of any assistance in the future, you have only to ask either me or any of my fellow San Mateo police personnel.

If I can assist you in any way or explain our process for investigating this matter, please feel free to contact me at (650) 522-7652.

Sincerely,

Mike Callagy
Captain
Support Services

c:    Chief of Police Susan E. Manheimer
      Lieutenant Alan Parisian
      File

EXHIBIT 7

PROOF  OF  SERVICE
by PERSONAL DELIVERY

My name is Naufahu Powell.

I am a citizen of the United States.  My age is over 18
(eighteen) years.  My current residence address is
14 North Humboldt, San Mateo, California.

I declare that I am not a party to the case herein/herewith.

I personally delivered the Lawsuit Claim Document reference
AISAKE NAUFAHU, PRO SE LITIGANT, PLAINTIFF vs. DEFENDANTS:
1. City of San Mateo; 2. City of San Mateo Chief of Police,
Susan E. Manheimer; 3. San Mateo Police Officer Bologna badge
number 95; 4. San Mateo Police Amending Officer Jack Ratcliffe
S25; 5. San Mateo Police Lieutenant Alan J. Parisian; 6. San
Mateo Police Captain Mike Callagy; 7. 4 unnamed police officers
of San Mateo Police Department,
to Defendant 1 to City Clerk, City Hall, address 330 West
20th Avenue, San Mateo, California; and to Defendants 2 to 7
to San Mateo Police Department located 2000 South Delaware,
San Mateo, California on  July 31st, 2007     in sealed envelope
to said Defendants as described heretofore.

I certify and simultaneously declare under penalty of perjury
that the foregoing is true and ocrrent.

Executed on   31st July, 2007     and of which, to which I
hereunder signed theretofore.

$\overline{\phantom{xxx} Toh\ P.\quad 7/31/07}$

NAUFAHU  POWELL

Received  at  City  of  San  Mateo  Patricia Toom
7/31/c—

PROOF  OF  SERVICE
by PERSONAL DELIVERY

My name is Naufahu Powell.

I am a citizen of the United States.  My age is over 18
(eighteen) years.  My current residence address is
14 North Humboldt, San Mateo, California.

I declare that I am not a party to the case herein/herewith.

I personally delivered the Lawsuit Claim Document reference
AISAKE NAUFAHU, PRO SE LITIGANT, PLAINTIFF vs. DEFENDANTS:
1. City of San Mateo; 2. City of San Mateo Chief of Police,
Susan E. Manheimer; 3. San Mateo Police Officer Bologna badge
number 95; 4. San Mateo Police Amending Officer Jack Ratcliffe
S25; 5. San Mateo Police Lieutenant Alan J. Parisian; 6. San
Mateo Police Captain Mike Callagy; 7. 4 unnamed police officers
of San Mateo Police Department,
to Defendant 1 to City Clerk, City Hall, address 330 West
20th Avenue, San Mateo, California; and to Defendants 2 to 7
to San Mateo Police Department located 2000 South Delaware,
San Mateo, California on   July 31st, 2007    in sealed envelope
to said Defendants as described heretofore.

I certify and simultaneously declare under penalty of perjury
that the foregoing is true and ocrrent.

Executed on    31st July, 2007    and of which, to which I
hereunder signed theretofore.

$7/3[/07$

NAUFAHU POWELL

Received at San Mateo Police Dept

EXHIBIT 8



**No. 12-048** — PAY PERIOD ENDING 2/19/

| SHOP ORDER | OP CODE | HOURS | | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REGULAR HRS. _____
OVERTIME _____ 8
DBL. TIME _____
OTHER _____ 8
TOTAL HRS _____

---

**No. 12-048** — PAY PERIOD ENDING 2/18/06

| SHOP ORDER | OP CODE | HOURS | | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REGULAR HRS. 8.0
OVERTIME 8.0
DBL. TIME _____
OTHER _____
TOTAL HRS 8.0

---

**No. 12-048** — PAY PERIOD ENDING 02/19/06

| SHOP ORDER | OP CODE | HOURS | | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REGULAR HRS. 8
OVERTIME 2
DBL. TIME _____
OTHER _____
TOTAL HRS 10

ISAAC NAUFAHU

No. 12-048

PAY PERIOD ENDING
02/26/06

| SHOP ORDER | OP CODE | HOURS | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REGULAR HRS.

OVERTIME

DBL. TIME

OTHER

TOTAL HRS

---

ISAAC NAUFAHU

No. 12-048

PAY PERIOD ENDING
02/26/06

REGULAR HRS.   8

OVERTIME   2

DBL. TIME

OTHER

TOTAL HRS   10

---

AHU

12-048

PAY PERIOD ENDING
02/26/06

GULAR HRS.   8

ERTIME   2

L. TIME

HER

TAL HRS   10

LSAAC K. NAUFAHU
No. 12-048
SATURDAY 2/25/

PAY PERIOD ENDIN 2/25/

| SHOP ORDER | OP CODE | HOURS | | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

'06 FEB 25 AM

REGULAR HRS. 1
OVERTIME ___
DBL. TIME ___
OTHER ___
TOTAL HRS 1

---

ISAAC NAUFAHU
No. 12-048

PAY PERIOD ENDING
02/26/06

4:00
'06 FEB 24 AM 2:25

| SHOP ORDER | OP CODE | HOURS | | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

'06 FEB 24 PM 2:31

REGULAR HRS. 8
OVERTIME 2
DBL. TIME ___
OTHER ___
TOTAL HRS 10

---

NAUFAHU
12-048

PAY PERIOD ENDING
02/26/06

4:00
'06 FEB 23 AM 7:45

| OP CODE | HOURS | | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

'06 FEB 23 AM 2:31

EGULAR HRS. 8
ERTIME 2
BL. TIME ___
HER ___
TAL HRS 10