UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AISAKE P. NAUFAHU, ) | |
|       Plaintiff, ) | No. C07-4517 MMC (BZ) |
|   v. ) | **ORDER TO SHOW CAUSE DIRECTED** |
| CITY OF SAN MATEO, et al. ) | **TO AISAKE P. NAUFAHU** |
|       Defendants. ) | |

By Order dated January 24, 2008, I scheduled a settlement conference and required all parties to appear on March 21, 2008, at 9:00 a.m. The settlement conference convened this morning at 9:00 a.m. Aisake P. Naufahu did not appear. Defendants and counsel appeared. The conference adjourned at 9:50 a.m. and Mr. Naufahu still had not appeared.

**IT IS THEREFORE ORDERED** that plaintiff Aisake P. Naufahu shall explain in writing by **April 15, 2008**, why he failed to comply with the court's Order and show cause why he should not be held in contempt or sanctioned pursuant to Rule 16(f) of the Federal Rules of Civil Procedure for his failure. A hearing on the Order To Show Cause is scheduled for **Wednesday, April 30, 2008 at 10:00 a.m.** in Courtroom G, 15th Floor,

1

1  Federal Building, 450 Golden Gate Avenue, San Francisco,
2  California 94102.  No other party is required to attend that
3  hearing.
4  Dated: March 21, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.08\NAUFAHU\Order to show cause.wpd