# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE JUDGE BERNARD ZIMMERMAN**
**CIVIL MINUTE ORDER**

DATE: Friday, March 21, 2008 @ 9:00 a.m.

TIME: 50 minutes

| **TITLE OF CASE:** | **DOCKET NO.:** | |
|---|---|---|
| NAUFAHU V. CITY OF SAN MATEO | C 07-4517 MMC (BZ) | ☒ REFERRAL |

| ATTORNEY(S) FOR PLAINTIFF(S): | ATTORNEY(S) FOR DEFENDANT(S): |
|---|---|
| No Appearance | David M. King, et al. |

COURT REPORTER/TAPE NO., SIDE, REEL NO.:

**PROCEEDINGS**

| | | | |
|---|---|---|---|
| ☐ | NONDISPOSITIVE MOTION | ☐ | INITIAL PRETRIAL CONFERENCE (CMC) |
| | ☐ CONTESTED | ☐ | DISCOVERY CONFERENCE |
| | ☐ UNCONTESTED | ☒ | SETTLEMENT CONFERENCE |
| ☐ | DISPOSITIVE MOTION | ☐ | FINAL PRETRIAL CONFERENCE |
| ☐ | EVIDENTIARY HEARING | ☐ | MOTION HEARING/ARGUMENT |
| ☐ | FEE APPLICATION | ☐ | IRS ENFORCEMENT ORDERS |
| ☐ | STATUS CONFERENCE | ☐ | OTHER: SPECIFY BELOW |

ORDER TO BE PREPARED BY:  ☐ PLAINTIFF   ☐ DEFENDANT   ☒ COURT

CASE CONTINUED TO:

**NOTES**

ORDER TO SHOW CAUSE TO ISSUE

G:\BZALL\-REFS\REFS.08\AISAKE.MINUTE ORD.wpd