David M. King, Esq. (Bar No. 95279)
Jeremy A. Burns, Esq. (Bar No. 239917)
CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, California 94011-0513
Telephone:   (650) 342-9600
Facsimile:   (650) 342-7685

Attorneys for Defendant City of San Mateo, a City Incorporated
Appearing Specially for Defendants Manheimer, Callagy, Parisian, Ratcliffe and Bologna

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AISAKE (ISACC) P. NAUFAHU, an individual Pro Se Litigant,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN MATEO, a City Incorporated, SAN MATEO CHIEF OF POLICE S.E. MANHEIMER, SAN MATEO POLICE CAPTAIN M. CALLAGY, SAN MATEO POLICE LIEUTENANT A. J. PARISIAN, SAN MATEO POLICE OFFICER JACK RATCLIFFE, S26, SAN MATEO POLICE OFFICER BOLOGNA BADGE NUMBER 95, 4 UNNAMED SAN MATEO POLICE OFFICERS,<br><br>Defendants. | No. 3:07-cv-04517-MMC<br><br>**DECLARATION OF DAVID M. KING IN SUPPORT OF MOTION TO DISMISS** |

I, David King, declare:

1. I am an attorney at Carr, McClellan, Ingersoll, Thompson & Horn Professional Law Corporation, attorneys of record for the City of San Mateo in the referenced matter. For the purposes of the motion to dismiss for failure to serve the summons and complaint, I am appearing specially for the individual defendants.

2. On January 11, 2008, at the Initial Case Management Conference, I advised the Court and Mr. Naufahu that I did not believe service on the individual defendants had been

1  properly completed.

2      3.    On January 23, 2008, I sent a letter to Mr. Naufahu warning him that he had again failed to complete service upon the individually named defendants. I have attached a true and correct copy of the January 23, 2008 letter I sent to Mr. Naufahu as Exhibit A to this declaration.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: March 18, 2008

*/s/ David King*

David King

**CARR McCLELLAN**
INGERSOLL THOMPSON & HORN

Professional Law Corporation

David M. King
*Attorney*

dking@carr-mcclellan.com

January 23, 2008

Mr. Aisake (Isacc) Naufahu
339 North Claremont
San Mateo, CA 94401

Re:   **Naufahu v. City of San Mateo**

Dear Mr. Naufahu:

I have received a copy of the purported Proof of Service which you filed with the court in the matter referenced. As a courtesy, I am writing to advise you that, once again, service was <u>not</u> properly effected upon any of the individually named defendants.

Very truly yours,

David M. King

DMK: mjd

26839.00001\BGLIB1\1357125.1

216 Park Road • Burlingame • California 94010

P 650.342.9600
F 650.342.7685

EXHIBIT A

www.carr-mcclellan.com