1  David M. King, Esq. (Bar No. 95279)
   Jeremy A. Burns, Esq. (Bar No. 239917)
2  CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
   Professional Law Corporation
3  216 Park Road
   P.O. Box 513
4  Burlingame, California 94011-0513
   Telephone:   (650) 342-9600
5  Facsimile:   (650) 342-7685

6  Attorneys for Defendant City of San Mateo, a City Incorporated

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | AISAKE (ISACC) P. NAUFAHU, an        | No. 3:07-cv-04517-MMC
   | individual Pro Se Litigant,
12 |                                      | **DECLARATION OF DI LAM IN**
   |        Plaintiff,                    | **SUPPORT OF MOTION TO DISMISS**
13 |
   |   vs.
14 |
   | CITY OF SAN MATEO, a City
15 | Incorporated, SAN MATEO CHIEF OF
   | POLICE S.E. MANHEIMER, SAN
16 | MATEO POLICE CAPTAIN M.
   | CALLAGY, SAN MATEO POLICE
17 | LIEUTENANT A. J. PARISIAN, SAN
   | MATEO POLICE OFFICER JACK
18 | RATCLIFFE, S26, SAN MATEO POLICE
   | OFFICER BOLOGNA BADGE NUMBER
19 | 95, 4 UNNAMED SAN MATEO POLICE
   | OFFICERS,
20 |
   |        Defendants.
21

22     I, Di Lam, declare:

23     1.    I am a Records Specialist with the San Mateo Police Department.

24     2.    Plaintiff Aisake Naufahu has submitted a document to the Court with my
25 signature on it. A true and correct copy of this document is attached as Exhibit A to this
26 declaration.

27     3.    I never represented to anyone that I was authorized to accept personal service on
28 behalf of Chief of Police Manheimer, Captain Callagy, Lieutenant Parisian, Officer Ratcliffe, or

26839.00011\BGLIB1\1360451.1              1.

Declaration of Di Lam

1  Officer Bologna, or anyone else. I never have been authorized to accept service on behalf of any
2  of these individuals.
3      I declare under penalty of perjury under the laws of the United States that the foregoing is
4  true and correct.
5  Dated: 3/6/08

                                                      Di Lam

PROOF OF SERVICE

by PERSONAL DELIVERY

My name is Dr. Karoline Loselea Naufahu (CHIEFTAIN MANA'IA).

I am a citizen of The United States. My age is over eighteen (18) years. My current address is 18 North Humboldt Street, San Mateo, California.

I declare that I am not a party to the Case herein/herewith.

By Court Order of The United States District Court Judge The Right Honorable Maxine M. Chesney that with reference to the Case AISAKE (ISAAC) P. NAUFAHU v. CITY OF SAN MATEO et al, ENDORSED FILED SAN MATEO COUNTY BY G. Jackson Deputy Clerk, to deliver to San Mateo Police Officers Defendants of the said Case, and for each of the said San Mateo Police Officers Defendants: San Mateo Chief of Police Susan E. Manheimer, San Mateo Police Captain M. Callagy, San Mateo Police Lieutenant A. J. Parisian, San Mateo Police Officer Jack Radcliffe S26, San Mateo Police Officer Bologna badge number 95, and 4 Unnamed San Mateo Police Officers, and that in compliance with the said Court Order, that I personally delivered Copy of said ENDORSED FILED SAN MATEO COUNTY BY G. Jackson Deputy Clerk abovementioned for each said defendant in individualized identifiable sealed envelope enclosed/encased in sealed big manila envelope to said defendants as described already heretofore.

I certify and simultaneously declare under penalty of perjury that the foregoing is true and correct.

Dated 15 January 2008        _____
                              Dr. Karoline Loselea Naufahu
       RECEIVED               (CHIEFTAIN MANA'IA)
       JAN 15 2008
       SAN MATEO P.D.
Dated _____ 2008    @ 1035 Hrs   LAM, DI

Received at The San Mateo Police Department, 2000 South Delaware, San Mateo, California.

EXHIBIT A