David M. King, Esq. (Bar No. 95279)
Jeremy A. Burns, Esq. (Bar No. 239917)
CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, California 94011-0513
Telephone:   (650) 342-9600
Facsimile:    (650) 342-7685

Attorneys for Defendant City of San Mateo, a City Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AISAKE (ISACC) P. NAUFAHU, an individual Pro Se Litigant,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN MATEO, a City Incorporated, SAN MATEO CHIEF OF POLICE S.E. MANHEIMER, SAN MATEO POLICE CAPTAIN M. CALLAGY, SAN MATEO POLICE LIEUTENANT A. J. PARISIAN, SAN MATEO POLICE OFFICER JACK RATCLIFFE, S26, SAN MATEO POLICE OFFICER BOLOGNA BADGE NUMBER 95, 4 UNNAMED SAN MATEO POLICE OFFICERS,<br><br>Defendants. | No. 3:07-cv-04517-MMC<br><br>**DECLARATION OF KEVIN RAFFAELLI IN SUPPORT OF MOTION TO DISMISS** |

I, Kevin Raffaelli, declare:

1. I am an officer with the San Mateo Police Department.

2. Plaintiff Aisake Naufahu has submitted a document to the Court with my signature on it. A true and correct copy of this document is attached as Exhibit A to this declaration.

3. I never represented to anyone that I was authorized to accept personal service on behalf of Chief of Police Susan Manheimer, Captain Callagy, Lieutenant Parisian, Officer

1  Ratcliffe, or Officer Bologna, or anyone else. I never have been authorized to accept service on
2  behalf of any of these individuals.
3      I declare under penalty of perjury under the laws of the United States that the foregoing is
4  true and correct.
5  Dated: March 5, 2008

                                                         _K. Raffaelli_
                                                     Kevin Raffaelli

PROOF OF SERVICE
by PERSONAL DELIVERY

My name is Naufahu Powell.

I am a citizen of the United States. My age is over 18 (eighteen) years. My current residence address is 14 North Humboldt, San Mateo, California.

I declare that I am not a party to the case herein/herewith.

I personally delivered the Lawsuit Claim Document reference AISAKE NAUFAHU, PRO SE LITIGANT, PLAINTIFF vs. DEFENDANTS: 1. City of San Mateo; 2. City of San Mateo Chief of Police, Susan E. Manheimer; 3. San Mateo Police Officer Bologna badge number 95; 4. San Mateo Police Amending Officer Jack Ratcliffe S25; 5. San Mateo Police Lieutenant Alan J. Parisian; 6. San Mateo Police Captain Mike Callagy; 7. 4 unnamed police officers of San Mateo Police Department, to Defendant 1 to City Clerk, City Hall, address 330 West 20th Avenue, San Mateo, California; and to Defendants 2 to 7 to San Mateo Police Department located 2000 South Delaware, San Mateo, California on  July 31st, 2007    in sealed envelope to said Defendants as described heretofore.

I certify and simultaneously declare under penalty of perjury that the foregoing is true and ocrrent.

Executed on    31st July, 2007    and of which, to which I hereunder signed theretofore.

_____  7/31/07
NAUFAHU POWELL

Received at San Mateo Police Dept _____

EXHIBIT A