1  David M. King, Esq. (Bar No. 95279)
   CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
2  Professional Law Corporation
   216 Park Road
3  P.O. Box 513
   Burlingame, California 94011-0513
4  Telephone:   (650) 342-9600
   Facsimile:   (650) 342-7685
5
   Attorneys for Defendant City of San Mateo, a City Incorporated
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | AISAKE (ISACC) P. NAUFAHU, an          | No. C 07 4517
   | individual Pro Se Litigant,
12 |                                         | **PROOF OF SERVICE OF MOTION TO**
   |           Plaintiff,                    | **DISMISS AND SUPPORTING PAPERS**
13 |
   |    vs.
14 |
   | CITY OF SAN MATEO, a City
15 | Incorporated, SAN MATEO CHIEF OF
   | POLICE S.E. MANHEIMER, SAN
16 | MATEO POLICE CAPTAIN M.
   | CALLAGY, SAN MATEO POLICE
17 | LIEUTENANT A. J. PARISIAN, SAN
   | MATEO POLICE AMENDING OFFICER
18 | JACK RATCLIFFE, S26, SAN MATEO
   | POLICE OFFICER BOLOGNA BADGE
19 | NUMBER 95, 4 UNA\NAMED SAN
   | MATEO POLICE OFFICERS,
20 |
   |           Defendants.
21

22

23    I, the undersigned, declare that I am employed in the County of San Mateo, California. I

24 am over the age of eighteen (18) years and not a party to this action. My business address is 216

25 Park Road, P.O. Box 513, Burlingame, California 94011-0513.

26    I am readily familiar with this business' practice for collection and processing of

27 correspondence for mailing with the United States Postal Service and know that this

28 correspondence would be deposited with the United States Postal Service this day in the ordinary

---

26839.00011\BGLIB1\1343321.1                    1

PROOF OF SERVICE OF MOTION TO DISMISS AND SUPPORTING PAPERS

1  course of business.

2  On March 21, 2008, I served a copy of each of the documents listed below by placing
3  said copies for processing as indicated herein:

4  - MOTION TO DISMISS FOR FAILURE TO SERVE SUMMONS AND COMPLAINT;
5  
6  - DECLARATION OF DAVID M. KING IN SUPPORT OF MOTION TO DISMISS;

7  - DECLARATION OF PATRICIAL TOOMEY IN SUPPORT OF MOTION TO DISMISS;
8  
9  - DECLARATION OF DI LAM IN SUPPORT OF MOTION TO DISMISS;

10 - DECLARATION OF KEVIN RAFFAELLI IN SUPPORT OF MOTION TO DISMISS;

11 by placing a true copy thereof in a sealed envelope and placing this envelope for collection and
12 mailing this date following the ordinary business practices of Carr, McClellan, Ingersoll,
13 Thompson & Horn for deposit of correspondence in the United States Postal Service, addressed
14 as follows:

15  
16  Aisake (Isacc) P. Naufahu
    Pro Se Litigant
17  339 North Claremont
    San Mateo, CA  94401

18 Executed on March 21, 2008, at Burlingame, California.

19 I declare under penalty of perjury under the laws of the State of California that the
20 foregoing is true and correct.

21

22

23  Lori J. Stumpf

24

25

26

27

28