1  David M. King, Esq. (Bar No. 95279)
   Jeremy A. Burns, Esq. (Bar No. 239917)
2  CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
   Professional Law Corporation
3  216 Park Road
   P.O. Box 513
4  Burlingame, California 94011-0513
   Telephone:   (650) 342-9600
5  Facsimile:   (650) 342-7685

6  Attorneys for Defendant City of San Mateo, a City Incorporated

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| AISAKE (ISACC) P. NAUFAHU, an individual Pro Se Litigant,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN MATEO, a City Incorporated, SAN MATEO CHIEF OF POLICE S.E. MANHEIMER, SAN MATEO POLICE CAPTAIN M. CALLAGY, SAN MATEO POLICE LIEUTENANT A. J. PARISIAN, SAN MATEO POLICE OFFICER JACK RATCLIFFE, S26, SAN MATEO POLICE OFFICER BOLOGNA BADGE NUMBER 95, 4 UNNAMED SAN MATEO POLICE OFFICERS,<br><br>Defendants. | No. 3:07-cv-04517-MMC<br><br>**NOTICE OF MOTION TO DISMISS FOR FAILURE TO SERVE SUMMONS AND COMPLAINT**<br><br>Date:   May 16, 2008<br>Time:  9:00 am<br>Dept.:  7<br>Judge:  The Honorable Maxine Chesney |

TO PLAINTIFF:

**PLEASE TAKE NOTICE** that on May 16, 2008 at 9:00 a.m., or as soon thereafter as may be heard in Department 7 of the above-entitled court, located at 450 Golden Gate Avenue, San Francisco, California, Defendant City of San Mateo, Appearing Specially for Defendants Manheimer, Callagy, Parisian, Ratcliffe and Bologna will and hereby does move the above-entitled court for an Order Dismissing the Complaint and for such further relief as the court deems appropriate in the circumstances.

1         This Motion to Dismiss for Failure to Serve Summons and Complaint is brought
2 pursuant to Rule 12(b)(5) and is based upon the associated Declarations and Memorandum of
3 Points and Authorities and upon such further evidence and argument to be presented at the
4 hearing on said Motion.

5 Dated: March 25, 2008,

                            CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
                            Professional Law Corporation

                            By: _____
                                David M. King/Jeremy A. Burns
                                    Attorneys for Defendant
                                       City of San Mateo
                    Appearing Specially for Defendants Manheimer, Callagy,
                           Parisian, Ratcliffe and Bologna