David M. King, Esq. (Bar No. 95279)
CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, California  94011-0513
Telephone:    (650) 342-9600
Facsimile:     (650) 342-7685

Attorneys for Defendant City of San Mateo, a City Incorporated

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AISAKE (ISACC) P. NAUFAHU, an individual Pro Se Litigant,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF SAN MATEO, a City Incorporated, SAN MATEO CHIEF OF POLICE S.E. MANHEIMER, SAN MATEO POLICE CAPTAIN M. CALLAGY, SAN MATEO POLICE LIEUTENANT A. J. PARISIAN, SAN MATEO POLICE AMENDING OFFICER JACK RATCLIFFE, S26, SAN MATEO POLICE OFFICER BOLOGNA BADGE NUMBER 95, 4 UNA\NAMED SAN MATEO POLICE OFFICERS,<br><br>    Defendants. | No. C 07 4517<br><br>**PROOF OF SERVICE** |

    I, the undersigned, declare that I am employed in the County of San Mateo, California.  I am over the age of eighteen (18) years and not a party to this action.  My business address is 216 Park Road, P.O. Box 513, Burlingame, California  94011-0513.

    I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the United States Postal Service and know that this correspondence would be deposited with the United States Postal Service this day in the ordinary

26839.00011\BGLIB1\1343321.1                 1
PROOF OF SERVICE OF MOTION TO DISMISS AND SUPPORTING PAPERS

course of business.

On March 25, 2008, I served a copy of each of the documents listed below by placing said copies for processing as indicated herein:

- NOTICE OF MOTION TO DISMISS FOR FAILURE TO SERVE SUMMONS AND COMPLAINT;

- [PROPOSED] ORDER GRANTING MOTION TO DISMISS FOR IMPROPER SERVICE;

- PROOF OF SERVICE

by placing a true copy thereof in a sealed envelope and placing this envelope for collection and mailing this date following the ordinary business practices of Carr, McClellan, Ingersoll, Thompson & Horn for deposit of correspondence in the United States Postal Service, addressed as follows:

> Aisake (Isacc) P. Naufahu
> Pro Se Litigant
> 339 North Claremont
> San Mateo, CA  94401

Executed on March 25, 2008, at Burlingame, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Matt Dubuque