David M. King, Esq. (Bar No. 95279)
Jeremy A. Burns, Esq. (Bar No. 239917)
CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, California 94011-0513
Telephone: (650) 342-9600
Facsimile: (650) 342-7685

Attorneys for Defendant City of San Mateo, a City Incorporated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AISAKE (ISACC) P. NAUFAHU, an individual Pro Se Litigant,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF SAN MATEO, a City Incorporated, SAN MATEO CHIEF OF POLICE S.E. MANHEIMER, SAN MATEO POLICE CAPTAIN M. CALLAGY, SAN MATEO POLICE LIEUTENANT A. J. PARISIAN, SAN MATEO POLICE OFFICER JACK RATCLIFFE, S26, SAN MATEO POLICE OFFICER BOLOGNA BADGE NUMBER 95, 4 UNNAMED SAN MATEO POLICE OFFICERS,<br><br>　　　　　　Defendants. | No. 3:07-cv-04517-MMC<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS FOR IMPROPER SERVICE**<br><br><br><br>Date:　May 16, 2008<br>Time:　9:00 am<br>Dept.:　7<br>Judge:　The Honorable Maxine Chesney |

//
//
//
//
//
//
//

1        The Court, having considered the papers and arguments, finds that Plaintiff has failed to serve the individual defendants by the Court specified deadline of February 29, 2008, despite the Court's and San Mateo's warnings that he has failed to complete service. Plaintiff has also failed to serve the unnamed defendants, although San Mateo informed Mr. Naufahu of their identities in its initial disclosures.

        Accordingly, IT IS HEREBY ORDERED:

        1.    Pursuant to Federal Rule of Civil Procedure 12(b)(5) and the applicable Federal and California law, Defendants' Motion to Dismiss for Improper Service is granted with prejudice.

        IT IS SO ORDERED.

Dated: _____

                By: _____
                      Honorable Maxine Chesney
                      United States District Judge