```
PRO SE LITIGANT
AISAKE (ISAAC) P. NAUFAHU
339 NORTH CLAREMONT
SAN MATEO, CALIFORNIA 94401
TELEPHONE: 650-342-4817
```



FILED
08 MAR 25 AM 9:00

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AISAKE (ISAAC) P. NAUFAHU<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN MATEO, et al<br><br>Defendants | No. C07 - 4517 MMC (BZ)<br><br>AISAKE P. NAUFAHU<br><br>SHOW CAUSE<br><br>AND MOTION PLEASE FOR TRIAL |

Will The Right Honorable Bernard Zimmerman please forgive this humble plain-tiff for No Show on Friday March 21st; but there is Good Cause.

Your Honor, I've called Defendants' Lead/Head Counsel David M. King to let him know there's a family funeral, my niece died from Stanford Hospital, there's Cultural Observance of Mourning Process; and Defendants' Lead/Head Counsel did not apprise The Right Honorable Court.

Your Honor, I filed Objection to Settlement Conference on Tuesday March 18th, Original to Your Honor, Copy to The Clerk of The Court, Copy hand-delivered to Defendant, and another Copy each hand-delivered to Defendant Counsels David M. King and Jeremy A. Burns on the very same day of Tuesday March 18th.

On the next day of Wednesday March 19th, Defendant wrote me letter EXHIBIT 1 which contents are self-explanatory, and of which I received on Thursday March 20th.

Your Honor, presuming Defendant wants Production of Documents in Preparedness for Trial, and my Readiness for Trial, all the more reason solidifying No Show for Settlement Conference Friday March 21st.

My response for what Defendant asks EXHIBIT 2.

1

1  Your Honor, now it seems that Defendant wants its cake, and eat it too.
2  Defendant wants feet firmly planted on land, or high in the air, and
3  simultaneously swim kicking in the ocean. It shows up in Court March 21st.

4  What does Defendant want, Your Honor?

5
6  I filed this Lawsuit/Complaint in San Mateo County.

7  Defendant moved it to The United States Federal Court, Northern District
8  of California.

9
10 The Clerk of The Court assigned this Case to The Right Honorable James Larsen.

11 I was more than ready for Settlement Conference at The Court of The Right
12 Honorable Larsen.

13 Defendant wanted Trial.

14
15 Hence, The Clerk of The Court Re-assigned this Case to The Right Honorable
16 Maxine M. Chesney, who Court-Order for Pre-Trial, and Trial.

17 Judge Chesney in Case Management on January 11th asked directly to Defendant
18 Counsel David M. King if he approve and not object to Judge Bernard Zimmerman
   for Trial.
19
20 Defendant Counsel David M. King approved, for this Case to go to Judge Zimmer-
21 man for Trial.

22 Your Honor, Plaintiff namely myself was not asked; yet I was standing directly
23 in front of Judge Chesney. She ignored me. She looked to my side where Def-
   endant Counsel David M. King stood, and asked him.
24
25 What is this Your Honor?

26
27 The United States Federal Court System is Pro-Defendant, going by what Defen-
   dant wants, what Defendant approves.
28

2

1 | Your Honor, The Right Honorable Judge Bernard Zimmerman of The United States
2 | Federal Court of The Northern District of California, may it Please The Court,
3 | my Case does have Merits.

Please Your Honor, allow my Meritworthy Case to unfold and stand one Merit justifiably by one Merit for all the Truths to surface, and not be suppressed as Defendant(s) want so that Justice Predominates, and Rules in Court.

Your Honor, Defendant(s) have committed FELONY, ILLEGAL DETENTION, FALSE IMPRISONMENT, COVER-UPS REPEATEDLY, CONSPIRACY, ACCOMPLICE, OBSTRUCTION OF JUSTICE, RACIAL DISCRIMINATION, PSYCHOLOGICAL ABUSE, MENTAL ABUSE, VITUPERATIVE RACIAL ABUSE/INSULTS, VIOLATIONS OF MY RIGHTS UNDER THE 1ST, 4TH, AND 14TH AMENDMENTS OF THE UNITED STATES CONSTITUTION, THE LAWS OF THE UNITED STATES, AND CIVIL RIGHTS.

Your Honor, my parents did not raise a fool, as the Defendant(s) have time and again Hellishly Mistreated me Abusively, and in their way of thinking I am to take it because I am a person of color.

Your Honor, remember please that to Judge Chesney, Defendant(s) Approve and did Not Object that this Case comes before You FOR TRIAL.

Defendant(s) now want Conference Settlement.  Are we in The Federal Court of The United States, or kindergarten where we have to pacify Defendant(s).  They need to grow up.  This is very serious business.

