David M. King, Esq. (Bar No. 95279)
Jeremy A. Burns, Esq. (Bar No. 239917)
CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, California 94011-0513
Telephone:   (650) 342-9600
Facsimile:   (650) 342-7685

Attorneys for Defendant City of San Mateo

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AISAKE (ISACC) P. NAUFAHU, an individual Pro Se Litigant,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN MATEO, a City Incorporated, SAN MATEO CHIEF OF POLICE S.E. MANHEIMER, SAN MATEO POLICE CAPTAIN M. CALLAGY, SAN MATEO POLICE LIEUTENANT A. J. PARISIAN, SAN MATEO POLICE OFFICER JACK RATCLIFFE, S26, SAN MATEO POLICE OFFICER BOLOGNA BADGE NUMBER 95, 4 UNNAMED SAN MATEO POLICE OFFICERS,<br><br>Defendants. | No. 3:07-cv-04517-MMC<br><br>**DECLARATION OF DAVID M. KING IN SUPPORT OF SAN MATEO'S MOTION FOR SANCTIONS**<br><br>Hearing Date: April 30, 2008<br>Time: 10:00 a.m.<br>Location: Courtroom G, 15th Floor<br>Judge: Magistrate Bernard Zimmerman |

I, David King, declare:

1.  I am an attorney at Carr, McClellan, Ingersoll, Thompson & Horn Professional Law Corporation, attorneys of record for the City of San Mateo in the referenced matter.

2.  Mr. Naufahu never informed me, or anyone in my office, that he would be unable to attend the Settlement Conference on March 21. Had he told me that he was unable to attend due to a death in his family, I would have assisted him in rescheduling the Settlement Conference.

3. On March 10, my assistant did receive a phone message from Mr. Aisake Naufahu informing San Mateo that Mr. Naufahu would be unable to attend his noticed deposition on March 11 due to a death in the family. Mr. Naufahu did not ask to speak with me directly.

4. On March 11, 2008, I wrote to Mr. Naufahu extending my condolences for his family's loss and to confirm the (third) rescheduling of his deposition. A true and correct copy of this letter is attached hereto as Exhibit "A". Mr. Naufahu filed an opposition to the settlement conference on Tuesday, March 18. It makes no mention of his inability to attend the Settlement Conference due to a death in his family.

5. Mr. Naufahu's eleventh hour cancellation on March 10 was the second time that Mr. Naufahu unilaterally cancelled his deposition, as it had originally been scheduled for February 13.

6. Mr. Naufahu filed an opposition to the settlement conference on Tuesday, March 18. It makes no mention of his inability to attend the Settlement Conference due to a death in his family.

7. I personally attended the Settlement Conference, along with attorney Terry Hickman of the Association of Bag Area Governments ("ABAG") and attorney Gabrielle Whelan from San Mateo. Mr. Hickman and Ms. Gabrielle Whelan's attendance was required as they had been delegated authority to negotiate for San Mateo and ABAG. I had no idea Mr. Naufahu would not attend.

8. As required by the Court, Carr McClellan prepared several documents for the Issue Conference, including an Issue Conference Statement and a Confidential Risk Assessment. My colleague, attorney Jeremy Burns spent 4.4 hours preparing these documents. San Mateo was charged $880 for his services. I spent 8.6 hours preparing the Issue Conference Statement, the Confidential Risk Assessment, and attending the conference. San Mateo was charged $1,720 for my services. I estimate that all told, San Mateo spent $2,600 to prepare for and attend the Issue Conference, not including Mr. Hickman's and Mr. Whelan's time.

///

1     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: March 26, 2008

_____
David King

# EXHIBIT A

**CARR McCLELLAN**
INGERSOLL THOMPSON & HORN

Professional Law Corporation

David M. King
*Attorney*

dking@carr-mcclellan.com

March 11, 2008

Mr. Aisake (Isacc) Naufahu
339 North Claremont
San Mateo, CA 94401

Re:   *Aisake Naufahu v. City of San Mateo*

Dear Mr. Naufahu:

You contacted my secretary, Lori Stumpf, at approximately 4:00 p.m. on Monday, March 10, 2008, stating that you could not appear for your deposition today, March 11th, due to a death in the family. I understand that such circumstances require you to be elsewhere, and extend my condolences for the loss.

Enclosed is another notice for your deposition, which I have once again set to commence at 4:00 p.m. as an accommodation to your work schedule. This is the third time that I have set the deposition. I trust that you will attend as scheduled.

If for any reason, you cannot attend the deposition as re-noticed, please let me know immediately so that the deposition can be set on a date that is acceptable to you. If I do not hear from you within the next week, I will assume that you will be attending the deposition as scheduled.

