David M. King, Esq. (Bar No. 95279)
Jeremy A. Burns, Esq. (Bar No. 239917)
CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, California 94011-0513
Telephone:   (650) 342-9600
Facsimile:   (650) 342-7685

Attorneys for Defendant City of San Mateo, a City Incorporated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AISAKE (ISACC) P. NAUFAHU, an individual Pro Se Litigant,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN MATEO, a City Incorporated, SAN MATEO CHIEF OF POLICE S.E. MANHEIMER, SAN MATEO POLICE CAPTAIN M. CALLAGY, SAN MATEO POLICE LIEUTENANT A. J. PARISIAN, SAN MATEO POLICE OFFICER JACK RATCLIFFE, S26, SAN MATEO POLICE OFFICER BOLOGNA BADGE NUMBER 95, 4 UNNAMED SAN MATEO POLICE OFFICERS,<br><br>Defendants. | No. 3:07-cv-04517-MMC (BZ)<br><br>**[PROPOSED] ORDER GRANTING SAN MATEO'S MOTION FOR SANCTIONS**<br><br><br>Hearing Date: April 30, 2008<br>Time: 10:00 a.m.<br>Location: Courtroom G, 15th Floor<br>Judge: Magistrate Bernard Zimmerman |

//
//
//
//
//
//
//

The Court, having considered the papers and arguments, finds that Plaintiff's failure to appear at the March 21, 2008 Settlement Conference was not justified by good cause. Mr. Naufahu's noncompliance was not substantially justified. Nor do any other circumstances make such an award unjust. San Mateo spent approximately $2,600 preparing for and attending the Settlement Conference.

Plaintiff had notice and an opportunity to be heard on the issue of whether sanctions should be granted and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that pursuant to Federal Rule of Civil Procedure 16(f) and the applicable Federal caselaw, Defendant's Motion for Sanctions is granted in the amount of $2,600.

IT IS SO ORDERED.

Dated: _____

By: _____
Honorable Bernard Zimmerman
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am employed in the County of San Mateo, California. I am over the age of eighteen (18) years and not a party to this action. My business address is 216 Park Road, P.O. Box 513, Burlingame, California 94011-0513.

I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the United States Postal Service and know that this correspondence would be deposited with the United States Postal Service this day in the ordinary course of business.

On March 26, 2008, I served a copy of each of the documents listed below by placing said copies for processing as indicated herein:

**SAN MATEO'S MOTION FOR SANCTIONS**

**DECLARATION OF DAVID M. KING IN SUPPORT OF SAN MATEO'S MOTION FOR SANCTIONS**

**[PROPOSED] ORDER GRANTING SAN MATEO'S MOTION FOR SANCTIONS**

by placing a true copy thereof in a sealed envelope and placing this envelope for collection and mailing this date following the ordinary business practices of Carr, McClellan, Ingersoll, Thompson & Horn for deposit of correspondence in the United States Postal Service, addressed as follows:

> Aisake (Isacc) P. Naufahu
> Pro Se Litigant
> 339 North Claremont
> San Mateo, CA 94401

Executed on March 26, 2008, at Burlingame, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Matt Dubuque