David M. King, Esq. (Bar No. 95279)
Jeremy A. Burns, Esq. (Bar No. 239917)
CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, California 94011-0513
Telephone:   (650) 342-9600
Facsimile:   (650) 342-7685

Attorneys for Defendant City of San Mateo, a City Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AISAKE (ISACC) P. NAUFAHU, an individual Pro Se Litigant,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN MATEO, a City Incorporated, SAN MATEO CHIEF OF POLICE S.E. MANHEIMER, SAN MATEO POLICE CAPTAIN M. CALLAGY, SAN MATEO POLICE LIEUTENANT A. J. PARISIAN, SAN MATEO POLICE OFFICER JACK RATCLIFFE, S26, SAN MATEO POLICE OFFICER BOLOGNA BADGE NUMBER 95, 4 UNNAMED SAN MATEO POLICE OFFICERS,<br><br>Defendants. | No. 3:07-cv-04517-MMC (BZ)<br><br>**NOTICE OF RESETTING OF HEARING ON SAN MATEO'S MOTION FOR SANCTIONS**<br><br>**NEW** Hearing Date:  May 14, 2008<br>Time:  10:00 a.m.<br>Location:  Courtroom G, 15th Floor<br>Judge:  Magistrate Bernard Zimmerman<br><br><br>**Old** Hearing Date:  April 30, 2008<br>Time:  10:00 a.m.<br>Location:  Courtroom G, 15th Floor<br>Judge:  Magistrate Bernard Zimmerman |

**NOTICE OF RESETTING OF HEARING DATE**

**TO PLAINTIFF:**

PLEASE TAKE NOTICE that the previous date and time of April 30, 2008 for the Court to hear San Mateo's Motion for Sanctions has been changed. That motion will now be heard on May 14, 2008 at 10:00 a.m. in Courtroom G.

1  Dated: March 27, 2008

2  CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
   Professional Law Corporation

3

4  By: _____
5      Jeremy A. Burns
       Attorneys for Defendant
6      City of San Mateo

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BGLIB1\1363491.1

2

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am employed in the County of San Mateo, California. I am over the age of eighteen (18) years and not a party to this action. My business address is 216 Park Road, P.O. Box 513, Burlingame, California 94011-0513.

I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the United States Postal Service and know that this correspondence would be deposited with the United States Postal Service this day in the ordinary course of business.

On March 27, 2008, I served a copy of each of the documents listed below by placing said copies for processing as indicated herein:

**NOTICE OF RESETTING OF HEARING ON SAN MATEO'S MOTION FOR SANCTIONS**

by placing a true copy thereof in a sealed envelope and placing this envelope for collection and mailing this date following the ordinary business practices of Carr, McClellan, Ingersoll, Thompson & Horn for deposit of correspondence in the United States Postal Service, addressed as follows:

> Aisake (Isacc) P. Naufahu
> Pro Se Litigant
> 339 North Claremont
> San Mateo, CA 94401

Executed on March 27, 2008, at Burlingame, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Matt Dubuque