1  PRO SE LITIGANT



2  AISAKE (ISAAC) P. NAUFAHU
   339 NORTH CLAREMONT
3  SAN MATEO, CALIFORNIA 94401

4  TELEPHONE: 650-342-4817

5
           UNITED  STATES  DISTRICT  COURT
6
             NORTHERN    DISTRICT    OF    CALIFORNIA
7

8  AISAKE (ISAAC) P. NAUFAHU

           Plaintiff,                           No. 3:07-cv-04517
9
                                                MMC (BZ)
   v.
10
                                                PLAINTIFF RESPONSE TO
   CITY OF SAN MATEO, Incorporated,             DEFENDANT RECENT
11
   SAN MATEO CHIEF OF POLICE S. E. MANHEIMER,   MOTION. EXHIBIT }
12 SAN MATEO POLICE CAPTAIN M. CALLAGY,
   SAN MATEO POLICE LIEUTENANT A. J. PARISIAN,  NO DISMISS.
13 SAN MATEO POLICE AMENDING OFFICER JACK RATCLIFFE S26,
   SAN MATEO POLICE OFFICER JOHN BOLOGNA badge number 95
14 SAN MATEO POLICE OFFICER RICHARD REYNA,      LET'S GO TO TRIAL
   SAN MATEO POLICE OFFICER MATTHEW LETHIN,
15 2 UNNAMED SAN MATEO POLICE OFFICERS

16         Defendants

17 Pursuant to Case Management of this Lawsuit on Friday January 11, 2008,

18 where The Right Honorable Maxine M. Chesney Court-Order that Plaintiff

19 was to Service of Process to Defendants San Mateo Police Officers, Named and
   Unnamed, therefore in Full-Compliance with such COURT - ORDER, on January 17,
20 2008, Defendants San Mateo Police Officers were Serviced with Process.

21 EXHIBIT 2..

22
   But, they were already Serviced with Process on July 31, 2007.  EXHIBIT 3
23

24 And, yet again on February 28, 2008.  EXHIBIT 4. There, signing for the San

25 Mateo Defendants Police Officers, Named and Unnamed was Joanne Nakamura, The

   Secretary/Executive Assistant to the San Mateo Chief of Police Susan E. Man-
26 heimer who articulated clearly to the Understanding and Comprehension of the

27 Process Server, and Witness, that she Joanne Namakura has The Authority to

28 Sign for the San Mateo Police Officers Defendants in this Lawsuit, and such
   Aurhority was given to her for such Action by The Chief of Police Susan E.

                                                                    1

1 Manheimer.

2

3 The Clerk at the Foyer of The San Mateo Police Department, 2000 South Delaware
Street in San Mateo had called telephonically The Office of The Police Chief/
4 Secretary/Assistant to announce that there are Legal Documents to be signed
5 for, and emerging from Chief of Police Manheimer Office was her Secretary/
Executive Assistant Joanne Nakamura who Signed per EXHIBIT  4. She asked the
6 Clerk to make Copies for her File.

7

8 Your Honor, we all know that I'm being given the run-around here.

9 These White Defendants Police Officers Named and Unnamed: San Mateo Chief of
10 Police Susan E. Manheimer, San Mateo Police Captain Mike Callagy, San Mateo
Police Lieutenant Alan J. Parisian, San Mateo Police Amending Officer Jack
11 Ratcliffe S26, San Mateo Police Officer John Bologna badge number 95, San Mateo
12 Mateo Police Officer Richard Reyna, San Mateo Police Officer Matthew Lethin,
13 and the 2 Unnamed San Mateo Back-Up Officers to Bologna badge number 95,
would not subject me to run-around were I White. Anyone with thinking capacity
14 knows that. Racism is much alive here.

15

16 They exercise White Supremacy/Superiority and repeatedly Mistreated me Much
17 Abusively as object of their Bigotry. But, I object.

