UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AISAKE P. NAUFAHU,<br><br>      Plaintiff,<br><br>  v.<br><br>CITY OF SAN MATEO, et al.<br><br>      Defendants. | No. C07-4517 MMC (BZ)<br><br>**SCHEDULING ORDER** |

Defendant has moved for sanctions.  **IT IS HEREBY ORDERED** as follows:

    1.  Plaintiff's opposition to defendant's motion shall be filed by **Friday, April 11, 2008**.

    2.  Any reply shall be filed by **Friday, April 18, 2008**.

    3.  The hearing on this motion will be combined with the hearing on the court's Order to Show Cause.  Both are scheduled for **Wednesday, April 30, 2008 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: April 1, 2008

                                Bernard Zimmerman
                        United States Magistrate Judge

G:\BZALL\-REFS\REFS.08\NAUFAHU\Sanctions Case Mangement Order.FINAL VERSION.wpd

1