PRO SE LITIGANT
AISAKE (ISAAC) P. NAUFAHU
339 NORTH CLAREMONT
SAN MATEO
CALIFORNIA 94401

TELEPHONE: 650-342-4817

FILED
08 APR 14 AM 9:02
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AISAKE (ISAAC) P. NAUFAHU<br>　　　　Plaintiff,<br>v.<br>CITY OF SAN MATEO,<br>SAN MATEO CHIEF OF POLICE S. E. MANHEIMER<br>SAN MATEO POLICE CAPTAIN M. CALLAGY,<br>SAN MATEO POLICE LIEUTENANT A. J. PARISIAN,<br>SAN MATEO POLICE AMENDING OFFICER JACK RATCLIFFE S26,<br>SAN MATEO POLICE OFFICER JOHN BOLOGNA BADGE NUMBER 95,<br>SAN MATEO POLICE OFFICER RICHARD REYNA,<br>SAN MATEO POLICE OFFICER MATTHEW LETHIN,<br>2 UNNAMED SAN MATEO POLICE OFFICERS<br>　　　　Defendants | NO. 3:07-CV-04517 MMC (BZ)<br><br>PLAINTIFF OBJECTIONS TO DEFENDANTS' SANCTIONS.<br><br>PLAINTIFF MOTION FOR TRIAL,<br>AND<br>MEDIA FULL-COVERAGE |

I humbly seek the Approval of The Right Honorable Bernard Zimmerman to squash defendants' sanctions, and as well the Agreement of defendants to set-aside the sanctions for the following valid reasons stated hereunder.

The defendants' sanctions constitute defendants' continual punishments of me, the Plaintiff, the Innocent Victim here.

Defendants want Settlement Conference on March 21st. In Lower Courts of The State of California, defendants brought Lies and Falsehoods, Illegalities, and Unlawful Dishonesties constituting Fraud and Felony.

As a direct result, the Judge there was not fooled. The Judge there at Traffic Court DISMISSED Citation for No Auto Insurance written by San Mateo Police Officer John Bologna badge number 95, because I did have Auto Insurance which defendants deliberately and knowingly ignored.

Also, the Traffic Commissioner The Honorable Stephanie Garrat was not fooled either. The Honorable Garrat DISMISSED Citation for Impeding Traffic written by San Mateo Police Officer John Bologna badge number 95, because at 3AM

1

1  at that time of night there was Absolutely NO TRAFFIC.

2  My vehicle was the single solidary vehicle in that area of S. El Camino Real &
3  25th Avenue, San Mateo at 3AM or so at that time of night.

4  Moreover, the Amended Citation by San Mateo Police Amending Officer Jack
   Ratcliffe S26 constitute more Felonious Illegalities and Lawlessness Falsehoods
5  by defendants which becomes obvious to anyone, or anyone with any thinking
6  capacity and reasoning capability.

7  Having analytical Judicious ability, those Right Judicial Decisions were at
8  The Superior Courts of The State of California, BY HONEST JUDGE & TRAFFIC
   COMMISSIONER THE HONORABLE STEPHANIE GARRAT.
9  Now, we are in The Federal Courts of The United States.

10 And, yet, defendants continued to bring Lies and Falsehoods, Illegalities, and
11 Lawless Dishonesties into these High Courts to mud-sling The Faces of These
   High Honorable Federal Judges appointed by The President of The United States.
12
13 As such, defendants' spitting filth of mud-pile high into The Face and Respect-
   ability Honor of The President, and The Federal Judges Chesney and Zimmerman.
14
15 I'm way past serious now for it's beyond human comprehension and Insight into
   The Courts' Collective Conscience as to how chronic and pathological and NO -
16 SHAME these defendants have to continuously bring these Illegalities and
   Felonious Falsehoods into Court.
17
18 Defendants continually Disrespect The High Honor of The Courts.

19 Lead/Head defendants' Attorney David M. King was called as to my non-attendance
   to Deposition for April 12th, because of my and my family's being in the very
20 midst of Cultural Mourning Process for immediate family-member Rose Tessarina
21 Navarro who had died tragically at Stanford Hospital on Thursday March 6th.
    The Christian Services of Wakes to Pay-Respect for the Dead were held to full
22  capacity of family mourners at Redwood Chapel, 847 Woodside Road, Redwood City,
23  telephone number 650-369-5337, on Wednesday night March 12th for immediate
24  family, and extended family members, and Thursday night Wake Service March 13th
    in English and Spanish for American friends and acquaintances, and Spanish-
25  Hispanic relatives. Burial was at Skylawn, Half-Moon Bay on Friday March 14th.

