PRO SE LITIGANT
AISAKE (ISAAC) P. NAUFAHU
339 NORTH CLAREMONT
SAN MATEO, CALIFORNIA 94401
TELEPHONE: 650-342-4817



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AISAKE (ISAAC) P. NAUFAHU<br>Plaintiff,<br>v.<br>CITY OF SAN MATEO,<br>SAN MATEO CHIEF OF POLICE S. E. MANHEIMER,<br>SAN MATEO POLICE CAPTAIN M. CALLAGY,<br>SAN MATEO POLICE LIEUTENANT A. J. PARISIAN,<br>SAN MATEO POLICE AMENDING OFFICER J. RATCLIFFE S26,<br>SAN MATEO POLICE OFFICER BOLOGNA BADGE NUMBER 95,<br>4 UNNAMED SAN MATEO POLICE OFFICERS<br>Defendants | NO. C 07-04517 MMC<br><br>PLAINTIFF 'S RESPONSES TO DEFENDANTS' SPECIAL INTERROGATORIES, SET ONE |

TO WHOMEVER IT MAY CONCERN:

Please take careful note that as per EXHIBIT 1, the Plaintiff here is AISAKE (ISAAC) P. NAUFAHU, not City of San Mateo, et al.

Please take more careful note that Defendant City of San Mateo cannot Itself be Its' own Plaintiff, as per EXHIBIT 1. It's mind-boggling, and escapes credible logical comprehension because immediately beneath, the Defendant(s) re-establishes Its' status of Defendant being Propounding Party, and Responding Party is Plaintiff AISAKE (ISAAC) P. NAUFAHU.

EXHIBIT 2 is Entirety of Special Interrogatories, (SI), and hereunder is the Plaintiff AISAKE (ISAAC) P. NAUFAHU Responses thereto.

SI No. 1: No Incident.

SI No. 2: No Incident.

SI No. 3: Answered in No 1. Also answered in No 2.

SI No. 4:

I was driving 25 mph the speed limit for Delaware Street, running with The Traffic Laws, Rules, Regulations, Codes on my side, and violating

none of any of such Traffic Laws, Rules, Regulations, Codes; yet, I was followed by a San Mateo Police Officer. He pulled me over and said that I was not driving straight, and that I was drunk. I was on my way to work. The San Mateo Police Officer pulled me over around 3:10AM, or so. He did not even ask me to step outside for a Sobriety or Breathlyzer Test.

This San Mateo Police Officer was just using "excuses" to pull me over because I am a person of Color.

This San Mateo Police Officer was as such Violating my 14TH AMENDMENT RIGHTS: NO EQUAL RIGHTS BECAUSE OF HIS RACIALLY PROFILING ME AS TO THE WAY OF HIS TREATMENT OF ME BECAUSE I'M RACIALLY UNEQUAL AS TO HIM.

This San Mateo Police Officer asked for my Driver's License which I got for him. He took it. Checked it, and then told me to go because everything was O.K. No Warrant for my arrest, and my Driver's License was not suspended.

SI No. 5:

I did not violate any Traffic Laws, Rules, Regulations, Codes. *Talk to the San Mateo Police Officer Richard Reyna/Matthew Lethin who pulled me over at the corner of 2ND Avenue and Delaware Street as to why he pulled me over.

SI No. 6:

**Talk to the San Mateo Police Officer Richard Reyna/Matthew Lethin and ask him what Traffic Laws, Rules, Regulations, Codes I violated in the night of July 12, 2007, at 3:10AM, or so.

SI No. 7:

When the San Mateo Police Officer Michael Closs pulled me over, the first words coming out of his mouth were: "Do you have any money on you?". He asked this to me two times, twice. I told him, "Yes.", and that we get paid every week, and that I cash my paycheck, pay my bills, and I always carry the rest in my backpack, just in case my 2 daughters would need any money for school, clothes, and food.

The San Mateo Police Officer then hand-cuffed me, threw me in the back-seat of his San Mateo Police Car. He took my back-pack, went around to the back of his San Mateo Police Car, knelt down on his knees, opened my back-pack, used his flashlight to check inside my back-pack. He found the envelope where I had my money.

This San Mateo Police Officer took the one and only $50 bill that was inside the envelope. He closed my back-pack, came back into the San Mateo Police Car, and

handed me back my back-pack.

I knew what this San Mateo Police Officer did, and I said right to his face, "You are a Thief, and a Crook. How come when we were both outside, you did not ask me while I was with you there on the sidewalk as to whether you could check my back-pack."

This San Mateo Police Officer did to me what he did to me because he is WHITE, and I AM A PERSON OF COLOR.

As such, he was Violating my 14TH AMENDMENT RIGHTS. NO EQUAL RIGHTS, BECAUSE AS TO HIM I'M RACIALLY NOT HIS EQUAL.

He would not have done this to a White man, HIS EQUAL. This San Mateo Police Officer knew as soon as a WHITE MAN lodged a Complaint against him, this San Mateo Police Officer would be instantly out of a job in no time flat.

We could all see that Complaints BY PEOPLE OF COLOR IN SAN MATEO ARE NOT TAKEN SERIOUSLY BY THE CITY OF SAN MATEO, AND THE SAN MATEO POLICE DEPARTMENT, IT'S AGENT. They are Indifferent to such Complaints because UNEQUAL, NO EQUAL RIGHTS AS TO THEM BECAUSE THEY ARE WHITE EXERCISING WHITE RIGHTS, HENCE DIRECT VIOLATION OF MY 14TH AMENDMENT RIGHTS TO THE CONSTITUTION OF THE UNITED STATES.

SI No. 8:

Lieutenant Parisian, the retired San Mateo Police Investigator who'd suddenly resigned from his Police Job with The City of San Mateo, told me that he saw my "TAPED INTERVIEW" with regards to the San Mateo Police Officer Michael Closs who stole/robbed me of $50 bill in the night of January 22, 2000 at around 3AM, or so.

Go and get that "Taped Interview" and look at It Yourself.

SI No. 9:

Get that "TAPED INTERVIEW", and talk to the San Mateo Police Officer Michael Closs who robbed/stole my $50, if he is still working for The City of San Mateo in Its Police Department, or had "suddenly resigned/retired" like Lieutenant Parisian.

SI No. 10: No Incident.

SI No. 11: No Incident.

SI No. 12: No Incident.

SI No. 13:

I was in full compliance with Traffic Laws, Rules, Regulations, Codes. I was not speeding, not running through red lights. I was running on my side with the Traffic Laws, Rules, Regulations, Codes.

The first San Mateo Police Officer who'd pulled me over at the corner of 2ND Avenue and Delaware Street around 3:10AM or so at that time of night, and the second San Mateo Police Officer who pulled me over one (1) block South of 37th Avenue in Hillsdale around 3:40AM, were using the excuses that I was intoxicated, and look SUSPICIOUS.

