1    PRO SE LITIGANT

2    AISAKE (ISAAC) P. NAUFAHU
     339 NORTH CLAREMONT
3    SAN MATEO, CALIFORNIA 94401

     TELEPHONE: 650-342-4817
4

5              UNITED    STATES    DISTRICT    COURT

6           NORTHERN    DISTRICT    OF    CALIFORNIA

7

8    AISAKE (ISAAC) P. NAUFAHU
              Plaintiff,                          | No. C 07-04517 MMC (BZ)
9    v.                                           | AGAIN, THIS TIME
                                                  | TO THE CORE
10   CITY OF SAN MATEO,                           | BRIEF RESPONSE OF THE
     SAN MATEO CHIEF OF POLICE S. E. MANHEIMER,   | PLAINTIFF
11   SAN MATEO POLICE CAPTAIN M. CALLAGY,         | TO
12   SAN MATEO POLICE LIEUTENANT A. J. PARISIAN,  |
13   SAN MATEO POLICE AMENDING OFFICER J. RATCLIFFE S26, | CITY OF SAN MATEO'S
                                                  | SETTLEMENT CONFERENCE
     SAN MATEO POLICE OFFICER BOLOGNA BADGE NUMBER 95, | STATEMENT:
14   4 UNNAMED SAN MATEO POLICE OFFICERS          | LET'S GO TO  TRIAL
15           Defendants                           | BY PETITIONER THE
16                                                | PLAINTIFF

17

18   To: The Right Honorable Maxine M. Chesney, or The Right Honorable Bernard
         Zimmerman,  Federal Court of The United States, The Northern District
19       of California.

20   Comes Now The Petitioner, The Plaintiff Aisake (Isaac) P. Naufahu, a Citizen
21   of The United States, in proper person, and appearing as his own Counsel,
22   who Petitions This Right Honorable Court to Set this Matter of this Case
     for Trial.
23
     Petitioner is not in agreement with City of San Mateo's Settlement Conference
24   Statement.    EXHIBIT 1.

25   Petitioner submits that the Original Citation that San Mateo Police Officer
26   Bologna badge number 95 EXHIBIT 2, issued to Petitioner: Plaintiff Aisake
     (Isaac) P. Naufahu in the night of February 20, 2006 at 3:02AM, was for
27   Impeding Traffic ONLY on South El Camino and 25th Avenue, even though San
28   Mateo Police Officer Bologna badge number 95 was away from that very area, for

1  he was on the West Side of 25th Avenue, facing away from El Camino Real,
2  and he said that Petitioner was driving rate/speed 25 mph when Petitioner
3  was driving through 25th Avenue on South El Camino . THIS IS NOT TRUE.

4  BECAUSE SAN MATEO POLICE OFFICER BOLOGNA BADGE NUMBER 95 WAS NOT IN THE AREA
   OF SOUTH EL CAMINO AND 25TH AVENUE.

5  SAN MATEO POLICE OFFICER BOLOGNA BADGE NUMBER 95 WAS AWAY FROM THAT VERY AREA,
6  FACING AWAY FROM THAT VERY AREA.

7  San Mateo Police Officer Bologna badge number 95 WAS LYING, AND MAKING
8  FALSE STATEMENT.

9  HE KNEW WELL HE COMMITTED PERJURY BY HIS ACTIVE LYING ON THE CITATION HE ISSUED
   TO THE PETITIONER ON 2/20/06.
10
   On that Citation it clearly states: "I declare under penalty of perjury under
11 the Laws of the State of California the foregoing is true and correct.", and
12 Officer Bologna badge number 95, and every police officer in San Mateo of
13 The San Mateo Police Department of The City of San Mateo, and all over The
   State of California, know that THEY CANNOT, SHOULD NOT, MUST NOT MAKE UP
14 "STORIES" AND FAIRYTALES, OR EVEN MAKE UP THEIR OWN LAWS, OR RULES SUCH THAT
15 TO LIE ON CITATIONS.

