PRO SE LITIGANT

AISAKE (ISAAC) P. NAUFAHU
339 NORTH CLAREMONT
SAN MATEO, CALIFORNIA 94401

TELEPHONE: 650-342-4817



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| AISAKE (ISAAC) P. NAUFAHU | NO C07-4517 MMC (BZ) |
|---|---|
| Plaintiff, | |
| v. | PLAINTIFF'S RELEVANT RESPONSE |
| CITY OF SAN MATEO, | TO DEFENDANTS' SETTLEMENT CONFERENCE STATEMENT WITH PARTICULAR FOCUS ON DEPOSITIONS APRIL 22, 2008, AND APRIL 23, 2008 TAKEN AT DEFENDANTS' ATTORNEYS' OFFICE |
| SAN MATEO CHIEF OF POLICE S. E. MANHEIMER, | |
| SAN MATEO POLICE CAPTAIN M. CALLAGY, | |
| SAN MATEO POLICE LIEUTENANT A. J. PARISIAN, | |
| SAN MATEO POLICE AMENDING OFFICER J. RATCLIFFE S26, | |
| SAN MATEO POLICE OFFICER BOLOGNA BADGE NUMBER 95, | |
| 4 UNNAMED SAN MATEO POLICE OFFICERS | |
| Defendants | |

I strongly feel that I should respond to some of the remarks that you, Defendants' Attorney Mr. King the Attorney for The City of San Mateo, as well also for The San Mateo Police Department/Officers was making during my Deposition in your Office on April 22nd, and April 23rd, 2008, last week.

I am moved to respond because I do not think that you, Mr. King, sees The FACTS of this Case/Lawsuit against The City of San Mateo, and The San Mateo Police Department Officers The Legal, Lawful way The Traffic Commissioner The Honorable Stephanie Garrat Judiciously saw with Legal, Lawful Eyes of THE LAW on September 15, 2006, and DISMISSED that case by The San Mateo Police Department Against Me on September 18, 2006, after The Honorable Court received the Copies of both The Original Citation issued to me by San Mateo Police Officer Bologna badge number 95 on 2/20/06, and the Amended (Changed) New Citation dated 2/21/06 by Officer Ratcliffe badge number S26 which was sent to the Traffic Court.

1

1  I will Subpoena The Traffic Commissioner The Honorable Stephanie Garrat to
2  the Trial when this Case/Lawsuit goes to Trial.

3  I hope that you understand Mr. King that Officer Ratcliffe S26 did not Amend
4  (Change) the Original Citation of 2/20/06 into a Brand New Citation which
   in Fact became a Totally Different Citation from the Original Citation on
5  2/21/06, after talking to San Mateo Police Officer Bologna badge number 95,
6  THEN Officer Ratcliffe badge number S26 DID NOT AMEND (CHANGE) THE ORIGINAL
   CITATION ON HIS OWN, that's not how police officers work.

7  To Amend (Change) a Citation that was issued by a police officer to a motorist,
8  we are talking here about whether the officer was AT THE SCENE who issued
9  the Original Citation was actually making up stuff, and then LYING ACTIVELY
   AND PUTTING THAT LIE ON THE CITATION, and like what I, Mr. Aisake (Isaac) P.
10 Naufahu, the Plaintiff was saying in My Deposition on April 22nd, and April
11 23rd, 2008 last week, that police officers are not supposed BY LAW to do that.
12 Period.

13 But, my case was different in the Fact that officer Bologna badge number 95
14 was LYING on the Original Citation of 2/20/06.

15 It is obvious that Officer Bologna badge number 95 did what he did in the
   night of 2/20/06 just because I happened to be on S. El Camino, and that I
16 am a person of color. RACIAL PROFILING.  HATE CRIME.

17 In my last Document that I Filed with The Federal Court, and also served
18 Copies of the same at your Law Office in Burlingame, I said that Officer Rat-
   cliffe S26 who Amended (Changed) the Original Citation by his fellow Officer
19 Bologna badge number 95, 2/20/06 INTO A BRAND NEW CITATION, 2/21/06 DID NOT
20 SHOW ANY LOCATION AS TO WHERE THAT OCCURED, OR CHANGE THE LOCATION OF VIOLATION
21 because I did not want to embarras Officer Ratcliffe S26, or the Chief of
   Police Susan Manheimer, and the whole San Mateo Police Department, so that
22 therefore anyone with thinking capability and logical reasoning would
23 surmise that the location that should be on the Amended (Changed) New Citation
24 by Officer Ratcliffe S26 MUST BE THE VERY SAME AS THAT SHOWN ON THE ORIGINAL
   CITATION BY OFFICER BOLOGNA BADGE NUMBER (%, of/on 2/20/06, and that is:
25 ONLY TO THE EXCLUSIVITY OF/ON S. EL CAMINO AND 25TH AVENUE.

