PRO SE LITIGANT
AISAKE (ISAAC) P. NAUFAHU
339 NORTH CLAREMONT
SAN MATEO, CALIFORNIA 94401
TELEPHONE: 650-342-4817

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AISAKE (ISAAC) P. NAUFAHU

    Plaintiff,

v.

CITY OF SAN MATEO,
SAN MATEO CHIEF OF POLICE S. E. MANHEIMER,
SAN MATEO POLICE CAPTAIN M. CALLAGY,
SAN MATEO POLICE LIEUTENANT A. J. PARISIAN,
SAN MATEO POLICE AMENDING OFFICER J. RATCLIFFE S26,
SAN MATEO POLICE OFFICER BOLOGNA BADGE NUMBER 95,
4 UNNAMED SAN MATEO POLICE OFFICERS

    Defendants

NO C07-4517 MMC (BZ)

PLAINTIFF'S RELEVANT RESPONSE TO EFFECTIVELY DENY SANCTIONS PROPOSED BY DEFENDANTS

Hearing Date: April 30, 2008
Time: 10:00AM
Location: Courtroom G, 15th Floor
Judge: The Right Honorable Bernard Zimmerman

To: The Right Honorable Judge Bernard Zimmerman, The Federal Court of The United States, The Northern District of California, Comes Now The Petitioner, The Plaintiff Aisake (Isaac) P. Naufahu, a Citizen of The United States of America, in proper person, and appearing as his own Counsel, who Petitions Seeking The Mercy of The Right Honorable Court To Please Squash, And Set Aside Defendants' Sanctions Repeatedly Filed, and the Last Filing on April 17, 2008.

Petitioner's reflexive self-defense conduct exercising FIRST AMENDMENT RIGHTS TO THE CONSTITUTION OF THE UNITED STATES because I was Racially Profiled by White San Mateo Police Officer Bologna badge number 95.

TO WIT: The Racial Profiling is evidentiary directly of how White San Mateo Police Officer Bologna badge number 95 Racially Discriminatorily Prejudicedly Mistreated me with Bigotry and Bias because I am a racially ethnic minority

1

1  person of color.

2  FURTHER TO WIT:  HATE CRIME, because I was driving at 3AM at night minding my
own business with The Law on my side, maintaining sustainingly the required
3  speed on El Camino of 35 mph, complying with Traffic Laws, Rules, Regulations,
4  Codes.

5  On 20th Avenue, I was heading South on my way to my job at San Carlos, the
only single solidary vehicle on the road.  NO TRAFFIC.
6

7  I noticed San Mateo Police Car heading North, and made sharp U-Turn, and
fast driving up behind me, began to tailgate me dangerously closely, solidi-
8  fying THE RACIAL PROFILING: HATE CRIME.

9  I was driving magnificent car which belongs to my daughter, Valedictorian
10  Speaker Notre Dame de Namur University, Belmont 2007, following California
Senator Jackie Speier, who was Guest Speaker, she is now California Congress-
11  woman Jackie Speier to The United States Congress, Washington, D. C.
12
The car's License Plate POLYLUV.  THE RACIAL PROFILING: HATE CRIME BY WHITE
13  SAN MATEO POLICE OFFICER BOLOGNA BADGE NUMBER 95 IS HONESTLY TRUTHFUL BECAUSE
14  WE ALL KNOW HE WOULD NOT TAILGATE ME DANGEROUSLY CLOSELY WERE I WHITE, AND
DRIVING THIS MAGNIFICENT CAR.  HOW DARE I RACIALLY ETHNIC PERSON OF COLOR
15
DRIVE SUCH BEAUTIFUL MAGNIFICENT CAR. How dare I Polynesian-Pacific Islander
16  can afford this beautiful magnificent car.
On 25th Avenue White San Mateo Police Officer Bologna badge number 95 Exited
17  facing away to the West.  At that time my vehicle was the only single solidary
18  vehicle on the road.  ABSOLUTELY NO TRAFFIC.

19  White San Mateo Police Officer Bologna badge number 95 all of a sudden re-
appeared and continued WITH HIS HARASSMENT TO CONTINUE TAILGATING ME DANGEROUS-
20  LY CLOSELY. ALL THE WAY TO THE HILLSDALE MALL.
21
At 31st Avenue, at the Hillsdale Mall, White San Mateo Police Officer badge
22  number 95 shining bright light directly into my eyes and face accusing me of
23  driving drunk which I denied because I was on my way to work, a job I've
had consistently for many years  exceeding 11 - 12 years.  My focus was
24  getting to my job.
25
I have been driving in San Mateo since 1969, very familiar with Traffic Laws,
26  Rules, Regulations, Codes.

