# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**Magistrate Judge BERNARD ZIMMERMAN**

Date: **04/30/2008**

**C07-4517 MMC (BZ)**

**Aisake P. Naufahu v. City of San Mateo, et al.**

Attorneys: Pltf: Aisake P. Naufahu (pro per)
          Def: David M. King

Time: 10:00 a.m.

Deputy Clerk: **LASHANDA SCOTT**          Reporter: **Margo Gurule; 10:07-10:29**

### PROCEEDINGS:                                   RULING:

1. Order To Show Cause Hearing                     Taken Under Submission
2. Defendant's Motion for Sanctions                Taken Under Submission

( ) Status Conference     ( ) P/T Conference     ( ) Case Management Conference

### ORDERED AFTER HEARING:

( XX ) ORDER TO BE PREPARED BY:     Plntf _____ Deft _____ Court__XX___

( ) Referred to Magistrate For:

( ) CASE CONTINUED TO_____     for _____

Discovery Cut-Off_____ Expert Discovery Cut-Off_____

Plntf to Name Experts by _____ Deft to Name Experts by_____

P/T Conference Date_____ Trial Date_____ Set for _____ days
                    Type of Trial:  ( )Jury     ( )Court
Notes: _____