David M. King, Esq. (Bar No. 95279)
  dking@carr-mcclellan.com
Jeremy A. Burns, Esq. (Bar No. 239917)
  jburns@carr-mcclellan.com
CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, California 94011-0513
Telephone:    (650) 342-9600
Facsimile:    (650) 342-7685

Attorneys for Defendant City of San Mateo, a City Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AISAKE (ISACC) P. NAUFAHU, an individual Pro Se Litigant,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN MATEO, a City Incorporated, SAN MATEO CHIEF OF POLICE S.E. MANHEIMER, SAN MATEO POLICE CAPTAIN M. CALLAGY, SAN MATEO POLICE LIEUTENANT A. J. PARISIAN, SAN MATEO POLICE OFFICER JACK RATCLIFFE, S26, SAN MATEO POLICE OFFICER BOLOGNA BADGE NUMBER 95, 4 UNNAMED SAN MATEO POLICE OFFICERS,<br><br>Defendants. | No. 3:07-cv-04517-MMC<br><br>**DECLARATION OF SUSAN E. MANHEIMER IN SUPPORT OF MOTION TO DISMISS** |

I, Susan E. Manheimer, declare:

1.  I am the Chief of Police for the City of San Mateo.

2.  Plaintiff Aisake Naufahu presented several documents to the Court purporting to have served me. All of these documents bear signatures of people who are employed by San Mateo, but none of them have been signed by me.

////

3.    My assistant has never been generally authorized by me to accept service of a summons and complaint on my behalf. In particular, she was not authorized by me to accept service of the summons and complaint in this lawsuit. When an individual arrives at the San Mateo Police Department's front desk with documents for my attention, they are directed to my assistant. My assistant is only authorized to provide an indication that the documents have been received by the department.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: April 29, 2008 , 2008

*[signature]*
Susan E. Manheimer