1  David M. King, Esq. (Bar No. 95279)
   dking@carr-mcclellan.com
2  Jeremy A. Burns, Esq. (Bar No. 239917)
   jburns@carr-mcclellan.com
3  CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
   Professional Law Corporation
4  216 Park Road
   P.O. Box 513
5  Burlingame, California 94011-0513
   Telephone:    (650) 342-9600
6  Facsimile:    (650) 342-7685

7  Attorneys for Defendant City of San Mateo, a City Incorporated

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AISAKE (ISACC) P. NAUFAHU, an individual Pro Se Litigant,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN MATEO, a City Incorporated, SAN MATEO CHIEF OF POLICE S.E. MANHEIMER, SAN MATEO POLICE CAPTAIN M. CALLAGY, SAN MATEO POLICE LIEUTENANT A. J. PARISIAN, SAN MATEO POLICE OFFICER JACK RATCLIFFE, S26, SAN MATEO POLICE OFFICER BOLOGNA BADGE NUMBER 95, 4 UNNAMED SAN MATEO POLICE OFFICERS,<br><br>Defendants. | No. 3:07-cv-04517-MMC<br><br>**DECLARATION OF ALAN J. PARISIAN IN SUPPORT OF MOTION TO DISMISS** |

I, Alan J. Parisian, declare:

1. I am a retired San Mateo Police Department lieutenant, and no longer reside in California.

2. Plaintiff Aisake Naufahu presented several documents to the Court purporting to have served me. All of these documents bear signatures of people who are employed by San Mateo, but none of them have been signed by me.

3.     I never authorized anyone to accept service of a lawsuit on my behalf.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: 5-15- , 2008

Alan J. Parisian