1  David M. King, Esq. (Bar No. 95279)
     dking@carr-mcclellan.com
2  Jeremy A. Burns, Esq. (Bar No. 239917)
     jburns@carr-mcclellan.com
3  CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
   Professional Law Corporation
4  216 Park Road
   P.O. Box 513
5  Burlingame, California  94011-0513
   Telephone:   (650) 342-9600
6  Facsimile:   (650) 342-7685

7  Attorneys for Defendant City of San Mateo, a City Incorporated

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11
   AISAKE (ISACC) P. NAUFAHU, an                No. 3:07-cv-04517-MMC
12  individual Pro Se Litigant,
                                                **DECLARATION OF JACK RATCLIFFE
13          Plaintiff,                          IN SUPPORT OF MOTION TO DISMISS**

14       vs.

15  CITY OF SAN MATEO, a City
    Incorporated, SAN MATEO CHIEF OF
16  POLICE S.E. MANHEIMER, SAN
    MATEO POLICE CAPTAIN M.
17  CALLAGY, SAN MATEO POLICE
    LIEUTENANT A. J. PARISIAN, SAN
18  MATEO POLICE OFFICER JACK
    RATCLIFFE, S26, SAN MATEO POLICE
19  OFFICER BOLOGNA BADGE NUMBER
    95, 4 UNNAMED SAN MATEO POLICE
20  OFFICERS,

21          Defendants.

22

23     I, Jack Ratcliffe, declare:

24     1.   I am a police officer employed by the City of San Mateo.

25     2.   Plaintiff Aisake Naufahu presented several documents to the Court purporting to

26  have served me. All of these documents bear signatures of people who are employed by San

27  Mateo, but none of them have been signed by me.

28  ////

1   3.   I never authorized anyone to receive process on my behalf.

2   I declare under penalty of perjury under the laws of the United States that the foregoing is

3   true and correct.

4   Dated: ___April 14___, 2008

6   _____
    Jack Ratcliffe