David M. King, Esq. (Bar No. 95279)
  dking@carr-mcclellan.com
Jeremy A. Burns, Esq. (Bar No. 239917)
  jburns@carr-mcclellan.com
CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, California 94011-0513
Telephone:   (650) 342-9600
Facsimile:   (650) 342-7685

Attorneys for Defendant City of San Mateo, a City Incorporated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AISAKE (ISACC) P. NAUFAHU, an individual Pro Se Litigant,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN MATEO, a City Incorporated, SAN MATEO CHIEF OF POLICE S.E. MANHEIMER, SAN MATEO POLICE CAPTAIN M. CALLAGY, SAN MATEO POLICE LIEUTENANT A. J. PARISIAN, SAN MATEO POLICE OFFICER JACK RATCLIFFE, S26, SAN MATEO POLICE OFFICER BOLOGNA BADGE NUMBER 95, 4 UNNAMED SAN MATEO POLICE OFFICERS,<br><br>Defendants. | No. 3:07-cv-04517-MMC<br><br>**DECLARATION OF JOHN BOLOGNA IN SUPPORT OF MOTION TO DISMISS** |

I, John Bologna, declare:

1. I am a police officer employed by the City of San Mateo.

2. Plaintiff Aisake Naufahu presented several documents to the Court purporting to have served me. All of these documents bear signatures of people who are employed by San Mateo, but none of them have been signed by me.

////

1      3.    I never authorized anyone to accept service of a lawsuit on my behalf.

2  I declare under penalty of perjury under the laws of the United States that the foregoing is

3  true and correct.

4  Dated: 4/14/08 , 2008

*John Bologna* (signature)