```
 1  PRO SE LITIGANT
 2  AISAKE (ISAAC) P. NAUFAHU
    339 NORTH CLAREMONT
 3  SAN MATEO, CALIFORNIA 94401
 4  TELEPHONE: 650-342-4817
```


FILED
08 MAY -5 AM 9: 02
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AISAKE (ISAAC) P. NAUFAHU<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN MATEO,<br>SAN MATEO CHIEF OF POLICE S. E. MANHEIMER,<br>SAN MATEO POLICE CAPTAIN M. CALLAGY,<br>SAN MATEO POLICE LIEUTENANT A. J. PARISIAN,<br>SAN MATEO POLICE AMENDING OFFICER JACK RATCLIFFE S26,<br>SAN MATEO POLICE OFFICER BOLOGNA BADGE NUMBER 95,<br>4 UNNAMED SAN MATEO POLICE OFFICERS<br><br>Defendants | No. C07-4517 MMC<br><br>PLAINTIFF FIRST MOTION DENY DEFENDANTS' MOTION TO DISMISS BECAUSE SUMMONS/COMPL-AINT EFFECTIVELY, SUCCESSFULLY SERVED.<br><br>PLAINTIFF SECOND MOTION PLEASE COURT-ORDER: CASE TO TRIAL |

May it please The Right Honorable United States District Court Judge Maxine M. Chesney:

Plaintiff here The Motioner is Right.

San Mateo Chief of Police Susan E. Manheimer's Voicemail 650-522-7602 asserts that in her unavailability, the caller is referred to her <u>EXECUTIVE</u> Assistant Maya Nakamura, strongly thereby implying that in her absence, she has Deputize her <u>EXECUTIVE</u> Assistant Maya Nakamura in her stead to act for her, to speak for her, on her behalf, and such would carry the weight and worth of the Necessary Calibre and Magnitude of her capacity because MAYA NAKAMURA IS <u>EXECUTIVE</u> TO ASSIST CHIEF CHIEF MANHEIMER BY CHIEF MANHEIMER'S OWN DELEGATION AND ACKNOWLEDGMENT, SYMBOLIZES ADMINISTRATIVE CAPACITY, AND CONCURRENT MANAGE-RIAL CAPABILITY, WHO THEN HAVING ACTED ON CHIEF MANHEIMER'S STEAD, WILL IN DUE COURSE DULY APPRIZE CHIEF MANHEIMER OF WHATEVER IT WAS BY CHIEF MANHEIMER'S OWN PRIOR APPROVAL TO CARRY OUT ON HER BEHALF BECAUSE OF CHIEF MANHEIMER'S OWN VERBAL, PER HER VOICEMAIL, APPROVAL AND ARTICULATED AUTHORIZATION FOR THE <u>EXECUTIVE</u> ASSISTANT MAYA NAKAMURA TO CARRY OUT IN HER STEAD, TO ASSIST CHIEF

1  IN HER DUTY (DUTIES) WHICH FURTHER IMPLY THAT CHIEF MANHEIMER HAVE THOROUGHLLY
TRAINED THE <u>EXECUTIVE</u> MAYA NAKAMURA THUS SO ON HER BEHALF.
2
3  Thus, therefore, on the day of February 28, 2008, Process Server Dr. Karoline
Naufahu, and Witness, upon their arrival at the premises of The San Mateo
4  Police Department located at 2000 South Delaware Street, San Mateo, spoke
5  with Female Clerk at the Main Lobby to indicate Lawsuit Papers to be Served
to Named and Unnamed San Mateo Police Officers, inclusive of Chief Susan Man-
6  heimer, Captain Mike Callagy, Lieutenant Alan Parisian, Officer Jack Rat-
7  cliffe, Officer Bologna, and Unnamed San Mateo Police Officers.

8  Thereupon, the Clerk picked up her phone, dialed as she mumbled Chief Susan
9  Manheimer's Number, spoke with someone to indicate that Lawsuit Papers are
being served, and they are to be signed for, and for the person to come to the
10 Lobby because of need for these Legal Papers to be Served, and Signed for.

