1  PRO SE LITIGANT

2  AISAKE (ISAAC) P. NAUFAHU
   339 NORTH CLAREMONT
3  SAN MATEO, CALIFORNIA 94401

   TELEPHONE: 650-342-4817
4



5        UNITED    STATES    DISTRICT    COURT

6        NORTHERN    DISTRICT    OF    CALIFORNIA

7
   AISAKE (ISAAC) P. NAUFAHU
8                                        NO. C07 - 4517 MMC (BZ)
        Plaintiff,
9
   v.                                    PLAINTIFF'S RESPONSE
10
   CITY OF SAN MATEO, et al              TO ORDER IMPOSING
11
        Defendants                       SANCTIONS
12

13 To: The Right Honorable Judge Bernard Zimmerman.

14 It behooves I thank The Right Honorable Court of Judge Zimmerman because I am
   most grateful for the Mercy of Your Honor for the Order to pay $250 as
15 Sanctions, by June, 2008.

16 His Majesty The King George Tupou V, of The Kingdom of Tonga, has voiced
17 interest in this Case, as well as that of my brother's.

18 His Majesty knows his father The Late King Taufa'ahau Tupou IV sponsored
   my family, the first and only Tongan family His Late Majesty sponsored
19 because of close relative ties to my dad, in our migration to The United
20 States.

21 Moreover, His Majesty The King George Tupou V, after Coronation later on this
22 year, will travel to The United States, to meet President at White House, and
   would speak of this Case, and that of my brother's, and the outcome of each.
23
   My sister, Dr. Karoline Naufahu, Process Server in this Case, is His Majesty's
24 former school chum, and former work-colleague.
25
   She, and others of my family will travel to The Kingdom of Tonga for the
26 Coronation, and will discuss this Case, and that of my brother's at/to Inter-
27 views at both BBC, and CNN, for world coverage by the World Media of this

28                                                                    1

1 | Case, and that of my brother's.

2

3 | Dated: 5 May 2008

4

5

6 | Respectfully submitted

7 | by

8 | AISAKE (ISAAC) P. NAUFAHU Pro Se Litigant

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2