PRO SE LITIGANT
AISAKE (ISAAC) P. NAUFAHU
339 NORTH CLAREMONT
SAN MATEO, CALIFORNIA 94401
TELEPHONE: 650-342-4817




# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

AISAKE (ISAAC) P. NAUFAHU

Plaintiff,

v.

CITY OF SAN MATEO,
SAN MATEO CHIEF OF POLICE S. E. MANHEIMER,
SAN MATEO POLICE CAPTAIN M. CALLAGY,
SAN MATEO POLICE LIEUTENANT A. J. PARISIAN,
SAN MATEO POLICE AMENDING OFFICER J. RATCLIFFE S26,
SAN MATEO POLICE OFFICER BOLOGNA BADGE NUMBER 95,
4 UNNAMED SAN MATEO POLICE OFFICERS

Defendants

NO. C 07-04517 MMC

PLAINTIFF MOTION FOR COURT RULING PER DEFENDANTS' SPECIAL INTERROGATORIES PLAINTIFF RECEIVED SATURDAY MAY 10TH, BECAUSE PLAINTIFF ALREADY ANSWERED THESE INTERROGATORIES TO THE DEFENDANTS' ATTORNEY KING, AND PLAINTIFF REASONS AND RATIONALE SUBSTANTIATING REFUSAL HEREUNDER

TO THE RIGHT HONORABLE UNITED STATES FEDERAL JUDGE MAXINE M. CHESNEY:

I received last Saturday May 10th, 2008, the Special Interrogatories for the Most Serious Incident of 2/20/06 reference my Lawsuit/Complaint.

I told Mr. King, the Attorney for The City of San Mateo, and The San Mateo Police Department, and its Police Officers, on 4/22/08 at his Law Office in Burlingame, that I wanted to answer the Special Interrogatories for the 2/20/06 Most Serious Incident, and to come back at a later date to take my Deposition. However, Mr. King refused, and his response was People make mistakes.

But, on an extremely serious matter of this magnitude and calibre, VERY, VERY SERIOUS.

I made it very clear to Mr. King that he had sent to me the Special Interrogatories for the less serious incidents of 1/22/2000, and 7/12/2007, which I had answered all the Special Interrogatories for those dates, and Mr. King told me that he was going to ask me questions regarding all three incidents 1/22/2000, 7/12/2007, and also the Most Serious Incident of 2/20/2006 even though he did not send me Special Interrogatories for the 2/20/2006 Most Serious Incident.

MR. KING'S DELIBERATE, STRATEGIC QUESTIONINGS ME ON DEPOSITIONS CONSTITUTE GLARING, VERY SERIOUS, HUGELY UNETHICAL OF/FOR CALIFORNIA ATTORNEY.

Mr. King was asking me questions about the Most Serious Incident of 2/20/2006 in my Deposition on 4/22/08, and also on 4/23/08 AND MR. KING ALL ALONG KNEW FULL WELL THAT HE DID NOT SEND ME INTERROGATORIES ABOUT THAT MOST SERIOUS INCIDENT. AND YET, MR. KING WANTED ME TO ANSWER HIS QUESTIONS ABOUT THAT MOST SERIOUS INCIDENT. HIS DECEIT AND DECEPTIVE CUNNING ARE UNETHICAL.

IT IS OBVIOUS THAT MR. KING WAS BEING STRATEGICALLY AND DELIBERATELY DECEPTIVE FOR HE WAS LOOKING FOR HIS OWN EDGE AND ADVANTAGE FOR HIS OWN BENEFIT.

BUT, EXTREMELY SERIOUSLY UNETHICAL.

When Mr. King was asking me questions regarding the lesser incidents of 1/22/00 and 7/12/07, he was looking and checking my answers against the answers I had supplied to him reference the Special Interrogatories for those dates of 1/22/00, and 7/12/07.

Herein, herewith, Now I am asking and imploring The Right Honorable Federal Court Judge Chesney please to look into this matter because I strongly feel that there is VERY SERIOUS LEGAL ISSUES here which should be addressed since Mr. King was asking me questions regarding the Most Serious Incident of 2/20/06 in my Deposition on 4/22/08, and also on 4/23/08 ON MATTERS WHICH WERE NOT IN THE SPECIAL INTERROGATORIES, WITH PARTICULAR FOCUS AS TO THE MOST SERIOUS INCIDENT OF 2/20/06; AND AFTER THE DEPOSITIONS OF 4/22/08, AND 4/23/08, THEN I RECEIVED AT A MUCH LATER DATE SEVENTEEN (17) DAYS AFTER ON MAY 10TH THE SPECIAL INTERROGATORIES FOR THE MOST SERIOUS INCIDENT OF 2/20/06.

