IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AISAKE (ISSAC) P. NAUFAHU,

    Plaintiff,

  v.

CITY OF SAN MATEO, et al.,

    Defendants.

No. C 07-4517 MMC

**ORDER DENYING AS MOOT PLAINTIFF'S MOTIONS FOR EXTENSION OF TIME AND TO SET TRIAL DATE**

    The Court is in receipt of plaintiff's filing of May 2, 2008, the title of which reads in part: "Plaintiff First Motion Extension Settlement Conference Otherwise Plaintiff Second Motion Go To Trial."

    To the extent plaintiff seeks, by such filing, an extension of the time in which to participate in a settlement conference, such request is hereby denied as moot, for the reason that a settlement conference was conducted by Magistrate Judge Zimmerman on April 30, 2008. (See Order Imposing Sanctions, filed May 2, 2008 at 3:8-11.) This order is not intended, however, to preclude the parties from seeking a further settlement conference with Magistrate Judge Zimmerman if the parties are of the view that such additional proceedings would be useful.

    To the extent plaintiff seeks, by such filing, to set a trial date, such request likewise is denied as moot, as a trial date has already been set in the instant matter, and trial is

scheduled to begin on November 17, 2008.

**IT IS SO ORDERED**.

Dated: May 14, 2008

_____
MAXINE M. CHESNEY
United States District Judge