IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AISAKE (ISSAC) P. NAUFAHU,

    Plaintiffs

v.

CITY OF SAN MATEO, et al.,

    Defendants
                                 /

No. C 07-4517 MMC

**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S MOTION RE: DISCOVERY**

      Before the Court is plaintiff's filing of May 13, 2008, the title of which reads in part: "Plaintiff Motion for Court Ruling Per Defendants' Special Interrogatories," in which plaintiff asserts he will not answer certain interrogatories previously propounded by defendants, (see Mot. at 3:1-3), and by which he seeks a court order "striking" his April 2008 deposition and permitting him to "re-take" the deposition, (see id. at 2:26-28).

      Pursuant to Civil Local Rule 72-1, the motion is hereby REFERRED to Magistrate Judge Maria-Elena James, the Magistrate Judge to whom all discovery disputes in the instant matter have been referred.

      **IT IS SO ORDERED**.

Dated: May 19, 2008

                                          MAXINE M. CHESNEY
                                          United States District Judge