

PRO SE LITIGANT

AISAKE (ISAAC) P. NAUFAHU
339 NORTH CLAREMONT
SAN MATEO, CALIFORNIA 94401

TELEPHONE: 650-342-4817

(RETAINED ATTORNEY, EXPLANATION BELOW)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

AISAKE (ISAAC) P. NAUFAHU

      Plaintiff,

v.

CITY OF SAN MATEO,

SAN MATEO CHIEF OF POLICE S. E. MANHEIMER,

SAN MATEO POLICE CAPTAIN M. CALLAGY,

SAN MATEO POLICE LT. A. J. PARISIAN,

SAN MATEOAMENDING OFFICER J. RATCLIFFE S26,

SAN MATEO POLICE OFFICER BOLOGNA BADGE NUMBER 95,

SAN MATEO POLICE OFFICER RICHARD REYNA,

SAN MATEO POLICE OFFICER MATTHEW LETHIN

      Defendants

NO. C07-04517 MMC

SUMMONS:

ORIGINAL FILING: 7/31/07

REFILING: 5/21/08

PLAINTIFF MOTION CONTINUE CASE. RIGHT HONORABLE JUDGE CHESNEY SET TRIAL 11/17/08. NOW PROCESS SERVER LEGAL PROFESSIONAL WILL INDIVIDUALLY SERVE EACH DEFENDANT I. E. EACH POLICE DEFENDANT. DOUBLE JEOPARDY INAPPLICABLE CIVIL CASES. THEREFORE, JUSTIFICATION CONTINUE CASE TO TRIAL. THANK YOU!

May it please The Right Honorable Federal Judge Chesney that Plaintiff, hereafter I, Retained an Attorney, who's out of area Publishing own Book, and Speaking Engagements Southern California. Will be back in San Francisco Bay Area later this month.

## FACTS

I am a Law-Abiding Citizen. Yet, defendants City of San Mateo police officers named, subjected me to Racial Profiling, and by their Authority of their inherent Power as Law Officers inflicted  unjustified, unlawful, illegal treatments on me because of my RACE AND ETHNIC MINORITY PERSON OF COLOR LEAST ABLE AND INCAPABLE TO DEFEND MYSELF with the concomitant expectations of

1

1  and have panic-anxiety attack of an imminent danger of police attack if I, THE

2  VICTIM, MY RACE, AND ETHNIC MINORITY PERSON OF COLOR MADE ANY WRONG MOVE.

3  I am, being familiar with Traffic Laws, Rules, Regulations, Codes, and have
   been driving since 1969, and drove from San Mateo to San Carlos to work for
4  over 11 years, steadily maintained the required speed-limit for El Camino Real
5  of 35 mph, compliantly maintained 30 - 35 mph, so it was understandably initial-
6  ly incomprehensible to me as to why defendant Bologna would with fierce tenacity
   dangerously closely tailgate me, pursued me aggressively.  AND THUS, THIS/THAT
7  CONSTITUTES DEFENDANT BOLOGNA HARASSING ME.

8  It dawned on me that because of my RACE, AND ETHNIC MINORITY PERSON OF COLOR,
9  AND AS SUCH, MY SKIN COLOR TRIGGERS THE RACIAL PROFILING: DISCRIMINATORY
10 BIGOTRY, RACIAL PREJUDICE, ETHNIC MINORITY BIAS, BY DEFENDANT BOLOGNA WHO WOULD
   NOT HAVE SUBJECTED ME TO SUCH UNJUSTIFIED INFERIORITY ABUSE HATE CRIME WERE I
11 WHITE, LIKE HIMSELF, FOR AS SUCH HE WOULD HAVE LEFT ME ALONE.  WE ALL KNOW THAT!

12 Because defendant Bologna being white, and if I was/is White, complying/or even
13 not complying with Traffic Code Regulations of 35 mph of El Camino Real, defen-
14 dant  Bologna would perceive such a White person his "EQUAL" and leave such
   White person his "EQUAL" well alone.
15
   But, Not Here.  Because defendant Bologna being White, looking at Racial Ethnic
16 Minority Person Of Color of myself not his "EQUAL" subjected me to "UNEQUAL"
17 INFERIORITY OF INEQUALITY: BENEATH HIM IN HUMAN VALUE, BELOW HIM IN HUMAN WORTH,
   NOT OF HIS RANKING OF HIM AS WHITE SUPERIORITY AND WHATEVER WHITE SUPREMACY
18 EVOKES IN SYMBOLISM IMAGERY, AND ME: MY RACE, ETHNIC MINORITY INFERIORITY PERSON
19 OF COLOR TRIGGERS HATE CRIME, AND ALL THAT MEANS AND HOLDS.  And, defendant
20 Bologna's tailgating such Racial Inferior Person Of Color dangerously closely,
21 aggressively pursuing me.  THIS CONSTITUTES HARASSING ME.

22 So what?  Anyone may ask.  Even if such an Inferior Ethnic Minority Person Of
   Color runs with The Law.
23
   But!  Wait!  Hold it right there!  The Answer consists the embodiment It Holds
24 of The United States Constitution: WE THE PEOPLE inclusive of all descriptions:
25 WE: Citizens of The United States, from all walks of life, from birth to the
   grave, The United States Constitution is Our Daily Shield of Protection, Our
26 Very Fountain of Life, Here, There, Everywhere!  That was what The Founding
27 Fathers envisages!

28 NOT WHITE SUPERIORITY.  NOT NON-INCLUSIVE PEOPLE OF COLOR RACIAL INFERIORITY.
   That's Exactly what The Founding Fathers envisions.  And, our Lungs are filled

                                                                            3

to capacity with that oxygen from The Founding Fathers daily: WE THE PEOPLE:
THE FOUNDING FATHERS' PROMISE OF EQUALITY.  WE HOLD THESE TRUTHS AS FULFILLED-
EVIDENTIARY.  DIRECT FROM THE UNITED STATES CONSTITUTION.

And, WE THE POEPLE are covered by The Laws of The United States, Our Personages,
Our Identity of United States Citizenry, Our Backs are covered  by The Laws of
The United States.  Bar None!

And, as such, over me a Citizen of The United States, driving maintainingly
30 - 35 mph on El Camino Real at 3 AM or thereabouts, hovers steadily The
United States Constitution.

And, moreover, covering my personage, covering my back are The Laws of The
United States.

Also, my Back-Support because I comply with Traffic Laws, Rules, Regulations,
Codes, are those Laws, Rules, Regulations, Codes, and with their accompanying
Statutes.

Therefore, defendant Bologna if he is familiar with The United States Constitu-
tion should have left me well alone.  But he did not!  HE HARASSED ME!

As well, if defendant Bologna is well-versed with The Laws of The United States
should have left me well alone.  But he did not!  HE HARASSED ME!

Moreover, if defendant Bologna is thoroughlly knowledgable with Traffic Laws,
Rules, Regulations, Codes, should have left me well alone.  But he did not!
HE HARASSED ME!

As such therefore, defendant Bologna had no right whatsoever Under The United
States Constitution, and Under The Laws of The United States, and Under Civil
Rights, and Under Traffic Laws, Rules, Regulations, Codes to fiercely tenacious-
ly tailgate me so dangerously closely,  pursued me so aggressively because I
was running with The United States Constitution on my side, with The Laws of The
United States  on my side, with Civil Rights on my side, with Traffic Laws,
Rules, Regulations, and Codes on my side.

And thus, what defendant Bologna should have done if he was efficient and
competent, able and capable in his duty and job as Law-Officer has to back-off,
BUT HE DID NOT!  THEREFORE HE HIMSELF VIOLATED THE LAWS OF THE UNITED STATES!
AND AS SUCH, HE VIOLATED MY RIGHTS UNDER THE LAWS OF THE UNITED STATES!

After eleven (11) blocks of defendant Bologna dangerously determinedly tailga-
ting me dangerously closely, pursuing me so tenaciously closely, HARASSING
DEFENSELESS ME, THE VICTIM HERE, and then defendant Bologna told Traffic    4

Commissioner The Honorable Stephanie Garrat on Friday September 15, 2006 that he pulled me over. I signalled, then pulled over to the side of the road at 31st Avenue, Hillsdale, El Camino Real.

I will Subpoena The Honorable Garrat to the Trial. Also the Transcript.

Defendant Bologna walked up with flashlight turned on full-blast, pointing it directly at my eyes, and face, front seats, floor, back seats, floor, and he looked at me as I asked as to why him the officer was dangerously closely tailgating me for 11 blocks, aggressively pursuing me for 11 blocks. But, defendant Bologna did not answer. Instead he accused me of drinking and driving of which I denied since I was on my way to work at San Carlos. EXHIBIT 1: Time Cards from my job at San Carlos.

Defendant Bologna called for police back-ups. Two (2) San Mateo police officers arrived. Both, 1 from driver side, 1 from passenger side flashed their flashlights directly onto my eyes, face, then onto the seats, both front and back, then the floors, front and back.

I was handed by defendant Bologna Citation for Impede Traffic 22400(a) VC EXHIBIT 2. What Traffic is he talking about? At 3 AM in that time of the night the only cars on El Camino Real on that time of night of Monday February 20, 2006 were my car heading South on that side of the road, and defendant Bologna's police car heading North on that side of the road, before he made the sharp U-Turn at 20th Avenue and HARASSED ME, tailgating me so dangerously closely, and pursuing me so aggressively.

The Second (2nd) Citation was for No Insurance Policy: ABSOLUTE FALSEHOOD for I had already given to defendant Bologna proof of Auto Insurance Policy, but he ignored it, did not even look at it, nor check the date of Insurance Policy.

THIS EVIDENCES HIS RACIAL PROFILING. DISCRIMINATORY AGAINST ME. BIASED AGAINST ME. PREJUDICED AGAINST ME. FOR HE PRE-JUDGED THAT BECAUSE OF MY RACE, AND ETHNIC MINORITY PERSON OF COLOR I COULD NOT AFFORD AUTO INSURANCE POLICY. PROOF OF HIS REASON OF IGNORING MY AUTO INSURANCE POLICY, AND HIS NOT EVEN LOOKING AT IT, NOR CHECKING THE DATE OF MY INSURANCE POLICY.

In actuality, incidently, this was the very same Auto Insurance Policy that I showed to Judge who handled Auto Insurance Policy Section of Citation, Judge Sighted Proof of my Auto Insurance Policy, therefore the Judge DISMISS Auto Insurance Section of the Citation. I Plead NOT GUILTY to Traffic Violation Section of the Citation which was heard at later Hearing before The Traffic

5

Commissioner The Honorable Stephanie Garrat on Friday, September 15, 2006.

Defendant Bologna knew that he had subjected me to Unlawful, Unjustifiable Vehicle Stop, and hence LIED DELIBERATELY WITH HIS FULL KNOWLEDGE HE HAD LIED ON THE CITATIONS HE ISSUED TO ME ON FEBRUARY 20, 2006.

DEFENDANT BOLOGNA HAD STEREOTYPED ME BY HIS RACIAL PROFILING, AND AS SUCH TO HIS HATE CRIME, POLICE ABUSE, POLICE MISCONDUCT, RACIAL VITUPERATIVE INSULTS, MENTAL ABUSE, PSYCHOLOGICAL ABUSE.

Defendant Bologna's Citations indicated No Traffic from 20th Avenue. As to his making the sharp U-Turn at 20th Avenue and tenaciously tailgate me, pursued me so aggressively is answered only by HATE CRIME BECAUSE OF MY RACE, ETHNIC MINORITY PERSON OF COLOR, because he was initially heading North, and would have continued heading North, if upon seeing me on the other side of the road, and were I White, like himself, he would have left me well alone, BUT HE DID NOT!

He saw the car I RACIAL ETHNIC MINORITY PERSON OF COLOR was driving; a truly breathtakingly fine magnificent car. How dare I Person Of Color could afford such beautiful magnificent car. THIS TRIGGERS THE RACIAL PROFILING UPON/OF ME BY DEFENDANT BOLOGNASAN MATEO POLICE OFFICER BADGE NUMBER 95.

And, as 25th Avenue, defendant Bologna made a Right Turn heading West, away out of the area of/from El Camino Real.

As I drove through 25th Avenue, I saw to my Right, there was defendant Bologna, the back of his police car, thereby he was out of the area, away from that area.

I continued driving on the Right-Hand lane. At that time of the night, my car was the only single, solidary vehicle on El Camino Real heading South, none on the other side heading North.

All of a sudden defendant Bologna drove up from wherever he was on the West Side, and returning to El Camino, continued with his tenacious dangerously tailgating me, pursuing me so aggressively. THIS CONSTITUTUES HIS CONTINUOUS HARASSMENT.

Defendant Bologna's Citation indicated I Impede Traffic S El Camino Real @ 25th Avenue.

