IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AISAKE (ISSAC) P. NAUFAHU,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF SAN MATEO, et al.,<br><br>　　　　Defendants.　　　　　　　／ | No. C 07-4517 MMC<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION** |

　　　The Court is in receipt of plaintiff's filing of May 21, 2008, which the Court construes as a motion for reconsideration of the Court's May 14, 2008 order granting dismissal of the individual defendants for insufficient service of process. Plaintiff, however, has failed to show therein good cause for reconsideration.

　　　Accordingly, the motion is hereby DENIED.

　　　**IT IS SO ORDERED**.

Dated: May 23, 2008

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　United States District Judge