**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                               IN THE UNITED STATES DISTRICT COURT
9                             FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   AISAKE (ISAAC) NAUFAHU,                           No. C-07-4517 MMC
12              Plaintiff,                             **CLERK'S NOTICE**
13      v.
14   CITY OF SAN MATEO,
15              Defendant.
                                                    /
16
17
18       **YOU ARE NOTIFIED** that due to a clerical error, the FURTHER STATUS
19   CONFERENCE calendar entry on Friday, June 6, 2008 at 10:30 a.m. is hereby **VACATED**.
20   Please be advised that no further status conference is scheduled and no further status conference
     statement is due.
21
22
23
24                                                   **FOR THE COURT,**
25                                                   Richard W. Wieking, Clerk
26   Dated: June 3, 2008                             *Tracy Lucero*
27                                                   Tracy Lucero, Deputy Clerk
28