Your Honor, why is The Federal Court of The United States obediently complying time and yet again at peck-and-call of Defendant(s).

Your Honor, at this rate of how things are proceeding and progressing, never mind me humble plaintiff, but The Image and Reputation of The United States Federal Court must be Upheld, because it is not Puppet of Puppeteer Defendants.

Your Honor, please ORDER TRIAL.

All I humbly ask Your Honor The Right Honorable United States Federal Judge Bernard Zimmerman please is my Day in Federal Court since that's where Defendant(s) moved my Lawsuit to, and of which with sure-footed Legal Well-Foundationed Reasons/Rationale, and Good Cause may it please The Right Honorable Court I'm entitled to according to my Rights promised by The United States Constitution,  and concurrently by The Laws of The United States, and concomitantly simultaneously by Civil Rights.

JUSTICE NEED AND MUST MAKE AN APPEARANCE IN COURT, MAY IT PLEASE THE COURT!

3

1  OR, are The United States Constitution, and Civil Rights, and The Laws of
2  The United States DEAD USELESS DOCUMENTS, NO TRUTHS TO THEM WHATSOEVER, NOT
   WORTHY TO BE HONORED, as Defendant(s) seemingly propose since Defendant(s)
3  does what It(They) wants(want), as It(They) please, as It(They) approves
4  (approve), and The Court obediently complies.

5
6  Your Honor, what does Defendant(s) want?  Get off, scot free after Violating
   my Rights Under The United States Constitution, Violating my Rights Under
7  Civil Rights, and Violating my Rights Under The Laws of The United States.

8
9  President Abraham Lincoln abolished Slavery.  But, slavery is still alive and
   thriving.
10
11 Racism and Color-Bar are rampant, and still much alive in The United States
   of America.  Even in The Federal Court of The United States, as my Case shows
12 with clarity, for whatever White Defendant(s) wants(want), The Court goes by
13 what White Defendant(s) wants(want).

14
   They are White.  I'm not.  I'm Brown, person of color.
15
16 Are they exercising White Supremacy/White Superiority, and all that defines,
   denotes, and connotes, even in The United States Federal Court System.
17
18 Your Honor, are The United States Constitution, Civil Rights, and The Laws of
19 The United States just Empty, Hollow words written on lifeless paper with no
   back-bone, with no foundation, with No Faces for All The World To See
20 with No Truths thereto, therefrom, thereby.
21
22 I rest Your Honor if what The United States Constitution purports ITSELF TO
   BE, and what The Laws of The United States PROMISE, and my Civil Rights
23 DECLARE.
24
25 Dated: March 25, 2007

26                                      Most Respectfully,

27                                  by _____
28                                      AISAKE (ISAAC) P. NAUFAHU   Pro Se Litigant

# EXHIBIT 1

**CARR McCLELLAN**
INGERSOLL THOMPSON & HORN

Professional Law Corporation

Jeremy A. Burns
*Attorney*

jburns@carr-mcclellan.com

March 19, 2008

Mr. Aisake (Isacc) Naufahu
339 North Claremont
San Mateo, CA 94401

**Re:** *Aisake Naufahu v. City of San Mateo*

Dear Mr. Naufahu:

On January 29, the City of San Mateo served you with written interrogatories and requests for the production of documents. Responses were due on March 3, 2008. To date, we have received no response from you. The time to interpose objections has expired. Accordingly, please provide full and complete responses without objections by March 26, 2008. If we do not hear from you or receive your responses by then, the City will file a motion to compel responses.

Very truly yours,

Jeremy A. Burns

JAB:ljs

26839.00011\BGLIB1\1362613.1

EXHIBIT 2

339 North Claremont
San Mateo, California 94401

Telephone: 650-342-4817

March 24, 2007

Mr. Jeremy A. Burns
216 Park Road
Burlingame, California 94010

Dear Sir:

RE:   PRODUCTION OF DOCUMENTS

This communication herein addresses itself to the subject as above-captioned reference your letter to me of March 19, 2007.

Please be apprised that all relevant and pertinent Documents as you request are already in your possession, also in the possession of The City of San Mateo, and in the possession of San Mateo police officers: named and un-named, in this Lawsuit, as well as in the possession of The Right Honorable Courts' of The Federal Court of The United States.

To quantify, qualifying as to what I seek in Damages:

1.  Copy of Original Citation by Officer John Bologna badge number 95, motivated from/by his POLICE PROFILING of me Evidenced by his Tailgating me so dangerously closely for several blocks to Intimidate me because of his Hate Crime. He'd seen from across the street his driving North, and himself the only motorist in that side of the street, and me heading South, and myself the only motorist in that side of the street, at that time of night that I'm a person of color, and the sole, solidary motorist at 20th Avenue, El Camino, San Mateo, motivating him to make the sharp U-TURN and HARASSED me by his tailgating me exceedingly closely that at times imminently crashing/ smashing directly into me.