Very truly yours,

David M. King

DMK:ljs

enclosure

26839.00011\BGLIB1\1361812.1

216 Park Road • Burlingame • California 94010

P 650.342.9600
F 650.342.7685

www.carr-mcclellan.com

David M. King, Esq. (Bar No. 95279)
Jeremy A. Burns, Esq. (Bar No. 239917)
CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, California 94011-0513
Telephone:   (650) 342-9600
Facsimile:   (650) 342-7685

Attorneys for Defendant City of San Mateo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AISAKE (ISACC) P. NAUFAHU, an individual Pro Se Litigant,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN MATEO, a City Incorporated, SAN MATEO CHIEF OF POLICE S.E. MANHEIMER, SAN MATEO POLICE CAPTAIN M. CALLAGY, SAN MATEO POLICE LIEUTENANT A. J. PARISIAN, SAN MATEO POLICE AMENDING OFFICER JACK RATCLIFFE, S26, SAN MATEO POLICE OFFICER BOLOGNA BADGE NUMBER 95, 4 UNNAMED SAN MATEO POLICE OFFICERS,<br><br>Defendants. | No. C 07-04517 MMC<br><br>**DEFENDANT CITY OF SAN MATEO'S SECOND AMENDED NOTICE OF TAKING DEPOSITION OF PLAINTIFF AISAKE (ISACC) P. NAUFAHU**<br><br>Action Filed: July 31, 2007 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that defendant City of San Mateo will take the deposition of plaintiff Aisake (Isacc) P. Naufahu on April 22, 2008, 2008 at 4:00 p.m. The deposition will take place at the offices of Carr, McClellan, Ingersoll & Horn, 216 Park Road, Burlingame, California.

////

1  The deposition will be taken before a notary public duly authorized to administer oaths.

2  If the deposition is not completed on the day stated above, the deposition will be
3  continued from day to day thereafter beginning at 4:00 p.m., Saturdays, Sundays, and holidays
4  excepted, until completed.

5  Dated: March 11, 2008

CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation

By: _____
David M. King
Jeremy A. Burns
Attorneys for Defendant
City of San Mateo

## PROOF OF SERVICE

I declare that I am employed in the County of San Mateo, California. I am over the age of eighteen (18) years and not a party to this action. My business address is 216 Park Road, P.O. Box 513, Burlingame, California 94011-0513.

I certify that the original papers filed with the Court and all copies of papers, documents, and exhibits, whether filed with the Court or served on other parties, are prepared on recycled paper.

I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the United States Postal Service and know that this correspondence would be deposited with the United States Postal Service this day in the ordinary course of business.

On March 11, 2008, I served the attached:

- **DEFENDANT CITY OF SAN MATEO'S SECOND AMENDED NOTICE OF TAKING DEPOSITION OF PLAINTIFF AISAKE (ISACC) P. NAUFAHU**

by placing a true copy thereof in a sealed envelope and placing this envelope for collection and mailing this date following the ordinary business practices of Carr, McClellan, Ingersoll, Thompson & Horn for deposit of correspondence in the United States Postal Service, addressed as follows:

Aisake (Isacc) P. Naufahu
Pro Se Litigant
339 North Claremont
San Mateo, CA 94401

Executed on March 11, 2008, at Burlingame, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Lori J. Stumpf

26839.00011\BGLIB1\1343362.1

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am employed in the County of San Mateo, California. I am over the age of eighteen (18) years and not a party to this action. My business address is 216 Park Road, P.O. Box 513, Burlingame, California 94011-0513.

I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the United States Postal Service and know that this correspondence would be deposited with the United States Postal Service this day in the ordinary course of business.

On March 26, 2008, I served a copy of each of the documents listed below by placing said copies for processing as indicated herein:

**SAN MATEO'S MOTION FOR SANCTIONS**

**DECLARATION OF DAVID M. KING IN SUPPORT OF SAN MATEO'S MOTION FOR SANCTIONS**

**[PROPOSED] ORDER GRANTING SAN MATEO'S MOTION FOR SANCTIONS**

by placing a true copy thereof in a sealed envelope and placing this envelope for collection and mailing this date following the ordinary business practices of Carr, McClellan, Ingersoll, Thompson & Horn for deposit of correspondence in the United States Postal Service, addressed as follows:

Aisake (Isacc) P. Naufahu
Pro Se Litigant
339 North Claremont
San Mateo, CA  94401

Executed on March 26, 2008, at Burlingame, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_/s/ Matt Dubuque_
Matt Dubuque