18 Your Honor, there is Racism here. There is Color-Bar actively here. There's
19 Racial Discrimination involved here.

20
Therefore Your Honor because these San Mateo Police Officers Defendants act
21 Indifferent after PERJURY, COVER-UPS REPEATEDLY, CONSPIRACY, ACCOMPLICE, OB-
22 STRUCTION OF JUSTICE, AND VIOLATIONS OF MY CONSTITUTIONAL RIGHTS UNDER THE
1ST, AND 4TH, AND 14TH AMENDMENTS TO THE CONSTITUTION OF THE UNITED STATES,
23 POLICE PROFILING, RACIAL DISCRIMINATION, ETHNIC BIAS, MINORITY PREJUDICE,
24 MENTAL ABUSE, PSYCHOLOGICAL ABUSE, VIOLATIONS OF THE LAWS OF THE UNITED STATES
25 AND VIOLATIONS OF CIVIL RIGHTS,  these San Mateo Police Officers Defendants
of their Own Choice have left me THE ONLY OPTION AVAILABLE UNDER THE CIRCUM-
26 STANCES AND THAT IS TO SEND COPY OF THIS LEGAL DOCUMENT FILED TODAY TO THE
27 GOVERNOR OF THE STATE OF CALIFORNIA HIS EXCELLENCY THE RIGHT HONORABLE ARNOLD
28 SCHWARZNEGGER, AND TO THE ATTORNEY GENERAL THE HONORABLE JERRY BROWN

2

to closely examine and take a Mandatory Close-Up look into the activities of these San Mateo Police Defendants because they come Under The Jurisdiction in the bigger-picture of The Right Honorable Governor Arnold Schwarznegger, and their Unlawful/Illegal Activities Under Jurisdiction of The Attorney General The Honorable Jerry Brown.

Your Honor, perhaps now we'll all get to the Resolution necessary here. Focus particularly as to Service Process. and all the rest. Et cetra.

I'm sure also The Right Honorable Court has Knowledge of Attorney David M. King Esq Bar No. 95279 Gross Dishonest and Vile Act of Signing himself Attorney for Defendant(s) of which he is Lead/Head Attorney, and also signing himself as Attorney for Plaintiff, namely myself, even though I definitely have not retained him as my Attorney. By such David M. King's Fraudulent Vile Act of Dishonesty lacking Integrity, swinging Mud into the Face of The Right Honorable Court, I'm also asking His Excellency The Governor The Right Honorable Arnold Schwarznegger to examine the Law work of David M. King because he's practising Attorney in The State of California, having Fraudulently signed himself as my Attorney even though I've not retained him as such.

I've always believe HONESTY IS THE BEST POLICY.

Your Honor, I stand ready to Deliver to The Governor, and The Attorney General Complete/Whole File of this Lawsuit to see for themselves the Illegal/Unlawful of the San Mateo Police Officers Defendants, and now Mr. King: their Actions! As described.

Therefore based on The Lies and Falsehoods, and Dishonest, Illegal, Unlawful, UnConstitutional Activities of Defendants, will The Right Honorable Court please NO DISMISS.

LET's GO TO TRIAL.

Dated: 27 March 2008

Most Respectfully,

by _____

AISAKE (ISAAC) P. NAUFAHU   Pro Se Litigant

EXHIBIT 1

1   David M. King, Esq. (Bar No. 95279)
    Jeremy A. Burns, Esq. (Bar No. 239917)
2   CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
    Professional Law Corporation
3   216 Park Road
    P.O. Box 513
4   Burlingame, California 94011-0513
    Telephone:   (650) 342-9600
5   Facsimile:    (650) 342-7685

6   Attorneys for Defendant City of San Mateo, a City Incorporated
    Appearing Specially for Defendants Manheimer, Callagy, Parisian,
7   Ratcliffe and Bologna

8

## UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| AISAKE (ISACC) P. NAUFAHU, an individual Pro Se Litigant, | No. 3:07-cv-04517-MMC |
| Plaintiff, | **DECLARATION OF DAVID M. KING IN SUPPORT OF MOTION TO DISMISS** |
| vs. | |
| CITY OF SAN MATEO, a City Incorporated, SAN MATEO CHIEF OF POLICE S.E. MANHEIMER, SAN MATEO POLICE CAPTAIN M. CALLAGY, SAN MATEO POLICE LIEUTENANT A. J. PARISIAN, SAN MATEO POLICE OFFICER JACK RATCLIFFE, S26, SAN MATEO POLICE OFFICER BOLOGNA BADGE NUMBER 95, 4 UNNAMED SAN MATEO POLICE OFFICERS, | |
| Defendants. | |

12

13

14

15

16

17

18

19

20

21

22   I, David King, declare:

23     1.     I am an attorney at Carr, McClellan, Ingersoll, Thompson & Horn Professional

24   Law Corporation, attorneys of record for the City of San Mateo in the referenced matter. For the

25   purposes of the motion to dismiss for failure to serve the summons and complaint, I am

26   appearing specially for the individual defendants.