26 After the Burial of the Dearly Departed Deceased, there was the Strict Observa-
27 nce of Tongan - Pacific Islander - Polynesian Mourning Process for the next
28 10 days to comfort and bring much-needed peace to the spirit of the just-buried
   deceased who'll remain on the Earth Realm until its departure to the Spirit

2

Realm on the 10th day. The 7th day of the Cultural Mourning Process was on Friday March 21st which was Good Friday/Crucifixion Friday for All Christians of The Lord Jesus Christ.

The 10th day was on Sunday March 23rd, Resurrection Sunday in Remembrance of The Lord Jesus Christ, where on this occasion, it is Culturally believed as to the recently deceased Rose Tessarina Navarro, her spirit finally leave the Earth Plain to the Spirit World, there to join All Spirits of dead/deceased human beings, as they, and we who are still alive and living on Earth, all await The Return to Earth of The Lord Jesus Christ for The Day of Judgment.

This explains my non-availability to Conference Settlement on Friday March 21st.

Moreover, the quintessence of the pivotal primary paramount reason I do not want Conference Settlement because of the habitual Lies and Falsehoods the defendants keep bringing crap to Court. Defendants keep bringing Bull-Shit to Court.

Defendants know their Lies and Dishonesties, and Falsehoods, minimizing their Illegalities, and down-playing their Lawless Dishonesties.

When on July 31, 2007, defendants were Served with the Summons of my Complaint/Lawsuit, in the premises of The San Mateo Police Department, San Mateo Police Lieutenant Alan J. Parisian was seen rushing out with reddened face, all shaken-up, looking troubled because he's become aware of the Lawsuit, and he's being sued, one of the defendants.

This is the very same San Mateo Police Lieutenant Alan J. Parisian who was the Chief Investigator and had Interviewed me, with voice loud and pissed-off blabbing on denying involvement of his fellow-officer John Bologna with badge number 95 who'd Cited me Fraudulently for Violations I did not commit.

This is the very same San Mateo Police Lieutenant Alan J. Parisian who Fraudulently COVER-UP BY HIS FRAUDULENT EXONERATION, AND FRAUDULENT COVER-UP BY HIS HIGHER-UPS INCLUSIVE OF THE SAN MATEO CHIEF OF POLICE SUSAN E. MANHEIMER WHO FRAUDULENTLY APPROVED HER POLICE OFFICERS' FELONIOUS MISCONDUCTS.

THIS IS THE VERY SAME SAN MATEO POLICE LIEUTENANT ALAN J. PARISIAN WHO SUDDENLY RESIGNED HIS HIGH POSITION WITH THE SAN MATEO POLICE DEPARTMENT, AND FLED TO TEXAS. PLEASE COURT-ORDER THAT TAPED INTERVIEW, I WANT THAT TAPED INTERVIEW AT THE TRIAL AT FEDERAL COURT OF THE UNITED STATES. NO MORE LIES, NO FALSEHOODS. DEFENDANT CITY OF SAN MATEO KNOWS.

LET EVERYONE AT TRIAL HEARS THAT TAPED INTERVIEW. YOU'LL SEE FOR YOURSELVES, THE RIGHT HONORABLE COURT OF THE FEDERAL COURT OF THE UNITED STATES.

As an United States Law-Abiding Citizen, I'm troubled by all these KNOWING, INTENTIONAL FRAUDS, LIES, FALSEHOODS, ILLEGALITIES AND LAWLESS DISHONESTIES BY DEFENDANTS.

One day sooner or later we'll all meet our Maker. Let's all be Honest, and exercise Integrity, and bring ALL FACTS AND TRUTHS ABOUT THIS CASE IN THE COURT, INTO THE COURT, AND THE BIGGER COURT OF THE WORLD FORUM FOR FULL MEDIA COVERAGE.

Let's go to TRIAL. I WANT MY DAY IN COURT.

Dated: Monday ~~May~~ April 14, 2008

Respectfully

by _____[signature]_____

AISAKE (ISAAC) P. NAUFAHU    Pro Se Litigant