To White Officers, ALL PEOPLE OF COLOR LOOK SUSPICIOUS. VIOLATION OF 14TH AMENDMENT RIGHTS OF THE CONSTITUTION OF THE UNITED STATES.

Suspicious for driving at that time of night. The first San Mateo Police Officer took my Driver's License, and checked it. He told me to go because everything was O. K. No Warrant for my arrest. And, my Driver's License was not suspended.

I'd told the first San Mateo Police Officer that I was on my way to work.

Then, why did the first San Mateo Police Officer call the 2nd Police Officer to Tailgate me on El Camino Real, and to pull me over yet again: 2DN Vehicle Stop, same night about 30 minutes apart, one (1) block South of 37th Avenue in Hillsdale around 3:40AM.

WHY? FOR WHAT REASON? FOR WHAT PURPOSE?

BECAUSE I DID NOT VIOLATE ANY TRAFFIC LAWS, RULES, REGULATIONS, CODES.

The 2nd Police Officer, as soon as he pulled me over, yelled at me, "Did my partner (meaning the first San Mateo Police Officer) pull you over?".

I responded, "A San Mateo Police Officer first (1st) pulled me over in San Mateo."

How did the 2nd San Mateo Police Officer KNOW that I was first (1st) pulled over in San Mateo?

I like to, and want to listen to that "TAPE" of the Call made by the first San Mateo Police Officer to the second San Mateo Police Officer to pull me over, yet again, about 30 minutes later. WHY?

I will File a Motion to get this TAPE to listen to every word of that TAPE. We all need to get to the bottom of this, so that TRUTHS ARE BROUGHT TO LIGHT.

There was/is no need for these 2 San Mateo Police Officers to pull me over, AN INNOCENT PERSON OF COLOR 2 TIMES (TWICE) IN ONE NIGHT. I WAS JUST ON MY WAY TO WORK. I DID NOT VIOLATE ANY TRAFFIC LAWS, RULES, REGULATIONS, CODES.

Do they subject White Motorists the same way? No, they do not.

Violation of my 14TH AMENDMENT RIGHTS: NO EQUAL RIGHTS.

SI No.14:

The first San Mateo Police Officer took my Driver's License, and checked it. There is, or should be a Record of it whenever a Driver's License is checked.

I'll file a Motion to get the TAPE of that Call from the first San Mateo Police Officer to the second San Mateo Police Officer to pull me over, yet AGAIN.

This TAPE will answer all of the questions anyone may want to know as to "WHY?", or, is interested to know "WHY?".

We must, and should get to the bottom of this: To be pulled over first in San Mateo, and about 30 minutes later, to be pulled over for the second time in Hillsdale one (1) block South of 37th Avenue, and STILL NO CITATIONS ISSUED.

We have to, and MUST, AND SHOULD listen to the TAPE with Regards to that Call from the first San Mateo Police Officer to the second San Mateo Police Officer. Its Contents surely will all pinpoint to Violation of my 14TH AMENDMENT RIGHTS OF THE CONSTITUTION OF THE UNITED STATES.

SI No. 15:

Talk to the 2 San Mateo Police Officers involved in pulling me over 2 times (twice) in the night of July 12, 2007 at 3:10AM, or so, and yet again at 3:40AM.

Get the TAPE of that Call.

I intend to File a Motion to get this TAPE, so that these 2 San Mateo Police Officers would not be Lying. No Cover-Up.

WE ALL WANT TO GET AT THE TRUTH, ESPECIALLY ME.

SI No. 16: No Incident.

SI No. 17: No Incident.

SI No. 18: No Incident.

SI No. 19:

I will File a Motion to get the TAPE of that Call from the first San Mateo Police Officer to the second San Mateo Police Officer, to find out first-hand

what was actually said, and by whom, and also the TRANSCRIPT of TAPED INTERVIEWS of these 2 San Mateo Police Officers by Lieutenant Alan J. Parisian, the San Mateo Police Investigator to The City of San Mateo Police Department who had ABRUPTLY RESIGNED WHEN THIS LAWSUIT SUMMONS WERE SERVED.

SI No. 20: See Answer to No. 19.

SI No. 21: See Answer to No. 19.

SI No. 22:

I had Filed a Complaint and was TAPED INTERVIEW by a Police Officer at the San Mateo Police Station at the time when John Stengl was Chief of Police.

I had also Filed a Complaint with The City of San Mateo. The Mayor at the time Jan Epstein , and also the Police Investigator who TAPED INTERVIEW me both send me letters saying that the San Mateo Police Officer Michael Closs was not a thief. After the very same San Mateo Police Officer Michael Closs had HAND-CUFFED ME, Threw me into the back-seat of his San Mateo Police Car, and took my back-pack to the back of his San Mateo Police Car, knelt down with his flashlight, opened my back-pack, robbed/stole the only $50 bill I had in my back-pack, not even asking me to check my back-pack, he checked my back-pack WITHOUT MY PERMISSION/CONSENT, while I was still outside on the sidewalk.NO!

He checked my back-pack after he'd thrown me into the back of his San Mateo Police Car, before which he'd HAND-CUFFED ME.

Is this the act of an Honest Police Officer? Law Enforcement Officer?

This San Mateo Police Officer would not have done this to a White Motorist. He did it to me because I am PERSON OF COLOR.

VIOLATION OF MY 14TH AMENDMENT RIGHTS TO THE CONSTITUTION OF THE UNITED STATES. NO EUQAL RIGHTS.

The Color of my Skin is pointedly single-handedly DECIDING FACTOR as to how SAN MATEO POLICE OFFICERS TREAT PEOPLE OF COLOR IN SAN MATEO, AS WELL AS TO HOW THE CITY OF SAN MATEO ALSO TREAT PEOPLE OF COLOR. THE CITY OF SAN MATEO IS AGENCY TO ITS AGENT THE SAN MATEO POLICE OFFICERS. EMPLOYER, AND EMPLOYEES.

CLEAR VIOLATION OF MY 14TH AMENDMENT RIGHTS TO THE CONSTITUTION OF THE UNITED STATES.

SI No. 23: See Answer No. 22.

SI No. 24:

Get my TAPED INTERVIEW, and also the TAPED INTERVIEW of the San Mateo Police

Officer who robbed/stole my $50 bill.

SI No 25: No Incident.

SI No. 26: No Incident.

SI No. 27: No Incident.

SI No. 28:

I will File a Motion to See the Record of why my Driver's License was Checked..