16 These San Mateo Police Officers KNEW/KNOW THEY: BOLOGNA BADGE NUMBER 95, AND
17 RATCLIFFE BADGE NUMBER S26, HAD LIED ON THE CITATIONS THEY ISSUED TO PETITIONER
   AND THAT THEY HAVE COMMITTED PERJURY. FELONY.
18
   THEY MUST NOT BE ALLOWED TO GET AWAY WITH THESE ILLEGAL LAWLESSNESSES.
19
   THEY, AND EVERYONE ELSE MUST COMPLY WITH THE LAWS OF THE UNITED STATES.  NO
20 EXCEPTIONS.  THEY MUST BE HELD LIABLE AND ACCOUNTABLE FOR THER LAWLESSNESSES.

21 Petitioner has proved that SAN MATEO POLICE OFFICER BOLOGNA BADGE NUMBER 95
22 HAS COMMITTED PERJURY: FELONY.

23 Likewise, SAN MATEO POLICE AMENDING OFFICER RATCLIFFE BADGE NUMBER S26 HAS
   ALSO COMMITTED PERJURY: FELONY.
24
25 THE TRUTH MUST BE ALLOWED ITS PRESENCE IN COURT FOR THERE TO BE JUSTICE.

26 Petitioner's daughter, Valedictorian Speaker 2007 Notre Dame de Namur Univer-
   sity, following Guest Speaker Senator Jackie Speaker, now California Congress-
27 woman Jackie Speier to The United States Congress, and Petitioner talked
28 to the San Mateo                                                        2

1  Police Department in the afternoon of the same day 2/20/06.

2  Will The Right Honorable Court please take Note that as to the Amended-
3  Changed-New Citation EXHIBIT 2 by San Mateo Police Amending Officer Ratcliffe
   badge number S26, this New Citation:Amended Citation of/on 2/21/06, with
4  NO LOCATION, and the New Vehicle Code VC for the Amended-Changed-New Citation
5  was VC 22109 Signal When Stopping.  BUT WHERE?

6  When Traffic Commissioner The Honorable Stephanie Garrat looked at both the
   Original Citation by Bologna badge number 95, 2/20/06; and the Amended-Changed-
7  New Citation by Ratcliffe badge number S26, with NO LOCATION on that Citation,
8  2/21/06, The Traffic Commissioner The Honorable Stephanie Garrat, Himself The
   Legal Expert on Traffic Laws, Rules, Regulations, Codes KNEW RIGHT AWAY THAT
9  THE OFFICER BOLOGNA BADGE NUMBER 95 WAS LYING, HAD COMMITTED PERJURY: FELONY.
10
11 Officer Bologna badge number 95 was saying that Petitioner was driving 25 mph,
   and Impeding Traffic ONLY on South El Camino, and 25th Avenue; BUT HE HIMSELF
12 WAS NOT EVEN THERE.  HE WAS MAKING THIS ALL UP.

13 After talking to Officer Ratcliffe badge number S26, and admitted that he was
14 LYING, officer Ratcliffe badge number S26 Amended-Changed the Citation to
   New Citation VC 22109 Signal When Stopping, WITH NO LOCATION, EXHIBIT 2, and
15 sent that to the Traffic Court.

16 They did not fool The Traffic Commissioner The Honorable Stephanie Garrat.

17 The Honorable Garrat of that Honorable Court saw the LIES AND FALSEHOODS,
18 and DISMISSED  Their Case against Petitioner.

19 THIS WAS NO ERROR, NOR MISTAKE on the part of Bologna badge number 95, nor on
20 the part of Ratcliffe badge number S26.  BOTH OFFICERS OF THE SAN MATEO POLICE
   DEPARTMENT OF THE CITY OF SAN MATEO HAD COMMITTED PERJURY: FELONY ON 2/20/06,
21 AND ON 2/21/06.