26 I hope that you, Mr. King would be able to see what The Traffic Commissioner
27 The Honorable Stephanie Garrat HIMSELF SAW WITH THE EYES OF THE LAW IN THESE
28 2 TOTALLY, ENTIRELY DIFFERENT CITATIONS: ON THE ORIGINAL CITATION BY OFFICER

2

1  Bologna badge number 95, 2/20/06, shows that I, MR. AISAKE P. NAUFAHU was
2  Impeding Traffic ONLY ON S. EL CAMINO AND 25TH AVENUE, and THAT I WAS TRAVELL-
3  ING AT 25 mph. LIES AND FALSEHOODS: NO TRAFFIC. I WAS DRIVING 35 mph.

4  ON THE AMENDED (CHANGED) NEW CITATION BY OFFICER RATCLIFFE S26, 2/21/06,
5  shows that my car was not moving (travelling) at 25 mph as Officer Bologna
6  badge number 95 was saying in the Original Citation that he issued to me on
   2/20/06.

7  Officer Ratcliffe S26 was saying in the Amended (Changed) New Citation,
8  2/21/06, that my car "stopped" on S. El Camino somewhere between the North
   Side, and South Side of 25th Avenue, and that my Signal was on.

9  This is what rivets the attention, and focus. As soon as The Traffic Commi-
10 ssioner The Honorable Stephanie Garrat saw WITH THE EYES OF THE LAW these
11 2 TOTALLY DIFFERENT CITATIONS COMPOSED OF 2 TOTALLY DIFFERENT CONTENTS, The
12 Honorable Court Knew right away immediately that both San Mateo Police Offi-
   cers HAD COMMITTED PERJURY. FELONY ONE AFTER THE OTHER.

13 Moreover, The Honorable Court saw WITH THE EYES OF THE LAW THAT I, MR. AISAKE
14 P. NAUFAHU DID NOT VIOLATE ANY TRAFFIC LAWS, RULES, REGULATIONS, CODES, and
15 whatever else these 2 San Mateo Police Officers were Citing me for, and
   DISMISSED the case by The San Mateo Police Department Against Me on September
16 18, 2006.

17 In my Deposition on April 22nd, and April 23rd, 2008 last week, you, Mr. King
18 was saying that officer Bologna badge number 95 was scared of me when I was
19 saying stuff, EXERCISING MY FIRST AMENDMENT RIGHT AS TO SPEECH IN MY SELF-
   DEFENSE, and that he put "Impeding Traffic" ONLY on S. El Camino and 25th
20 Avenue, 2/20/06, and that it should have been the side of the road on S.
21 El Camino adjacent to the Sears Parking Lot.

22 I hope you, Mr. King knows this as to what you said CONSTITUTES AND CONSISTS
23 LIES AND FALSEHOODS BECAUSE OFFICER BOLOGNA BADGE NUMBER 95, CARRIES GUN,
   FULLY LOADED, HE HAS NOTHING TO BE SCARED OF. LIKEWISE HIS 2 BACK-UP SAN
24 MATEO POLICE OFFICERS ALSO CARRY GUNS, FULLY LOADED, NOTHING TO BE SCARED OF.

25 Moreover, I hope you, Mr. King take a very good, long look WITH THE EYES OF
26 THE LAW TO LEGALLY AND LAWFULLY SURMISE WHAT'S GOING ON: THERE AT THE ORIGINAL
27 CITATION BY OFFICER BOLOGNA BADGE NUMBER 95, 2/20/06 JUST AT THE LOCATION
   ALONE, AND THEN LOOK AT THE AMENDED (CHANGED) NEW CITATION BY OFFICER RATCLIFFE
28 S26, REMEMBER AND KEEP IN MIND THAT THIS OFFICER RATCLIFFE S26 DID NOT CHANGE

1  THE LOCATION OF THE VIOLATION, so that therefore the LOCATION on the Amended
2  (Changed) New Citation WOULD STILL BE THE VERY SAME EXACTLY: S. El Camino
   and 25th Avenue, as shown precisely in the Original Citation, 2/20/06 by
3  Officer Bologna badge number 95.