27  White San Mateo Police Officer Bologna badge number 95 called for back-up.
28  Two (2) more San Mateo Police Officers arrived.  Both shone more blinding

bright lights directly into my eyes and face, one from driver's side, my side, and the other from the other side.

THIS CONSISTS AND CONSTITUTES CRUEL AND UNUSUAL PUNISHMENT, REINFORCING THE RACIAL PROFILING: HATE CRIME, BECAUSE I'M RACIALLY ETHNIC PERSON OF COLOR.

WE ALL KNOW THEY WOULD NOT HAVE DONE THIS TO A WHITE MOTORIST.

If they suspect the drunk driving, why did they not subject me to Sobriety-Breathlyzer Test.

After lengthy period of time, White San Mateo Police Officer Bologna badge number 95 handed me Citation(s): (1) No Auto Insurance. LIES AND FALSEHOOD BECAUSE I DID HAVE AUTO INSURANCE, WHICH HE IGNORED; (2) Impeding Traffic at S. El Camino & 25th Avenue. MORE LIES AND FALSEHOODS BECAUSE NO TRAFFIC.THER-REFORE, NO IMPEDING, NO OBSTRUCTING OF ANYTHING, BECAUSE ALL VOID, BECAUSE ABSOLUTELY NO TRAFFIC WHATSOEVER.

White San Mateo Police Officer badge number 95 put down on the Citation(s) he gave me that my Race P: PACIFIC ISLANDER - Polynesian, solidifying the compelling evidence of his RACIAL PROFILING: HATE CRIME: (1) tailgating me dangerously closely; (2) flashing blinding bright lights directly into my eyes and face at dangerously close proximity; (3) his 2 Partners San Mateo Police Officers of more shining blinding bright lights directly into my eyes and face also at dangerously close proximity ALL CONSTITUTING CRUEL AND UNUSUAL PUNISHMENT. WE ALL KNOW THEY WOULD NOT HAVE DONE THIS TO A WHITE MOTORIST. Hence, Violation of my 14TH AMENDMENT RIGHTS TO THE UNITED STATES CONSTITUTION. (4) Illegally Detaining me ethnic minority person of color; (5) False Imprisonment; ALL CONSTITUTING VIOLATIONS OF MY RIGHTS: CONSTITUTIONAL: I. MY FIRST AMENDMENT RIGHTS TO UTTER MY REFLEXIVE SELF-DEFENSE OBJECTIONS FOR THE VILE AND VULGAR WAY OF MY BEING RACIALLY DISCRIMINATED AGAINST; II. MY FOURTH AMENDMENT RIGHTS: ILLEGALLY DETAINING ME FOR I DID NOT VIOLATE ANY LAWS OF THE UNITED STATES INCLUSIVE OF TRAFFIC LAWS; III. MY FOURTEENTH AMENDMENT RIGHTS TO EQUAL PROTECTION. WE ALL KNOW THEY WOULD NOT HAVE DONE THIS TO A WHITE MOTORIST; IV. MY EIGHTH AMENDMENT RIGHTS: CRUEL AND UNUSUAL PUNISHMENT FOR THE LENGTHY DURATION OF PERSISTENT SHINING BLINDING BRIGHT LIGHTS INTO MY EYES AND FACE AT DANGEROUSLY CLOSE PROXIMITY. WE ALL KNOW THEY WOULD NOT HAVE DONE THIS TO A WHITE MOTORIST. V. VIOLATION OF MY CIVIL RIGHTS BECAUSE THEY WERE DOING WHAT THEY WERE DOING TO ME AS DESCRIBED BECAUSE I AM A RACIALLY ETHNIC MINORITY PERSON OF COLOR. SOLIDIFYING THE HATE CRIMES OF SAN MATEO POLICE OFFICER BOLOGNA BADGE NUMBER 95 AGAINST ME, DEFENSELESS VICTIM.

3

1  White San Mateo Police Officer Bologna badge number 95 knows the depth of the
2  mug and mire of his LIES AND FALSEHOODS.  Likewise with the Amending Officer
3  Ratcliffe S26 who Amended the Citation.  MORE LIES AND FALSEHOODS.  FELONY
4  AFTER FELONY.  The San Mateo Police Department knows this.  The City of San
   Mateo being Head of The San Mateo Police Department, and The San Mateo Police
5  Department being Its Branch, knows this.