11 Thereby, emerging from Chief Manheimer's Office Closed-Off Complex was her
12 <u>EXECUTIVE</u>  Assistant Maya Nakamura who verbalized having been Authorized by
Chief Susan Manheimer for her to Sign, One by One for Each of All The Papers
13 Being Process-Served, then the Witness Signed.  First to have Signed was the
14 Process Server Dr. Karoline Naufahu who explained to Maya Nakamura that these
15 are Lawsuit-Summons for these Police Officers who includes Chief Susan Manhei-
16 mer, and Maya Nakamura nodded that she understands, and repeated that she has
been Authorized to sign for them by Chief Susan Manheimer.  Maya Nakamura
17 signed her name explaining that she is signing herself with J for Joanne surname
18 Nakamura.  Witness signed for each Paper after Nakamura Signing.

19 This procedure having been Authorized by Chief Manheimer, that Chief Manheimer
20 is now trying to evade and escape.  But, she cannot.

21 This is the very same Chief Manheimer who accompanied by her San Mateo police
officers forcefully entered my elderly father's house Without Consent, Without
22 Probable Cause, Without Reason, Without Warrant.

23 This is the very same Chief Manheimer who have her San Mateo police officers
24 Searched premises of my elderly father's House Without Consent, Without Probable
25 Cause, Without Reason, Without Warrant.

26 This is the very same Chief Manheimer who Allowed and Approved her San Mateo
police officers to take my minor nephew, and jailed him for sixteen (16) days
27 at Hillscrest Juvenile Facility at Belmont, California, Without Probable Cause,
28 Without Reason, because eye-witnesses point to another youth at Line-Up, and

my nephew's parents have Strong Compelling Evidence of their son's / my nephew's Innocence, all Proven True in due course, but of which Chief Manheimer and her San Mateo police officers ignored.

In my brother's Lawsuit against The City of San Mateo, and The San Mateo Police Department with Named Police Officers, inclusive of San Mateo Chief of Police Susan Manheimer, and Others Named and Unnamed Officers, The Process Server there Served Only 1 Copy of The Lawsuit to The San Mateo City Clerk, Unsigned when Received, and 1 Copy to The San Mateo Police Department, Unsigned for when Received, which covers All Named San Mateo Police Officers inclusive of San Mateo Chief of Police Susan E. Manheimer, and Unnamed San Mateo Police Officers.

THEREFORE, A PRECEDENT IS SET. UNSIGNED FOR = (EQUALS) SIGNED FOR BY SOMEONE ~~CHIEF MANHEIMER NOW SAYS THAT~~ SOMEONE HAS NO AUTHORITY.
Thereby, PRECEDENT IS ESTABLISHED AS TO SUMMONS/COMPLAINT SERVED AS TO SAN MATEO POLICE DEPARTMENT, WITH ONLY 1 COPY OF THE LAWSUIT/SUMMONS-COMPLAINT, UNSIGNED FOR.

Here, in this Case, it was not just 1 COPY, BUT EACH COPY OF THE SUMMONS-COMPLAINT TO ALL NAMED, AND UNNAMED SAN MATEO POLICE OFFICERS SIGNED FOR, WITH PRIOR ACKNOWLEDGED THERETOFORE APPROVAL OF SAN MATEO POLICE CHIEF SUSAN E. MANHEIMER. EVEN NOW, AS CHIEF MANHEIMER DISCLAIMER = (EQUALS) UNSIGNED. AND PRECEDENT FOR UNSIGNED FOR ALREADY SET. IRREVOCABLE. THEREFORE I, WIN!

Moreover, at Settlement Conference of March 21st, Mr. King was trying to Settle on Behalf of his Clients: City of San Mateo, and The San Mateo Police Officers: Chief Susan E. Manheimer, Captain Mike Callagy, Lieutenant Alan J. Parisian, Amending Officer Jack Ratcliffe S26, Officer Bologna badge number 95, and Unnamed San Mateo Police Officers. THEREFORE, I STILL WIN!