ALL THE MORE ENORMOUSLY UNETHICAL FOR ATTORNEY KING WHICH CONSTITUTES HUGELY SERIOUS ATTORNEY MISCONDUCT.

I am now asking The Right Honorable Federal Judge Chesney please to RULE/ORDER AS TO WHETHER TO STRIKE THE DEPOSITIONS TAKEN ON 4/22/08, AND 4/23/08, AND TO ALLOW THIS PLAINTIFF TO RE-TAKE THE DEPOSITION(S) AGAIN, OR ELSE, WHATEVER THE RIGHT HONORABLE FEDERAL JUDGE CHESNEY ETHICALLY RULE TO SERVE JUSTICE.

ONE CRUCIAL AND CRITICAL THING IS CLEAR, AND THAT IS THIS: I WON'T ANSWER THE SPECIAL INTERROGATORIES FOR THE MOST SERIOUS INCIDENT OF 2/20/06 WHICH I RECEIVED FROM MR. KING ON 5/10/08, UNTIL SUCH TIME AND DATE THE RIGHT HONORABLE FEDERAL JUDGE CHESNEY RULE ON THIS MATTER.

Your Honor, I would like to make it very clear to The Right Honorable Court please, that during my Depositions on 4/22/08, and 4/23/08, Mr. King, The City of San Mateo Attorney, and also for The San Mateo Police Department, and Police Officers in this Lawsuit/Complaint, that they are now trying to say that San Mateo Police Officer Bologna badge number 95 made an error when he said that I, MR. AISAKE P. NAUFAHU was Impeding Traffic only on S. El Camino Real and 25th Avenue; but that "it should have been the side of the road adjacent to the Sears Parking Lot", and Mr. King himself pointed out in the Deposition that San Mateo Police Officer Bologna badge number 95 made this error because he, bologna badge number 95, and the 2 Back-Up police officers thought (MR. KING READS MINDS) that I had a gun in my car, and officer Bologna badge number 95, was scared of me. I CARRY NO GUNS. BOLOGNA BADGE NUMBER 95 DOES AND HE COULD USE IT ANY TIME. WE READ ABOUT OFFICERS SHOOTING FOLKS, AND THEN LAMELY CLAIM SOMETHING ELSE.

Officer Bologna badge number 95, and the 2 Back-Up officers were checking my car with their flashlights, and found no guns, or weapons.

Mr. King himself was implying in the Deposition that people carry guns in their cars to kill police officers, and that's why they were looking for a gun in my car.

Your Honor, I want to make one other thing very clear, and that is that officer Bologna badge number 95 and the 2 Back-Up officers were checking the inside of my car, and found nothing, ZERO to substantiate their suspicion that I was drunk-driving, and having a gun in my car to kill a police officer.

NO! NO! NO!

I was just on my way to work. Mr. King, The City of San Mateo Attorney, and also for The San Mateo Police Department, are now acting like SPIN DOCTORS to free San Mateo Police Officer Bologna badge number 95 from his LYING, and THEREBY COMMITTING PERJURY: FELONY on the Citation he issued to me on 2/20/06.

I want Mr. King, and everybody else to know that officer Bologna badge number 95 issued the Citation to me on 2/20/06 AFTER he, and the 2 Back-Up officers checked my car on the side of the road adjacent to the Sears Parking Lot at

The Hillsdale Shopping Mall, and found no open containers, nor a gun, nor any weapon, as Mr. King UNEHTICALLY, and these 3 San Mateo police officers are now trying to fairytale, and imagination about. TO FACTS THEY ARE NOT STICKING TO. VERY SERIOUS.

I also want Mr. King to know that San Mateo police officer Bologna badge number 95WAS NOT FORCED by anybody, or someone had put a gun to his head to put down on the Citation he issued to me on 2/20/06, that I was Impeding Traffic ONLY on S. El Camino and 25th Avenue. No one forced him to Lie and COMMIT PERJURY: FELONY on that Citation. THAT WAS HIS OWN DOING. ALL BY HIMSELF. KNOWINGLY. HAD FULL AWARENESS OF.