But, there was ABSOLUTELY NO TRAFFIC WHATSOEVER TO IMPEDE. THE ONLY VEHICLE ON S EL CAMINO REAL @ 25th AVENUE WAS MINE. MINE AND MINE ALONE.

Defendant Bologna had already exited from 25th El Camino Real having Right-Turn

6

1  away from S El Camino Real @ 25th Avenue, out of sight!

2  And, as such, DEFINITELY NO TRAFFIC. ZERO TRAFFIC. AT THAT TIME OF THE NIGHT!

3  As such, defendant Bologna LIED ON THE CITATIONS HE ISSUED TO ME. Defendant
4  Bologna WAS NOT EVEN ON S EL CAMINO REAL @ 25TH AVENUE AS HE HIMSELF SHOWS ON
   HIS CITATIONS ISSUED TO ME, HE WAS AWAY AT/ON THE WEST SIDE OF 25TH AVENUE,
5  AFTER HE HAD ALREADY MADE HIS RIGHT-TURN AND EXITED FROM 25TH AVENUE.

6  My skin color triggers defendant Bologna's Racial Profiling me, and Reinforced
7  by his noticing the vehicle's License Plate "POLYLUV": Polynesian/Pacific Islan-
   der: PERSONS OF COLOR, Endorsed by defendant Bologna's putting down as for my
8  RACE: P: POLYNESIAN/PACIFIC ISLANDER - PERSON OF COLOR, hence his Aggressive
9  pursuing me because Stereotyping People of Color, and Crimes Attachment, solid-
   ifying defendant Bologna's Racial Profiling me. Thus, he was Biased, Prejudiced
10 against me, Racist against me.

11 WE ALL KNOW WERE I WHITE, DEFENDANT BOLOGNA ALSO WHITE, WOULD HAVE LEFT ME ALONE.
12
   Defendant Bologna ALSO LIED UNDER OATH BEFORE THE TRAFFIC COMMISSIONER OF THE
13 SUPERIOR COURT OF THE STATE OF CALIFORNIA THE HONORABLE STEPHANIE GARRAT when
14 asked as to Traffic, and defendant Bologna spoke of the TRAFFIC, AND WHEN ASKED
   AS TO THAT HOUR OF THE NIGHT, AT 3 AM, AND DEFENDANT BOLOGNA CONTINUED ON EMPHA-
15 TICALLY ABOUT THE TRAFFIC! ALL LIES!

16
   In the Courtroom of The California Superior Court of the Traffic Court, The
17 Honorable Garrat looked at defendant Bologna in sort of funny way, and removing
18 his glasses when defendant Bologna spoke of TRAFFIC at 3 AM on El Camino Real
   heading South at 25th Avenue to Hillsdale Mall, CLOSED AT THAT TIME OF THE NIGHT!
19
   It is a different story if it is 3 PM during the day in the afternoon. Everyone
20 knows of TRAFFIC AT 3 PM AT DAYTIME IN THE AFTERNOON, vehicles here, there, and
21 everywhere, people rushing to and fro, folks jostling this way, that way, shop-
   pers scurrying to this and to that, frantic buyers, shopping busily at Hillsdale.
22 BUSY TRAFFIC AT 3 PM, AT DAYTIME! IN THE AFTERNOON, LATE AFTERNOON!
23
   Just as everyone knows NO TRAFFIC at 3 AM AT NIGHT. NO TRAFFIC. PERIOD!
24 All those that drive on S El Camino Real at 3AM, or 4AM, or even 5AM, KNOWS
25 THAT THERE IS NO TRAFFIC! ZERO!

26 I have worked at San Carlos for many years for my EARLY SHIFT AT 4 AM Nighttime
27 to late afternoon the next day. I am used to driving to work at El Camino Real,
   there is ABSOLUTELY NO TRAFFIC WHATSOEVER there at that hour in the time of the
28 night.                                                                        7

Defendant Bologna impliede No Traffic from 20th Avenue to 24th Avenue, BUT SUDDENLY TRAFFIC INSINUATING HEAVY TRAFFIC, WORD "TRAFFIC" ENVISIONS IN THE MIND'S EYE LOTS VEHICLES ON S EL CAMINO @ 25TH AVENUE.  DEFENDANT HAD COMMITTED PERJURY, FELONY THEREFOR.

WHY ONLY AT THAT TIME OF NIGHT THERE WAS TRAFFIC AT S EL CAMINO REAL @ 25TH AVENUE?

The persisting remaining unanswered questions are multifold: in defendant Bologna's Original Citation as to Impede Traffic S El Camino Real @ 25th Avenue, but he was not there at that area at that time.  He was elsewhere which prompts me to ask at Trial when this Case goes to Trial of The Right Honorable Court to please select any Taxi of the Court's choice, and for the Judge to please select any Taxi-driver, and then to drive off, and then let defendant Bologna tell one and all as to location of that Taxi at what street in San Francisco, and at what speed the vehicle is being driven at, and the condition/sitation of Traffic.

Because defendant Bologna implies by his Original Citation that he has the one-of-a-kind rare, unique to his exclusivity capability, ability, and capacity to tell speed of vehicles, and location, and Traffic situation anywhere, and elsewhere even though he is not there at that time nor in the area.

For this super-spectacular event, may The Right Honorable Court please invite the Media for full-coverage so that we could all marvel and wonder in breath-taking awesome super-wonder miracle at/of defendant Bologna's unique talent to his exclusivity of being elsewhere yet having capacity-capability-ability, and mental envision ability to tell speed of vehicles, and Traffic situation any-where, anytime!

Also, let defendant Bologna tell the Judge at Trial as to how many vehicles I supposedly Impede their vehicular couse and journey on S El Camino Real @ 25th Avenue.

ABSOLUTELY NO TRAFFIC.  ZERO TRAFFIC.

As well, defendant Bologna need to tell the Judge at Trial as to how fast those vehicles were travelling.

BUT, THERE WERE NO VEHICLES.  NONE OTHER VEHICLE.  ONLY VEHICLE ON THE ROAD AT THAT TIME WAS MINE.  MINE AND MINE ONLY!

Moreover, defendant Bologna need to tell the Judge at Trial as to how many vehicles were in the 2 Inside Lanes of El Camino Real since my vehicle

8

1  was the only single, solidary vehicle travelling at 3rd Lane at 3 AM at that

2  time of night.

3  NO OTHER VEHICLES. ONLY MINE.  MINE AND MINE ALONE.

4  Also, defendant Bologna need to tell the Judge as to how fast those vehicles
   in those 2 Inside Lanes were travelling.

5
   ABSOLUTELY, DEFINITELY NO OTHER VEHICLES.
6
   As well, defendant Bologna need to explain in full clarity as to why when
7  he started HARASSING ME at 20th Avenue to 24th Avenue: NO TRAFFIC, THEN ALL OF

8  SUDDEN IMMEDIATE SUDDEN TRAFFIC AT S EL CAMINO REAL @ 25TH AVENUE.

9  BECAUSE THERE WAS ZERO TRAFFIC.

10 At that time of night, Bologna had already driven off elsewhere having Exited

11 at S El Camino Real @ 25th Avenue heading West, then suddenly him reemerging to
   El  Camino Real, and NO TRAFFIC.
12
   WHERE DID ALL THOSE SUPPOSEDLY SUDDEN TRAFFIC DISAPPEAR TO?  LIKE THAT ZOMBIE
13 ZONE BERMUDA TRIANGLE IN FLORIDA WHERE HUMANS, BOATS, PLANES MYSTERIOUSLY DIS-

14 APPEAR TO!

15 And also, defendant Bologna need to explain to the Judge at Trial as to how

16 fast I was driving all the way up to 31st Avenue at Hillsdale Mall when he
   pulled me over, and the Hillsdale Mall was CLOSED BEING NIGHT-TIME AT 3 AM,
17 or thereabouts at that time of night!

18 Obviously The Honorable Traffic Commissioner The Honorable Garrat saw all these,

19 and knew that defendant Bologna was LYING ON THE CITATIONS HE ISSUED TO ME,
   AND ALSO LIED IN COURT AFTER BEING SWORN-IN.
20
   May The Right Honorable Judge at Trial be thoroughlly prepared for defendant
21 Bologna, and his Lies and Explanations.

22 Defendant Bologna need to explain the Traffic Situation.

23 What will happen at Trial is that I will bring a blackboard and draw diagram(s)

24 indicating where I was, and at 3 AM at that time of Night: NO TRAFFIC WHATSOEVER

25 WITH EMPHASIS, ZERO TRAFFIC.

26 AT 3AM, ZERO TRAFFIC.  NIGHTTIME!

27 NO TRAFFIC BUMPER-TO-BUMPER VARIETY LIKE DEFENDANT BOLOGNA INSISTS.

28 THEREFORE, EVERYBODY KNOWS INCLUDING THE HONORABLE TRAFFIC COMMISSIONER THE
   HONORABLE GARRAT THAT I DID NOT VIOLATE ANY LAWS: ANY LAWS OF THE UNITED

STATES, INCLUDING OF THE UNITED STATES/CALIFORNIA TRAFFIC LAWS, RULES, REGULATIONS, CODES.

BUT, DEFENDANT BOLOGNA DID: FALSE CITATIONS, ILLEGAL DETENTION, AND FALSE IMPRISONMENT.

Just as a criminal having committed a crime, then covered his trail, here, defendant Bologna after his committing Crime of Perjury: FELONY, he makes up stories, just as President Clinton spoke of "The Biggest Fairytale...".

Hence, Punitive Damages are more than necessarily applicable to STOP OFFICERS OF THE LAW FROM MANIPULATIVELY MANUFACTURING LIES AND FALSEHOODS WHOLE ON DUTY BECAUSE UNBECOMING, UNFIT OF THE BADGE THEY WERE BECAUSE WHILE THEY ARE WITHIN THE SCOPE THEIR EMPLOYMENT, THEY ARE NOT ONLY LIABLE THEREFOR; BUT, ALSO THEIR EMPLOYERS THEREFOR. HERE, THE SAN MATEO POLICE DEPARTMENT, AND THE CITY OF SAN MATEO, HOLDING IT VICARIOUSLY LIABLE THERETOFORE.

The City of San Mateo is Agency, Employer of The San Mateo Police Officers.

My eldest daughter Loselea at the time Senior at Notre Dame de Namur University at Belmont: California 2007 Commencement Valedictorian Speaker at that University (following Guest Speaker The California Senator The Honorable Jackie Speier), and I went to the San Mateo Police Department to lodge a Complaint in the afternoon of 2/20/06 with regards to defendant Bologna's LIES AND FALSE-HOODS CITATIONS AGAINST ME.

About 2 days later, I received in the mail Notice of Correction indicating that the Original Citation issued to me by defendant Bologna on 2/20/2006, was Amended/Changed from 22400(a)VC into New Citation of 22109 VC Failing to Signal. EXHIBIT 2. They came up with a LIE TO HIDE A LIE, AS I TOLD THE HONORABLE GARRAT ON FRIDAY SEPTEMBER 15, 2006.

When The Traffic Commissioner The Honorable Garrat saw that the Original Cita-tion of 2/20/2006 by defendant Bologna was Amended-Changed to New Citation by San Mateo Police Officer Jack Ratcliffe S26, hereafter defendant Ratcliffe, The Honorable Garrat knew right away that just as defendant Bologna had LIED, so likewise this new officer defendant Ratcliffe S26 had also LIED. It is known that Judges made/make their decisions based on EVIDENCE OF FACTS BEFORE THE COURT IN FRONT OF THE COURT, NOT FAIRYTALES PEOPLE BRING TO COURT, LIKE THE FAIRYTALES DEFENDANT BOLOGNA, DEFENDANT RATCLIFFE BROUGHT TO THE COURT.

THE POLICE COVER-UPS HAVE BEGUN IN EARNEST, AND IN-PROGRESS. ALSO PERJURY, CONSPIRACY, ACCOMPLICE, MALICIOUS SILENCE, OBSTRUCTION OF JUSTICE, AND VIOLA-

10

TIONS OF DUE PROCESS.

And, defendant Ratcliffe was not in the Scene to eyeball the Incident if there was indeed any such as he asserted Failing to Signal. But, WHERE? AND WHEN?

Furthermore, defendant Ratcliffe actively knowingly COVER-UP LIES AND FALSE-HOODS of/by his fellow-officer defendant Bologna, both having signed with the declaration, "UNDER PENALTY OF PERJURY UNDER LAWS OF THE STATE OF CALIFORNIA, THE FOREGOING IS TRUE AND CORRECT." Both therefore as such have heinously committed PERJURY, FELONY, ACCOMPLICE, CONSPIRACY, MALICIOUS SILENCE, OBSTRUC-TION OF JUSTICE.