Officer Bologna badge number 95 saw my vehicle License Plate POLYLUV, of which he'd so indicated in his Citation, and knew I'm Pacific Islander/ Polynesian giving him reinforcement POLICE PROFILING, enhancing his BIGOTRY, RACIAL DISCRIMINATION, ETHNIC BIAS, MINORITY PREJUDICE, HATE CRIME, Strongly Evidenced by his Tailgating    exceedingly dangerously close range, of me.

Officer Bologna badge number 95 put my Race down in the Citation as P: Pacific Islander/Polynesian; to his White Mentality subjugating us to PUNISHMENT because 2nd rate/2nd class Citizenry: Inferiority, Inequality, and that he could do to me whatever ABUSE, HARASSMENT, HELLISH TREATMENT, and that I'm not to object.

Officer Bologna badge number 95 exited at S. El Camino & 25th Avenue, away from the area, Cited me in that very spot as Impeding Traffic.

BUT HE WAS ALREADY AWAY FROM THAT AREA. AND THERE WAS NO TRAFFIC. I WAS THE ONLY MOTORIST.

Officer Bologna badge number 95 reappeared, and continued his HARASSING AND TAILGATING ME EXCEEDINGLY CLOSELY. He pulled me over at 31st Avenue. He shone extra-bright lights into my eyes, face, all around the car. He called for Back-Up. 2 officers showed up. They too, shone extra-bright lights into my eyes, face, all around the car.

If they suspected me of Intoxication, where is the Breathalyzer Test?

I submit to you that they are now evading the POLICE PROFILING, BIGOTRY, RACIAL DISCRIMINATION, ETHNIC BIAS, MINORITY PREJUDICE, HATE CRIME.

ALL CRIMINAL ACTS BY THESE SAN MATEO POLICE OFFICERS.

You know, and I know that the repeated in short duration of time-scope of shining exceedingly extra-bright lights into my eyes tantamount to slapping/kicking my eyes, my head, my face, and total person: Me, P: racially their Racial PROFILING/CLASSIFICATION/ASSESSMENT/EVALUATION of me to INFERIORITY/INEQUALITY: BIGOTRY, and to take their UNJUSTIFIED ABUSE, and be silent, and be quiet about it for after all WE ARE VOICELESS, AND POWERLESS, FOR THEY HAVE THE POWER OVER US, and take the Hellish Abuse and dare not to speak out.

THERE WAS THE UNDERSTANDING COMPREHENSIVE SILENT WARNING: IF YOU OBJECT, WORSE WILL COME YOUR WAY.

We know that were I white, Bologna badge number 95 WOULD HAVE LEFT ME WELL ALONE.

Bologna badge number 95 cited me for Violation even though he was not there at S. El Camino & 25th Avenue because he'd already Exited from that very area, heading West, facing away from that Intersection.

Officer Bologna badge number 95 Citation tantamount to FELONY: LYING AND FALSE-HOOD. PERJURY.

Bologna badge number 95 and his 2 Back-Up Unnamed San Mateo police officers kept me waiting exceeding 40 minutes which constitute ILLEGAL DETENTION, AND FALSE IMPRISONMENT, VIOLATION OF MY CONSTITUTION RIGHTS, AND VIOLATION OF MY CIVIL RIGHTS, AND LAWS OF THE UNITED STATES.

I DID NOT VIOLATE ANY LAWS.

THEREFORE THIS WAS AN INVALID TERRY STOP.

YOU KNOW IT, AND I KNOW IT.

2. Copy of Amended (Changed) Citation executed by San Mateo police officer Jack Ratcliffe S26. This is FELONY. He Amended/Changed Citation for something he himself did not witness/eye-ball. Where did that happen? When did that happen?

This is therefore COVER-UP. This is CONSPIRACY. This is ACCOMPLICE. This is OBSTRUCTION OF JUSTICE. This is VIOLATION OF DUE PROCESS. ALL ILLEGAL. UNLAWFUL. UNJUSTIFIED.

This was carried out by a Law Enforcement Officer of the San Mateo Police Department, employed by The City of San Mateo.

3. Time-Cards from my job. This is STRONG EVIDENCE that just as I have explained to Bologna badge number 95 that I was on my way to my job, punched in at 3:55AM.

Bologna badge number 95 timed his Citation to 3:02AM.

By the time of his Release me after ILLEGALLY DETAINING ME exceeding 40 minutes, I'd made it just in the nick of time to my job to with haste clocked in at 3:55AM.