27     2.     On January 11, 2008, at the Initial Case Management Conference, I advised the

28   Court and Mr. Naufahu that I did not believe service on the individual defendants had been

26839.00011\BGLIB1\1362545.1         1.

1  David M. King, Esq. (Bar No. 95279)
   Jeremy A. Burns, Esq. (Bar No. 239917)
2  CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
   Professional Law Corporation
3  216 Park Road
   P.O. Box 513
4  Burlingame, California  94011-0513
   Telephone:     (650) 342-9600
5  Facsimile:      (650) 342-7685

6  Attorneys for Defendant City of San Mateo, a City Incorporated
   Appearing Specially for Defendants Manheimer, Callagy, Parisian,
7  Ratcliffe and Bologna

8

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11

12

13  AISAKE (ISACC) P. NAUFAHU, an          No. 3:07-cv-04517-MMC
    individual Pro Se Litigant,
                                           MOTION TO DISMISS FOR FAILURE
14               Plaintiff,                 TO SERVE SUMMONS AND
                                           COMPLAINT
15        vs.

16  CITY OF SAN MATEO, a City
    Incorporated, SAN MATEO CHIEF OF
17  POLICE S.E. MANHEIMER, SAN
    MATEO POLICE CAPTAIN M.
18  CALLAGY, SAN MATEO POLICE
    LIEUTENANT A. J. PARISIAN, SAN
19  MATEO POLICE OFFICER JACK
    RATCLIFFE, S26, SAN MATEO POLICE
20  OFFICER BOLOGNA BADGE NUMBER
    95, 4 UNNAMED SAN MATEO POLICE
21  OFFICERS,

22               Defendants.

23        Individual defendants Manheimer, Callagy, Parisian, Ratcliffe and Bologna ("the

24  Individual Defendants") respectfully request that the Court dismiss the complaint against them

25  pursuant to Rule 12(b)(5).

26              I.     STATEMENT OF FACTS

27        On July 31, 2007, Plaintiff Aisake Naufahu filed a complaint ("Complaint") in San

28  Mateo Superior Court, assigned civil case number 464835.  The City of San Mateo ("San

EXHIBIT 2



## PROOF OF SERVICE

### by PERSONAL DELIVERY

My name is Dr. Karoline Loselea Naufahu (CHIEFTAIN MANA'IA).

I am a citizen of The United States. My age is over eighteen (18) years. My current address is 18 North Humboldt Street, San Mateo, California.

I declare that I am not a party to the Case herein/herewith.

By Court Order of The United States District Court Judge The Right Honorable Maxine M. Chesney that with reference to the Case AISAKE (ISAAC) P. NAUFAHU v. CITY OF SAN MATEO et al, ENDORSED FILED SAN MATEO COUNTY BY G. Jackson Deputy Clerk, to deliver to San Mateo Police Officers Defendants of the said Case, and for each of the said San Mateo Police Officers Defendants: San Mateo Chief of Police Susan E. Manheimer, San Mateo Police Captain M. Callagy, San Mateo Police Lieutenant A. J. Parisian, San Mateo Police Officer Jack Radcliffe S26, San Mateo Police Officer Bologna badge number 95, and 4 Unnamed San Mateo Police Officers, and that in compliance with the said Court Order, that I personally delivered Copy of said ENDORSED FILED SAN MATEO COUNTY BY G. Jackson Deputy Clerk abovementioned for each said defendant in individualized identifiable sealed envelope enclosed/encased in sealed big manila envelope to said defendants as described already heretofore.

I certify and simultaneously declare under penalty of perjury that the foregoing is true and correct.

Dated 15 January 2008

**RECEIVED**

JAN 1 5 2008

**SAN MATEO P.D.**

Dated _____ 2008

Dr. Karoline Loselea Naufahu
(CHIEFTAIN MANA'IA)

1035 HRS   LAM, DI

Received at The San Mateo Police Department, 2000 South Delaware, San Mateo, California.