Malicious Prosecution was as to because of San Mateo Police Officer Bologna badge number 95 who had FALSELY Cited me 1. No Auto Insurance. EXHIBIT 3. The Traffic Judge there DISMISSED that Citation because I did have Auto Insurance. 2. Impeding Traffic at 3AM, but he was not even there. Officer Bologna was on the West side facing away from El Camino Real. As to Impeding Traffic, the Traffic Commissioner The Honorable Stephanie Garrat ALSO DISMISSED that Citation.

The Amended Citation, and the Citation from Bologna, I sent Both Citations to The Traffic Commissioner The Honorable Stephanie Garrat. EXHIBIT 4.

Attorney King, the City of San Mateo said that Bologna made Error/Mistake.

BUT, The Traffic Commissioner The Honorable Stephanie Garrat Saw Both the Original Citation by Bologna badge number 95, and the Amended-Changed Citation by Officer Ratcliffe S26, and to The Traffic Commissioner The Honorable Stephanie Garrat THERE WAS NO ERROR. THERE WAS NO MISTAKE, BECAUSE BOTH OFFICER BOLOGNA BADGE NUMBER 95, AND AMENDING OFFICER RATCLIFFE S26, WERE LYING MALICIOUSLY, COMMITTING PERJURY: FELONY BECAUSE THEY KNEW WHAT THEY WERE DOING, AND THEY WERE DOING THAT TO ME: PERSON OF COLOR.

MORE VIOLATION OF MY 14TH AMENDMENT RIGHTS TO THE CONSTITUTION OF THE UNITED STATES.

As to Bologna's detaining me for 40 minutes or longer, I PROVED MY CASE. I WAS ILLEGALLY DETAINED. VIOLATION OF MY 4TH AMENDMENT RIGHTS. This was Not Simple Terry Vehicle Stop.

ALSO THERE WAS THE FALSE IMPRISONMENT.

In that case, the Plaintiff San Mateo Police Department, Agent of The City of San Mateo, sued me, Cited me Maliciously.

Both the Judge, and The Traffic Commissioner The Honorable Stephanie Garrat found me Innocent. HENCE, THE MALICIOUS PROSECUTION.

Incidentally, worthy to be Noted. Officer Bologna badge number 95 flashlighted directly to my eyes, and face. Minutes later, his 2 back-up San Mateo Police Officers both shone blinding lights into my eyes, my face.

THIS IS CRUEL AND UNUSUAL PUNISHMENT BECAUSE I HAVE NOT VIOLATED ANY LAWS OF THE UNITED STATES INCLUSIVE OF TRAFFIC LAWS, RULES, REGULATIONS, CODES.

Moreover, they Violated my 14TH AMENDMENT RIGHTS. NO EQUAL RIGHTS, BECAUSE THEY WOULD NOT HAVE SUBJECTED WHITE MOTORIST TO SUCH CRUEL AND UNUSUAL PUNISHMENTS.

Also, Attorney King, and the San Mateo Police said Officer Bologna badge number 95 made Error/Mistake.

NO. A THOUSAND TIMES NO. Officer Bologna did not make Mistake. NO ERROR as to HIS BLATANT RACIST TREATMENT OF ME. ME, PERSON OF COLOR.
CLEAR VIOLATION OF MY 14TH AMENDMENT RIGHTS.

ALL THE MORE REASON, LET'S GO TO TRIAL.

SI No. 29: See No. 28 Answer.

SI No. 30: See Answer No. 28.

SI No. 31: See Answer No. 28.

SI No. 32: See Answer No. 28.

SI No. 33: See Answer 28.

SI No. 34: No Incident.

SI. No. 35: No Incident.

SI.No. 36 No Incident.

SI No. 37:
I will File a Motion to find out Why my Driver's License was checked, even though I was in compliance with all Traffic Laws, Rules, Regulations, Codes.

And, also the TAPE/TRANSCRIPT of the Call made by the first San Mateo Police Officer to the second San Mateo Police Officer to pull me over, yet AGAIN.

FOR WHAT?

CLEAR VIOLATION OF MY 14TH AMENDMENT RIGHTS TO THE CONSTITUTION OF THE UNITED STATES.

SI No. 38: See Answer No. 37.

SI No. 39: See Answer No. 37.

SI No. 40:

See my TAPED INTERVIEW, and, also the TAPED INTERVIEW of the San Mateo Police Officer who robbed/stole my $50 bill. Get them from the San Mateo Police Station.

SI No. 41: See Answer No. 40.

SI No. 42: See Answer No. 40.

SI No. 43: No Incident.

SI No. 44: No Incident.

SI No. 45: No Incident.

SI No. 46:

Get Tape, and Transcript as to what first San Mateo Police Officer said to second San Mateo Police Officer, and what that second San Mateo Police Officer said in return, and also what the second San Mateo Police Officer was thus moved to bellow to me in "Vile" language what I could not understand.

SI No. 47: See Answer No. 46.

SI No. 48: See Answer No. 46.

SI No. 49: See Answer No. 46.

SI No. 50: See Answer No. 46.

SI No. 51: See Answer No. 46.

SI No. 52: No Incident.

SI No. 53: No Incident.

SI No. 54: No Incident.

SI No. 55:

To be pulled over 2 times, twice in a row within a short span of time about 30 minutes apart in the same night at 3AM, or so, WITHOUT VIOLATING ANY TRAFFIC LAWS, RULES, REGULATIONS, CODES.

I will File a Motion to get the TAPE/TRANSCRIPT of the Call by/from the first San Mateo Police Officer to the second San Mateo Police Officer to pull me over yet AGAIN. In that Motion, I will ask for the TAPED INTERVIEW by Lieutenant

Alan Parisian, the Police Investigator who suddenly RESIGNED HIS HIGH POSITION WITH THE CITY OF SAN MATEO, IN THE CITY'S POLICE DEPARTMENT.

WE ALL MUST, AND SHOULD GET AT THE TRUTH TO COME OUT.

SI No. 56: See Answer No. 55.

SI No. 57: See Answer No. 55.

SI No. 58:

See my TAPED INTERVIEW, and also the TAPED INTERVIEW of the Police Officer for the City of San Mateo, in the City's Police Department, who robbed me and stole my $50 bill.

SI No. 59: See Answer No. 58.

SI No. 60: See Answer No. 58.

SI No. 61: No Incident.

SI No. 62: No Incident.

SI No. 63: No Incident.

SI No. 64:

Why pull me over 2 times, twice in a row within a short duration of time about 30 minutes apart even though I did not violate any Traffic Laws, Rules, Regulations, Codes.

I will File a Motion to get the Tape/Transcript of the Call by/from the first San Mateo Police Officer to the second San Mateo Police Officer to pull me over yet AGAIN as to what exactly was said, by whom, and any TAPED INTERVIEWS/ TRANSCRIPT of the 2 San Mateo Police Officers by Lieutenant Alan Parisian, the San Mateo Police Investigator who'd immediately left the City of San Mateo once the SUMMONS OF THIS LAWSUIT WAS SERVED.