22
23 As a direct result, Petitioner had PROVED HIS CASE.  Petitioner was held under
   ILLEGAL DETENTION: VIOLATION OF PETITIONER'S 4TH AMENDMENT RIGHTS UNDER THE
24 CONSTITUTION OF THE UNITED STATES.

25 AND, ALSO FALSE IMPRISONMENT, FOR PETITIONER WAS NOT FREE TO LEAVE BECAUSE
26 PETITIONER HAD NOT VIOLATED ANY LAWS OF THE UNITED STATES INCLUSIVE OF
   TRAFFIC LAWS, RULES, REGULATIONS, CODES.

27 The Traffic Commissioner The Honorable Court of The Honorable Garrat DISMISSED
28 the Case on September 18, 2006.

3

The Honorable Court Knew, and Saw that the Original Citation 2/20/06, and the Amended-Changed-New Citation 2/21/06 were two (2) TOTALLY AND ENTIRELY DIFFERENT CITATIONS, AND THERE WAS DEFINITELY NO ERROR, ABSOLUTELY NO MISTAKE.

Both Officer Bologna badge number 95, and Officer Ratcliffe badge number S26 were LYING, and The San Mateo Police Department sent FALSE INFORMATION, AND ILLEGAL, UNLAWFUL EVIDENCE TO THE HONORABLE COURT OF THE TRAFFIC COURT OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA.

Petitioner has said all along that San Mateo Police Officer Bologna badge number 95 was HARRASING Petitioner. HARASSMENT, WITH HIS CLEAR INTENTION TO GIVE PETITIONER A CITATION, AND sure enough he ended up COMMITTING PERJURY on the Citation he issued to Petitioner on 2/20/06.

Clearly Petitioner's 4TH AMENDMENT RIGHTS UNDER THE CONSTITUTION OF THE UNITED STATES WERE VIOLATED: ILLEGAL DETENTION, AND ALSO FALSE IMPRISONMENT, FOR PETITIONER WAS NOT FREE TO LEAVE EVEN THOUGH PETITIONER HAS NOT VIOLATED ANY LAWS OF THE UNITED STATES, INCLUSIVE OF TRAFFIC LAWS, RULES, REGULATIONS, CODES.

The San Mateo Police Department now come up with this new time-line of a different from the Original Citation from Officer Bologna badge number 95 in that San Mateo Officer Bologna badge number 95 pulled Petitioner over Vehicle Stop at 2:48:21AM, and this is vastly DIFFERENT FROM THE TIME ORIGINALLY INDICATED ON THE ORIGINAL CITATION OF 2/20/06 THAT SAN MATEO POLICE OFFICER BOLOGNA BADGE NUMBER 95 HAD INDICATED ON THAT CITATION WHEN HE PULLED PETITION PETITIONER OVER Vehicle Stop at 3:02AM, AND THIS IS HEINOUSLY MIND-BOGGLING. NAUSEOUS. RIDICULOUS. OUTRAGEOUS THAT THESE SAN MATEO POLICE OFFICERS KEEP ON HABITUALLY LYING AND KNOWINGLY WITH INTENTION SENDING FALSE FABRICATIONS AND FALLACIOUS INFORMATION, AND NOW THE FEDERAL COURT OF THE UNITED STATES IS THEIR "DUMPSTER".

EXACTLY THE VERY SAME WAY THEY HAD DONE TO THE SUPERIOR COURTS OF THE STATE OF CALIFORNIA: The Traffic Court.

Petitioner wants everybody including the San Mateo Chief of Police Susan E. Manheimer, and San Mateo City Attorney Shawn Mason, and Their Attorneys Mr. King, and Mr. Burns: The Attorneys for The City of San Mateo, and Its Branch The San Mateo Police Department, and the San Mateo Police Officers involved here in this Case to all look at Line 15 of page 3 of the City of San Mateo's Settlement Conference : EXHIBIT 3 that Plaintiff: Petitioner here

4

1    MR. AISAKE (ISAAC) P. NAUFAHU, who had stopped in the Lane of Traffic,
2    initially received a Citation for Impeding Traffic under Vehicle Code 22400.