4  The Amended (Changed) New Citation by Officer Ratcliffe S26 PROVED BEYOND ANY
5  REASONABLE DOUBT THAT OFFICER BOLOGNA BADGE NUMBER 95 WAS LYING AND COMMITTED
   PERJURY. FELONY, EVEN IF YOU, MR. KING, AND OFFICER BOLOGNA BADGE NUMBER 95,
6  AND THE SAN MATEO POLICE DEPARTMENT MOVE THE LOCATION IN THE ORIGINAL CITATION
7  BY OFFICER BOLOGNA BADGE NUMBER 95, 2/20/06 to anywhere in San Mateo, choose
8  and take your pick, BUT THE LOCATION ON THE AMENDED (CHANGED) NEW CITATION BY
   OFFICER RATCLIFFE S26, 2/21/06WOULD STILL BE THE VERY SAME: S. EL CAMINO AND
9  25TH AVENUE, AND THAT THE AMENDED (CHANGED) NEW CITATION BY OFFICER RATCLIFFE
10 S26 PROVED WITH COMPELLING RIVETING EVIDENCE THAT OFFICER BOLOGNA BADGE NUMBER
11 95 WAS LYING ON 2/20/06 IN THAT ORIGINAL CITATION HE ISSUED TO ME, MR. AISAKE
   P. NAUFAHU.
12
13 I SAW IT. AND, THE TRAFFIC COMMISSIONER THE HONORABLE STEPHANIE GARRAT SAW IT
   TOO WITH THE EYES OF THE LAW, AND THAT'S WHY THE HONORABEL COURT DISMISSED THE
14 CASE OF THE SAN MATEO POLICE DEPARTMENT AGAINST ME.

15 I honestly urged you, Mr. King to please accept the JUDICIOUS DECISION OF THE
16 HONORABLE COURT OF THE HONORABLE STEPHANIE GARRAT WHOM I WILL SUBPOENA WHEN
   THIS CASE GOES TO TRIAL.
17
18 The Traffic Commissioner The Honorable Stephanie Garrat made The Right
   Decision after carefully looking WITH THE EYES OF THE LAW at both The Original
19 Citation by Officer Bologna badge number 95, and the Amended (Changed) New
20 Citation by Officer Ratcliffe S26, 2/21/06.

21 VERY IMPORTANT: BOTH VIOLATIONS IN THE ORIGINAL CITATION, 2/20/06, and THE
   AMENDED (CHANGED) NEW CITATION, 2/21/06 OCCURED (HAPPENED) AT THE VERY SAME
22 LOCATION GEOGRAPHICALLY AND SITE: S. EL CAMINO AND 25TH AVENUE.
23
   Mr. King, you have to understand that the Case by The San Mateo Police Depart-
24 ment against Me was DISMISSED BY THE TRAFFIC COMMISSIONER THE HONORABLE
25 STEPHANIE GARRAT BASED ENTIRELY ON FACTS, AND HE RULED BY APPLYING THE LAW, AS
   HE SAW WITH THE EYES OF THE LAW.
26
27 The Case was already DISMISSED on September 18, 2006, and all these new stuff
   and fairytales you Mr. King are now coming up with are totally appalling because
28 Not Relevant. AFTER THE FACT, AND BY LAW YOU CANNOT DO THAT FOR YOU ARE

4

GOING AGAINST THE LAW, SO UNBECOMING OF YOU, MR. KING. YOU CANNOT GO AGAINST THE CONSTITUTION OF THE UNITED STATES. NOR CAN YOU GO AGAINST THE LAWS OF THE UNITED STATES INCLUSIVE OF TRAFFIC LAWS, RULES, REGULATIONS, CODES.

The Traffic Commissioner The Honorable Stephanie Garrat Rules WITH THE LAW. You, Mr. King cannot do anything AGAINST THE LAW.

You. Mr. King was saying in the Deposition that officer Bologna badge number 95 was Scared Of Me. BUT I CARRY NO GUNS. HE DOES, AND HE CAN USE IT.

Officer Bologna badge number 95 is a Police Officer, and the other 2 Back-Up San Mateo Police Officers also carry guns, as do all Police Officers in The United States, and we all know that they can shoot anybody with the slightest provocation making a "false move".