6  Anyone with a Brain to think with reason and logic will duly arrive at the
7  same Compelling SOLIDLY EVIDENTIARY CONCLUSIONS.

8  As such, these people are DANGER TO SOCIETY.

9  As to Defendants' Leader/Head Attorney David King who'd knowingly signed
10 himself in Document submitted to The Right Honorable Court as Attorney for
   Plaintiff: CONSTITUTES LIES AND FALSEHOOD FOR THIS PETITIONER HAD NEVER
11 RETAINED HIM AS SUCH; and in the same package knowingly signed himself
12 as Attorney for Defendant BY KING'S OWN CHOICE OF ACTION.

13 As such, this constitutes and consists outrageous glaring FRAUD, UNDENIABLE,
   UNDOUBTED, UNREPAIRABLE, UNEFFACEABLE FRAUD AND CRACKS WITH TERRIFYING ECHOES
14 THROUGHOUT  TO FOR ALL TIME DECEPTIVELY DEMEAN, UNDERMINE, AND UNHINGE THE
15 EXPECTED RELIABILITY OF INTEGRITY AND HONESTY OF THE LEGAL PROFESSION.

16 And now, to the other relevant Co-Issue at crucial, critical point of conten-
   tion.  EXHIBIT 1 is self-explanatory.
17
   Anglo-American Burial of their Dead and on that very same day, it's back to
18 business as usual.  The Death of a human-being is just like the death of an
19 animal.  Out of sight, out of mind.

20 Not so in The Tongan - Pacific Islander/Polynesian Culture.  The Dead is
   given Honor and Respect.  The Traditional Cultural Mourning Process is observed
21 before the Burial, but also after the Burial of the physical body, there
22 begins a Ten (10) Day Continuing Mourning Process for eventual departure of
23 the Spirit of the deceased-just Buried. For my relative, after Burial, was
   Strict Observance  the 10 Day Mourning Process for her Spirit Departure.
24 If the time is shortened, there are highly credible stories of the dead spring-
25 ing back to roam-to-and-fro to Haunt and Hound the living relatives for not
   Honoring and Respect due to Them for Their Departure, timely and or/not
26 timely is FINAL.  They are not perceived as going on a trip and return.

27 Hence for Us the Living, the Strict Observance to Truly Honor and Respect
28 due to the Dead.  FOR THEIR LOSS FROM US IS HUGE.  ENORMOUS.  HEART-TEARING.

4

1  Thus, FINAL GOOD-BYE.

2  The Respect and Honor of the Death of a Human-Being is because we are created
3  in The Image of God.

4  Each one of us will one day go The FINAL GOOD-BYE.  Surely each of us do not
   want our Burial to be like that of an animal.  Bury today, and our Relatives
5  and Friends left behind are Back To Business Same O, Same O.

6  No.  We want and need Respect and Honor because with The FINAL GOOD-BYE, we
7  are GONE FOREVER.

8  And thus, based on the Foregoing, Therefore JUSTICE HERE IS MERITWORTHY,
   and cries out for understanding and concomjtant comprehension to entirely and
9  totally REMOVE SANCTIONS FOR SUCH IS THE POWER AND CONCURRENT AUTHORITY OF
10 THE RIGHT HONORABLE COURT.

11 And, for such MERCY CONTEMPORANEOUSLY DECLARING THE HONOR-BOUND LEGACY OF THE
12 RIGHT HONORABLE COURT, this humble Petitioner is GREATLY MOST THANKFUL
   Theretofore.
13

14

15 Dated: 28 April 2008

18                              Respectfully submitted

20                          by _____
21                              AISAKE (ISAAC) P. NAUFAHU

23                              Pro Se Litigant

5

EXHIBIT 1



CHAPEL

847 Woodside Road
Redwood City, CA 94061
Phone 650.369.5537
Fax 650.369.5530
License FD#861

April 19, 2008

To Whom it May Concern:

    Please be advised that Aisake Naufahu attended the funeral Services of Rose Navarro, March 13th and 14th, 2008 at Redwood Chapel. If any futher information is needed please feel free to call Redwood Chapel, 650-369-5537.

Don LaBarbera
Manager
Redwood Chapel