Mr. King did this Action in Recognition that his Clients have Cognizance of their being Named in This Lawsuit, Cognizance that they were Served With Process Papers. ALL THE MORE, I STILL WIN!

Indeed, this is Evidenced in said Settlement Conference of March 21st, Mr. King was himself accompanied by an Array of Officials with their Descriptive Titles brought in by Mr. King at the behest of his Clients City of San Mateo, and those Officials with their Descriptive Titles denoting and connoting their Respective Duties as to this Lawsuit and Capacity for the Settlement, and those Officials are under the Auspices, Purview, and Umbrella of Defendants City of San Mateo Inclusive of San Mateo Police Officers, Named and Unnamed.

3

1  These Titled Officials that came with Mr. King came because they all Step to
2  The Tune and Music of Recognition that Defendant City of San Mateo is Being
   Served Already with Process, and is being Sued Here, and likewise Defendants
3  Named and Unnamed San Mateo Police Officers are Being Sued Here.

4  As such, The Titled Team that accompanied Mr. King on March 21st, all Duly
5  Recognized that Defendants one and all, in this Lawsuit have already been
   Effectively and Successfully Served with Process.
6
7  Now, Mr. King vacillates assuming posture steeped in naivity and denial.
   The Character of a California Attorney to the Height and Depth and Total
8  Circumference of Moral Character must be pristine in Integrity and Honesty.
9  This, most unfortunately he does not, he is not.

10 This is Persuasively Evidentiary of Lack of Solid Good Moral Character because
   of the Interrogatories Mr. King sent me, he deliberately got wrong the Date
11 for the Most Important Significantly Serious Incident of 2/20/06, which he
12 knowingly chose wrong date theretofore for so that I will not have Answers
13 to those Crucial and Critical Events as to that Most Important Significantly
   Serious Incident of 2/20/06.
14
15 Mr. King knows of his Cunning.

16 And so do we know of his deliberate Deceit, because in the Depositions in
   Mr. King's Office he subjected me to on April 22nd, and again on April 23rd,
17 Mr. King asked me questions reference San Mateo Police Officers Names in this
18 Lawsuit, because without his knowing he had fallen into his own trap, and
   caught himself in his own snare, BECAUSE MR. KING RECOGNIZES ACTIVELY THAT HIS
19 CLIENTS THE POLICE OFFICERS NAMED IN THIS LAWSUIT HAVE FULL AWARENESS OF THEIR
20 BEING SUED IN THIS LAWSUIT.

21 And, how did the San Mateo Police Officers Named in this Lawsuit have the
22 requisite cognizance appropriate awareness?

23 Because, Mr. King knows, and we also all know, that these San Mateo Police
   Officers, inclusive of City of San Mateo Police Chief Susan Manheimer, inter-
24 alia Others of San Mateo Police Officers such as Amending Officer Jack
25 Ratcliffe S26 having acted with Perjury:Felony, et al, were, as heretofore
26 as abovedescribed Effectively and Successfully Process-Served.

27 Therefore, based entirely on the foregoing, will The Right Honorable United
   States District Court Judge Maxine Chesney Rule Please to Deny and Crush
28 Defendants' Motion to Dismiss for All of The Reasons and Rationales as hereto-

4

fore as abovedescribed.

And Moreover, will The Right Honorable United States District Court Judge Maxine Chesney Please Further Rule to Set this Case for TRIAL for All The Right Reasons as Set Forth and Already Ventilated Before The Court in Papers I Filed Already Heretofore in that My Constitutional, And Civil Rights Were Violated. VIOLATED BY DEFENDANTS, AND DEFENDANTS MUST BE HELD LIABLE FOR, ACCOUNTABLE FOR, COMPENSABLE THERETOFORE.

And Thus, Appropriately As Such Sets Honorbound Legacy Of/For The Right Honorable Court Of The Right Honorable United States District Court Judge Maxine Chesney.

Dated: 5 May 2008

                         Respectfully submitted

                         by

                         *[signature]*

                         AISAKE (ISAAC) P. NAUFAHU

                         Pro Se Litigant

5