San Mateo police officer Bologna badge number 95 DID IT ALL ON HIS OWN BECAUSE HE KNEW THAT THEY HAD ME UNDER ILLEGAL DETENTION, AND FALSE IMPRISONMENT, AND THAT MOREOVER THEY HELD ME FOR 40 LONG MINUTES OR EVEN LONGER.

Your Honor, The Right Honorable Federal Judge Chesney, now Mr. King UNETHICALLY, the San Mateo City Attorney, and the San Mateo Police Department Attorney, are all now SPINNING THIS NEW FAIRYTALE THAT SAN MATEO POLICE OFFICER BOLOGNA BADGE NUMBER 95 had made an errorabout the location on the Citation he issued to me on 2/20/06.

IF TRUE, SUCH AN ERROR CONSTITUTES INCOMPETENCE, AND INEFFICIENCY OF WHICH THE ONLY SOLUTION IS IMMEDIATE FIRING FROM HIS JOB.

Your Honor, I think it is best if The Right Honorable Court of Your Right Honorable Self The Federal Judge Chesney tell Mr. King that officer Bologna badge number 95 had put down whatever he put down on the Citation of 2/20/06 he issued to me, and signed thereto his name and badge number 95 on it without his being forced, or being threatened with a gun, because by HIS OWN ACTION SUCH HIS KNOWING ACTION MAKES HIM PATHOLOGICAL LIAR, AND THIS IS VERY DANGEROUS, because Mr. King Unethically, and his cronies are now coming up with yet ANOTHER LIE, AND THAT OFFICER BOLOGNA BADGE NUMBER 95 Citation to me of 2/20/06, was Amended-Changed by officer Ratcliffe S26 on 2/21/06, and now Mr. King UNETHICALLY and his buddies are now trying to YET AMEND AGAIN THE VERY SAME CITATION THAT OFFICER BOLOGNA BADGE NUMBER 95, ISSUED TO ME ON 2/20/06.

THIS PATHOLOGICAL HABITUAL UNETHICAL TREND OF LYING CONSCIOUSLY AND KNOWINGLY MUST STOP. YOURS' IS THE POWER AND CONCURRENT AUTHORITY TO DO THIS, YOUR HONOR! PUT A STOP TO IT, YOUR HONOR.
PUT AN END TO IT, YOUR HONOR. MAKE A RULING ON THIS TOO.

And, the question remains: HOW MANY TIMES A TRAFFIC CITATION CAN BE AMENDED?

Mr. King UNETHICALLY and his buddies should get into their heads that The Traffic Commissioner The Honorable Stephanie Garrat had already DISMISSED the Case based on Facts, and APPLY THE LAW TO THOSE FACTS.

Your Honor, The Right Honorable Federal Judge Chesney, we have to put an End to this Nonsense. Mr. King UNETHICALLY and his buddies are just beating around the bush. It's a jungle out there.

And, all this Nonsense Mr. King UNETHICALLY and his buddies are now Spinning and Coming up with is all AFTER THE FACTS ALREADY ATTENDED TO BY THE TRAFFIC COMMISSIONER THE HONORABLE STEPHANIE GARRAT.

One Critical Issue in this Case is the TIME-LINE: The City of San Mateo, and The San Mateo Police Department are now saying that police officer Bologna badge number 95 stopped me, the Plaintiff Mr. Aisake P. Naufahu on 2/20/06 at 2:48:21 AM, but; officer Bologna badge number 95 put down on the Citation he issued to me on 2/20/06 that the Vehicle Stop occured at 3:02AM.

And, I WAS RIGHT ALL ALONG THAT I WAS ILLEGALLY DETAINED, AND WAS ALSO UNDER FALSE IMPRISONMENT FOR 40 MINUTES OR EVEN LONGER, WAY, WAY LONGER THAN WHAT'S REQUIRED FOR SIMPLE TRAFFIC TERRY STOP.

And, moreover, my Time-Cards have proved that I punched in at 3:55AM, and started work at 4:00AM, my Scheduled Starting Time at my job.

Which goes to show that San Mateo police officer Bologna badge number 95 had aggressively pursued me because of RACIAL PROFILING. RACISM. COLOR-BAR. PREJUDICE. BIAS.

AS SUCH, MY CONSTITUTIONAL RIGHTS, AND MY CIVIL RIGHTS WERE VIOLATED.