In early August 2006, I received letter from San Mateo Police Captain Mike Calla-gy EXHIBIT 3, hereafter defendant Callagy, which informed me that my Complaint to Police Department as already described, was investigated by San Mateo Police Lt. Alan J. Parisian, hereafter defendant Parisian, and he exonerated his fellow-officer defendant Bologna.

Defendant Parisian had interviewed me. He vehemently denied any involvement of defendant Bologna with the Incident of the Unlawful, Unjustified Traffic Stop of the night of Monday, February 20, 2006 at about 3 AM, or thereabouts. Defendant Parisian even suggested (ANOTHER FAIRYTALE) that 2 different police cars tailgated me. But, I stayed on the path of being right, and honest, and truthful, maintaining sustainingly my Armor of Integrity, and insisted that it was defendant Bologna who tailgated me, and it was the very same defendant Bologna who signed the Original Citation on 2/20/2006. At this, defendant Parisian got so viciously angry, very mad, pissed-off, and immediately Cut-Off the Interview.

I WILL SUBPOENA THAT TAPED INTERVIEW WHEN THIS CASE GOES TO TRIAL.

ITS VERY PRESENCE IS A LEGAL NECESSITY IN COURT AT THE TRIAL.

In Court, on Friday, September 15, 2006, my attorney Mitri Hanania asked defen-dant Bologna as to whether he was the officer that made sharp U-Turn at 20th Avenue originally heading North, and now heading South. Defendant Bologna admitted he was. Attorney Hanania asked defendant Bologna as to whether he was the officer that tailgated me, aggressively pursued me, and to which defendant Bologna admitted again that he was. He also admitted under Oath that he came up from behind me and followed me all the way up to 25th Avenue, where he turned Right, at 25th Avenue.

Attorney Hanania asked defendant Bologna as to whether he was the officer that issued Citations to his client namely Myself for Impeding Traffic and to which

11

defendant Bologna again admitted he was, as he spoke emphatically of the Traffic.

The ripples throughout the Courtroom of gurgling giggles in the Courtroom was indeed telling because all present knows instinctively that defendant Bologna has LIED AND THUS HAD COMMITTED PERJURY: FELONY, UNDER OATH IN THE COURTROOM OF LAW.

Everyone knows there is NO TRAFFIC AT THAT PARTICULAR TIME OF NIGHT.

Defendant Bologna COMMITTED PERJURY ON PAPER: FELONY, WHERE HE LIED AND TOLD FALSEHOODS ON PAPER, NOW IN THE COURTROOM OF LAW HE IS VERBALLY STILL UTTERING MORE LIES AND THUS COMMITTING MORE PERJURY, MORE FELONY.

In defendant Callagy's letter bearing the insignia inclusive of easily recogni-zable identifiable symbol and Letters "CITY OF SAN MATEO", directly implicates defendant City of San Mateo because said City is Employer, Agency, and Vicari-ous Liability of Its Employees while they are Under Employment such as the defendants in this case: San Mateo police officers.

Defendant Callagy in his letter informed me that defendant Parisian's exonera-tion of his fellow-officer defendant Bologna was Approved by San Mateo Chief of Police Susan E. Manheimer, hereafter defendant Manheimer.

This constitutes COVER-UP. CONSPIRACY. ACCOMPLICES. MALICIOUS SILENCE. VIOLATIONS OF DUE PROCESS.

And, the COVER-UP. MALICIOUS SILENCE. OBSTRUCTION OF JUSTICE OF/BY DEFENDANT CITY OF SAN MATEO: EMPLOYER, AGENCY, VICARIOUS LIABILITY AS TO DEFENDANTS HERE OF THE SAN MATEO POLICE OFFICERS.

Cover-Up Actions of Superiors (defendant Ratcliffe, defendant Parisian, defen-dant Manheimer, defendant City of San Mateo) are sufficient to State Cause of Action against The Municipality, as here defendant City of San Mateo, would have to meet the Standards set forth in Municipality Liability in Monell v. Department of Social Services of City of New York, 436 U. S. 658, 98 S. Ct. 20-18, 56 . Ed. 2d 611.

Here, such Standards for Municipal Liability ARE SATISFIED AND FULFILLED.

This is true where the COVER-UP amounted to a Ratification of the Officer's Unlawful, Unjustified, and Illegal Conduct: To Wit: defendant Bologna's Unlawful and Unjustified and Illegal Conduct Approved by defendant MANHEIMER, INFORMED OF BY DEFENDANT Callagy, where defendant Bologna's Unlawful and Unjustified and

12

Illegal Conduct/Activities were exonerated by defendant Parisian, and because
of Liable Implication directly of the Municipality, as here The City of San
Mateo who is The Employer, Agency, Vicarious Liability, hence Direct Consequen-
tial Liability of defendant City of San Mateo.

To The Traffic Commissioner, The Honorable Stephanie Garrat, Superior Court,
State of California, Central Branch, County of San Mateo, I sent to The Honor-
able Garrat Priority Mail on Saturday September 16, 2006 EXHIBIT 4 the Original
Citations by defendant Bologna, and the Amended Citation by defendant Ratcliffe,
EXHIBIT 2, heretofore abovestated.

Receiving Priority Mail from Myself, heretofore described, on Monday September
18, 2006, obviously The Honorable Garrat saw the LIES AND FALSEHOODS TORTIOUSLY
COMMITTED BY DEFENDANTS BOLOGNA, AND RATCLIFFE glaringly evidentiary of Gross
DISRESPECT TO/FOR THE COURT by defendants Police Officers, not just the LIES
AND FALSEHOODS on paper in their Citations; but, also, the LIES AND FALSEHOODS
uttered unmistakably by defendant Bologna to The Honorable Garrat while he was
in Court facing The Honorable Garrat after having being Sworn-In.  Obviously
defendant Bologna no longer has the ability, nor capacity, nor capability to
differentiate between Lies and Truth.

But, The Honorable Garrat did differentiate between Lies and Falsehoods from
defendants Bologna, and Ratcliffe from the San Mateo Police; and the Truth
from Myself.  Truth has its own volition and power, it surfaces, and cannot be
ever suppressed.  Truth has a voice of its own, and will speak, and make its
own declaration.

Usually, Courts take a while to make Court decisions.  Not here.  The Honorable
Garrat move super-fast.  Judges do not like people including police officers
who come into Court: THE HONORABLES' SPHERES AND DOMAINS OF JUSTICE THEY
JUDICIOUSLY GUARD FOR THE SAKE OF JUSTICE AND THEIR OWN LEGACY AND WILL BE
QUOTED IN LAW BOOKS, THE COURT KNEW PURSUASIVELY EVIDENTIARY THAT THE COURT
WAS LIED TO BY LAW OFFICERS WHO SHOWED UP IN COURT SHOWING THE COURT HUGE
DISRESPECT WHICH IS INEXCUSABLE, INTOLERABLE.  The Court Decided ENOUGH, AND NO
MORE.

Just as I did myself after the Police Officers Unlawfully, Unjustifiable, and
Illegally Violated my Rights.  Therefore under the circumstances, this is
the ONLY OPTION for myself that defendants gave me: FILE THIS LAWSUIT.  SEEK
MY RIGHTS UNDER THE CONSTITUTION OF THE UNITED STATES, AND UNDER THE LAWS OF THE
UNITED STATES, AND UNDER CIVIL RIGHTS.

13

The Honorable Garrat called my Attorney Hanania and to let him know to alert his client namely Myself that the Court DISMISS the San Mateo Police Case(s) against me.

AND UNMISTAKABLY, IRREFUTABLY, UNDENIABLY, The State of California Superior Court Traffic Commissioner The Honorable Garrat obviously by His Honor's DISMISS of defendants San Mateo Police Case(s) against me did NOT EXONERATE DEFENDANT BOLOGNA AS DEFENDANT PARISIAN DID; NOR THE APPROVAL FOR THE EXONERATION BY DEFENDANT MANHEIMER, NOR THE ENDORSEMENT-ENFORCEMENT-RATIFICATION BY EMPLOYER-AGENCY-VICARIOUS LIABILITY OF DEFENDANT CITY OF SAN MATEO.

In December 2006, I submitted to defendant City of San Mateo Claim for Damages.

In February 2007, I received from defendant City of San Mateo Its City Attorney Shawn M. Mason letter EXHIBIT 5 which is self-explanatory as to Its rejection of said defendant City of San Mateo  Claim for Damages submitted to It by Myself.

But, however, determining definitively and putting everything through The Scope of Justice, through The Scales of Justice, through The Lens of The Laws of The United States, in their proper perspective, to the degree that evidence can be adduced that the COVER-UPS, as described; the Malicious Silence, as described; the Perjury, as described; the Felony(nies) as described; the Conspiracy, as described; the Accomplices, as described; the Illegal Detention: Violation of 4th Amendment Rights Under The Constitution of The United States, as described; the Amendment of Citation was Tortious Criminal Activity constituting Violations of my Due Process, as described; the False Imprisonment, as described; the Obstruction of Justice, as described; the Racial Vituperative Insults, as described; all of identifiable defendants as described; and the glaring failure imputable to defendant City of San Mateo: Employer-Agency-Vicarious Liability at/as The Head of Chain of Command, to have taken none of the prerequisite necessary corrective action(s), and turning intentionally away from such required prerequisite necessary corrective action(s), Its necessary duty and responsibility to do so of the repeated errant employees of defendants police officers then are-become inherent part-and-parcel bone-and-hide-and-skin and mindset of a Municipal's Policy, or Custom, which therefore appropriately directly consequentially introduces Second (2nd) INCIDENT OF MY CLAIMS directly theretofore EXHIBIT 6 which primarily constitutes HARASSMENT, RACIAL VITUPERATIVE INSULTS, PSYCHOLOGICAL ABUSE, MENTAL ABUSE, AND SUBSEQUENT EMOTIONAL DISTRESS.

14

A telephone call was placed to The San Mateo Chief of Police Susan E. Manheimer, but who never call back, nor respond in any way, shape, or form. This consti-tutes COVER-UP, MALICIOUS SILENCE. CONSPIRACY. ENDORSEMENT-ENFORCEMENT-RATIFICATION OF HER OFFICERS' UNLAWFUL, UNJUSTIFIED, AND ILLEGAL ACTIVITIES.

SECOND INCIDENT

Evokes United States Code, Title 42, Section 1983: 42 U. S. C. Sec 1983.  Civil Action for Deprivation of Rights.  HARASSMENT IS A COMMON FORM OF POLICE MISCONDUCT, AND POLICE ABUSE.

HARASSMENT OF INDIVIDUALS BASED ON THEIR RACE, ETHNIC BACKGROUND VIOLATES RIGHTS GUARANTEED UNDER THE 1st, 4th, AND 14th AMENDMENTS OF THE UNITED STATES CONSTITUTION.  Harper v. Harris County, Texas.  21F. 3d.  597 (5th Circ. 1991) (en banc) EQUAL PROTECTION CLAIM FOR VITUPERATIVE RACIAL INSULT.

I was driving to work Thursday night of July 12, 2007.  Defendants 2 San Mateo police officers Richard Reyna, hereafter defendant Reyna, and Matthew Lethin, hereafter defendant Lethin, HARASSED ME.

Defendant Reyna/defendant Lethin actual identity known of either by person of head shaved, white officer, at around 3:10 AM at night, followed me on Delaware Street in San Mateo for 4 blocks, and pulled me over at the corner of 2nd Avenue on Delaware Street.  I have been driving steadily maintaining 25 mph, the requi-site speed limit for that section of town of San Mateo.  I know because I have lived in San Mateo since 1968.

I drove with the Law in full compliance with Traffic Laws, Rules, Regulations, Codes.  Defendant Reyna/defendant Lethin asked me for my Driver's License which I gave to him, and he went back to his police car to check me on Police Computer Databsse.  And, there is a Record of this whenever a Driver's License is being checked by a police officer.

After 4 or so minutes went by, defendant Reyna/defendant Lethin handed me my Driver's License.  No Citation was issued, because my Driver's License was in goood standing, not suspended, and no warrant for any arrest.

Because I was in full compliance with Traffic Laws, Rules, Regulations, Codes, the Traffic Stop by defendant Reyna/defendant Lethin was therefore Unlawful, Unjustified, and Illegal.

THIS CONSTITUTES HARASSMENT BECAUSE THE TRAFFIC STOP WAS BASED ON MY RACE, MY ETHNIC MINORITY BEING PERSON OF COLOR, MINORITY, THEREFORE INFERIORITY TO THESE WHITE OFFICERS, THEREFORE VIOLATING MY RIGHTS GUARANTEED UNDER THE 1ST, 4TH,

15

AND 14TH AMENDMENTS OF THE UNITED STATES CONSTITUTION.  Harper, as abovestated.
VITUPERATIVE RACIAL INSULT.

I continued on, made a brief stop to put gas into my car, then to Safeway for
some groceries.

As I drove through 25th Avenue, on El Camino Real in San Mateo, I noticed a
police car following me.