DO THE MATH!

4. Transcript of Interview with San Mateo Police Lieutenant Alan J. Parisian. You have the Tape. You have the Transcript.

I want both Tape, and Transcript at Trial.

Lieutenant Parisian vehemently denied it was Bologna badge number 95 who Cited me. I insisted it was Bologna badge number 95. Lieutenant Parisian spinned a fairytale of his theory that 2 different other police officers tailgated me. I insisted it was Bologna badge number 95.

Lt. Parisian got ferociously mad, visibly angry, and pissed-off, immediately terminated the Interview.

This reinforced the RACIAL PROFILING. RACIAL DISCRIMINATION. He is Caucasian White. I'm not. How dare a person of color dare to differ from a White even if the White individual is spinning off rubbish and garbage that make no sense to logic and intelligent analysis like I told him.

Further evidentiary of ETHNIC BIAS. MINORITY PREJUDICE.

The officers have already prejudged me. All evidentiary of their CRIMINALITY: COVER-UP. CONSPIRACY. ACCOMPLICE. OBSTRUCTION OF JUSTICE. VIOLATION OF DUE PROCESS. VIOLATION OF THE LAWS OF THE UNITED STATES.

5. Letter from San Mateo Police Captain Mike Callagy, who is WHITE.

    a. White officer Lt. Parisian EXONERATED white officer Bologna badge number 95. Of Course. Already in-progress is the COVER-UP. CONSPIRACY. ACCOMPLICE. OBSTRUCTION OF JUSTICE. VIOLATION OF DUE PROCESS. VIOLATION OF MY CIVIL RIGHTS. VIOLATION OF MY CONSTITUTIONAL RIGHTS. VIOLATION OF THE LAWS OF THE UNITED STATES.    HATE CRIMES. RACIAL DISCRIMINATION. ETHNIC BIAS. MINORITY PREJUDICE.

3

A White person rushing to the rescue of another White person so that the Eyes of The Law, and The Face of Justice would not look to Deliver Justice to a person of color.

    b. Approval by San Mateo Police Chief Susan E. Manheimer, who is White.

Of course. Reinforcement of In-Progress already the COVER-UP. CONSPIRACY. ACCOMPLICE. OBSTRUCTION OF JUSTICE. VIOLATION OF DUE PROCESS. FELONY. VIOLATION OF THE LAWS OF THE UNITED STATES.

Remember, in the Citation officer Bologna badge number cited my Race is glaringly indicated P: Pacific Islander/Polynesian by such their White Mentalitybelow them, beneath them, different from them, and all that P self-defines, self-denotes, self-connotes, giving them WHITE SUPREMACISTS, for after all in their PROFILING/ASSESSMENT/EVALUATION: SUPREME, SUPERIORITY, They are SUPERIOR to us, we are INFERIOR to them, which = INEQUALITY.

Subject such P persons to PENALIZE them, PENALTY BECAUSE OF INEQUALITY.

In Court, the Judge exercised Fairness, Justice, and DISMISSED NO INSURANCE because I did have Insurance of which Bologna badge number 95 IGNORED.

Remember, he'd put down P for my Race. STEREOTYPING. Such P CANNOT AFFORD INSURANCE. PREJUDICE. BIAS. DISCRIMINATION. BIGOTRY.

Also, on September 15, 2006, Traffic Commissioner The Honorable Stephanie Garrat looked at Bologna badge number 95 Under Oath speaking of Heavy-Duty Traffic, in a funny way. Giggles erupted from throughout the Courtroom. Everyone knows NO TRAFFIC. ZERO TRAFFIC AT 3AM, 4AM, 5AM.

The Honorable Garrat told us he'd let us know of his Decision.

6. Priority Mail Saturday 16 September 2006 to The Honorable Stephanie Garrat of Original Citation from Bologna badge number 95, and Amended (Changed) Citation from Officer Ratcliffe S26, constituting FELONY. COVER-UP. CONSPIRACY. ACCOMPLICE. VIOLATION OF DUE PROCESS.

The Honorable Garrat connected the dots, and righteously reached the Court's Justice, Fairness, Impartiality: DISMISSED THE SAN MATEO POLICE CHARGES AGAINST ME.

7. Letter from Shawn Mason, City Attorney San Mateo, denying my Claims to City of San Mateo. He is White. The City of San Mateo is White Structured. The San Mateo Police Department is also White Structured, All up and down the Totem-Pole: White Structured, flagging everywhere, everytime WHITE SUPREMACY. WHITE SUPERIORITY. THEIR RACE OF WHITE FOLKS IS SUPERIOR.