EXHIBIT 3

## PROOF OF SERVICE
## by PERSONAL DELIVERY

My name is Naufahu Powell.

I am a citizen of the United States. My age is over 18 (eighteen) years. My current residence address is 14 North Humboldt, San Mateo, California.

I declare that I am not a party to the case herein/herewith.

I personally delivered the Lawsuit Claim Document reference AISAKE NAUFAHU, PRO SE LITIGANT, PLAINTIFF vs. DEFENDANTS: 1. City of San Mateo; 2. City of San Mateo Chief of Police, Susan E. Manheimer; 3. San Mateo Police Officer Bologna badge number 95; 4. San Mateo Police Amending Officer Jack Ratcliffe S25; 5. San Mateo Police Lieutenant Alan J. Parisian; 6. San Mateo Police Captain Mike Callagy; 7. 4 unnamed police officers of San Mateo Police Department, to Defendant 1 to City Clerk, City Hall, address 330 West 20th Avenue, San Mateo, California; and to Defendants 2 to 7 to San Mateo Police Department located 2000 South Delaware, San Mateo, California on   July 31st, 2007    in sealed envelope to said Defendants as described heretofore.

I certify and simultaneously declare under penalty of perjury that the foregoing is true and ocrrent.

Executed on   31st July, 2007    and of which, to which I hereunder signed theretofore.

_Faw P._    7/31/07

NAUFAHU POWELL

Received at San Mateo Police Dept

PROOF OF SERVICE
by PERSONAL DELIVERY

My name is Naufahu Powell.

I am a citizen of the United States. My age is over 18
(eighteen) years. My current residence address is
14 North Humboldt, San Mateo, California.

I declare that I am not a party to the case herein/herewith.

I personally delivered the Lawsuit Claim Document reference
AISAKE NAUFAHU, PRO SE LITIGANT, PLAINTIFF vs. DEFENDANTS:
1. City of San Mateo; 2. City of San Mateo Chief of Police,
Susan E. Manheimer; 3. San Mateo Police Officer Bologna badge
number 95; 4. San Mateo Police Amending Officer Jack Ratcliffe
S25; 5. San Mateo Police Lieutenant Alan J. Parisian; 6. San
Mateo Police Captain Mike Callagy; 7. 4 unnamed police officers
of San Mateo Police Department,
to Defendant 1 to City Clerk, City Hall, address 330 West
20th Avenue, San Mateo, California; and to Defendants 2 to 7
to San Mateo Police Department located 2000 South Delaware,
San Mateo, California on    July 31st, 2007    in sealed envelope
to said Defendants as described heretofore.

I certify and simultaneously declare under penalty of perjury
that the foregoing is true and ocrrent.

Executed on    31st July, 2007    and of which, to which I
hereunder signed theretofore.


_Toh P. 7/31/07_
_____
NAUFAHU POWELL

_Received at City of San Mateo Patricia Toome_
_7/31/07_

EXHIBIT 4

PROOF  OF  SERVICE

by  PERSONAL  DELIVERY

My name is Dr. Karoline Loselea Naufahu (CHIEFTAIN MANA'IA).

I am a citizen of The United States.  My age is over eighteen (18) years.
My current address is 18 North Humboldt Street, San Mateo, California.

I declare that I am not a party to the Case herein/herewith.

By Court Order of The United States District Court Judge The Right Honorable Maxine
M. Chesney that with reference to the Case AISAKE (ISAAC) P. NAUFAHU v. CITY
OF SAN MATEO et al, ENDORSED FILED SAN MATEO COUNTY Jul 31 2007 BY G. Jackson
Deputy Clerk, which is already before The Right Honorable Court, to deliver to
San Mateo Police Officers Defendants: San Mateo Chief of Police Susan E. Manhei-
mer; San Mateo Police Captain Mike Callagy; San Mateo Police Lieutenant Alan J.
Parisian; San Mateo Police Officer Jack Radcliffe S26; San Mateo Police Officer
Bologna badge number 95; and 4 Unnamed San Mateo Police Officers, and that in
compliance with the said abovestated Court Order, that I personally delivered
said abovementioned Copy of abovedeclared ENDORSED FILED SAN MATEO COUNTY BY G.
Jackson as abovecaptioned for each said San Mateo Police Officer(s) Defendants.