Let's all pursue the Truth. Here goes. I was pulled over 2 times, twice, all BECAUSE OF THE COLOR OF MY SKIN.

CLEAR VIOLATION OF MY 14TH AMENDMENT RIGHTS TO THE CONSTITUTION OF THE UNITED STATES. NO EQUAL RIGHTS BECAUSE OF MY SKIN COLOR: RACIAL PREJUDICE. ETHNIC BIAS. BIGOTRY. RACISM. HATE CRIME ALL BECAUSE OF MY SKIN COLOR.

Get that TAPE OF THE CALL FROM THE FIRST SAN MATEO POLICE OFFICER TO THE SECOND SAN MATEO POLICE OFFICER TO PULL ME OVER, YET AGAIN IN THE SAME NIGHT, 30 MINUTES APART.

SI No. 65: See Answer No. 64

SI No. 66: See Answer No. 64.

SI No. 67: No Incident.

SI No. 68: No Incident.

SI No. 69: No Incident.

SI No 70:

I was driving with full compliance with the Traffic Laws, Rules, Regulations, Codes.

The first San Mateo Police Officer took my Driver's License, and checked it. No Warrant for my arrest. My Driver's License was not suspended. I'd already told him that I was on my way to work. He said to me to leave, and, yet; this very same first San Mateo Police Officer then turned around, and called the second San Mateo Police Officer to follow me, and pull me over, yet AGAIN.

I will File a Motion to get the TAPE of that Call to find out Word for Word as to Exactly WHY the first San Mateo Police Officer made the Call to the second San Mateo Police Officer, after he: the first San Mateo Police Officer already CHECKED my Driver's License, and Cleared me to go WITHOUT CITATIONS, meaning that NO TRAFFIC LAWS, RULES, REGULATIONS, CODES WERE VIOLATED.

For these 2 San Mateo Police Officers Richard Reyna, and Matthew Lethin, and the San Mateo Police Department saying that I was driving at night at 3AM and probably drunk, intoxicated. Yet, why did not they subject me to Sobriety/Breathlyzer Test?

They said that I looked suspicious, because of my skin color. To them, All People of Color are SUSPICIOUS.

White People are Not Suspicious.

UNEQUAL RIGHTS.

CLEAR VIOLATION OF MY 14TH AMENDMENT RIGHTS TO THE CONSTITUTION OF THE UNITED STATES.

Any person of color who drive to work in San Mateo, for that matter, any person of color in San Mateo who drive to work in the night at 3AM, as I do, and have to face this Barbaric, Animalistic Treatment, all because I am person of color, being accused of being drunk, and looking suspicious, THERE HAS TO BE AN END TO THIS.

LET'S GO TO TRIAL.

I WILL FILE MOTION TO GO TO TRIAL.

SI No. 71:

I was pulled over by the first San Mateo Police Officer WITHOUT HAVING VIOLATED ANY TRAFFIC LAWS, RULES, REGULATIONS, CODES.

He checked my Driver's License. He told me to leave because my Driver's License was Not Suspended. And, No Warrant for my arrest.

There must be, there should be a Record of this.

He called the second San Mateo Police Officer. There must be, there should be a Tape/Transcript of this Call, to pull me over, yet AGAIN. This Tape/ Transcript should show what he was telling/instructing the second San Mateo Police Officer, even though I did not violate Traffic Laws, Rules, Regulations, Codes.

As thus, my 14TH AMENDMENT RIGHTS TO THE CONSTITUTION OF THE UNITED STATES WERE VIOLATED. ALSO, MY CIVIL RIGHTS WERE VIOLATED.

SI No. 72: See Answer No. 71.

SI No. 73:

A San Mateo Police Officer, I found out later his name Michael Closs, pulled me over. The first words coming out of his mouth, "Do you have money?".

This very same San Mateo Police Officer was just out there to rob me, knowing that I being PERSON OF COLOR, AND HIM BEING WHITE, no one would believe me. WHITE SUPERORITY. WHITE SUPREMACY. PEOPLES OF COLOR NOT SO.

CLEAR VIOLATION OF MY 14TH AMENDMENT RIGHTS TO THE CONSTITUTION OF THE UNITED STATES.

This very same San Mateo Police Officer, hand-cuffed me, threw me to the back of his San Mateo Police Car, took my back-pack from me without even asking me to check my back-pack as to whether I give him permission, or to consent to his Search of my back-pack. He went to the rear of his San Mateo Police Car and there knelt down and opened my back-pack, using his flashlight to look for my money, and robbed me of the one and only $50 bill I had in my back-pack.

He seized my back-pack without my permission. He Searched my back-pack without my Consent. He Removed my $50 bill without my Consent.

And thus, this San Mateo Police Officer Entered my property WITHOUT MY CONSENT. His fingertips Entered my property without my Consent, as such, his Person entered my property WITHOUT MY CONSENT. He Searched my property WITHOUT MY CONSENT. He Seized, and Removed my Property of $50 bill, ALL WITHOUT MY CONSENT.

And thus, this San Mateo Police Officer VIOLATED MY 4TH AMENDMENT RIGHTS: ENTRY INTO MY PROPERTY, SEARCHED MY PROPERTY, SEIZED MY PROPERTY, ALL DONE WITHOUT MY CONSENT.

This despicable, deplorable, horrid, horrible, terrible deed was done by a San Mateo Police Officer.

White San Mateo Police Officers do this to People of Color in San Mateo, knowing full well that those above, their Superiors, and even The Chief of Police, and even The City of San Mateo: Agency/Employer would always come to their Defense. Because they are White.

They do not investigate Complaints Filed by People of Color. This is a Fact.

CLEAR VIOLATIONS OF 14TH AMENDMENT RIGHTS UNDER THE CONSTITUTION OF THE UNITED STATES.

SI No. 74: See Answer 73.

SI No. 75:

Ask the San Mateo Police Officer Michael Closs who did not ask me for my permission/CONSENT to check my back-pack when we were still outside on the side-walk.

Why all of a sudden he hand-cuffed me. Then threw me to the back-seat of his San Mateo Police Car. He then took my back-pack WITHOUT MY CONSENT. He went to the rear of his Police Car. He knelt down with his flash-light, opened my back-pack WITHOUT MY CONSENT. He Searched my back-pack, WITHOUT MY CONSENT. HE ROBBED/STOLE FROM ME, THE ONE AND ONLY $50 bill I had in my back-pack. He Entered my property, Searched my property, Seized my property, ALL WITHOUT MY CONSENT.

CLEAR VIOLATION OF MY 4TH AMENDMENT RIGHTS UNDER THE CONSTITUTION OF THE UNITED STATES.