3    Yet, if The Right Honorable Court please look at the Original Citation 2/20/06
     by San Mateo Police Officer Bologna badge number 95 where he put down that
4    Petitioner was Impeding Traffic ONLY ON SOUTH EL CAMINO AND 25TH AVENUE,
5    and that Petitioner, according to Officer Bologna badge number 95, was
6    travelling 25 mph. BUT, THERE IS ABSOLUTELY NO TRAFFIC AT 3AM, or 4AM.

7    THIS SAN MATEO POLICE OFFICER BOLOGNA BADGE NUMBER 95 CANNOT DIFFERENTIATE
     BETWEEN TRUTHS/FACTS AND LIES/FALSEHOODS.  TO HIM THEY ARE ONE AND THE VERY
8    SAME.

9    AND WHERE WAS THIS:  STOPPED IN THE LANE OF TRAFFIC PER LINE 15, page 3.
10   EXHIBIT 3 of The City of San Mateo's Settlement Conference Statement.

11   Bring Officer Bologna badge number 95, and the rest of them to Federal Court
     when this CASE GOES TO TRIAL.
12

13   They have made a MOCKERY OF THE TRAFFIC COURT OF THE SUPERIOR COURTS OF THE
     STATE OF CALIFORNIA.
14
     AND, NOW ONWARD AND FORWARD AND UPWARD TO THE FEDERAL COURT OF THE UNITED
15   STATES.

16   THEY ASSUME THAT EVERYONE IS BLIND TO INJUSTICE.  THEY PRESUME THAT EVERYBODY
17   CAN BE FOOLED.

18   THESE PEOPLE HAVE NO SHAME.

19   BUT, LET'S REMEMBER, AND RECALL THAT THE RIGHTEOUS WILL DO RIGHT. THE HONOR-
20   ABLE COURT OF THE TRAFFIC COMMISSIONER THE HONORABLE STEPHANIE GARRAT WAS NOT
     FOOLED.
21
     SURELY THE RIGHT HONORABLE COURT WOULD NOT BE FOOLED EITHER.
22
     LET'S GO TO TRIAL IS PETITIONER'S HOPE AND PRAYER THAT THE RIGHT HONORABLE
23   COURT WOULD GRANT.

24   PETITIONER'S PARENTS DID NOT RAISE A FOOL.

25   LET'S PROCEED TO TRIAL.

26   Dated: 21 April 2008

27                          Respectfully Submitted

28                                                                          5

1

2

3          by

4

5                     AISAKE (ISAAC) P. NAUFAHU     Pro Se Litigant

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 1



1  PRO SE LITIGANT

2  AISAKE (ISAAC) P. NAUFAHU
   339 NORTH CLAREMONT
3  SAN MATEO, CALIFORNIA 94401

4  TELEPHONE: 650-342-4817

5              UNITED    STATES    DISTRICT    COURT

6            NORTHERN    DISTRICT    OF    CALIFORNIA
7

8  AISAKE (ISAAC) P. NAUFAHU
                                        NO. C07 -4517 MMC
9         Plaintiff,                    (BZ)

10 v.                                   PLAINTIFF OBJECTION
                                        TO SETTLEMENT
11 CITY OF SAN MATEO,                   CONFERENCE, LEGAL
                                        REASONS DOCUMENTED
   SAN MATEO CHIEF OF POLICE S. E. MANHEIMER,   HEREIN.
12 SAN MATEO POLICE CAPTAIN M. CALLAGY,
   SAN MATEO POLICE LIEUTENANT A. J. PARISIAN,  LET'S GO TO TRIAL
13 SAN MATEO POLICE AMENDING OFFICER JACK RADCLIFFE S26,
   SAN MATEO POLICE OFFICER BOLOGNA BADGE NUMBER 95,
14 SAN MATEO POLICE OFFICER RICHARD REYNA,
   SAN MATEO POLICE OFFICER MATTHEW LETHIN,
15 2 UNNAMED SAN MATEO POLICE OFFICERS