I ask you, Mr. King, why should a Police Officer CARRYING A GUN BE SCARED OF A MOTORIST WHO DOES NOT CARRY A GUN.

It goes against Logic. It goes against Brain-functioning. It goes against anyone with thinking capability. Even any small child activating thinking ability would know that!

By the way Mr. King, this is the very same Officer Bologna badge number 95 WHO LIED IN THE ORIGINAL CITATION HE ISSUED TO ME ON 2/20/06, WHICH WAS DISMISSED BY THE TRAFFIC COMMISSIONER THE HONORABLE STEPHANIE GARRAT ON SEPTEMBER 18, 2006.

By the way Mr. King, I had every right to pull over to the side of S. El Camino Real adjacent to the Sears Parking Lot. I was scared to death knowing that a San Mateo Police Officer Bologna badge number 95 who is carrying a loaded gun was aggressively pursuing me, tailgating me so dangerously closely, and HARASSING ME as soon as he made the U-Turn on 20th Avenue.

By the way Mr. King, what you were saying in the Deposition on April 22nd, and 23rd last week that I was blocking the lane of traffic when I pulled over to the side adjacent the Sears Parking Lot CONSTITUTES AND CONSISTS OF LIES AND FALSEHOODS BECAUSE THERE WAS NO TRAFFIC. ABSOLUTELY NO TRAFFIC. NO TRAFFIC WHATSOEVER. WHAT IN THIS CONCEPT DON'T YOU UNDERSTAND. THERE WAS NO TRAFFIC AT 3AM AT THAT TIME OF NIGHT.

By the way Mr. King, you were even saying something incomprehensible as to going into the Sears Parking Lot, let's just say this Mr. King, I guess and suppose that you do not comprehensively understand how it feel as a person of

color to be aggressively pursued, and tailgated so dangerously closely by a White Police Officer with a Loaded Gun at 3AM at night, knowing that I as that person of color did not violate any Traffic Laws, Rules, Regulations, Codes.

And, you are Scared like the very hell, and you do not care where you stop, because what you do not want is to let the Police Officer know that you are scared and you do not like to be aggressively pursued and tailgated so dangerously closely like that. FOR WHAT? HAVING COMMITTED NO CRIME! HAVING COMMITTED NO VIOLATIONS OF TRAFFIC LAWS, RULES, REGULATIONS, CODES.

Oh Yes, because I am a person of Color. Racial Profiling. Bias, Bigotry. Racism. Discrimination. COLOR-BAR. HATE CRIME.

To be Racially Profiled. To be Aggressively pursued. To be tailgated so dangerously closely. IT IS TIME TO EXERCISE FIRST AMENDMENT RIGHTS TO THE CONSTITUTION OF THE UNITED STATES. SPEAK UP FOR YOUR RIGHTS AND ASK AS TO I AM BEING AGGRESSIVELY PURSUED LIKE THAT, WHY TAILGATED ME SO DANGEROUSLY CLOSELY LIKE THAT. HENCE CONSTITUTING THE LEGITIMATE REASON TO STOP ON THE STREET.

REMEMBER THAT THERE IS ABSOLUTELY NO TRAFFIC AT 3AM, and THAT THE WHITE OFFICER COULD KILL YOU ANY TIME AND HIM KNOWING, AND YOU KNOWING THAT THERE IS NO WITNESS TO WITNESS ANY OF THIS.

Officer Bologna badge number 95 got out of his San Mateo Police Car and he immediately came to where my car was, and he put his flash-light right into my eyes and face, and accused me of drunk driving.

I told him such was not the case because I was on my way to work.

He took my Driver's License, and checked it, and then called for a Back-Up, and 2 Back-Up San Mateo Police Officers showed up, and they too checked my car with their individual flashlight(s), also shone their flashlights into my eyes and face, and front seat and back seat, and floor, and it was clear that they were looking for something, and officer Bologna badge number 95 who'd accused me of drunk driving did not even ask me to step outside for a Sobriety-Breathlyzer Test; and you, Mr. King also said in the Deposition that Officer Bologna badge number 95 , and the 2 Back up San Mateo Police Officers were also looking for weapons/guns in my car.