If The Right Honorable Federal Judge Chesney please look at the City of San Mateo Settlement Conference Statement on line 22, and 23, page 2 please: it says there that Bologna, badge number 95 was suspicious that I, MR. AISAKE P. NAUFAHU, was trying to evade him.

This is not possible. Not probable.

Because, the question I am asking here is that: What did I do that made officer Bologna badge number 95 suspicious and that he thought ( HIS MIND ACTIVATED BY HIS RACIAL PROFILING BECAUSE I AM A PERSON OF COLOR, THEREFORE SUSPICIOUS!) I was trying to evade him. HIM WITH A GUN WHICH HE COULD USE ANY TIME.

At first, officer Bologna badge number 95 said that I was driving way below the posted speed limit on El Camino: Speed Limit 35 mph. He got behind my car and himself found out for himself, proved for himself that I was indeed driving 30 - 35 mph.

Secondly: officer Bologna badge number 95 was saying including Mr. King UNETHICALLY, and The City of San Mateo, and The San Mateo Police Department including the 2 Back-Up officers that I was driving drunk, WITHOUT EVEN ASKING ME FOR SOBRIETY TEST, OR BREATHLYZER TEST.

Thirdly, and this is the most serious accusation by Mr. King UNETHICALLY, and officer Bologna badge number 95, and the 2 Back-Up officers, The City of San Mateo, and The San Mateo Police Department, that I was carrying a gun/weapon in my car, like other motorists, to kill police officers.

NO! NO! NO! All I was doing was to get to my work.

And so I want to make it crystal clear here to Mr. King and the rest of them that San Mateo police officers: Bologna badge number 95, and the 2 Back-Up officers who UNITEDLY, UNIFIEDLY, CONCERTEDLY checked my car for open containers and also for a gun/weapon, and that they found NOTHING. ZERO.

But, the only reason for all this was/is: POLICE OFFICERS HAVE THIS IDEA BY THEIR STEREOTYPE THAT PEOPLE OF COLOR ARE ALWAYS LINKED TO CRIMES AND UP TO NO-GOOD. SOLIDIFYING THE RACIAL PROFILING. THE RACISM. THE COLOR-BAR. THE BIAS. THE PREJUDICE. RACISM IS VERY MUCH ALIVE HERE IN AMERICA. THROUGHOUT AMERICA.

And that people of Color should be aggressively pursued if they drive on the road in the early hours in the early morning, even if they are only driving to work to earn an honest living to take care of their family as I did in that early morning at 3AM of 2/20/06.

When a police officer is saying that a person of color is trying to evade him because he is suspicious TRIGGERS BY SKIN-COLOR, and that's why I Filed this Lawsuit.

Just like a rapist saying to a scared woman in the early morning hours, "Why are you trying to evade me?".

I'm sure and certain that The Right Honorable Federal Judge Chesney knows the outcome of that event, many rapists are doing time because of these Heinous Crimes, and other Incidents of POLICE MISCONDUCT per EXHIBITS 1, 2, 3, ALL EVIDENTIARY TO SUBSTANTIATE WHAT THE SAN MATEO POLICE OFFICERS UNLAWFULLY

AND ILLEGALLY SUBJECTED ME A RACIAL ETHNIC MINORITY DEFENSELESS VICTIM PERSON OF COLOR, PROMPTING ME FILE THIS LAWSUIT.

Dated: 13 May 2008

Respectfully submitted

by

AISAKE (ISAAC) P. NAUFAHU Pro Se Litigant

EXHIBIT |

A6 San Francisco Chronicle ☆☆☆☆☆

Markman noted, however, that

# Suit wants N.Y. cops to end 'racist' stops

By *Larry Neumeister*
ASSOCIATED PRESS

NEW YORK — A civil liberties group filed a lawsuit Wednesday challenging the New York Police Department's practice of stopping hundreds of thousands of people each year for questioning, saying it is racially biased.

The New York Civil Liberties Union lawsuit lists New York Post reporter Leonardo Blair as the sole plaintiff, saying he was stopped and frisked by police officers as he walked from his car to his Bronx home in November.

He was taken to a police station, where officers expressed surprise that though he was black, he was not from "the projects," the lawsuit said.

Blair has a master's degree from Columbia University.

The lawsuit said police stopped people in New York nearly 1 million times over the last two years. It said more than half of the people targeted were black, even though black people make up only about a quarter of the city's population. It asks that the practice be declared unconstitutional.