For me, there was momentarily the immediate flash-back of the First Incident
of that San Mateo police officer defendant Bologna, tailgating me, aggressively
pursuing me.

Now here, there was this yet again this Incident of yet another police car
following me.

As I drove through 37th Avenue, 12 blocks later, it is now the Hillsdale area,
the car closely following and tailgating me, aggressively pursuing me, HARASS-
ING ME, was a San Mateo police car.

The 2nd San Mateo police officer, defendant Reyna/defendant Lethin pulled me
over to the side of the road at 1 block South 37th Avenue, i.e., 38th Avenue,
El Camino Real, the time around 3:40 AM, still in the nighttime.

The 2nd officer defendant Reyna/defendant Lethin walked up to me with his
flashlight on full-blast, and questioned me in a very loud and angry voice,
"Did my partner pull you over?".

I responded, "Yes, a San Mateo police officer pulled me over first in San Mateo,
and now for the second time about 30 minutes later here in Hillsdale."

These 2 different San Mateo police officers, defendants Reyna, and Lethin, are
both white.  It is obvious to anyone with any thinking capacity that the 1st
officer called his partner the 2nd officer to look out for me, describing my ve-
hicle, RACE, ETHNICITY, MINORITY, INFERIORITY AS TO HIM, and who pulled me over,
and there should be a Record of this both of the First Pull-Over, and the Se-
cond Pull-Over; yet what is suspicious to anyone with any thinking capability
and reasoning ability there was no necessity for the Second Pull-Over because
my Driver's License has been checked by the 1st officer, and my Driver's
License is in good standing, and not suspended, and no warrant for my arrest.

In a way, this constitutes ONSET OF EMOTIONAL DISTRESS to victim namely Myself.
Because of my RACE, ETHNICITY, MINORITY, SELF-DEFINED BEING POWERLESS, VOICELESS
AND BEING DEFENSELESS, and THE WHITE OFFICERS KNOW THESE.  THEY KNOW THEIR
POWER, AND THAT POWER HAVE GONE TO THEIR HEADS, AND THEY USE IT TO THEIR

16

1    PERPETUAL BENEFIT AND CONSTANT ADVANTAGE.

2    Both UNLAWFUL, UNJUSTIFIED, AND ILLEGAL TRAFFIC STOPS CONSTITUTING HARASSMENTS,

3    AND HATE-CRIMES BASED ON MY RACE, AND ETHNIC MINORITY PERSON OF COLOR.

4    In a sense, palpable, the White Officers involved here have taken away, wrenched
     away from me my FREEDOM ALLOWED ME BY THE LAWS OF THE UNITED STATES, MY RIGHTS

5    GUARANTEED TO ME BY THE CONSTITUTION OF THE UNITED STATES, MY CIVIL RIGHTS TO

6    DRIVE ON THE ROAD SINCE I HAVE A GOOD DRIVER'S LICENSE, AND AUTO INSURANCE
     POLICY WITH ME.

7

8    The 2nd San Mateo police officer defendant Reyna/defendant Lethin loudly excla-
     matorily spouted off and vehemently exploded in violent outbursts stuff totally

9    incomprehensible to me.

10   THIS CONSTITUTES RACIAL VITUPERATIVE INSULTS.  MENTAL ABUSE.  PSYCHOLOGICAL

11   ABUSE.  MORE HARASSMENTS.  MORE HATE CRIMES.

12   To these San Mateo police officers, I because of my RACE, AND ETHNIC MINORITY
     PERSON OF COLOR, IS TO THEM INFERIOR TO THEM, WORTHLESS TO THEM, AND VALUELESS

13   TO THEM, SO WRITE ME OFF, NOT OF THEIR CONCERN AND THAT THEY COULD DO TO ME

14   WHATEVER THEY WANT AND SO DESIRE OF THEIR OWN WHIMS.

15   BUT, NOT SUPPORTED BY "WE THE PEOPLE" OF THE CONSTITUTION OF THE UNITED STATES,

16   NOR THE LAWS OF THE UNITED STATES, NOR CIVIL RIGHTS.

17   Defendant City of San Mateo employee defendant Manheimer in Brochure for
     defendant City of San Mateo declares in Philosophy of Chief of Police EXHIBIT 7

18   that "The San Mateo Police Department is dedicated to providing the highest

19   level of police services to all persons within our community..."

20   Yet, this very defendant Manheimer COVER-UP, CONSPIRACY, ACCOMPLICE, MALICIOUS

21   SILENCE, OBSTRUCTION OF JUSTICE.

22

23                   ## LEGAL ISSUES WITH APPLICABLE LAWS CITED

     VIOLATION OF UNITED STATES CONSTITUTIONAL RIGHTS: 4TH AMENDMENT SEIZURE:
24
     ILLEGAL DETENTION:
25
     Under The Rule of Law, police officer may detain and question a person upon
26   officer's reasonable belief that criminal activity is afoot.

27   Test to Apply:

28   1.  Person detained?  Here, yes.  Defendant Bologna detained me.  And thus, I was

                                                                              17

detained.

2. Reasonable person free to leave? Here, No. I was not free to leave. Defendant Bologna and his 2 back-up officers, by their very Presence, were there to Detain me. And thus, I was not free to leave.

3. Did officer have objective belief basis to believe person engaged or about to engage in criminal activity? Here, No. Defendant Bologna tailgated me, aggressively pursued me for 11 blocks, HARASSING ME, even though I was steadily complying with Traffic Laws, Rules, Regulations, Codes. Defendant Bologna was himself engaged in criminal activity of Raci-al Profiling me because of my visibility of my RACE, OF AND ETHNIC MINORITY PERSON OF COLOR. My skin-color triggered in defendant Bologna his Racial Profiling of me to exercise HATE CRIME OF AND TO ME, his clear Racism of me, Color Bar of me, and Bias against me, Prejudice and Bigotry as to the deliberate way and targetted methodoloty of his Discrimination against me, by his dangerously and aggressively pursuing me, HARASSING ME. Accordingly, officer defendant Bologna did not have objective basis to believe I was engaging in criminal activity. As to his accusation of me being drunk and driving, then why did he not subject me to Sobriety Test or Breathlyzer Test?

And, moreover he ended up LYING IN THE ORIGINAL CITATION ON FEBRUARY 20, 2006, WHICH CLEARLY SHOWS THAT DEFENDANT BOLOGNA WAS DETERMINED TO GIVE ME CITATIONS EVEN THOUGH FALSELY.

NO ONE CAN DO ANY WORSE THAN THAT. AND THANK BE TO THE SYSTEM THAT AN HONEST JUDGE SUCH AS TRAFFIC COMMISSIONER THE HONORABLE GARRAT SAW THE LIES AND FALSEHOODS BY DEFENDANT BOLOGNA, AND THIS SPEAKS VOLUMES ABOUT HONEST AND JUDICIOUS JUDGES IN THAT THEY DO EXIST AS DEFENDERS OF JUSTICE!

4. Was the stop temporary? Here, No. It was not. It extended in excess of going 40 minutes, long, unendurable, intolerable, unnecessary minutes. while defendant Bologna fished for what to falsely cite me with. His 2 back-up officers engage in Conspiracy and Accomplices what to fraudulently cite me for, dishonestly with: No Integrity to Cite me with. As such, therefore, the stop was not temporary.

5. Was stop no longer than necessary? Here, No. It most certainly, definitely was not. It way exceeded unreasonable time of time-scope, time-spectrum, time-frame, time-duration. Thus, the stop was longer than necessary.

18

And so, in totality, in its entirety, defendant Bologna VIOLATED MY 4TH AMENDMENT RIGHTS UNDER THE                    UNITED STATES CONSTITUTION AS TO ILLEGAL DETENTION.  DEFENDANT BOLOGNA IS LIABLE THEREFOR.

HARASSMENT: 1ST COUNT INCLUSIVE OF RACIAL VITUPERATIVE INSULTS.  1ST COUNT CONSTITUTING VIOLATIONS OF 1ST, 4TH, AND 14TH AMENDMENTS OF THE UNITED STATES CONSTITUTION.

Under The United States Code, Title 42, Section 1983: 42 U. S. Sec 1983. Civil Action for Deprivation of Rights. Harassment is a common form of Police Misconduct, and Police Abuse.

Under this United States Code, HARASSMENT OF INDIVIDUALS BASED ON THEIR RACE, ETHNIC BACKGROUND VIOLATES RIGHTS GUARANTEED UNDER THE 1ST, 4TH, AND 14TH AMENDMENTS OF THE UNITED STATES CONSTITUTION.  Harper v. Harris County, Texas, 21F. 3d. 597 (5th Circ. 1994) (en banc) Equal Protection Claim for Vitupera-tive Racial Insult BASED ON RACE, AND ETHNIC BACKGROUND.

Here, defendant Bologna subjecting me to fiercely dangerously tailgating me, aggressively pursuing me, HARASSING ME, because of my RACE, AND MY ETHNIC BACK-GROUND MINORITY PERSON OF COLOR least able and no-capability, no-capacity, to defend myself, and my Minority Ethnic Background of being Ethnic Minority Person of Color by defendant Bologna's Racial Profiling of me, thus subjugating me to lowly inferiority abuse of dangerously tailgating me, aggressively pursuing me, HARASSING ME, even though I was fully complying with Traffic Laws, Rules, Regulations, Codes, constitute HARASSMENT, AND RACIAL VITUPERATIVE INSULTS BECAUSE OF DEFENDANT BOLOGNA'S ASSESSMENT OF HIS BEING WHITE HENCE WHITE-SUPREMACY AND ME BEING NON-WHITE THUS NON-EQUALITY, AND THEREFORE TO SUBJECT SUCH LOWLY INFERIOR MINORITY PERSON OF COLOR TO ANIMALISTIC ABUSE, HIS REASONING BEING PEOPLE OF COLOR ALWAYS COMMIT CRIMES, UP TO NO-GOOD, SO WRITE THEM OFF, AND US WHITES ON THE OTHER SIDE DOING GOOD, SO WE ARE IN THE RIGHT, BUT UNJUSTIFIABLE UNDER THE LAWS OF THE UNITED STATES, BACKED UP BY CIVIL RIGHTS, AND SUPPORTED BY THE CONSTITUTION OF THE UNITED STATES.

Therefore, defendant Bologna is LIABLE FOR HARASSMENT AND VITUPERATIVE RACIAL INSULTS THEREFORE VIOLATING MY RIGHTS GUARANTEED TO ME UNDER THE 1ST, 4TH, AND 14TH AMENDMENTS OF THE UNITED STATES CONSTITUTION.

PERJURY, 1ST COUNT

Under The Rule of Law, the criminal offense of making false statement under Oath in a Legal Proceeding with no sincere belief in its Truth, when it is relevant to a material in the Proceeding.                                    19

1  Here, defendant Bologna made the criminal offense of false statement under Oath
2  in the Original Citation he issued to me because before signing his name,
3  there is the declaration, "I swear under Penalty of Perjury that the foregoing i
   is true and correct", that I Impede Traffic at S El Camino @ 25th Avenue because
4  at that point in time and location he'd already made Right-Turn at 25th Avenue,
5  and had Exited, away from that area, out from that area, so how is it lawfully
   and justifiably possible for him being already out of that area and location to
6  know, to see, to perceive what is going on in that very precise area as he was
7  not there, and my car at that precise time and location the only single, soli-
8  dary vehicle on S El Camino @ 25th Avenue AND THERE WAS ABSOLUTELY NO TRAFFIC
   WHATSOEVER THERE TO BE IMPEDED, AND OF WHICH HE INSISTED in the Legal Proceeding
9  before The State of California Traffic Commissioner The Honorable Garrat,
10 and defendant Bologna lacked the sincere belief in its Truth in/of his Citation
11 he had issued to me, because it was relevant to the Citation he had issued Fal-
   sely to me in the Legal Proceeding.
12 And thus, defendant Bologna had/had COMITTED PERJURY.
13
   PERJURY, 2ND COUNT
14
   Rule of Law heretofore cited above.
15
16 Here, defendant Ratcliffe made the criminal offense of False Statement Under
   Oath in his Amended-Changed Citation to New Citation he issued to me on 2/21/06
17 because before signing his name, there was the declaration, "I swear under
18 Penalty of Perjury that the foregoing is True and Correct,"  that I "Fail to
   Signal". Where was that? When did that happen/occur?  Because defendant Rat-
19 cliffe on that hour of night of February 20, 2006 was not at the scene to eye-
20 ball any such occurence, if indeed there was any such incidence, which there-
21 to fore in this Legal Proceeding before The State of California Traffic Commi-
   ssioner The Honorable Garrat, that defendant Ratcliffe LACKED TRUTH in/of
22 his Falsehood Citation he'd issued to me, because it was relevant to the
23 Legal Proceeding.
24 And as such therefore, accordingly, defendant Ratcliffe has Committed PERJURY.
25 CONSPIRACY
26 Under The Rule of Law Applicable, Combination or agreement of 2 or more persons
   to commit, to achieve an unlawful act.
27
   1.  Combination or agreement of 2 or more persons.
28 Here, defendant Bologna and his back-up officers combined in agreement to Cite

20

1  me falsely with FALSEHOOD CITATION "IMPEDE TRAFFIC" when at 3 AM or thereabouts
2  AT THAT TIME OF THE NIGHT THERE WAS ABSOLUTELY NO TRAFFIC WHATSOEVER TO IMPEDE,
   AND DEFENDANT BOLOGNA WAS NOT HIMSELF EVEN PRESENT AT THAT LOCATION SHOWN IN THE
3  CITATION OF 2?20/06 S El Camino Real @ 25th AVENUE.