Bologna badge number 95 by his glaring indication of my Race as P connotes Person Of Color.

How dare I a person of color dare to speak out, speak up for any Hellish Mistreatment, AND ABUSE by San Mateo Police Officers, under Employment by/ for The City of San Mateo. COVER-UP. COVER-UP. COVER-UP. COVER-UP. JUST COVER-UP. COVER-UP NOW. COVER-UP THERE. COVER-UP EVERYWHERE. HIDE EVERYTHING FROM THE EYES OF THE LAWS OF THE UNITED STATES, CIVIL RIGHTS, FROM CIVIL RIGHTS, AND ESPECIALLY FROM THE CONSTITUTION OF THE UNITED STATES.

In their White Mentality, and by their Evidentiary Actions, never mind if they are flinging me to Hell, because of my skin-color, because of their ABUSE Hellish Painful (UNDER THE SKIN, ALL BLOOD IS RED).

8. My letter dated July 14th, 2007 of the HARASSMENT Incident by Officers Richard Reyna, and Matthew Lethin which constitute MENTAL ABUSE. PSYCHOLOGICAL ABUSE. CIVIL RIGHTS VIOLATIONS. VIOLATIONS OF MY 1ST, 4TH, 14TH AMENDMENTS OF THE CONSTITUTION OF THE UNITED STATES. RACIAL VITUPERATIVE INSULTS..

Subsequent to this Incident, this Incident subjected me to EMOTIONAL DISTRESS.

Because, All in All, they had strategically meant by such RACIAL HELLISH ABUSE TO BURY ME ALIVE, NEVER MIND IF I SUFFER. THEY DO NOT CARE, AFTER ALL I AM A PERSON OF COLOR. Yet, we also suffer Pain. UNDER THE SKIN ALL BLOOD IS RED.

They do not seem to care.

Well they should. They must. They are by their positions of Employment for/by The City of San Mateo Law Enforcement Officers/Officials to Uphold The Constitution of The United States, and The Laws of The United States, and Civil Rights.

They do not.

By these documented Episodes they have earned their Living Dishonestly.

But, they must earn their living Honestly, and with Integrity.

To have picked up their Checks knowing they have Violated The Laws of The United States, and Civil Rights, and The Constitution of The United States, says a lot about their Character, and how they perceive their Employer, not just The San Mateo Police Department, but also The City of San Mateo.

To Recapitulate so that there is no mistake at all we all know what's truly, really going on here.

The Original Citation of 2/20/06: The Only Traffic was on S. El Camino Real & 25th Avenue, was myself: The Only Motorist in that time. Bologna badge number 95 cited me for Impeding Traffic on S. El Camino Real & 25th Avenue where at that time I was the single, sole, solidary Motorist there, while Bologna badge number 95 was on the West Side of 25th Avenue, facing away from El Camino. He also said that I was travelling 25 mph. NOT TRUE AT ALL. I WAS MOVING, DRIVING STEADILY MAINTAINING 30 - 35 mph.

Officer Bologna badge number 95 is Full of It.

New Citation: Amended (Changed) Citation, ANOTHER FULL OF IT! Stopping while Signal Light was on. Where did that happen? When did that happen? Non-Moving. The officer Jack Ratcliffe S26 was not at the scene. They are making this up. LIES AND FALSEHOODS. PERPETUAL. HABITUAL. COVER-UP. CONSPIRACY. ACCOMPLICE. OBSTRUCTION OF JUSTICE. VIOLATION OF DUE PROCESS.

Lieutenant Parisian, and Captain Mike Callagy, and the San Mateo Chief of Police Susan E. Manheimer, and others in the San Mateo Police Department, all looked at the Original Citation 2/20/06, and the Amended New Citation, and knew they were two (2) totally Different Citations, they saw the LIES AND FALSEHOODS, AND PERJURY, and yet, they allowed the Amended New Citation to be sent to Court, Therefore by such volition, knowing, intention, they are now involved in CONSPIRACY, ACCOMPLICE, COVER-UP, OBSTRUCTION OF JUSTICE, CLEAR VIOLATIONS OF MY RIGHTS, and they think that just because I am a person of color, racially different to them, inferior to them, they were thus indifferent to the circumstances in that I would be more than happy to pay for a Non-Moving Citation, for perhaps it is much cheaper, and hope that the matter would just go away.

But, I saw the Same LIES AND FALSEHOODS, AND PERJURY, that the same Police Officers including The San Mateo Chief of Police Susan E. Manheimer saw, and that is why I was fighting it for My Rights, because I well knew they were taking me for a fool, and a fool I am not, because I know and you know, and everyone knows that they would not have done this to a White Motorist.