I certify and simultaneously declare under penalty of perjury that the foregoing
is true and correct.

Dated: 28 January 2008

Dr. Karoline Loselea Naufahu
(CHIEFTAIN MANA'IA)

Dated: 2/28/08

Received:

San Mateo Chief of Police Susan E. Manheimer, San Mateo Police Department

Witness:

Dated: 1/28/2008



## PROOF OF SERVICE

### by  PERSONAL  DELIVERY

My name is Dr. Karoline Loselea Naufahu (CHIEFTAIN MANA'IA).

I am a citizen of The United States.  My age is over eighteen (18) years.
My current address is 18 North Humboldt Street, San Mateo, California.

I declare that I am not a party to the Case herein/herewith.

By Court Order of The United States District Court Judge The Right Honorable Maxine
M. Chesney that with reference to the Case AISAKE (ISAAC) P. NAUFAHU v. CITY
OF SAN MATEO et al, ENDORSED FILED SAN MATEO COUNTY Jul 31 2007 BY G. Jackson
Deputy Clerk, which is already before The Right Honorable Court, to deliver to
San Mateo Police Officers Defendants: San Mateo Chief of Police Susan E. Manhei-
mer; San Mateo Police Captain Mike Callagy; San Mateo Police Lieutenant Alan J.
Parisian; San Mateo Police Officer Jack Radcliffe S26; San Mateo Police Officer
Bologna badge number 95; and 4 Unnamed San Mateo Police Officers, and that in
compliance with the said abovestated Court Order, that I personally delivered
said abovementioned Copy of abovedeclared ENDORSED FILED SAN MATEO COUNTY BY G.
Jackson as abovecaptioned for each said San Mateo Police Officer(s) Defendants.

I certify and simultaneously declare under penalty of perjury that the foregoing
is true and correct.

Dated: 28 January 2008

Dr. Karoline Loselea Naufahu

(CHIEFTAIN MANA'IA)

Dated: 2/28/08

Received:

San Mateo Police Captain Mike Callagy, San Mateo Police Department

Witness:

Dated: 1/28/2008

PROOF  OF  SERVICE

by  PERSONAL  DELIVERY

My name is Dr. Karoline Loselea Naufahu (CHIEFTAIN MANA'IA).

I am a citizen of The United States. My age is over eighteen (18) years.
My current address is 18 North Humboldt Street, San Mateo, California.

I declare that I am not a party to the Case herein/herewith.

By Court Order of The United States District Court Judge The Right Honorable Maxine
M. Chesney that with reference to the Case AISAKE (ISAAC) P. NAUFAHU v. CITY
OF SAN MATEO et al, ENDORSED FILED SAN MATEO COUNTY Jul 31 2007 BY G. Jackson
Deputy Clerk, which is already before The Right Honorable Court, to deliver to
san Mateo Police Officers Defendants: San Mateo Chief of Police Susan E. Manhei-
mer; San Mateo Police Captain Mike Callagy; San Mateo Police Lieutenant Alan J.
Parisian; San Mateo Police Officer Jack Radcliffe S26; San Mateo Police Officer
Bologna badge number 95; and 4 Unnamed San Mateo Police Officers, and that in
compliance with the said abovestated Court Order, that I personally delivered
said abovementioned Copy of Abovedeclared ENDORSED FILED SAN MATEO COUNTY BY G.
Jackson as abovecaptioned for each said San Mateo Police Officer(s) Defendants.

I certify and simultaneously declare under penalty of perjury that the foregoing
is true and correct.

Dated: 28 January 2008

Dr. Karoline Loselea Naufahu

(CHIEFTAIN MANA'IA)

Dated: 2/28/08

Received _____

San Mateo Police  Lieutenant Alan J. Parisian, San Mateo Police Department

Witness: _____

Dated: 1/28/2008



## PROOF OF SERVICE

### by   PERSONAL   DELIVERY

My name is Dr. Karoline Loselea Naufahu (CHIEFTAIN MANA'IA).

I am a citizen of The United States.  My age is over eighteen (18) years.
My current address is 18 North Humboldt Street, San Mateo, California.

I declare that I am not a party to the Case herein/herewith.