Dated: 21 April 2008

Respectfully Submitted

by [signature]

AISAKE (ISAAC) P. NAUFAHU

Pro Se Litigant

EXHIBIT 1

David M. King, Esq. (Bar No. 95279)
Jeremy A. Burns, Esq. (Bar No. 239917)
CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, California 94011-0513
Telephone: (650) 342-9600
Facsimile: (650) 342-7685

Attorneys for Defendant City of San Mateo

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

AISAKE (ISACC) P. NAUFAHU, an individual Pro Se Litigant,

Plaintiff,

vs.

CITY OF SAN MATEO, a City Incorporated, SAN MATEO CHIEF OF POLICE S.E. MANHEIMER, SAN MATEO POLICE CAPTAIN M. CALLAGY, SAN MATEO POLICE LIEUTENANT A. J. PARISIAN, SAN MATEO POLICE AMENDING OFFICER JACK RATCLIFFE, S26, SAN MATEO POLICE OFFICER BOLOGNA BADGE NUMBER 95, 4 UNNAMED SAN MATEO POLICE OFFICERS,

Defendants.

No. C 07-04517 MMC

**PLAINTIFF CITY OF SAN MATEO'S SPECIAL INTERROGATORIES, SET ONE**

Action Filed: July 31, 2007

**PROPOUNDING PARTY:** **Defendant CITY OF SAN MATEO**

**RESPONDING PARTY:** **Plaintiff AISAKE (ISACC) P. NAUFAHU**

**SET NUMBER:** **ONE**

**Special Interrogatory No. 1:**

Please set forth in detail, and with particularity, each and every fact which supports your contention that you were unlawfully stopped on June 20, 2006, as alleged in the Complaint.

EXHIBIT 2

David M. King, Esq. (Bar No. 95279)
Jeremy A. Burns, Esq. (Bar No. 239917)
CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, California 94011-0513
Telephone: (650) 342-9600
Facsimile: (650) 342-7685

Attorneys for Defendant City of San Mateo

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

AISAKE (ISACC) P. NAUFAHU, an individual Pro Se Litigant,

Plaintiff,

vs.

CITY OF SAN MATEO, a City Incorporated, SAN MATEO CHIEF OF POLICE S.E. MANHEIMER, SAN MATEO POLICE CAPTAIN M. CALLAGY, SAN MATEO POLICE LIEUTENANT A. J. PARISIAN, SAN MATEO POLICE AMENDING OFFICER JACK RATCLIFFE, S26, SAN MATEO POLICE OFFICER BOLOGNA BADGE NUMBER 95, 4 UNNAMED SAN MATEO POLICE OFFICERS,

Defendants.

No. C 07-04517 MMC

**PLAINTIFF CITY OF SAN MATEO'S SPECIAL INTERROGATORIES, SET ONE**

Action Filed: July 31, 2007

**PROPOUNDING PARTY:** **Defendant CITY OF SAN MATEO**

**RESPONDING PARTY:** **Plaintiff AISAKE (ISACC) P. NAUFAHU**

**SET NUMBER:** **ONE**

**Special Interrogatory No. 1:**

Please set forth in detail, and with particularity, each and every fact which supports your contention that you were unlawfully stopped on June 20, 2006, as alleged in the Complaint.

**Special Interrogatory No. 2:**

Please identify each and every document which supports your contention that you were unlawfully stopped on June 20, 2006, as alleged in the Complaint.

**Special Interrogatory No. 3:**

Please identify each and every witness which supports your contention that you were unlawfully stopped on June 20, 2006, as alleged in the Complaint.

**Special Interrogatory No. 4:**

Please set forth in detail, and with particularity, each and every fact which supports your contention that you were unlawfully stopped on July 12, 2007, as alleged in the Complaint.

**Special Interrogatory No. 5:**

Please identify each and every document which supports your contention that you were unlawfully stopped on July 12, 2007, as alleged in the Complaint.

**Special Interrogatory No. 6:**

Please identify each and every witness which supports your contention that you were unlawfully stopped on July 12, 2007, as alleged in the Complaint.

**Special Interrogatory No. 7:**

Please set forth in detail, and with particularity, each and every fact which supports your contention that you were robbed of $50 when you were arrested on or about January 22, 2000, as alleged in the Complaint.

**Special Interrogatory No. 8:**

Please identify each and every document which supports your contention that you were robbed of $50 when you were arrested on or about January 22, 2000, as alleged in the Complaint.

**Special Interrogatory No. 9:**

Please identify each and every witness which supports your contention that you were robbed of $50 when you were arrested on or about January 22, 2000, as alleged in the Complaint.

**Special Interrogatory No. 10:**

Please set forth in detail, and with particularity, each and every fact which supports your contention that your fourth amendment rights were violated by defendants on June 20, 2006, as





alleged in the Complaint.

**Special Interrogatory No. 11:**

Please identify each and every document which supports your contention that your fourth amendment rights were violated by defendants on June 20, 2006, as alleged in the Complaint.

**Special Interrogatory No. 12:**

Please identify each and every witness which supports your contention that your fourth amendment rights were violated by defendants on June 20, 2006, as alleged in the Complaint.

**Special Interrogatory No. 13:**

Please set forth in detail, and with particularity, each and every fact which supports your contention that your fourth amendment rights were violated by defendants on July 12, 2007, as alleged in the Complaint.

**Special Interrogatory No. 14:**

Please identify each and every document which supports your contention that your fourth amendment rights were violated by defendants on July 12, 2007, as alleged in the Complaint.

**Special Interrogatory No. 15:**

Please identify each and every witness which supports your contention that your fourth amendment rights were violated by defendants on July 12, 2007, as alleged in the Complaint.

**Special Interrogatory No. 16:**

Please set forth in detail, and with particularity, each and every fact which supports your contention that defendants committed a conspiracy concerning the events of June 20, 2006, as alleged in the Complaint.

**Special Interrogatory No. 17:**

Please identify each and every document which supports your contention that defendants committed a conspiracy concerning the events of June 20, 2006, as alleged in the Complaint.

**Special Interrogatory No. 18:**

Please identify each and every witness which supports your contention that defendants committed a conspiracy concerning the events of June 20, 2006, as alleged in the Complaint.

////





**Special Interrogatory No. 19:**

Please set forth in detail, and with particularity, each and every fact which supports your contention that defendants committed a conspiracy concerning the events of July 12, 2007, as alleged in the Complaint.

**Special Interrogatory No. 20:**

Please identify each and every document which supports your contention that defendants committed a conspiracy concerning the events of July 12, 2007, as alleged in the Complaint.

**Special Interrogatory No. 21:**

Please identify each and every witness which supports your contention that defendants committed a conspiracy concerning the events of July 12, 2007, as alleged in the Complaint.