16         Defendants

17
18 Emphatically to Honor The United States Constitution, The Laws of The United
   States, and Civil Rights, Let's go to Trial.  FOR THE SAKE OF JUSTICE.  TO
19 GIVE JUSTICE WHERE JUSTICE IS LONG OVERDUE.  May it Please The United States
20 Federal Court of The Right Honorable Bernard Zimmerman.

21 Your Honor The Right Honorable Bernard Zimmerman, even defendants want Trial.
22 EXHIBIT 1.  Also the Court Order before The Right Honorable Court already
   set for Pre-Trial.  EXHIBIT 2 which sets out Jury Trial Date November 17,2008.
23 Defendants Police Officers must be present at that Trial, because of  their
24 Violations of my Constitutional Rights, and Civil Rights, and Laws of The
25 United States which are all serious matters that must be addressed at that
   Trial.
26
   Now in response to defendants' proposal for Settlement Conference. EXHIBIT 3.
27 I DO NOT WANT SETTLEMENT CONFERENCE.  I DEFINITELY WANT TO GO TO TRIAL.
28
                                                                        1

EXHIBIT 2

## MUNICIPAL COURT

COURT: MUNICIPAL COURT
ADDRESS: 800 N. HUMBOLDT STREET
ADDRESS:
ZIP CODE: SAN MATEO, CA 94401
BRANCH NAME: CENTRAL BRANCH
TELEPHONE: (650) 573-2622

PEOPLE OF THE STATE OF CALIFORNIA

vs.

DEFENDANT: Aisake Pohahau Anufahu

### NOTICE OF CORRECTION AND PROOF OF SERVICE
(Vehicle Code, § 40505)

AMENDING OFFICER NAME & NO.: Johns Jo6
DEPARTMENT/AGENCY: SAN MATEO POLICE

CITATION NUMBER: 54-277289    CASE NUMBER:

A Notice to Appear/Notice to Correct Violation was issued to you by an officer of this department on (date): 2-20-06

The citation issued to you contained an error as indicated by the items checked below. This notice of correction does not affect the validity of the citation or the required court appearance.

☐ Date/time of violation should be _____

☐ Date/time of court appearance should be changed from _____ to _____

☑ Violation section(s) should be changed from 22400(A) to 22109 VC

☐ Location of violation should be changed from _____ to _____

☐ Other (specify):

declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 2/21/06   (Signature of officer)

Form Adopted for Mandatory Use
Judicial Council of California
TR-100 (New January 1, 2000)

(Proof of service on reverse)

*amended after*
*...ed after*
*...ighter*
*...tolled on*
*...06*

✱ COPY OF
THE AMENDED
(NEW CITATION)

---

### NOTICE TO APPEAR

Date of Violation: 2/20/06   Time 3:02 ☐AM ☑PM   Day of Week ☑M T W T F S   Case No.

Name (First, Middle, Last): Aisake Pohahau Anufahu   ☐ Owner's Responsibility (Veh. Code, § 40001)

Address: 539 N. Claremont St.