THIS SOLIDIFIES THE RACIAL PROFILING. ME A PERSON OF COLOR, CARRY GUNS. BIAS. PREJUDICE. BIGOTRY. RACISM. COLOR-BAR AGAINST ME DEFENSELESS ETHNIC MINORITY PERSON OF COLOR. I AM THE DEFENSELESS VICTIM HERE.

6

You always look at people of color, like Afro-Americans who drive at night to be "dangerous" and should be aggressively pursued and tailgated so dangerously closely so they would not make any wrong moves.

It is incredible Mr. King that you were saying in the Deposition that Officer Bologna badge number 95 was scared of me when he put down that I was Impeding Traffic ONLY on S. El Camino and 25th Avenue; but it should have been the side of the street adjacent to the Sears Parking Lot.

YOU, MR. KING IS MAKING THIS ALL UP.  SO UNBECOMING FOR AN ATTORNEY OF THE LAW TO LIE AND MAKE UP STORIES.  AFTER THE FACT.

YOU MR KING IS THEREFORE A DANGER TO SOCIETY.  DANGER TO THE LEGAL PROFESSION FOR YOU ARE KNOWINGLY, INTENTIONALLY SPINNING FAIRYTALES AND MAKING UP LIES.

Mr. King, at first Officer Bologna badge number 95 said I WAS DRIVING WAY BELOW THE POSTED SPEED ON EL CAMINO.  HE THEREFORE GOT BEHIND MY CAR AND FOUND OUT THAT I WAS TRAVELLING 30 - 35 mph, and the speed limit on El Camino is 35 mph.

I KNOW THIS MR. KING FOR I HAVE BEEN DRIVING IN SAN MATEO FOR MANY, MANY YEARS.

And then secondly, Officer Bologna badge number 95 accused me of drunk-driving, and he and his 2 Back-Up San Mateo Police Officers checked my car, and found no open containers, then from there to your saying LOOKING FOR WEAPONS/GUNS in my car.  THEY FOUND NO WEAPONS/GUNS IN MY CAR.

And now you, Mr. King is saying that Officer Bologna badge number 95 MADE AN ERROR ABOUT THE LOCATION in the Original Citation, 2/20/06 because he was Scared of Me.  REMEMBER HE'S THE ONE CARRYING FULLY-LOADED GUN.  I DID NOT.

Mr. King, you know they are full of it.  Don't get tied up with being full of it too.  Mr. King are you telling me that Officer Bologna badge number 95 with his loaded gun, and the 2 Back-Up San Mateo Police Officers with their loaded guns, and there I sat in my car WITH NO GUN, and after they fully CHECKED and looked for weapons/guns in my car and found  NONE, NO GUN, and these 3 San Mateo Police Officers were still scared of me.  Come now Mr. King.  Come out of it.  You were saying that was why Officer Bologna badge number 95 made an error/mistake about the Location in the Original Citation he issued to me on 2/20/06.  Put on your thinking-cap and think logically Mr. King.

Did you ever take Logic while you were in College?  How about Philosophical Reasoning?  Did you ever take Logic and Truthful Factual Reasoning while in Law School.  Because it is dangerous how you weave fairytales, and make up stories.  LIES AND FALSEHOODS. NONSENSE. RUBBISH.

1  Officer Bologna badge number 95 issued to me the Original Citation of 2/20/06
2  AFTER THEY ( HIM AND HIS 2 BACK-UP SAN MATEO POLICE OFFICERS ) CHECKED
   EVERYTHING.
3
   If I was Impeding Traffic there adjacent to the Sears Parking Lot, Officer
4  Bologna badge number 95 could have put down the Right Location RIGHT
5  THERE AND THEN.  BUT THERE WAS NO TRAFFIC TO BE IMPEDED/OBSTRUCTED.  NO
   TRAFFIC WHATSOEVER.  ABSOLUTELY NO TRAFFIC.  THAT'S THE PROBLEM MR. KING
6  THAT WON'T GO AWAY.  YOU KNOW THAT YOUR CLIENT LIES AND COMMITTED PERJURY.
7  FELONY.  LOOK AT THIS WITH THE EYES OF THE LAW.  JUST AS THE TRAFFIC COMMI-
8  SSIONER THE HONORABLE STEPHANIE GARRAT DID.  EYES OF THE LAW.  THE LAW,
   MR. KING.  NONE ELSE.
9
   Officer Bologna, and the 2 Back-Up San Mateo Police Officers took a long time
10 trying to figure out what Violation because they had me there under Illegal
11 Detention VIOLATION OF MY 4TH AMENDMENT RIGHTS TO THE CONSTITUTION OF THE
12 UNITED STATES, AND FALSE IMPRISONMENT.