Kate O'Brien Ahlers, a city Law Department spokeswoman, said, "We are awaiting the legal papers and will review them thoroughly."

The Police Department has said the racial breakdown of people stopped by police is consistent with the descriptions provided by victims of violent crime. It said an independent study reached the same conclusion: that stops were related to crime conditions rather than race.

The lawsuit asks that the stop-and-frisk practice be declared unconstitutional and that Blair be awarded unspecified damages.

Blair was issued two summonses that were later dismissed.

The lawsuit said the arrest is particularly troublesome for Blair because he is an immigrant and any arrest, even an unfounded one, must be reported on immigration and visa applications.

According to the lawsuit, nearly 90 percent of the people stopped in 2006 and 2007 were engaged in lawful activity and were neither arrested nor issued a summons.

Between 30 percent and 40 percent of those who were stopped got frisked, according to the civil liberties union.

# Letters to the [illegible]

[illegible] without question men and women who police [illegible] go with honor and distinction [illegible] Johnson's own assessment of her officers [illegible] Police Department (Letters, Wednesday [illegible] officers, including Sgt. Michael [illegible] awards and commendations for their bravery [illegible] and investigative skills, talents that [illegible] at the line of duty. The community [illegible] employees working tirelessly on [illegible]

What Chief Johnson has failed to point out [illegible] thousands, of the individuals she describes [illegible] time in prison for rape, fraud, embezzlement, drug [illegible] coercion and soliciting false confessions.

[illegible] the case of Jorge Hernandez (who under police interrogation confessed to a rape he was later cleared of) to which multiple detectives were assigned, as in the [illegible]

[illegible] these same men and women of supposed honor [illegible] to send innocent people to [illegible] findings only to find themselves [illegible] lion dollar settlements.

Mark Petersen-Perez
Palo Alto

EXHIBIT 3

THURSDAY, MAY 8, 2008 ★★★★★ San Francisco Chronicle A1!

# Cops taken off street duty after beatings

## TV footage showed 3 suspects being hit during traffic stop

*By Patrick Walters*
ASSOCIATED PRESS

PHILADELPHIA — A police sergeant and five officers were pulled from street duty Wednesday as city officials investigated television footage showing a group of officers kicking and punching three suspects during a traffic stop.

More than a dozen officers were involved, and Police Commissioner Charles Ramsey said investigators were having the videotape enhanced to help determine how many of them were actually striking the suspects.

Any information police find will be sent to prosecutors, who will determine whether charges are warranted.

"We certainly are concerned about what we saw on the tape," Ramsey said at a news conference. "The behavior that at least was exhibited on the tape is unacceptable."

Police stopped the suspects' car while investigating a triple shooting Monday night. No weapons were found in the car or on the suspects, Ramsey said, but officers said they had seen them shoot three people on a drug corner moments earlier.

The video, shot by television station WTXF from a helicopter, showed three police cars stopping a car on the side of a road.

Officers gathered around the vehicle and pulled out three men. About a half-dozen officers held two men on the ground on the driver's side. Both were kicked repeatedly, while one was punched; one also appeared to be struck with a baton.

On the other side of the car, the video showed, more officers kicking a third man who ends up on the ground.



TOM MIHALEK / *Associated Press*

**Charles Ramsey,** Philadelphia's police commissioner (left), and Mayor Michael Nutter answer questions about the beatings.

The three suspects — Dwayne Dyches, Brian Hall and Pete Hopkins — were each charged with attempted murder in the shooting, police said.

The beating happened two days after the fatal shooting of a city officer, the third killed on duty in two years.

Ramsey said police have been on edge since Officer Stephen Liczbinski was killed.

"We do expect them to maintain a level of conduct on the street that is beyond reproach," the commissioner said. "The sergeant should have taken some kind of action to intervene."

Liczbinski was shot with an assault rifle after a robbery on Saturday. One suspect was fatally shot by police soon after, another was arrested Sunday, and a third remains on the lam.

D. Scott Perrine, an attorney for the three suspects, has said that as terrible as the officer's death was, it does not excuse what police did to the three men. He said that Dyches had a welt on his head the size of a baseball and that one of his legs was seriously injured. He said he didn't know the extent of the other men's injuries.

The mother of one of the suspects said she was outraged.

"I'm horrified to see that our city cops would beat some human being like they did, like a gang-style fight," Leomia Dyches said. She added, "I'd like to see them tried for what they did."