4  Here, defendant Bologna and defendant Ratcliffe, and others in the San Mateo
   Police Department combined in agreement to Amend-Change Citation to another New
5  Citation. THEY CAME UP WITH A LIE TO HIDE A LIE, thinking that because my
6  RACE AND ETHNIC MINORITY BEING OF NO MATTER, BUT IT COULD GET SOMEONE INTO
7  TROUBLE, OR PEOPLE INTO TROUBLE, AS HERE UNDER THE LAWS OF THE UNITED STATES,
   AND THE UNITED STATES CONSTITUTION: OFFICERS ARE LIABLE THEREFOR.
8
9  More tellingly, defendant Ratcliffe was not himself at the scene to eye-ball
   anything to his credibility, he therefore lack honesty and no Integrity in his
10 duty as law-officer.

11 Therefore, there was combination or agreement of 2 or more persons.

12 Here, defendant Parisian, and defendant Ratcliffe combined in agreement to
13 exonerate the Unlawful, Unjustified, and Illegal Citations/Actions of their
   fellow-officer defendant Bologna: To Wit: Ratcliffe to Amend-Change Citation to
14 New Citation: FALSE CITATION; defendant Parisian to exonerate-free from Guilt
15 defendant Bologna's Guilty Illegalities and Unjustified Unlawful Activities
16 because I did not break nor violate any Traffic Laws, Rules, Regulations, Codes.

17 Therefore, there was combination or agreement of 2 or more persons.

18 Here, defendant Manheimer, and defendant Parisian, and defendant Ratcliffe,
   combined in agreement: Amend-Change Citation as described; Exoneration of Guilt,
19 as described; and Approved of defendant Bologna's Unlawful, Unjustified, and
20 Illegal Citations by defendant Manheimer, as described heretofore.

21 Therefore, there was combination or agreement of 2 or more persons.

22 Here, defendant Callagy's letter to me indicates agreement to endorse-enforce-
23 ratify the Unlawful, Unjustified Illegalities of officers down-the-line,
   as heretofore described.
24
   Therefore, there was combination or agreement of 2 or more persons.
25
   Here, defendant City of San Mateo Silence/Non-Response to my letter to Mayor
26 John Lee indicates impliedly persuasively the silent-majority combination in
27 agreement to lay-aside, put-off, heave-off response which constitutes COVER-UP
28 defendant's Bologna's and other officers up and down the Chain of Command of
   their Unlawful, Unjustified, Illegalities.

                                                                    21

Therefore, there was combination or agreement of 2 or more persons.

2.  Commitment and Achievement of Unlawful Act(s).

For defendant Bologna, and his back-up officers, as described; for defendants Ratcliffe, Parisian, Callagy, Manheimer, as already described; and for defend- ant City of San Mateo: Employer-Agency-Vicarious Liability therefor.

Therefore, CONSPIRACY WAS COMMITTED, AND OCCURED, AND LIABILITY FOR CONSPIRACY THEREFOR.

ACCOMPLICE(S)

Under The Rule of Law, Aids and Abets the commission of a Crime.

1.  Act of Aiding

Here, defendant Ratcliffe acts to Aid defendant Bologna in his Unlawful and Illegal Citations of me.

Here, defendant  Callagy, by his letter to me constitutes his act to Aid his fellow-officers up and down the Chain of Command;

Here, defendant Manheimer acts to Aid defendant Parisian by Approval of his Wrongful Exoneration of fellow-officer defendant Bologna's Unlawful, Unjustified and Illegal Citations of me;

Here, defendant City of San Mateo by Its Silence Impliedly Endorsed-Enforced- Ratification, and thusly acts to Aid all the Unlawful, Unjustified, and Ille- gal Activities/Actions of Its Employees while they are employed to It, here San Mateo police officers, as described.

Therefore, the Act of Aiding was Committed.

2.  and the Intent to Aid, and to Abet (MALICE).

Here, defendant Ratcliffe, by his Amend/Change the Original Citation to New Citation, and having the clear Intent to Aid by his fraudulently Amend-Change of the Original Citation by defendant Bologna, thereby/therewith have committed MALICE (MALICIOUS FRAUD), and DECEIT by his Act, and in his Misrepresentation of a material fact, to wit: because I did Signal before turning when defendant Bologna pulled me over, and said defendant Ratcliffe at that time and location was not himself there to eye-ball incident;

Here, defendant Parisian had the Intent to Aid his fellow-officer defendant Bologna by Exoneration and thus by his Abetting fulfill the requisite MALICE, as above-dexcribed;

22

Here, defendant Manheimer had the clear Intent to Aid her underling officers down the Chain of Command defendant Parisian by her Approval of Parisian's exoneration, and thus by her Abetting fulfill the requisite MALICE, as above-described;

Here, defendant Callagy's letter to me has the Intent to Aid his fellow-officers, up and down the Chain of Command, and by such Abetting, thus fulfilling the requisite MALICE, as above-described;

Here, defendant City of San Mateo Silence-Non Response to my letter constitutes Implied Aid to Its Employees, and thus by Its Abetting of Its own Employees, to hide them away from the piercing eyes of the world, fulfill the requisite MALICE, as above-described;

Therefore, there was Intent to Aid, and to Abet (MALICEO is satisfied, and fulfilled.

3. plus the Intent that the Crime Aid and Abet carries.

As here, all the way from the Top of Chain of Command, defendant City of San Mateo, to defendant Manheimer, to defendant Callagy, to defendant Parisian, to defendant Ratcliffe, to defendant Bologna, all of them had the clear Intent that Bologna's Unlawful, Unjustified, Illegal Citations carry, because of Amend-Change by defendant Ratcliffe, was on Court-Calender and Court-Docket on Friday, September 15, 2006.

And thus, accordingly therefore, the Crime of Accomplice(s) was Committed, holding defendants Liable therefor.

FALSE IMPRISONMENT

1. Where an act which causes person's confinement to a particular area.

Here, defendant Bologna acts to confine me to the particular area of inside my car, while he spent long time trying to fish for as to what Citation to Falsely, Fraudulently Cite me for;

And thus, accordingly defendant Bologna confined me to a particular area.

2. Where the person could not escape.

Here, there was no way no-how at all for me to escape, to flee from my car, and defendant Bologna having gun could have shot me down. To take off was unthinkable. Defendant Bologna with his gun would have given chase, ran me over, shoot me down: NO LOSS BECAUSE OF MY RACE, AND PERSON OF COLOR ETHNIC MINORITY. ACCORDING TO THEIR EVALUATION AS TO PERSONS OF COLOR.      23

1   Therefore, the person namely Myself could not escape.

2   3.  Where the Intent was to confine that person.

3   Here, defendant Bologna had the clear Intent to confine me inside my car.

4   And thus, accordingly defendant Bologna had the clear Intent to confine me.

5   4.  Where there is actual confinement of person.

6   Here, defendant Bologna had the clear Intent to confine me inside in my car.

7   And thus, defendant Bologna had the clear Intent to confine me.

8   And thus, accordingly therefore there exists actual confinement of myself
    by defendant Bologna, inside my car.

9

10  5.  Where the person being confined is aware of his confinement.

11  Here, I, being confined inside my car by the presence of defendant Bologna,
    and his gun on its holster in his belt.  I knew I was being confined.  And

12  defendant Bologna knew that he is confining me inside my car.

13  I was on my way to work and being fully awake, is thoroughlly aware and alert

14  at all times of my confinement.  And so, I was being confined inside my car,
    and is aware of my confinement.

15

16  And thus, accordingly therefore, this constitutes FALSE IMPRISONMENT, AND
    THE DEFENDANTS LIABLE THEREFOR.

17

18  COVER-UP

    Where the Crime to COVER-UP Crimes Committed.
19
    Here, defendant Ratcliffe committed Crime of Amend-Change Crimes committed
20  by his fellow-officer defendant Bologna constituting COVER-UP Crimes defendant

21  Bologna committed Unlawfully, Unjustifiably, and Illegally, to New Citation
    because he was not at the scene, thus himself have committed Crime.  What he
22  did was Amend-Change the Original Citation to New Citation by defendant Bologna

23  COVER-UP LIES WITH MORE LIES, AND THE TRAFFIC COMMISSIONER THE HONORABLE GARRAT

24  CLEARLY SAW ALL THESE, AND OUTRIGHT DISMISS THE CASE(S) OF THE POLICE AGAINST
    ME BY THROWING THE CASE(S) OUT OF HIS COURTROOM!
25
    Here, defendant Parisian committed the Crime of COVER-UP of fellow officer
26  defendant Bologna by Unlawful, Unjustified, and Illegal Exoneration of said

27  Crimes, which moreover constitutes VIOLATIONS OF DUE PROCESS;

28  Here, defendant Manheimer committed the Crime of COVER-UP of underling officer
    down the Chain of Command defendant Parisian by her Approval of the Crimes

                                                                        24

committed by defendant Bologna, and the Co-Crimes of defendant Parisian Unlawful, Unjustified and Illegal Exoneration because such is within the Domain Exclusively of The Law Court: and incidently, The Law of The Traffic Commissioner The Honorable Garrat saw through all these Crimes, and thus DISMISS their Case(s) against me;

Here, the defendant Callagy committed the Crime of COVER-UP by endorsing-enforcing-ratification Crimes of defendants officers by letter to me;

Here, the Silence from defendant City of San Mateo constitutes COVER-UP of Crimes committed by Its Employees: Police officers involved in this Case.

Here, the letter from City Attorney Shawn M. Mason constitutes more COVER-UPS.

Whatever Crimes our fellow-employees have committed: COVER-UP. Lock the key. Look the other way. Act innocent as doves. COVER-UP. JUST COVER-UP.

Accordingly, therefore, the COVER-UPS, COMMITTED BY DEFENDANTS THEREFOR.

EMOTIONAL DISTRESS

Where a person's emotions wrought havoc because of some external stimulus-stimuli causing such person inevitable trauma and disturbance to his emotions causing such person distress out of ordinary everyday regularity of normality, such person encounters sufferance from Emotional Distress.

Here, ever since the Second (2nd) Incident described of Unlawful, Unjustified, Illegal Traffic Stop caused directly, wilfully, knowingly, intentionally, to me by defendants Reyna, and Lethin, which had wrought havoc with my normal functioning heretofore of everyday regularity of normality, but because of the external stimuli of these San Mateo police officers carrying guns, and they can shoot me in the dark since the 2 Unlawful, Unjustified and Illegal Traffic Stops occured at 3:10 AM, in the nighttime, and yet again 30 minutes later, such horrific traumatic encounters have inevitably brought on direct resultant consequential sufferances to me, causing me inevitably EMOTIONAL DISTRESS.

Moreover, emphatically, these officers have in a way taken away from me my freedom to drive on the road whenever, whereever I want to, since I carry Driver's License in Good Standing, BUT, will they continue to HARASS ME with their HABITUAL HARASSMENTS, and bringing on EMOTIONAL DISTRESS: DAYMARES ABOUT THE INCIDENTS, NIGHTMARES CONCERNING THE INCIDENTS.

25

1  Accordingly, defendants Reyna, and Lethin are LIABLE THEREFOR.

2  HARASSMENT, 2ND COUNT: RACIAL VITUPERATIVE INSULT, 2ND COUNT

3  United States Code, Title 42, Section 1983: 42 U. S. C. Sec 1983. Aforestated.

4  HARASSMENT OF INDIVIDUALS BASED ON THEIR RACE, ETHNIC BACKGROUND VIOLATES

5  RIGHTS GUARANTEED UNDER THE 1ST, 4TH, AND 14TH AMENDMENTS OF THE UNITED
   STATES CONSTITUTION.  Also Aforestated.

6
   Here, the dual actions of defendants Reyna and Lethin Unlawful, Unjustified,

7  and Illegal Traffic Stops in one night: 30 minutes apart one from the other,

8  in their successive short-time duration, were based entirely on my RACE, AND
   ETHNIC MINORITY OF VISIBLE PERSON OF COLOR.