I sent the Original Citation 2/20/06, and the Amended New Citation to the Traffic Commissioner The Honorable Stephanie Garrat. I wanted him to see BOTH CITATIONS: There are two (2) Citations, 2 Totally Different Citations, and which Police officer was telling the truth: Bologna badge number 95, or Ratcliffe S26?

The Honorable Garrat saw the Same LIES AND FALSEHOODS, PERJURY THAT all Police Officers at the San Mateo Police Department had seen, and I myself the Plaintiff, MR. AISAKE P. NAUFAHU saw, that's why I sent to The Honorable Garrat the Original Citation, and the Amended New Citation.

The Honorable Garrat as a Sworn-In Law Enforcement Official of The Court System of The United States Department of Justice exercised Justice, Fairness, and Delivered Justice.

Thank God! We just celebrate The Resurrection of The Judge in The Day of Judgment before Whom we will all stand one by one to be Judged.

Hopefully we all know that whenever a citizen lodges a Complaint against a police officer(s) for Police Misconduct, Falsifying a Police Report, and Lying on a Citation to issue to a person of color, as it is in my Case, every Police Department in the United States takes it quite seriously because of their Professional Reputation, their Good Name, their Character, Integrity, Honesty, for the sake of Justice, they do not take this lightly; but here, in San Mateo, they did.

Investigation:

I. They pick the best possible police officer with Experience in the type of Investigation necessary and they are about to investigate for the required Results.

II. They say that their Investigation would be Fair, Impartial, to all Parties concerned, to administer Justice.

But, in my Case, Lieutenant Alan J. Parisian, the Investigator was on Bologna's Side from Get-Go. He was Partial taking up his fellow-officer's side. He was Prejudiced, pre-judged that his fellow-officer Bologna badge 95

6

is Exonerated from all wrongdoing inclusive of his' PERJURY, LIES AND FALSE-HOODS. He therefore did not administer justice. INJUSTICE IS WHAT HE DID. He just did not want the Truth to come out and surface and be made known. He well knew that Bologna badge number 95 his fellow-officer was LYING AND COMMITTING FALSEHOOD AND PERJURY ON THE CITATION 2/20/06 Impeding Traffic at 3AM at that time of night, and Only to the exclusivity of S. El Camino Real & 25th Avenue. But, Bologna badge number 95 was already on the West Side of 25th Avenue, facing away from El Camino.

Lt. Parisian saw the Bologna's Citation 2/20/06, and Lt. Parisian as a Police Officer for The San Mateo Police Department, employed by The City of San Mateo, for a long time, he knows there is NO TRAFFIC there at 3AM.

Lt. Parisian also saw the Amended New Citation that was sent to the Court by The San Mateo Police Department under the Auspices/Authority of The City of San Mateo.

Lt. Parisian saw that his fellow officers both Bologna badge number 95, and Ratcliffe S26 were BOTH LYING, AND COMMITTING FALSEHOODS, AND BOTH PERJURERS. There were totally two (2) different Citations, he knew BEST TO COVER-UP. CONSPIRACY. ACCOMPLICE. OBSTRUCTION OF JUSTICE. VIOLATION OF DUE PROCESS. VIOLATIONS OF MY RIGHTS.

Get the Taped Interview of Lt. Parisian when he Interviewed me, and see for yourself.

Let's just say this Mr. Burns and put it out there for all the world to see: an outside Investigator would have gotten to the Truth in no time flat just by looking analytically at the two (2) totally different Citations. Period. It does not take a Rocket Scientist to see the Truth in my Case, even some-one perhaps in Middle-School, pre-High School would have done a more professional Job to be Honest and exercise Integrity than Lt. Parisian.

The San Mateo Police Department did not want an Outside Investigator to get at the Truth. What they want was COVER-UP.

Before the Results of a Police Investigation is Released to the world and to the public, since Police Officers usually care about their Professional Image, they double-check the Results of the Investigation, and then they take it up to the Chief of Police to have a Final Look at the two (2) Totally Different Citation, and all the Results of what each and everyone would eventually see.

In my Case, the Investigation turn out to be Evidentiary of Conspiracy, Accomplice, COVER-UP, OBSTRUCTION OF JUSTICE, VIOLATION OF MY RIGHTS, ALL VISIBLE TO THE NAKED EYE, AND ALL THE WORLD TO SEE.

Those at the San Mateo Police Department, inclusive of Bologna badge number 95, Ratcliffe S26, Bologna's 2 Back-Up Unnamed officers, Lt. Parisian, Captain Callagy, and Chief Manheimer PRETENDED that the two (2) Totally Different Citations although composed of Lies, Falsehoods, Perjury, was No Big Deal for after all my Race being what it is P: Person of Color. Beneath them. Below them. INEQUALITY. BIGOTRY. RACIAL DISCRIMINATION. INJUSTICE IS WHAT'S CALLED FOR. SO COVER-UP.