By Court Order of The United States District Court Judge The Right Honorable Maxine
M. Chesney that with reference to the Case AISAKE (ISAAC) P. NAUFAHU v. CITY
OF SAN MATEO et al, ENDORSED FILED SAN MATEO COUNTY Jul 31 2007 BY G. Jackson
Deputy Clerk, which is already before The Right Honorable Court, to deliver to
San Mateo Police Officers Defendants: San Mateo Chief of Police Susan E. Manhei-
mer; San Mateo Police Captain Mike Callagy; San Mateo Police Lieutenant Alan J.
Parisian; San Mateo Police Officer Jack Radcliffe S26; San Mateo Police Officer
Bologna badge number 95; and 4 Unnamed San Mateo Police Officers, and that in
compliance with the said abovestated Court Order, that I personally delivered
said abovementioned Copy of abovedeclared ENDORSED FILED SAN MATEO COUNTY BY G.
Jackson as abovecaptioned for each said San Mateo Police Officer(s) Defendants.

I certify and simultaneously declare under penalty of perjury that the foregoing
is true and correct.

Dated: 28 January 2008

Dr. Karoline Loselea Naufahu

(CHIEFTAIN MANA'IA)

Received:

San Mateo Police Officer Jack Radcliffe S26, San Mateo Police Department

Dated 1/28/08

Witness:

Dated: 1/28/2008

PROOF  OF  SERVICE

by    PERSONAL   DELIVERY

My name is Dr. Karoline Loselea Naufahu (CHIEFTAIN MANA'IA).

I am a citizen of The United States.  My age is over eighteen (18) years.
My current address is 18 North Humboldt Street, San Mateo, California.

I declare that I am not a party to the Case herein/herewith.

By Court Order of The United States District Court Judge The Right Honorable Maxine
M. Chesney that with reference to the Case AISAKE (ISAAC) P. NAUFAHU v. CITY
OF SAN MATEO et al, ENDORSED FILED SAN MATEO COUNTY Jul 31 2007 BY G. Jackson
Deputy Clerk, which is already before The Right Honorable Court, to deliver to
San Mateo Police Officers Defendants: San Mateo Chief of Police Susan E. Manhei-
mer; San Mateo Police Captain Mike Callagy; San Mateo Police Lieutenant Alan J.
Parisian; San Mateo Police Officer Jack Radcliffe S26; San Mateo Police Officer
Bologna badge number 95; and 4 Unnamed San Mateo Police Officers, and that in
compliance with the said abovestated Court Order, that I personally delivered
said abovementioned Copy of abovedeclared ENDORSED FILED SAN MATEO COUNTY BY G.
Jackson as abovecaptioned for each said San Mateo Police Officer(s) Defendants.

I certify and simultaneously declare under penalty of perjury that the foregoing
is true and correct.

Dated:  28 January 2008

Dr. Karoline Loselea Naufahu

(CHIEFTAIN MANA'IA)

Dated:  2/28/08

Received:

San Mateo Police Officer Bologna badge number 95, San Mateo Police Department

Witness:

Dated:  1/28/2008

PROOF OF SERVICE

by PERSONAL DELIVERY

My name is Dr. Karoline Loselea Naufahu (CHIEFTAIN MANA'IA).

I am a citizen of The United States. My age is over eighteen (18) years.
My current address is 18 North Humboldt Street, San Mateo, California.

I declare that I am not a party to the Case herein/herewith.

By Court Order of The United States District Court Judge The Right Honorable Maxine
M. Chesney that with reference to the Case AISAKE (ISAAC) P. NAUFAHU v. CITY
OF SAN MATEO et al, ENDORSED FILED SAN MATEO COUNTY Jul 31 2007 BY G. Jackson
Deputy Clerk, which is already before The Right Honorable Court, to deliver to
San Mateo Police Officers Defendants: San Mateo Chief of Police Susan E. Manhei-
mer; San Mateo Police Captain Mike Callagy; San Mateo Police Lieutenant Alan J.
Parisian; San Mateo Police Officer Jack Radcliffe S26; San Mateo Police Officer
Bologna badge number 95; and 4 Unnamed San Mateo Police Officers, and that in
compliance with the said abovestated Court Order, that I personally delivered
said abovementioned Copy of abovedeclared ENDORSED FILED SAN MATEO COUNTY BY G.
Jackson as abovecaptioned for each said San Mateo Police Officer(s) Defendants.