**Special Interrogatory No. 22:**

Please set forth in detail, and with particularity, each and every fact which supports your contention that defendants committed a conspiracy concerning the January 22, 2000 incident as described in the Complaint.

**Special Interrogatory No. 23:**

Please identify each and every document which supports your contention that defendants committed a conspiracy concerning the January 22, 2000 incident as described in the Complaint.

**Special Interrogatory No. 24:**

Please identify each and every witness which supports your contention that defendants committed a conspiracy concerning the January 22, 2000 incident as described in the Complaint.

**Special Interrogatory No. 25:**

Please set forth in detail, and with particularity, each and every fact which supports your contention that you were maliciously prosecuted by defendants concerning the June 20, 2006 incident, as described in the Complaint.

**Special Interrogatory No. 26:**

Please identify each and every document which supports your contention that you were maliciously prosecuted by defendants concerning the June 20, 2006 incident, as described in the Complaint.

**Special Interrogatory No. 27:**

Please identify each and every witness which supports your contention that you were maliciously prosecuted by defendants concerning the June 20, 2006 incident, as described in the Complaint.

**Special Interrogatory No. 28:**

Please set forth in detail, and with particularity, each and every fact which supports your contention that you were maliciously prosecuted by defendants concerning the July 12, 2007 incident, as described in the Complaint.

**Special Interrogatory No. 29:**

Please identify each and every document which supports your contention that you were maliciously prosecuted by defendants concerning the July 12, 2007 incident, as described in the Complaint.

**Special Interrogatory No. 30:**

Please identify each and every witness which supports your contention that you were maliciously prosecuted by defendants concerning the July 12, 2007 incident, as described in the Complaint.

**Special Interrogatory No. 31:**

Please set forth in detail, and with particularity, each and every fact which supports your contention that you were maliciously prosecuted by defendants concerning the January 22, 2000 incident, as described in the Complaint.

**Special Interrogatory No. 32:**

Please identify each and every document which supports your contention that you were maliciously prosecuted by defendants concerning the January 22, 2000 incident, as described in the Complaint.

**Special Interrogatory No. 33:**

Please identify each and every witness which supports your contention that you were maliciously prosecuted by defendants concerning the January 22, 2000 incident, as described in the Complaint.

**Special Interrogatory No. 34:**

Please set forth in detail, and with particularity, each and every fact which supports your contention that you were falsely imprisoned by defendants concerning the June 20, 2006 incident, as described in the Complaint.

**Special Interrogatory No. 35:**

Please identify each and every document which supports your contention that you were falsely imprisoned by defendants concerning the June 20, 2006 incident, as described in the Complaint.

**Special Interrogatory No. 36:**

Please identify each and every witness which supports your contention that you were falsely imprisoned by defendants concerning the June 20, 2006 incident, as described in the Complaint.

**Special Interrogatory No. 37:**

Please set forth in detail, and with particularity, each and every fact which supports your contention that you were falsely imprisoned by defendants concerning the July 12, 2007 incident, as described in the Complaint.

**Special Interrogatory No. 38:**

Please identify each and every document which supports your contention that you were falsely imprisoned by defendants concerning the July 12, 2007 incident, as described in the Complaint.

**Special Interrogatory No. 39:**

Please identify each and every witness which supports your contention that you were falsely imprisoned by defendants concerning the July 12, 2007 incident, as described in the Complaint.

**Special Interrogatory No. 40:**

Please set forth in detail, and with particularity, each and every fact which supports your contention that you were falsely imprisoned by defendants concerning the January 22, 2000 incident, as described in the Complaint.

**Special Interrogatory No. 41:**

Please identify each and every document which supports your contention that you were falsely imprisoned by defendants concerning the January 22, 2000 incident, as described in the Complaint.

**Special Interrogatory No. 42:**

Please identify each and every witness which supports your contention that you were falsely imprisoned by defendants concerning the January 22, 2000 incident, as described in the Complaint.

**Special Interrogatory No. 43:**

Please set forth in detail, and with particularity, each and every fact which supports your contention that you were defamed by defendants concerning the June 20, 2006 incident, as described in the Complaint.

**Special Interrogatory No. 44:**

Please identify each and every document which supports your contention that you were defamed by defendants concerning the June 20, 2006 incident, as described in the Complaint.

**Special Interrogatory No. 45:**

Please identify each and every witness which supports your contention that you were defamed by defendants concerning the June 20, 2006 incident, as described in the Complaint.

**Special Interrogatory No. 46:**

Please set forth in detail, and with particularity, each and every fact which supports your contention that you were defamed by defendants concerning the July 12, 2007 incident, as described in the Complaint.

**Special Interrogatory No. 47:**

Please identify each and every document which supports your contention that you were defamed by defendants concerning the July 12, 2007 incident, as described in the Complaint.

**Special Interrogatory No. 48:**

Please identify each and every witness which supports your contention that you were defamed by defendants concerning the July 12, 2007 incident, as described in the Complaint.

**Special Interrogatory No. 49:**

Please set forth in detail, and with particularity, each and every fact which supports your contention that you were defamed by defendants concerning the January 22, 2000 incident, as described in the Complaint.

**Special Interrogatory No. 50:**

Please identify each and every document which supports your contention that you were defamed by defendants concerning the January 22, 2000 incident, as described in the Complaint.

**Special Interrogatory No. 51:**

Please identify each and every witness which supports your contention that you were defamed by defendants concerning the January 22, 2000 incident, as described in the Complaint.

**Special Interrogatory No. 52:**

Please set forth in detail, and with particularity, each and every fact which supports your claim that you suffered harassment by defendants concerning the June 20, 2006 incident, as described in the Complaint.

**Special Interrogatory No. 53:**

Please identify each and every document which supports your claim that you suffered harassment by defendants concerning the June 20, 2006 incident, as described in the Complaint.

**Special Interrogatory No. 54:**

Please identify each and every witness which supports your claim that you suffered harassment by defendants concerning the June 20, 2006 incident, as described in the Complaint.

**Special Interrogatory No. 55:**

Please set forth in detail, and with particularity, each and every fact which supports your claim that you suffered harassment by defendants concerning the July 12, 2007 incident, as described in the Complaint.

**Special Interrogatory No. 56:**

Please identify each and every document which supports your claim that you suffered harassment by defendants concerning the July 12, 2007 incident, as described in the Complaint.

////

**Special Interrogatory No. 57:**

Please identify each and every witness which supports your claim that you suffered harassment by defendants concerning the July 12, 2007 incident, as described in the Complaint.

**Special Interrogatory No. 58:**

Please set forth in detail, and with particularity, each and every fact which supports your claim that you suffered harassment by defendants concerning the January 22, 2000 incident, as described in the Complaint.