City: San Mateo   State: CA   ZIP Code: 94401   ☐ Juvenile (Phone No.) ( )

Driver Lic. No.: A0513761   State: CA   Class: C   Commercial ☐ Yes ☑ No   Age: 55   Birth Date: 3/24/51

Sex: M   Hair: BLK   Eyes: BRN   Height: 5-10   Weight: 185   Race: P   Other Description

Veh. Lic. No. or VIN: POLLUV   State:   Reg. MO/YR.: 05/06   ☐ COMMERCIAL VEHICLE (Veh. Code, § 15210(b))

Yr. of Veh.: 1984   Make: Buick   Model: Park Ae   Body Style: 2 Dr   Color: Blo   ☐ HAZARDOUS MATERIAL (Veh. Code, § 353)

Evidence of Financial Responsibility: None   CHP/DOT/PUC/ICC

Registered Owner or Lessee: Anufahu, Mulenu Yvette   ☐ Same as Driver

Address: 18 N. Humboldt St.   ☐ Same as Driver

City: San Mateo   State: CA   ZIP Code: 94401

Correctable Violation (Veh. Code, § 40610)   ☐ Booking Required (see reverse)

| | Yes | No | Code and Section | Description | Misdemeanor or Infraction (Circle) |
|---|---|---|---|---|---|
| 13. | ☐ | ☒ | 22400(c)VC | Impede traffic | M (I) |
| 14. | ☐ | ☒ | 16028(a)VC NO Ins. | | M I |
| 15. | ☐ | | | | M I |
| 16. | ☐ | ☐ | | | M I |

17. Speed Approx. > 25   P.F./Max. Spd. 35   Veh. Lmt. 35   Safe 3×   Radar   ☐ Continuation Form Issued   N

18. Location of Violation: at S. El Camino Real @ 25th Ave.   City/County of Occurrence

19. Comments (Weather, Road & Traffic Conditions):   ☐ Accident

☐ Violations not committed in my presence, declared on information and belief.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

21. Executed at (Place): ___ Violation location: 95   To: ___ Dates Off: ___
Arresting or Citing Officer: H. Bolona   Serial No. 95

22. Date   Name of Arresting Officer, if different from Citing Officer   Serial No.   To: ___ Dates Off: ___

23. WITHOUT ADMITTING GUILT, I PROMISE TO APPEAR AT THE TIME AND PLACE INDICATED BELOW.
X Signature

24. WHEN: ON OR BEFORE THIS DATE: 4/4/06   Time: ___   ☐AM ☑PM

WHAT TO DO: FOLLOW THE INSTRUCTIONS ON THE REVERSE.
WHERE: Superior Court of California, County of San Mateo.
25. ☐ NORTHERN BRANCH - 1050 Mission Rd., So. San Francisco, CA 94080   (650) 877-5355
☐ CENTRAL BRANCH - 800 North Humboldt St., San Mateo, CA 94401   (650) 573-2622
☐ SOUTHERN BRANCH - Traffic 500 County Center, Redwood City, CA 94063   (650) 363-4300
☐ SOUTHERN BRANCH - CRIMINAL - 4th FLOOR HALL OF JUSTICE   (650) 363-4300
400 County Center, Redwood City, CA 94063
☐ JUVENILE TRAFFIC COURT - 21 Tower Rd., San Mateo, CA 94402   (650) 312-8867
26. ☐ To be notified   ☐ You may arrange with clerk to appear at a night session of the court.

Judicial Council of California Form
Rev. 09-20-05 (Veh. Code, §§ 40500(b), 40513(b), 40522, 40600; Pen. Code, § 853.9)   COURT COPY   SEE REVERSE   TR-130

COMPUTER & BUSINESS PRINTING (650) 873-1710   M453884 (09/05)

✱ COPY OF THE
ORIGINAL
CITATION ✱

231959

BOTH COUNTS
were Dismissed

EXHIBIT 3

1   David M. King, Esq. (Bar No. 95279)
    Jeremy A. Burns, Esq. (Bar No. 239917)
2   CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
    Professional Law Corporation
3   216 Park Road
    P.O. Box 513
4   Burlingame, California 94011-0513
    Telephone:    (650) 342-9600
5   Facsimile:    (650) 342-7685