13 And, that's how San Mateo Police Officer Bologna badge number 95 ENDED UP
   LYING AND COMMITTING FELONY OF PERJURY IN THE ORIGINAL CITATION HE ISSUED
14 TO ME ON 2/20/06.
15
   The Location in the Original Citation, 2/20/06, and the Amended (Changed) New
16 Citation, 2/21/06 WAS ONLY ON S. EL CAMINO AND 25TH AVENUE.
17 UNDER THE LAWS OF THE UNITED STATES, INCLUSIVE OF THE TRAFFIC LAWS, RULES,
18 REGULATIONS, CODES, MR. KING YOU CANNOT, SHOULD NOT, MUST NOT NOW MAKE UP
   STORIES AND FAIRYTALES.  AFTER THE FACT.
19
   The Location of S. El Camino and 25th Avenue on the Original Citation,
20 2/20/06, and likewise Implied on the Amended (Changed) New Citation WILL BE
21 EXACTLY THE VERY SAME LOCATION WHEN I'LL SHOW TO THE FEDERAL JURY WHEN THIS
22 CASE GOES TO TRIAL LATER THIS YEAR.

23 AND OF COURSE, I'LL SUBPOENA THE TRAFFIC COMMISSIONER THE HONORABLE GARRAT.

24 No one, including you, Mr. King can change the facts of the 2 TOTALLY DIFFER-
   ENT CITATIONS.
25
   Please, know Mr. King you have to face Reality for we live in a Real World,
26 and that The Traffic Commissioner The Honorable Garrat DISMISSED the Case
27 by The San Mateo Police Department Against Me on September 18, 2006, after
28 The Honorable Court looked WITH THE EYES OF THE LAW AT THE 2 TOTALLY DIFFER-
   ENT CITATIONS OF 2/20/06, AND THAT OF 2/21/06.

8

Case 3:07-cv-04517-MMC     Document 61     Filed 04/28/2008     Page 9 of 9

Mr. King, anything you are now saying to make up excuses and spinning new fairytales in that you are now trying to add now constitute MORE LIES AND FALSEHOODS. AFTER THE FACT(S), MR. KING!

ALL MEANINGLESS! NONSENSE! RUBBISH! NOT PERTINENT. ALL IRRELEVANT. ALL UNCONSTITUTIONAL. ALL ILLEGAL AND UNLAWFUL.

BY LAW, MR. KING, EVEN YOU CANNOT DO THAT, SHOULD NOT DO THAT, MUST NOT DO THAT. IT'S AFTER THE FACT(S).

THE CASE OF THE SAN MATEO POLICE DEPARTMENT AGAINST ME WAS DISMISSED ON SEPTEMBER 18, 2006 BY THE HONORABLE GARRAT BASED ENTIRELY ON COMPELLING, PERSUASIVE EVIDENCE OF STRONG, RELIABLE, HONEST, TRUTHFUL FACTS.

ONE THING THAT WAS CLEAR IN 2006, AND IS STILL VERY CLEAR TODAY IS THIS FACT: MY CONSTITUTIONAL RIGHTS, AND CIVIL RIGHTS WERE VIOLATED. BY LAW ENFORCEMENT OFFICERS OF THE SAN MATEO POLICE DEPARTMENT, BRANCH OF THE CITY OF SAN MATEO.

The minute, once The Traffic Commissioner The Honorable Garrat Dismissed the case of The San Mateo Police Department, a Branch of The City of San Mateo, Against Me on September 18, 2006, I HAVE PROVED BEYOND ANY REASONABLE DOUBT THAT SAN MATEO POLICE OFFICER BOLOGNA BADGE NUMBER 95 WAS LYING IN THE ORIGINAL CITATION HE ISSUED TO ME ON 2/20/06 AS HIS REASON TO HOLD ME UNDER ILLEGAL DETENTION, AND FALSE IMPRISONMENT, AND HE'D VIOLATED MY CONSTITUTIONAL RIGHTS, AND MY CIVIL RIGHTS.

Dated: 28 April 2008

Respectfully submitted

by

_____
AISAKE (ISAAC) P. NAUFAHU

Pro Se Litigant

9