9
   Moreover, these were HATE-CRIMES.
10
   Lethally fully intentionally targeted into/onto me by defendants Reyna, and
11
   Lethin: "DID MY PARTNER...?" constitutes, comprises of the composite of the
12 embodiment of HARASSMENTS, AND RACIAL VITUPERATIVE INSULTS.

13 Therefore, my Rights Guaranteed to me UNDER THE 1ST, 4TH, AND 14TH AMENDMENTS

14 OF THE UNITED STATES CONSTITUTION, WERE/ARE VIOLATED.

15 Therefore, both defendants Reyna and Lethin are LIABLE THEREFOR.

16 HARASSMENT, 3RD COUNT

17 Where words, gestures, or actions of 1 person irritate, impede, torment
   another.
18
   Here, the actions and gestures of defendants Reyna, and Lethin by Unlawful,
19
   Unjustified, and Illegal Vehicle Stops of me at 3:10 AM in that time of night
20 on July 12, 2007 even though I had fully complied with Traffic Laws, Rules,

21 Regulations, Codes irritate me, impede me who was on my way to work, to get to

22 my job in time to punch in before my shift starts at 4 AM at that time of night.

23 Here, I was first pulled over in San Mateo at 3:10 AM, the first officer called
   the 2nd officer to also pull me over again in Hillsdale: To Wit: "Did my
24 partner...?".

25 Accordingly therefore, defendants Reyna, and Lethin by their words, gestures,

26 actions did irritate me, impede me, and torment me.

27 Therefore, both officers defendants Reyna, and Lethin are Liable for HARASSMENT.

28 HARASSMENT, 4TH COUNT

   Rule, abovestated.                                            26

1    Here, after first pull over at 3:10 AM, then 30 minutes later, the second
2    pull-over, the actions, the gestures, the words, such awful words, of/by
     defendant Reyna/Lethin by Unlawful, Unjustified, and Illegal Vehicle Stops
3    at 3:40 AM at that time of night, and spouting off violent outbursts of
4    vehement obviously obscene words, vulgar words incomprehensible to me,
5    torment me, consequently, inevitably.

6    And thus, accordingly, both officers defendants Reyna, and Lethin are LIABLE
     TO ME FOR HARASSMENT, THEREFOR.

7    CIVIL RIGHTS VIOLATIONS: 1ST COUNT OF MENTAL ABUSE, AND PSYCHOLOGICAL ABUSE
8    PSYCHOLOGICAL AND MENTAL ABUSE PRESENT CIVIL RIGHTS VIOLATIONS COVERED BY
9    42 U. S. C. Sec 1983.

10   Under 42 U. S. C. Sec 1983, Where every person who, under color of any statute
11   ...of any State subjects any citizen of the United States...to deprivation of
12   any rights...secured by the Constitution and Laws...shall be Liable to the
     party thus injured...".

13   Here, the Unlawful, Unjustified, and Illegal Traffic Stops by 1st police
14   officer defendant Reyna/defendant Lethin, and pulled me over after following
15   me HARASSING ME for many blocks who was in full compliance with Traffic Laws,
     Rules, Regulations, Codes, deprived me of my Civil Rights secured as to me by
16   the Civil Rights, supported by The Constitution of The United States, and The
17   Laws of The United States, making defendants Reyna and Lethin LIABLE AS TO
18   ME FOR HAVING VIOLATED MY CIVIL RIGHTS: moreover constituting Psychological
19   Abuse, and Mental Abuse.

20   Accordingly, therefore, defendants Reyna, and Lethin ARE  LIABLE TO ME THEREFOR.

21   CIVIL RIGHTS VIOLATIONS: 2ND COUNT OF MENTAL ABUSE, AND PSYCHOLOGICAL ABUSE
22   PSYCHOLOGICAL AND MENTAL ABUSE PRESENT CIVIL RIGHTS VIOLATIONS: 42 U. S. C.
     Sec 1983, presented heretofore above.

23   Here, the 2nd Unlawful, Unjustified, and Illegal Traffic Stops by the 2nd police
24   officer defendant Reyna/defendant Lethin who had pulled me over in Hillsdale
25   having closely followed me for 12 long blocks even though I had fully complied
     with Traffic Laws, Rules, Regulations, Codes, and then questioned me as to
26   whether his partner had pulled me over in San Mateo, and then his spouting off,
27   sputtering, exploding in outbursts of vehement disgusting verbage incompre-
     hensible to me constitute Psychological Abuse, Mental Abuse, Violations of
28   my Civil Rights, RACIAL VITUPERATIVE INSULTS, AND FURTHERMORE MORE HARASMENTS.

                                                                                27

And thus, accordingly defendants Reyna and Lethin are LIABLE THEREFOR.

VIOLATIONS OF DUE PROCESS

Defendant Ratcliffe tampering with fellow officer defendant Bologna's Original Citation is evidentiary to what amounts to VIOLATIONS OF MY DUE PROCESS.

In the Rule of Law laid down in N.A.A.C.P. v. Clairborne Hardware Co., 458 U.S. 886, 929, 102 S. CT. 3409, 73 L. Ed. 2d 1215 (1982) the United States Supreme Court Ruled there that one who has knowledge of an Unlawful or Tortious activity of another, to wit: defendant Ratcliffe who knew of his fellow officer defendant Bologna's Unlawful or Tortious activity; defendant Parisian who knew of his fellow officer's Ratcliffe's, and Bologna's Unlawful or Tortious Activities; and likewise by defendant Callagy, and Approved of in Silence evoking Malicious Silence by defendant Manheimer, and COVER-UPS of these Unlawful and Tortious Activities by defendant City of San Mateo all constitute OBSTRUCTION OF JUSTICE AND COVER-UPS, All the More inherent necessity therefor for Punitive Damages because the Unlawful and Tortious Activities have become habitual and Chronic, therefor.

Under this Supreme Court Ruling, defendants should therefore be held Liable, and Accountable, because the Unlawful and Tortious Activities have become systematic where the left hand knows what the right hand is up to, and vice-versa, the Head knows what the feet have been up to, and vice-versa, inclusive of the heart-beat rub-dub, dub-rub, you rub my back, and I will rub yours', you COVER my back, and I will COVER your back, and the System thus up and down the Chain of Command.

Therefore, my Due Process Rights have been Violated by defendants, and they should therefore be held Liable and Accountable therefor.

HATE CRIME

Where person subjects another to lowly abuse subjugating of lesser inferiority abusive treatment(s) by actions commits HATE CRIME, or unmistakably by words, by gestures.

Here, when and where defendant Bologna Racially Profile me to lowly abuse subjugating me to lesser, Inferiority treatments because of my RACE, my Ethnic Minority, my skin-color, by Bologna's dangerously tailgating me, pursuing me aggressively, HARASSING ME, with simultaneous knowingly he would not have done the same to a White person, such action unmistakably is

28

1  HATE CRIME, as here.

2  Here, when and where defendant Ratcliffe criminally Amends-Changes Citations

3  without Due Process, as aforementioned, of enquiring of me, by such action/

4  gesture subjugating me to lesser Inferior abusive treatments because of my
   RACE, MY SKIN-COLOR, MY ETHNIC MINORITY BACKGROUND, unmistakably commits

5  HATE CRIME.

6  Here, when and where defendant Parisian by his vehement insistence of fairy-.

7  tales 6f 2 different police cars tailgating me, agressively pursuing me,
   HARASSING ME, and that no involvement from his fellow-officer Bologna, even

8  though  I kept repeating it was defendant Bologna who tailgated me, and

9  aggressively pursued me, HARASSING ME, and he was the very one who signed the

10 Citations he issued to me; where thereupon defendant Parisian became very
   viciously angry, severely mad, and pissed-off and immediately CUT-OFF the

11 Interview, had thus subjugated me to lesser Inferior abusive treatment because

12 of my skin-color, my RACE, had unmistakably commits HATE CRIME.

13 Here, when and where defendant Manheimer Approved underling officer down the

14 Chain of Command defendant Parisian's actions, Impliedly subjugating me
   to lesser, unprofessional, uncalled-for Inferior abusive treatment all because

15 of my skin-color, my RACE, had unmistakably commits HATE CRIME.

16 Here, when and where defendant City of San Mateo maintained Silence because

17 of Complaint to Mayor John Lee from me about the First (1st) Incident; such

18 Silence constitutes MALEVOLENT HATE CRIME because of my RACE, my skin-color,
   had thus unmistakably commits HATE CRIME.

19
   Here, when and where defendant Reyna/defendant Lethin subjected me knowingly
20 and intentionally to 2nd Unlawful, Unjustified, and Illegal Traffic Stops

21 in one night 30 minutes apart knowing his partner had just previously pulled me

22 over 30 minutes earlier, and I had steadily complied with Traffic Laws, Rules,
   Regulations, Codes, and then spouting off violent, vehement outbursts of

23 obvious obscene verbage even though incomprehensible to me, such practice of

24 police actions subjected me to Inferior abusive treatments because of my RACE,

25 my skin-color, had unmistakably commits HATE CRIME.

26 Therefore, HATE CRIMES HAVE BEEN COMMITTED BY DEFENDANTS, AND DEFENDANTS'
   LIABILITY ATTACHES, AND ACCOUNTABILITY THEREFORE.

27 LIABILITY OF CITY OF SAN MATEO

28 Under The United States Supreme Court Ruling in Monell, above described, and

                                                          2
                                                           9

in here, since evidence determinedly definitely from all proper perspective
that COVER-UPS are systematic, rampant, as above described, and repeated
failures to take necessary corrective actions against habitual/chronic errant
police officers who have acted Unlawfully, Unjustifiably, and Illegally,
as above-described, such Unlawful, Unjustified, and Illegal actions are part of
Municipal's Policy, or Custom as here applicable to defendant City of San Mateo;
Employer-Agency-Vicarious Liability.

Accordingly, therefor, Liability of defendant City of San Mateo theretofor.

<u>VICARIOUS LIABILITY</u>

Under The Rule of Law, the Liability of 1 person for the acts of another:
Indirect Liability because of Legal Responsibility eg. the Liability of the
Employer for the act(s) of employee(s), while the employee(s) is (are) under
employment of/by/for Employer.

Here, the Liability of Employer City of San Mateo for the actions of Its
Employees: defendant Bologna while under employment to City of San Mateo;
defendant Ratcliffe while under employment to City of San Mateo; defendant
Parisian while under employment to City of San Mateo; defendant Callagy while
under employment to City of San Mateo; defendant Manheimer while under employ-
ment to City of San Mateo; defendant Lethin while under employment to City of
San Mateo, defendant Reyna while under employment to City of San Mateo, defen-
dant City of San Mateo while Under employment unto Itself, and moreover as
The Employer of these Employees, is thus at Top of The Chain of Command,
and THUS BY LAW LIABILITY ATTACHES.

Accordingly, therefore, The City of San Mateo is Vicariously Liable theretofor.

<u>OBSTRUCTION OF JUSTICE</u>

Where Crimes have been committed, and there are Actions to Obstruct Justice.

Here, defendant Bologna committed crimes, his fellow officers up and down
the Chain of Command, up and down the Totem Pole, move in quick to Obstruct
Justice by themselves committing Unjustifiable crimes to do away with Justice.

Ironically, these are law-officers doing Unlawful, Unjustifiable, Illegal works.

Here, defendant Ratcliffe Amends-Changes Citations, such Action constitutes
OBSTRUCTION OF JUSTICE;

Here, defendant Parisian committed crime, his superiors Act to OBSTRUCT JUSTICE
thus creating in the process MORE OBSTRUCTIONS OF JUSTICE;

30

1   Here, defendant Manheimer commits crime, her superior and Employer City of

2   San Mateo COVER-UP, thereby OBSTRUCTION OF JUSTICE, and thereby by such an

3   action instead of slamming the doors about to shut to hide away and buried
    alive these Crimes, instead opens the door wide for all to see when hearing of

4   all these Unlawful, Unjustified, Illegalities, when this Case goes to Full-

5   Blown Trial.

6   Accordingly, therefore, defendants are Liable and Accountable for OBSTRUCTION
    OF JUSTICE THERETOFORE.

7

8                                   DAMAGES

9   1.    Violations of 4th Amendment Right: Illegal Detention        $ 1 Million

10  2.    Perjury, Multicounts; Conspiracy, Multicounts              $ 1 Million

11  3.    Accomplice(s) Multicounts                                  $ 1 Million

12  4.    False Imprisonment                                         $ 1 Million

13  5.    Cover-Ups, Obstruction of Justice                          $ 1 Million

14  6.    Civil Rights Violations, Violations of Due Process         $ 2 Millions

15  7.    Harassments: Racial Vituperative Insults, Multicounts      $ 2 Millions

16  8.    Mental Abuse, Psychological Abuse                          $ 1 Million

17  9.    Emotional Distress                                         $ 3 Millions

18  10.   Hate Crimes, Multicounts                                   $ 2 Millions

19                                          TOTAL:    $ 15 Millions

20

21                                CONCLUSION

22  The Incidents heretofore described herein are persuasively evidentiary of City

23  of San Mateo police officers' systematic Police Racial Profilings, those that
    are described herein, The Hate-Crimes, The Police Abuses, The Police Misconduct,

24  The Perjury, The Conspiracy, The Accomplices, The Cover-Ups, The Harassments

25  Racial Vituperative Insults, The Mental Abuses, The Psychological Abuses, The
    Emotional Distress Causations, The Violations of my Civil Rights, The Viola-

26  tions of my Constitutional Rights, The Violations of my Due Processes, and

27  Thus, Therefore, I am entitled to The Damages therefor I seek of $15 Millions.

28  And so, Your Honor Please:                                    31

## ON ALL CLAIMS

For Damages, please,

For Costs of Suit herein, please,

For Court to COURT-ORDER NO RETALIATION, NO INTIMIDATION, NO REVENGE,

and FOR SUCH OTHER AND FURTHER RELIEF,

THAT THE RIGHT HONORABLE COURT DEEMS JUST AND FAIR AND PROPER, FOR JUSTICE
TO CARRY.