But, The Traffic Commissioner did not Cover-Up. He saw the LIES, FALSEHOODS, PERJURY IN BOTH THE TWO (2) TOTALLY CIFFERENT CITATIONS.

He saw that CRIMES WERE BEING COMMITTED: FELONY. PERJURY BY BOLOGNA OFFICER BADGE NUMBER 95, and also by the other officer Ratcliffe S26.

The Traffic Commissioner was Fair, Impartial, and Exercise Justice.

The CONSPIRACY, ACCOMPLICE. COVER-UP. OBSTRUCTION OF JUSTICE. VIOLATIONS OF MY RIGHTS by these so-called Law Enforcement Officers/Officials San Mateo police officers was NO JOKE. THEY KNEW WHAT THEY WERE DOING. ALL POINT TO THEIR COVER-UP TO PROTECT EACH OTHER. YOU COVER MY BACK. I COVER YOUR BACK. AND REMEMBER PLAINTIFF IS A P: PERSON OF COLOR.

THE OFFICERS WERE PROTECTING EACH OTHER: LIARS, PERJURERS FOR THEIR LYING ON CITATIONS IN COURT(S) OF LAW IN THE UNITED STATES.

THEY ARE NOT LAW OFFICIALS TO UPHOLD THE UNITES STATES CONSTITUTION, THE LAWS OF THE UNITED STATES, AND CIVIL RIGHTS OF THE PEOPLE OF COLOR IN SAN MATEO. As such, they should be Fired from their jobs, they keep having checks-salary for jobs that in time become the laughing stock for the world: COVER-UP, CONSPIRACY, ACCOMPLICE, VIOLATIONS OF DUE PROCESS, VIOLATIONS OF THE CONSTI-TUTION OF THE UNITED STATES, VIOLATIONS OF THE LAWS OF THE UNITED STATES, VIOLATIONS OF CIVIL RIGHTS.

What we need are Real, True, Professional Law Enforcement Officers/Officials in San Mateo if San Mateo care about its Image of Calibre and Magnitude not just here in the State of California, but also in the United States, and also World-wide, Globally!

9. Brochure: The City of San Mateo Police Officer, self-explanatory Philoso-phy from Chief of Police Susan E. Manheimer..."...Fairness, (NO. UNFAIR. RACIAL DISCRIMINATION. ETHNIC BIAS. MINORITY PREJUDICE as I have chronicled and documented herein) Equality, (NO. INEQUALITY, UNEQUAL TREATMENT, as I have chronicled and documented herein, Justice (NO. UNJUST. INJUSTICE as I have chronicled and documented herein, and Honor (NO, DISHONOR...)..."

10. Court Documents in The Federal Court of The United States where your Superior/Supervisor the Head/Lead Attorney David M. King signed himself Attorney for Defendant, and in another signed himself David M. King Attorney for Plaintiff namely myself of which I have not retained him as such.

This constitutes LIES AND FALSEHOODS.

Such Gross Outrageous Dishonesty and Lack of Integrity must not be overlooked, nor oversight because he's practising Law Official of The Courts, and he submitted Lies and Falsehoods to The Federal Court of The United States.

God Help us all if such Attorneys are allowed to practise Law in our Courts.

THE DEPARTMENT OF JUSTICE!

How are You Department of Justice?  Are those within Your Department, and Forum, and Sphere, and Spectrum as far as the eyes could see, as far as the ears could hear, as far as the mind could fathom exercising Justice, and Delivering Justice!

How are You The Constitution of The United States?  Are those that Swore to Uphold The Constitution of The United States, everywhere in The Vast Scope of The United States Upholding The Constitution of The United States?

How are You The Laws of The United States?  Are all those that Swore to Uphold The Laws of The United States, everywhere everytime in the Vast Scope of The United States Upholding The Laws of The United States?  Or in time and in due course becoming the Laughing Stock and Joke?

How are You Civil Rights?  Are You Upright!  Or there are those who pretend to Uphold Civil Rights daily kicking You in the Face, in the Teeth, in the Head?  In that You Civil Rights You might as Well be Dead!

It daily shakes the credibility of these highly important critical matters to their very foundation.

Finally, Recent News Paper Article re Examiner Article, reference my brother's 2 Cases, and my Case.

NO MORE COVER-UP.