I certify and simultaneously declare under penalty of perjury that the foregoing
is true and correct.

Dated:28 January 2008

Dr. Karoline Loselea Naufahu
(CHIEFTAIN MANA'IA)

Dated: 2/25/0 8

Received:

1 Unnamed San Mateo Police Officer, police back-up to Officer Bologna
badge number 95, Incident of February 20, 2006, side of road 31st Avenue,
El Camino Real, San Mateo

Witness to Received of Officer immediately abovementioned:

Dated: 1/28/2008

PROOF OF SERVICE

by  PERSONAL  DELIVERY

My name is Dr. Karoline Loselea Naufahu (CHIEFTAIN MANA'IA).

I am a citizen of The United States. My age is over eighteen (18) years. My current address is 18 North Humboldt Street, San Mateo, California.

I declare that I am not a party to the Case herein/herewith.

By Court Order of The United States District Court Judge The Right Honorable Maxine M. Chesney that with reference to the Case AISAKE (ISAAC) P. NAUFAHU v. CITY OF SAN MATEO et al, ENDORSED FILED SAN MATEO COUNTY Jul 31 2007 BY G. Jackson Deputy Clerk, which is already before The Right Honorable Court, to deliver to San Mateo Police Officers Defendants: San Mateo Chief of Police Susan E. Manheimer; San Mateo Police Captain Mike Callagy; San Mateo Police Lieutenant Alan J. Parisian; San Mateo Police Officer Jack Radcliffe S26; San Mateo Police Officer Bologna badge number 95; and 4 Unnamed San Mateo Police Officers, and that in compliance with the said abovestated Court Order, that I personally delivered said abovementioned Copy of abovedeclared ENDORSED FILED SAN MATEO COUNTY BY G. Jackson as abovecaptioned for each said San Mateo Police Officer(s) Defendants.

I certify and simultaneously declare under penalty of perjury that the foregoing is true and correct.

Dated:28 January 2008

Dr. Karoline Loselea Naufahu

(CHIEFTAIN MANA'IA)

Dated:

Received:

1 Unnamed San Mateo Police Officer, police back-up to Officer Bologna badge number 95, Incident of February 20, 2006, side of road 31st Avenue, ET Camino Real, San Mateo

Witness to Received of Officer immediately abovementioned:

Dated: 1/ 2 8/ 2008



PROOF  OF  SERVICE

by     PERSONAL     DELIVERY

My name is Dr. Karoline Loselea Naufahu (CHIEFTAIN MANA'IA).

I am a citizen of The United States.  My age is over eighteen (18) years.
My current address is 18 North Humboldt Street, San Mateo, California.

I declare that I am not a party to the Case herein/herewith.

By Court Order of The United States District Court Judge The Right Honorable Maxine
M. Chesney that with reference to the Case AISAKE (ISAAC) P. NAUFAHU v. CITY
OF SAN MATEO et al, ENDORSED FILED SAN MATEO COUNTY Jul 31 2007 BY G. Jackson
Deputy Clerk, which is already before The Right Honorable Court to deliver to
San Mateo Police Officers Defendants: San Mateo Chief of Police Susan E. Manhei-
mer; San Mateo Police Captain Mike Callagy; San Mateo Police Lieutenant Alan J.
Parisian; San Mateo Police Officer Jack Radcliffe S26; San Mateo Police Officer
Bologna badge number 95; and 4 Unnamed San Mateo Police Officers; and that in
compliance with the said abovestated Court Order, that I personally delivered
said abovementioned Copy of abovedeclared ENDORSED FILED SAN MATEO COUNTY BY G.
Jackson as abovecaptioned for each said San Mateo Police Officer(s) Defendants.

I certify and simultaneously declare under penalty of perjury that the foregoing
is true and correct.