**Special Interrogatory No. 59:**

Please identify each and every document which supports your claim that you suffered harassment by defendants concerning the January 22, 2000 incident, as described in the Complaint.

**Special Interrogatory No. 60:**

Please identify each and every witness which supports your claim that you suffered harassment by defendants concerning the January 22, 2000 incident, as described in the Complaint.

**Special Interrogatory No. 61:**

Please set forth in detail, and with particularity, each and every fact which supports your claim that you were the victim of unlawful discrimination concerning the June 20, 2006 incident, as described in the Complaint.

**Special Interrogatory No. 62:**

Please identify each and every document which supports your claim that you were the victim of unlawful discrimination concerning the June 20, 2006 incident, as described in the Complaint.

**Special Interrogatory No. 63:**

Please identify each and every witness which supports your claim that you were the victim of unlawful discrimination concerning the June 20, 2006 incident, as described in the Complaint.

////

**Special Interrogatory No. 64:**

Please set forth in detail, and with particularity, each and every fact which supports your claim that you were the victim of unlawful discrimination concerning the July 12, 2007 incident, as described in the Complaint.

**Special Interrogatory No. 66:** (65)

Please identify each and every document which supports your claim that you were the victim of unlawful discrimination concerning the July 12, 2007 incident, as described in the Complaint.

**Special Interrogatory No. 66:**

Please identify each and every witness which supports your claim that you were the victim of unlawful discrimination concerning the July 12, 2007 incident, as described in the Complaint.

**Special Interrogatory No. 67:**

Please set forth in detail, and with particularity, each and every fact which supports your claim that you suffered damages concerning the June 20, 2006 incident, as described in the Complaint.

**Special Interrogatory No. 68:**

Please identify each and every document which supports your claim that you suffered damages concerning the June 20, 2006 incident, as described in the Complaint.

**Special Interrogatory No. 69:**

Please identify each and every witness which supports your claim that you suffered damages concerning the June 20, 2006 incident, as described in the Complaint.

**Special Interrogatory No. 70:**

Please set forth in detail, and with particularity, each and every fact which supports your claim that you suffered damages concerning the July 12, 2007 incident, as described in the Complaint.

**Special Interrogatory No. 71:**

Please identify each and every document which supports your claim that you suffered

damages concerning the July 12, 2007 incident, as described in the Complaint.

**Special Interrogatory No. 72:**

Please identify each and every witness which supports your claim that you suffered damages concerning the July 12, 2007 incident, as described in the Complaint.

**Special Interrogatory No. 73:**

Please set forth in detail, and with particularity, each and every fact which supports your claim that you suffered damages concerning the January 22, 2000 incident, as described in the Complaint.

**Special Interrogatory No. 74:**

Please identify each and every document which supports your claim that you suffered damages concerning the January 22, 2000 incident, as described in the Complaint.

**Special Interrogatory No. 75:**

Please identify each and every witness which supports your claim that you suffered damages concerning the January 22, 2000 incident, as described in the Complaint.

Dated: January 24, 2008

CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation

By: ______________________

David M. King
Jeremy A. Burns
Attorneys for Defendant
City of San Mateo

EXHIBIT 3

COURT: MUNICIPAL COURT
ADDRESS: 800 N. HUMBOLDT STREET
ADDRESS:
ZIP CODE: SAN MATEO, CA 94401
BRANCH NAME: CENTRAL BRANCH
TELEPHONE: (650) 573-2622

PEOPLE OF THE STATE OF CALIFORNIA
vs.
DEFENDANT: Aisake Pohahau Naufahu

**NOTICE OF CORRECTION AND PROOF OF SERVICE (Vehicle Code, § 40505)**

AMENDING OFFICER NAME/ID NO.: 526
DEPARTMENT/AGENCY: SAN MATEO POLICE
CITATION NUMBER: 84-277289
CASE NUMBER:

A *Notice to Appear/Notice to Correct Violation* was issued to you by an officer of this department on *(date)*: 2-20-06

The citation issued to you contained an error as indicated by the items checked below. This notice of correction does not affect the validity of the citation or the required court appearance.

☐ Date/time of violation should be ______

☐ Date/time of court appearance should be changed from ______ to ______

☒ Violation section(s) should be changed from 22400(A) to 22109 VC

~~☐ Location of violation should be changed from~~ ______ to ______

☐ Other *(specify)*:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 2/21/06 ______ (Signature of officer) 526

Form Adopted for Mandatory Use Judicial Council of California TR-100 [New January 1, 2000]

(Proof of service on reverse)

---

NOTICE TO APPEAR — Traffic / Nontraffic — 84-277289

1. Date of Violation: 2/20/06 Time: 3:02 PM Day of Week: M
2. Name (First, Middle, Last): Aisake Pohahau Naufahu ☐ Owner's Responsibility (Veh. Code, § 40001)
3. Address: 339 N. Claremont St.
4. City: San Mateo State: CA ZIP Code: 94401 ☐ Juvenile (Phone No.)
5. Driver Lic. No.: A0512761 State: CA Class: C Commercial: ☐ Yes ☒ No Age: 55 Birth Date: 3/24/51
6. Sex: M Hair: BLK Eyes: BRN Height: 5-10 Weight: 185 Race: P Other Description
7. Veh. Lic. No. or VIN: POLYLUV State: CA Reg. MO/YR: 05/06 ☐ COMMERCIAL VEHICLE (Veh. Code, § 15210(b))
8. Yr. of Veh.: 1984 Make: Buick Model: Park Ave Body Style: 4DR Color: BRO ☐ HAZARDOUS MATERIAL (Veh. Code, § 353)
9. Evidence of Financial Responsibility: None CHP/DOT/PUC/ICC
10. Registered Owner or Lessee: Naufahu, Melany Yvette ☐ Same as Driver
11. Address: 18 N. Humboldt St. ☐ Same as Driver
12. City: San Mateo State: CA ZIP Code: 94401

Correctable Violation (Veh. Code, § 40610) ~~☐ Booking Required (see reverse)~~ Misdemeanor or Infraction (Circle)

| | Yes | No | Code and Section / Description | |
|---|---|---|---|---|
| 13. | ☐ | ☒ | 22400(a) VC - Impede traffic | M (I) |
| 14. | ☐ | ☒ | 16028(a) VC No Ins. | M (I) |
| 15. | ☐ | | | M I |
| 16. | ☐ | ☐ | | M I |

17. Speed Approx.: >25 PF/Max. Spd.: 35 Veh. Lmt.: 35 Safe: 3x Radar ☐ Continuation Form Issued
18. Location of Violation(s) at: S. El Camino Real @ 25th Ave. City/County of Occurrence
19. Comments (Weather, Road & Traffic Conditions) ☐ Accident
20. ~~☐ Violations not committed in my presence, declared on information and belief.~~ I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct. Executed at (place): Violation location
21. Arresting or Citing Officer: J. Bologna Serial No.: 95 To Dates Off
22. / / Date Name of Arresting Officer, if different from Citing Officer Serial No. To Dates Off
23. WITHOUT ADMITTING GUILT, I PROMISE TO APPEAR AT THE TIME AND PLACE INDICATED BELOW. X Signature
24. WHEN: ON OR BEFORE THIS DATE: 4/4/06 Time: 1:30 ☐ AM ☒ PM

WHAT TO DO: FOLLOW THE INSTRUCTIONS ON THE REVERSE.
WHERE: Superior Court of California, County of San Mateo.