6   Attorneys for Defendant City of San Mateo

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  AISAKE (ISACC) P. NAUFAHU, an          No. C 07-04517 MMC
    individual Pro Se Litigant,
12                                         CITY OF SAN MATEO'S SETTLEMENT
                   Plaintiff,              CONFERENCE STATEMENT
13
                                           Action Filed: July 31, 2007
14          vs.                            Settlement Conference: March 21, 2008

15  CITY OF SAN MATEO, a City
    Incorporated, SAN MATEO CHIEF OF
16  POLICE S.E. MANHEIMER, SAN
    MATEO POLICE CAPTAIN M.
17  CALLAGY, SAN MATEO POLICE
    LIEUTENANT A. J. PARISIAN, SAN
18  MATEO POLICE AMENDING OFFICER
    JACK RATCLIFFE, S26, SAN MATEO
19  POLICE OFFICER BOLOGNA BADGE
    NUMBER 95, 4 UNNAMED SAN
20  MATEO POLICE OFFICERS,

21                 Defendants.

22

23

24              I.    BRIEF STATEMENT OF THE FACTS

25          Plaintiff alleges that he was treated unlawfully by the San Mateo police on three separate

26  occasions. Specifically, he alleges that he was robbed by the San Mateo Police in January 2000,

27  that he was unlawfully stopped and issued a traffic citation on June 20, 2006, and unlawfully

28  stopped again on July 12, 2007. From these incidents he has alleged, in his words:

1    heard swearing over the police radio. *Exhibit A*. Officer Bologna apparently had his radio open

2    near Plaintiff. This caused other officers to respond to the scene.

3       The first officer to arrive was Sergeant Mefford, at approximately 2:49:40 a.m. Officer

4    Williams arrived at 2:52:32 and Officer Smith at 2:55:40 am. At 3:00 am Sergeant Haney

5    relieved Sergeant Mefford, who was needed on another call. At 3:04:04 am, Officer Bologna

6    indicated code 4, and was back in service by 3:10:22. The total duration from the time of the

7    stop at 2:48:21 am to the time Officer Bologna left at 3:10:22 a.m. is 22 minutes and one second,

8    though Plaintiff claims that his detention lasted forty minutes. The stop took longer than it might

9    have due to plaintiff's belligerent, and some uncertainty as to whether to issue a citation.

10       Not only was Plaintiff heard screaming and cursing over the police radio, but Officer

11    Bologna also captured part of the exchange on a personal audio recorder. Plaintiff can be clearly

12    heard loudly and angrily swearing on the recording. In addition, Officer Bologna's handheld

13    recorder captured Mr. Naufahu's conduct. *Exhibit B*. Plaintiff was so belligerent and loud, that

14    other officers reported being able to hear Plaintiff from the sidewalk.

15       Plaintiff, who had stopped in the lane of traffic, initially received a citation for impeding

16    traffic under Vehicle Code § 22440, and for driving without evidence of insurance. Officer

17    Bologna deliberated as to whether to cite plaintiff. He exercised his discretion to do so as: (1)

18    Plaintiff had deliberately stopped in the lane of travel, blocking the roadway; and (2) then when

19    legitimately questioned if alcohol consumption might have played a role in his strange behavior,

20    become obnoxious, offensive, and belligerent. Later, traffic supervisor, Officer Ratcliffe,

21    amended the ticket on February 21, 2006 to reflect a violation of Vehicle Code section 22109 for

22    failure to signal when stopping (in a lane of travel), as Officer Ratcliffe interpreted a violation of

23    Vehicle Code § 22440, to require impending public traffic, as opposed to an officer.

24       The amended citation was ultimately dismissed on September 15, 2006 in a hearing

25    before Stephanie Garratt, traffic commissioner, who apparently was disenchanted with the

26    amendment. Because I sent a copy of original citation and amended citation

27       On March 18, 2006, Plaintiff sent a letter complaining about the incident to Mayor John

28    Lee and On March 20, 2006, he lodged an administrative complaint with the San Mateo Police