Dated:   21 May 2008

                            Respectfully submitted,

                        by  _Aisake P. Naufahu_

                            AISAKE (ISAAC) P. NAUFAHU Pro Se Litigant
                            (Has Retained Attorney).  Described above.

32

**EXHIBIT** /

ISAAC NAUFAHU

PAY PERIOD ENDING
02/26/06

No.    12-048

| SHOP ORDER | OP CODE | HOURS | | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

06FEB22 AM

REGULAR HRS.
OVERTIME
DBL. TIME
OTHER
TOTAL HRS.    10

---

ISAAC NAUFAHU

PAY PERIOD ENDING
02/26/06

No.    12-048

| SHOP ORDER | OP CODE | HOURS | | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

4:00     06FEB21 AM     06FEB21 AM 2:31

REGULAR HRS.    8
OVERTIME    2
DBL. TIME
OTHER
TOTAL HRS.    10

---

...AHU

PAY PERIOD ENDING
02/26/06

12-048

| ...ORDER | OP CODE | HOURS | | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

4:00     06FEB20 AM 7:55     06FEB20 AM 2:31

55 AM

...ULAR HRS.    8
...RTIME    2
...L. TIME
...ER
...AL HRS.    10

ISAAC K. NAUFAHU

No. 12-048

SATURDAY 2/25/

PAY PERIOD ENDING

| SHOP ORDER | OP CODE | HOURS | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REGULAR HRS. 7

OVERTIME

DBL. TIME

OTHER

TOTAL HRS. 7 hrs

---

ISAAC NAUFAHU

No. 12-048

PAY PERIOD ENDING 02/26/06

| SHOP ORDER | OP CODE | HOURS | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REGULAR HRS. 8

OVERTIME 2

DBL. TIME

OTHER

TOTAL HRS. 10

---

NAUFAHU

12-048

PAY PERIOD ENDING 02/26/06

| HOP ORDER | OP CODE | HOURS | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

EGULAR HRS. 8

VERTIME 2

BL. TIME

HER

TAL HRS. 10

**EXHIBIT** *2*

were DISMISSED

**NOTICE TO APPEAR**

84-277289

NAME OF COURT: MUNICIPAL COURT
STREET ADDRESS: 800 N. HUMBOLDT STREET
MAILING ADDRESS:
CITY AND ZIP CODE: SAN MATEO, CA 94401
BRANCH NAME: CENTRAL BRANCH
TELEPHONE: (650) 573-2622

### PEOPLE OF THE STATE OF CALIFORNIA
vs.

DEFENDANT: Aisake Pohahau Naufahu

**NOTICE OF CORRECTION AND PROOF OF SERVICE**
**(Vehicle Code, § 40505)**

AMENDING OFFICER NAME/ID NO.:   DEPARTMENT/AGENCY:
                                SAN MATEO POLICE

CITATION NUMBER:                CASE NUMBER:
84-277289

1. A *Notice to Appear/Notice to Correct Violation* was issued to you by an officer of this department on (date): 2-20-06

2. The citation issued to you contained an error as indicated by the items checked below. This notice of correction does not affect the validity of the citation or the required court appearance.

☐ Date/time of violation should be _____

☐ Date/time of court appearance should be changed from _____ to _____

☑ Violation section(s) should be changed from
22400(A) to 22109 VC

☐ Location of violation should be changed from _____ to _____

☐ Other (specify): _____

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 2/21/06

(Signature of officer)

Form Adopted for Mandatory Use
Judicial Council of California
TR-100 [New January 1, 2000]

(Proof of service on reverse)

"Amended" amended after daughter I talked them on 1/20/06

☑ * COPY OF THE AMENDED "NEW CITATION" *

---

CITY PIERCE MATEO POLICE DEPARTMENT
NOTICE TO APPEAR ☐ Traffic ☐ Non-traffic

84-277289

Date of Violation 2/20/06  Time 3:02PM  Day of Week M T W T F S  Case No.

Name (First, Middle, Last)
Aisake Pohahau Naufahu

Address 539 N. Claremont St.

City San Mateo  State CA  ZIP Code 94401  ☐ Juvenile (Phone No.)

Driver Lic. No. A5137   State CA  Class C  Commercial ☐ Yes ☑ No  Age 55  Birth Date 5/24/51

Sex M  Hair BLK  Eyes BRN  Height 5-10  Weight 185  Race P  Other Description

Veh. Lic. No. or VIN POLYLUV   State CA  ☐ COMMERCIAL VEHICLE (Veh. Code, § 15210(b))

Yr./Mk./Make 1984 BUICK  Model Park Ave  Body Style 05/04  Color BRO  ☐ HAZARDOUS MATERIAL (Veh. Code, § 353).

Evidence of Financial Responsibility: None   CHP/DOT/PUC/ICC

Registered Owner or Lessee   ☐ Same as Driver
Naufahu, Mulany Yvette
Address 118 N. Humboldt St.
City San Mateo  State CA  ZIP Code 94401   ☐ Same as Driver

Correctable Violation (Veh. Code § 40610)  ☐ Booking Required (see reverse)   Misdemeanor or Infraction (Circle)

| | Yes | No | Code and Section | Description | |
|---|---|---|---|---|---|
| 13. | | ☑ | 22400(a) VC - Impede traffic | | M |
| 14. | | ☑ | 16028(a) VC - No Ins. | | M |
| 15. | ☐ | ☐ | | | M  I |
| 16. | ☐ | ☐ | | | M  I |

Speed Approx. > 25  P.F./Max. Spd. 35  Veh. Lim. 35  Safe X  Radar ☐  ☐ Continuation Form Issued

Location of Violation at S. El Camino Real @ 25th Ave.  City/County of Occurrence

Conditions (Weather, Road & Traffic Conditions)   ☐ Accident

Violations not committed in my presence, declared on information and belief
I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Executed at (Place): _____  Violation Location: 95

Arresting or Citing Officer  Bolina  Serial No. _____  To/Date Off.

Date _____  Name of Arresting Officer, if different from Citing Officer  Serial No.  To/Date Off.

WITHOUT ADMITTING GUILT, I PROMISE TO APPEAR AT THE TIME AND PLACE INDICATED BELOW.
☑ Signature

WHEN: ON OR BEFORE THIS DATE: 4/4/06  Time: 1:30  ☐ AM ☑ PM

WHAT TO DO:  FOLLOW THE INSTRUCTIONS ON THE REVERSE.
WHERE: Superior Court of California, County of San Mateo.
☐ NORTHERN BRANCH - 1050 Mission Rd., So. San Francisco, CA 94080  (650) 877-5355
☑ CENTRAL BRANCH - 800 North Humboldt St., San Mateo, CA 94401  (650) 573-2622
☐ SOUTHERN BRANCH - Traffic 500 County Center, Redwood City, CA 94063  (650) 363-4300
☐ SOUTHERN BRANCH - CRIMINAL - 4th FLOOR HALL OF JUSTICE
   400 County Center, Redwood City, CA 94063  (650) 363-4300
☐ JUVENILE TRAFFIC COURT - 21 Tower Rd., San Mateo, CA 94402  (650) 312-8867
☐ To be notified  ☐ You may arrange with clerk to appear at a night session of the court.

Judicial Council of California Form  COURT COPY | SEE REVERSE
Rev. 09-20-05 (Veh. Code, §§ 40500(b), 40513(b), 40522, 40600; Pen. Code, § 853.9)  TR-130

COMPUTER & BUSINESS PRINTING (650) 873-1710   M453864 (09/05)

☑ * COPY OF THE "ORIGINAL CITATION" *

231959

BOTH COUNTS were Dismissed

**EXHIBIT** 3



**San Mateo Police Department**

2000 South Delaware Street
San Mateo, California 94403-1497
Support Services Telephone: (650) 522-7620
FAX: (650) 522-7601
http://www.cityofsanmateo.org

July 31, 2006

Mr. Aisake Naufahu
339 No. Claremont Street
San Mateo, CA 94401

Dear Mr. Naufahu:

On March 20, 2006, you filed a complaint against Officer Bologna alleging that he drove his patrol car in a manner that violated the California Vehicle Code, initiated a vehicle stop based on ethnicity, falsified a traffic citation, and conducted an unlawful detention. These allegations, if sustained, would be in violation of the following San Mateo Police Department General Orders:

> Chapter 12, <u>Code of Conduct</u>; Section 8, <u>Adherence to City Personnel Rules and Regulations</u>; part 5, <u>Performance</u>; paragraph F, which states, "The wrongful or unlawful exercise of authority on the part of any employee for malicious purposes, personal gain, and/or willful deceit."

> Chapter 12, <u>Code of Conduct</u>; Section 2, <u>Civility</u>; paragraph 3, which reads, "Members and employees shall be courteous and orderly in their contacts with the public. They shall perform their duties in a professional manner at all times. Upon request, members and employees are required to supply their names and badge identification numbers."

Your complaint was assigned to Lieutenant Alan J. Parisian to investigate. Lieutenant Parisian conducted an extensive and exhaustive investigation into this matter wherein he reviewed your complaint, interviewed you, the involved officer, witnesses, and supervisors, and reviewed the dispatch tapes. All of the letters you sent to us have been reviewed and are part of the investigation file.

Lieutenant Parisian has completed his investigation and found that Officer Bologna is <u>exonerated</u> on all allegations. That is, the investigation disclosed that Officer Bologna acted in accordance with the laws and policies outlined for conducting vehicle stops, and that the stop was justified, lawful, and proper.

Lieutenant Parisian's investigation has been reviewed and approved by Susan E. Manheimer, Chief of Police.

July 31, 2006
Mr. Aisake Naufahu
Page 2

It saddens the Chief and every member of this Police Department whenever a citizen forms the belief that they were not served in an appropriate or proper manner by a member of the San Mateo Police Department.

While it may be of little consolation to you at this time, rest assured that the Chief, and every member of this Department, remains committed to serving and protecting the public to the utmost of our ability, including, but not limited to, the fair, impartial, and professional enforcement of the laws of this jurisdiction. At this point, I can only hope that you will one day come to believe the San Mateo Police Department, and the members employed by this agency, have in the past, do currently, and will always, hold these aspirations paramount.

In closing, I hope that you know the San Mateo Police Department members are here to protect and serve you, as they do for all members of the community. If you are in need of any assistance in the future, you have only to ask either me or any of my fellow San Mateo police personnel.

If I can assist you in any way or explain our process for investigating this matter, please feel free to contact me at (650) 522-7652.

Sincerely,

Mike Callagy
Captain
Support Services

c:    Chief of Police Susan E. Manheimer
      Lieutenant Alan Parisian
      File

**EXHIBIT 4**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

HON. STEPHANIE GARRAT
commissioner
SUPERIOR COURT Central
Branch
800 NORTH HUMBOLDT ST
SAN MATEO; CA. 94401,

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X R E C E I V E D    ☐ Agent
    SAN MATEO COUNTY    ☐ Address

B. Received by (Printed Name)    C. Date of Delivery
        SEP 1 8 2006

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

Clerk of the Superior Court
By    FRANK NARDO
        DEPUTY CLERK

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2.    7006 0810 0000 3973 4183

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-15

---

**U.S. Postal Service**™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

O F F I C I A L   U S E

| | | |
|---|---|---|
| Postage | $ | $0.63 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $4.88 |

Postmark Here

CT :09/16/2006

Sent To HON. STEPHANIE GARRAT
Street, Apt. No.; SUPERIOR COURT
or PO Box No. CENTRAL BRANCH
City, State, ZIP+4 800 N. Humboldt St ;CA.94401

PS Form 3800, June 2002        See Reverse for Instructions

7006 0810 0000 3973 4183

CITY OF SAN MATEO POLICE DEPARTMENT
Misdemeanor 84- 277289

ⁱOR COURT CENTRAL BRANCH
ᵣRTH HUMBOLDT STREET
ᵢATEO, CA  94401

**NOTICE OF BAIL**

A NOTICE TO APPEAR AND CITATION CHARGING A VIOLATION OF THE BELOW DESCRIBED SECTIONS
HAS BEEN FILED WITH THIS COURT. UNLESS YOU APPEAR IN COURT AND ANSWER THESE CHARGES
OR DEPOSIT BAIL AS INDICATED YOU MAY FACE FURTHER CHARGES, INCREASED BAIL, ARREST, OR
LOSS OF DRIVING PRIVILEGES OR ANY COMBINATION OF SUCH CONSEQUENCES.