It's time all of San Mateo, the State of California, the whole United States, the Pacific Hemisphere, the whole world knows how The City of San Mateo, and The San Mateo Police Department/Officers' by their Police Profiling, such as in these Cases treat P racially BIGOTRY as Hellishly Abusive with Racial Discrimination, Ethnic Bias, Minority Prejudice with Gross Outrageous Inequality, Inferiority EVIDENCE that Racism is most compelling, really RAMPANT, convincingly thriving, credibly, now with strong Evidence Documented herein of Proof much alive with robust and strong zeal in The City of San Mateo.

Truly,

*[signature: Aisake (Isaac) P. Naufahu]*

AISAKE (ISAAC) P. NAUFAHU

Attachment: Examiner Newspaper Article, as abovedescribed

## TODAY'S NEWSMAKERS

### BANK ROBBER



The man walked into a bank on West Hilldale Boulevard on Monday, went directly toward the safe deposit area, jumped the counter, grabbed an undetermined amount of cash from the tellers drawers and then left the bank, according to the San Mateo Police Department. No weapons were seen or mentioned during the robbery, police said. The robber, described by police as a black man between 35 and 40 years old, was wearing a gray fedora, a light purple jacket, dark pants and dark shoes at the time of the robbery.

### SERRAMONTE KIDS CLUB

After six years of absence, Serramonte Center in Daly City is re-launching its monthly Kids Club, an after-school program for students ages 12 and under. Today's opening event focuses on Easter and features musical performance from the Easter Bunny as well as spring-themed interactive games. The themed events, including a pirate treasure hunt and a breakfast pajama party with Santa Claus, will be held on one Tuesday of the month at 4 p.m. at the shopping center's Grand Court.

### PAUL ADDIS

The man accused of to Grace Cathedral Friday to reduced Police arrested Addis Oct. 28. Addis had been c of attempted arson. Addi to Nevada to face charge Burning Man effigy on fire be torched at the annual fe

# Parents claim son falsely arrested, file sui

**14-year-old spent 16 days in juvenile hall before charges were dropped in beating case**

**By Tamara Barak Aparton**
Examiner Staff Writer

Claiming their 14-year-old son was falsely arrested in a beating case and locked up for more than two weeks before being exonerated, a family has filed a civil rights lawsuit against the city of San Mateo.

Kasitalia "Gus" Naufahu and Luisa Asinate Pole Naufahu, residents of San Mateo who are representing themselves, filed the $2 million suit in San Mateo County Superior Court on March 11.

The Naufahus, who run a tutoring program for Pacific Islander youth in the city, claim that on April 26, 2007, their son was falsely arrested for knocking someone unconscious with a punch after two eyewitnesses put him at the scene. The family claims police arrested the boy despite two eyewitnesses later failing to pick him out of a photo lineup and despite a third witness fingering a different suspect.

Charges were dropped against the boy after another suspect reportedly turned himself in, according to the lawsuit. City officials said another person has been charged in the case but would not name the suspect.

San Mateo city attorney Shawn Mason said the family filed the lawsuit after the city denied their claim.

"We believed there was no wrongdoing on the part of the Police Department. The officers did not witness the incident and relied on the statement of an eyewitness. He was not detained for any other reasons than a good faith belief that he was the assailant," Mason said.

Just before his arrest, the boy had gathered with church members mourning a family friend's death, according to the lawsuit. He had left to walk to a store in downtown San Mateo with friends, but was still many blocks away from where the crime occurred, the lawsuit stated. He spent 16 days at Hillcrest Juvenile Hall, according to the lawsuit.

The San Mateo Police Department, Chief Susan Manheimer and one of the arresting officers, J. Henley, are also named in the suit. The lawsuit is the family's second against the city. The boy's parents, his brother and grandfather are currently suing in federal court, claiming the boy's civil rights were violated after police searched his room on April 20, 2006, without permission. It is uncertain why the police searched the room.

In their March 11 lawsuit, the Naufahus allege that Henley falsified a police report and lied about their son's involvement under oath, that police did not have probable cause to arrest their son, ignored evidence of his innocence and falsely imprisoned him.

Aisake Naufahu, a relative of the family's, filed suit last year against the police department, claiming he was the victim of racial profiling during a traffic stop. That case has not been settled, Mason said.

*tbarak@examiner.com*



Kasitalia and Luisa Naufahu are filing a civil rights lawsuit against the city of San Mateo claiming their son was falsely arrested. – Examiner file photo



# Family mourns one sailor as other remains missin

**By Katie Worth
and Brent Begin**
Examiner Staff Writers

The body of the 72-year-old Larkspur resident washed ashore Sunday morning near Half Moon

the Marin Rowing Association. Retired from the insurance industry, Harrow spent much of his life

About an hour later, Harrow's l was found on Moss Beach.
The Coast Guard called the se