Dated: 28 January 2008

Dr. Karoline Loselea Naufahu (CHIEFTAIN MANA'IA)

Dated: 1/28/06

Received:

1 Unnamed San Mateo Police Officer: NAME OFFICER RICHARD REYNA/
OFFICER MATTHEW LETHIN: July 12, 2007 Incident: NAMES SUPPLIED BY THE
CITY OF SAN MATEO COUNSELS DAVID M. KING/JEREMY A. BURNS:
CITY OF SAN MATEO: AGENT/RESPONDEAT SUPERIOR/EMPLOYER OF SAN MATEO POLICE
OFFICERS

WITNESS to Received of Officer/Reyna/Lethin immediately abovementioned:

Dated: 1/28/2008



PROOF OF SERVICE

by   PERSONAL DELIVERY

My name is Dr. Karoline Loselea Naufahu (CHIEFTAIN MANA'IA).

I am a citizen of The United States. My age is over eighteen (18) years.
My current address is 18 North Humboldt Street, San Mateo, California.

I declare that I am not a party to the Case herein/herewith.

By Court Order of The United States District Court Judge The Right Honorable Maxine
M. Chesney that with reference to the Case AISAKE (ISAAC) P. NAUFAHU v. CITY
OF SAN MATEO et al, ENDORSED FILED SAN MATEO COUNTY Jul 31 2007 BY G. Jackson
Deputy Clerk, which is already before The Right Honorable Court, to deliver to
San Mateo Police Officers Defendants: San Mateo Chief of Police Susan E. Manhei-
mer; San Mateo Police Captain Mike Callagy; San Mateo Police Lieutenant Alan J.
Parisian; San Mateo Police Officer Jack Radcliffe S26; San Mateo Police Officer
Bologna badge number 95; and 4 Unnamed San Mateo Police Officers, and that in
compliance with the said abovestated Court Order, that I personally delivered
said abovementioned Copy of abovedeclared ENDORSED FILED SAN MATEO COUNTY BY G.
Jackson as abovecaptioned for each said San Mateo Police Officer(s) Defendants.

I certify and simultaneously declare under penalty of perjury that the foregoing
is true and correct.

Dated: 28 January 2008

Dr. Karoline Loselea Naufahu (CHIEFTAIN MANA'IA)

Dated: 2/28/06

Received:

1 Unnamed San Mateo Police Officer: NAME OFFICER RICHARD REYNA/
OFFICER MATTHEW LETHIN:   July 12, 2007 Incident: NAMES SUPPLIED BY THE
CITY OF SAN MATEO COUNSELS DAVID M. KING/JEREMY A. BURNS:
CITY OF SAN MATEO: AGENT/RESPONDEAT SUPERIOR/EMPLOYER OF SAN MATEO POLICE OFFICERS

WITNESS to Received of Officer Reyna/Lethin immediately abovementioned:

Dated: 1/28/2008

EXHIBIT 5

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

AISAKE (ISAAC) NAUFAHU,

              Plaintiff(s),

        v.

CITY OF SAN MATEO,

              Defendant(s).
_____/

CASE NO.  C 07-04517 JL

**AMENDED**
NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

  ✓    have not yet reached an agreement to an ADR process

  ✓    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference DECEMBER 5, 2007 .

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| DAVID M. KING | CITY OF SAN MATEO | (650) 342-9600 | dking@carr-mcclellan.com |
| JEREMY A. BURNS | CITY OF SAN MATEO | (650) 342-9600 | jburns@carr-mcclellan.com |
| AISAKE (ISAAC) NAUFAHU | IN PRO PER | (650) 324-4817 | |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated:_____

Dated: Nov. 21, 2007

_____
Attorney for Plaintiff

_____
David M. King
Attorney for Defendant

Rev 12.05

EXHIBIT 6

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

AISAKE (ISACC) NAUFAHU,

CASE NO. C 07-04517 JL

Plaintiff(s),

v.

CITY OF SAN MATEO,

NOTICE OF NEED FOR ADR PHONE
CONFERENCE

Defendant(s).

_____/

Counsel report that they have met and conferred regarding ADR and that they:

      have not yet reached an agreement to an ADR process
      request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference December 5, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| David M. King, Esq. | City of San Mateo | (650) 342-9600 | dking@carr-mcclellan.com |
| Jeremy A. Burns, Esq. | City of San Mateo | (650) 342-9600 | jburns@carr-mcclellan.com |
| Aisake (Isacc) Naufahu | In Pro Per | (650) 342-4817 | |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: Nov. 14, 2007

David M. King, Esq.
Attorney for Plaintiff

Dated: _____

_____
Attorney for Defendant