25. ☐ NORTHERN BRANCH - 1050 Mission Rd., So. San Francisco, CA 94080 (650) 877-5355
☒ CENTRAL BRANCH - 800 North Humboldt St., San Mateo, CA 94401 (650) 573-2622
☐ SOUTHERN BRANCH - Traffic 500 County Center, Redwood City, CA 94063 (650) 363-4300
☐ SOUTHERN BRANCH - CRIMINAL - 4th FLOOR HALL OF JUSTICE 400 County Center, Redwood City, CA 94063 (650) 363-4300
☐ JUVENILE TRAFFIC COURT - 21 Tower Rd., San Mateo, CA 94402 (650) 312-8887

26. ☐ To be notified ☐ You may arrange with clerk to appear at a night session of the court.

84-277289

Judicial Council of California Form Rev. 09-20-05 (Veh. Code, §§ 40500(b), 40513(b), 40522, 40600; Pen. Code, § 853.9) COURT COPY | SEE REVERSE TR-130

COMPUTER & BUSINESS PRINTING (650) 873-1710 M453884 (09/05)

"Amended" changed after ... talked ... 2/20/06

* COPY OF THE AMENDED "NEW CITATION"

* COPY OF THE "ORIGINAL CITATION"

231959

BOTH COUNTS were DISMISSED

EXHIBIT 4

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

HON. STEPHANIE GARRAT
COMMISIONER
SUPERIOR COURT Central Branch
800 NORTH HUMBOLDT ST.
SAN MATEO; CA. 94401,

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
x RECEIVED ☐ Agent ☐ Address

B. Received by (Printed Name) SAN MATEO COUNTY C. Date of Delive

SEP 1 8 2006

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Clerk of the Superior Court
By FRANK NARDO
DEPUTY CLERK

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandi
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. 7006 0810 0000 3973 4183

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-15

7006 0810 0000 3973 4183

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

SAN MATEO CA 94401

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | $0.63 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $4.88 |

Postmark Here
0251 05 SEP 16 2006 09/16/2006

Sent To HON. STEPHANIE GARRAT
SUPERIOR COURT
Street, Apt. No.; or PO Box No. CENTRAL BRANCH
City, State, ZIP+4 800 N. Humboldt St; CA. 94401

PS Form 3800, June 2002 See Reverse for Instructions

...OR COURT CENTRAL BRANCH
...RTH HUMBOLDT STREET
...MATEO, CA 94401

NOTICE OF BAIL

A NOTICE TO APPEAR AND CITATION CHARGING A VIOLATION OF THE BELOW DESCRIBED SECTIONS HAS BEEN FILED WITH THIS COURT. UNLESS YOU APPEAR IN COURT AND ANSWER THESE CHARGES OR DEPOSIT BAIL AS INDICATED YOU MAY FACE FURTHER CHARGES, INCREASED BAIL, ARREST, OR LOSS OF DRIVING PRIVILEGES OR ANY COMBINATION OF SUCH CONSEQUENCES.

\# To make a Copy.

31141TA26.A.1.819.1.2.0.308

NAUFAHU AISAKE POHAHAU
339 N CLAREMONT ST
SAN MATEO CA 94401-1725

IF YOU FAIL TO RESPOND WITHIN 10 (TEN) DAYS AFTER THE DUE DATE BELOW, YOU WILL BE CHARGED AN ADDITIONAL ASSESSMENT, PURSUANT TO SEC 1214.1 OF THE PENAL CODE, AND MAY BE SUBJECT TO YOUR DRIVERS LICENSE BEING WITHHELD OR SUSPENDED BY DMV. THE CIVIL MONEY ASSESSMENT UNDER 1214.1 PC MAY BE COLLECTED BY ATTACHMENT OF YOUR WAGES, YOUR SPOUSE'S WAGES, OTHER PROPERTY, AND CAN INTERCEPT ANY TAX REFUNDS. THE CIVIL ASSESSMENT REMAINS IN EFFECT FOR 10 YEARS, OR UNTIL PAID.
FAILURE TO COMPLY WITH THIS NOTICE BY 04/04/06 WILL RESULT IN FURTHER CHARGES AND INCREASED BAIL. BAIL OF $843.75 may be sent by mail on or before 04/04/06. TO APPEAR IN COURT bring this notice to the Court on or before 04/04/06, on TUESDAY between 12:30 p.m. and 1:30 p.m. OR on MONDAY, WEDNESDAY, and THURSDAY before 8:30 a.m.
YOU ARE NOT ELIGIBLE FOR TRAFFIC SCHOOL.

| VIOLATION(S) |
| --- |
| VC-22109 Signal When Stopping |
| VC-16028A Evidence Financial Resp |

| DEFENDANT NAME | VIOLATION DATE | CITATION NO. | APPEARANCE DATE | DOCKET NO. |
| --- | --- | --- | --- | --- |
| NAUFAHU AISAKE POHAHAU | 02/20/06 | 277289 | 04/04/06 | 231959-T |

Both were "dismissed"

RETAIN THIS PORTION FOR YOUR RECORDS

DETACH AND RETURN THIS REMITTANCE PORTION WITH YOUR PAYMENT

| DEFENDANT NAME | VIOLATION DATE | CITATION NO. | APPEARANCE DATE | DOCKET NO. |
| --- | --- | --- | --- | --- |
| NAUFAHU AISAKE POHAHAU | 02/20/06 | 277289 | 04/04/06 | 231959-T |

DO NOT MAIL CASH.
MAKE CHECK OR MONEY ORDER PAYABLE TO:

PAYMENT AND/OR ...F OF CORRECTION MAY ...DE IN PERSON

800 N. Humboldt Street
San Mateo, CA 94401
Hours: 8:00 am to 4:00 pm

You may pay your citation at:
www.sanmateocourt.org

SUPERIOR COURT CENTRAL BRANCH
800 NORTH HUMBOLDT STREET
SAN MATEO, CA 94401

POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Sender: Please print your name, address, and ZIP+4 in this box •

AISAKE P. NAUFAHU
339 N. CLAREMONT Street
SAN MATEO; CA. 94401,