*# To make a copy.*

1141TA28.A.1.819.1.2.0.308

ldmludubllmllmmlluullmllmhlhlhllmllhlmhld
NAUFAHU AISAKE POHAHAU
339 N CLAREMONT ST
SAN MATEO CA 94401-1725

YOU FAIL TO RESPOND WITHIN 10 (TEN) DAYS AFTER THE DUE DATE BELOW, YOU WILL BE CHARGED AN ADDITIONAL
ᵢESSMENT, PURSUANT TO SEC 1214.1 OF THE PENAL CODE, AND MAY BE SUBJECT TO YOUR DRIVERS LICENSE BEING WITHHELD
ᵣ SUSPENDED BY DMV. THE CIVIL MONEY ASSESSMENT UNDER 1214.1 PC MAY BE COLLECTED BY ATTACHMENT OF YOUR WAGES,
ᵣUR SPOUSE'S WAGES, OTHER PROPERTY, AND CAN INTERCEPT ANY TAX REFUNDS.  THE CIVIL ASSESSMENT REMAINS IN EFFECT
ᵣR 10 YEARS, OR UNTIL PAID.
ᵢLURE TO COMPLY WITH THIS NOTICE BY 04/04/06 WILL RESULT IN FURTHER CHARGES AND INCREASED BAIL. BAIL OF  $843.75 may
ᵢent by mail on or before 04/04/06. TO APPEAR IN COURT bring this notice to the Court on or before 04/04/06, on TUESDAY between 12:30
ᵢ and 1:30 p.m. OR on MONDAY, WEDNESDAY, and THURSDAY before 8:30 a.m.
ᵤ ARE NOT ELIGIBLE FOR TRAFFIC SCHOOL.

*same as on b*
*Amended"(the"NEW CITATION)*

| VIOLATION(S) |
|---|
| VC-22109  Signal When Stopping |
| VC-16028A  Evidence Financial Resp |

| DEFENDANT NAME | VIOLATION DATE | CITATION NO. | APPEARANCE DATE | DOCKET NO. |
|---|---|---|---|---|
| NAUFAHU AISAKE POHAHAU | 02/20/06 | 277289 | 04/04/06 | 231959-T |

REVERSE
TR-130

D884 (09/05)

RETAIN THIS PORTION FOR YOUR RECORDS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DETACH AND RETURN THIS REMITTANCE PORTION WITH YOUR PAYMENT

| DANT NAME | VIOLATION DATE | CITATION NO. | APPEARANCE DATE | DOCKET NO. |
|---|---|---|---|---|
| HU AISAKE HAHAU | 02/20/06 | 277289 | 04/04/06 | 231959-T |

**DO NOT MAIL CASH.**
**MAKE CHECK OR MONEY ORDER PAYABLE TO:**

ᵢENT   AND/OR      800 N. Humboldt Street
ᵣRRECTION MAY   San Mateo, CA  94401
ᵢERSON               Hours: 8:00 am to 4:00 pm
►

You may pay your citation

lldmllmldlldllmmllmllhlhlldllmllmllmllmmllll
SUPERIOR  COURT CENTRAL BRANCH
800 NORTH HUMBOLDT STREET
SAN MATEO

POSTAL SERVICE 

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Sender: Please print your name, address, and ZIP+4 in this box •

AISAKE P. NAUFAHU
339 N. CLAREMONT STREET
SAN MATEO; CA. 94401,

**EXHIBIT** 5



OFFICE OF THE CITY ATTORNEY

330 West 20th Avenue
San Mateo, California 94403-1388
Tel: (650) 522-7020
Fax: (650) 522-7021

TO:   Aisake P. Naufahu             DATE: February 5, 2007
       339 North Claremont St.
       San Mateo, CA 94401

## REVISED

RE:  Claim of Aisake P. Naufahu

Dear Sir:

NOTICE IS HEREBY GIVEN that the claim you presented to the City of San Mateo on December 07, 2006, insofar as it relates to a cause of action for injury to person or personal property, is not being considered by the City of San Mateo because it was not presented within six months after the event or occurrence as required by law. See Sections 901 and 911.2 of the Government Code. Because that portion of the claim was not presented within the time allowed by law, no action was, or will be, taken on that portion of the claim;

Your only recourse at this time is to apply without delay to the City of San Mateo for leave to present a late claim. See Section 911.4 and Section 946.6 of the Government Code. Under some circumstances, leave to present a late claim will be granted. See Section 911.6 of the Government Code.

YOU ARE FURTHER NOTIFIED that insofar as your claim relates to causes of action other than injury to person or personal property, your claim was rejected by the City of San Mateo on February 05, 2007.

### WARNING

Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim. See Government Code Section 945.6.

You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

Very truly yours,

Shawn M. Mason
City Attorney San Mateo

cc:   ABAG PLAN

**EXHIBIT** 6

AISAKE (Isaac) P. NAUFAHU
339 N. Claremont St.
SAN MATEO; CA. 94401.
PH (650) 342-4817
(650) 342-3565

July 14th, 2007

To:

Two (2) San Mateo Police
Officers were harrassing me
Thursday Morning (July 12th 2007)
while I was on my way to
my job in San Carlos — and
I was scheduled to start work
at 4:00 Am.

The first (1st) San Mateo
Police Officer (head shaved
with no hair) was following
behind me on Delaware
Street in San Mateo for
about 4 blocks and pulled
me over at the corner
of 2nd Avenue on Delaware
Street at 3:10 Am, or very
shortly after without me
violating any traffic codes

or laws — and he asked for my driver's license and he took it and went back to his Police car to "check me out" on the Police Computer database or whatever — for about 4 or 5 minutes and then came back and handed me back my Driver's license without giving me a Citation. I stopped by at a gas station on 3rd avenue (San Mateo) to put gas in my car and I was there maybe 4 minutes or so —— then I went to the Safeway Store on 19th avenue (San mateo) to pick up 2 doughnuts and 2 other items and I was at Safeway maybe 5-6 minutes and left Safeway and went over and made a left turn on El Camino Real heading toward San Carlos to my job. As I was passing through 25th avenue (San mateo) — I noticed a car following me but I really did not pay any attention to it — and as I was passing through 37th avenue (

Pg 3

(Now it's Hillsdale) —
and as it turned out that
the car that was following me
on EL CAMINO REAL all the
way up to 37th avenue was
a San mateo Police car — and
the San mateo Police Officer pulled
me over (one) block south
of 37th avenue — and I noticed
it was a different San mateo
Police Officer (2ND Police Officer)
— he walked up to me with
his flashlight and the
first words coming out of his
mouth : " Did my partner pull
you over ?" and I responded :
" yes, a San mateo Police Officer
first pulled me over in
San mateo !! — it was
obvious for everyone to
see that : The 2ND San
mateo Police Officer who
pulled me over in
Hillsdale was referring

Fig 4

to the 1st San Mateo
Police Officer who first
pulled me over in
San Mateo.

The 2ND San Mateo Police
Officer who pulled me over
1 (one) block of 37th avenue
(south)    at about 3:40 AM
or shortly after and I could
tell by looking at his
face that he "was pissed
off about something"
— and he was "saying
stuff that did not make
sense to me"

ONE Does not have
to be an Einstein or Isaac
Newton to know that
the 1st San Mateo
Police Officer who

Pg 5

pulled me over in San Mateo (at about 3:10 AM) or shortly after [ CALLED the 2ND San mateo Police officer to look out for me on EL CAMINO Real and to pull me over again ( for the 2ND time) — and it was about 3:40 or shortly after ⟶ I DID NOT EVEN VIOLATE ANY TRAFFIC CODES of the STATE OF CALIFORNIA

⟹ AND this IS HARRASMENT No matter

Pg 6

what anybody could
say. The distance between
San Mateo and Hillsdale is
in MILES — I do not know
exactly how many miles.

I fear for my life
now — with police officers
carrying guns — no
one knows. We have
heard about them Killing
innocent people and
came up with LIES left
and right until The
Truth showed up
later.

A case in mind
— is the young man
that two San Francisco
Police Officers Killed

pg 7

ad the S.F. Police chief
and top S.F. Cops went on
T.V. and said the ~~the~~
" two Policers (1 man and
1 woman) were justified
in killing the young man
(23 years old) — because
" the young man was "firing"
at the officers first. a
few days later " the
same S.F. Officers "

changed their story

after it was determined
that the young man
did not have a gun

⟹ the young man's
mother and an Oakland
attorney filed a $10.00/XX
million ~~dollars~~ wrongfull
death lawsuit.

Pg 8

I called my sister, a professer at the College of San Mateo — her name is Dr Caroline Naufahu and she called and left a message at the San Mateo Police chief's office.

* my sister's phone # is (650) 344-8893

* We have to take this case to Court : ① Not only San Mateo Police Officers lying on CITATIONS → but now they started HARRASSING me.

Thanks,

Aisake P. Naufahu
MR. Aisake (Isaac) Naufahu

Pg. 9

Both San Mateo Police
Officers involved in
pulling me over
in San Mateo and
Hillsdale in the
Morning of July 12th
2007 were white.

EXHIBIT 7



Invites your application for:

# Police Officer

Entry Level



New San Mateo Police Facility to open in the near future

## *Continuous Filing*

# The City

San Mateo is a city of 95,000 residents, located midway between San Francisco and the Silicon Valley. One of the City's strengths is its diversity, both in the ethnic makeup and physical development of the community. San Mateo has distinct residential neighborhoods and a strong business component, which includes significant retail and office uses, light manufacturing, commercial, recreation, and a healthy 17 square block downtown. It is also a regional center with two premier shopping centers, a City owned golf course, and a full range of medical services including two hospitals.

San Mateo is a full service city with a total budget of $130 million and over 550 fulltime employees. Find out more interesting facts at: **www.cityofsanmateo.org**

# The Department

The San Mateo Police Department has 113 sworn and 40 civilian positions. 24/7 operation.

## PHILOSOPHY OF THE CHIEF OF POLICE

The San Mateo Police Department is dedicated to providing the highest level of police services to all persons within our community. Fairness, equality, justice and honor are our guiding principles as we execute our duties and obligations to office. The Department also recognizes its responsibility to improve the quality of life for those who live and work within our community by forming cooperative relationships with other City departments and service providers outside the organization.



# The Position

Police Officers perform law enforcement and crime prevention work; control traffic flow and enforce state and local regulations; perform investigative work; participate in and provide support and assistance to special department crime prevention and enforcement programs and do related police work as assigned. Duties and hours will vary with assignments.

*"The Police Department is dedicated to providing the highest level of police service …"*

# The Duties

- To patrol in a radio-equipped car or on foot; answer calls for the protection of life and property;
- Enforce City, County and State laws;
- May conduct both preliminary and follow-up investigations of disturbances, prowlers, burglaries, thefts, robberies, vehicle accidents, death, and other criminal activities.
- Prepare accurate written reports utilizing proper grammar;
- Understand broadcasting procedures of a police radio system;
- Testify and present evidence in court;
- Understand and carry out oral and written direction;
- Possess the ability to accurately see and remember faces, numbers, incidents, and places, make arrests as necessary, interview victims, complainants and witnesses;
- Question suspects;  Gather and preserve evidence;
- Prepare reports of arrests made, activities performed, and unusual incidents observed;
- Learn, understand, and interpret laws and regulations;
- Search, fingerprint and transport prisoners.
- Promote the safe flow of traffic through enforcement, direction and other actions;
- Administer first aid as necessary;
- Contact and cooperate with other law enforcement agencies in matters relating to the apprehension of offenders and the investigation of offenses;
- Think and act quickly in emergencies, and evaluate situations and people accurately.
- Check buildings for physical security; perform undercover and surveillance activities; serve warrants and subpoenas. Be proficient in the proper use of firearms and other defensive implements as required.
- Establish and maintain contact and positive relationships with citizens regarding potential law enforcement issues, including informants and contacts with people who may be helpful in criminal investigations; perform other duties necessary to improve the quality of life for the citizens of San Mateo.