David M. King, Esq. (Bar No. 95279)
Jeremy A. Burns, Esq. (Bar No. 239917)
CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, California 94011-0513
Telephone: (650) 342-9600
Facsimile: (650) 342-7685

Attorneys for Defendant City of San Mateo, a City Incorporated

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

AISAKE (ISACC) P. NAUFAHU, an individual Pro Se Litigant,

Plaintiff,

vs.

CITY OF SAN MATEO, a City Incorporated, SAN MATEO CHIEF OF POLICE S.E. MANHEIMER, SAN MATEO POLICE CAPTAIN M. CALLAGY, SAN MATEO POLICE LIEUTENANT A. J. PARISIAN, SAN MATEO POLICE OFFICER JACK RATCLIFFE, S26, SAN MATEO POLICE OFFICER BOLOGNA BADGE NUMBER 95, 4 UNNAMED SAN MATEO POLICE OFFICERS,

Defendants.

No. C 07-04517 MMC

**EXPERT DISCLOSURES OF DEFENDANT CITY OF SAN MATEO**

Complaint Filed: July 31, 2007

Defendant City of San Mateo ("San Mateo") makes the following expert disclosures pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure:

**EXPERT WITNESSES**

| Name | Address | Telephone Number | Subjects of Testimony |
|---|---|---|---|
| Officer Jack Ratcliffe | San Mateo Police Department, 2000 S. Delaware Street, San Mateo, CA 94403 | 650-522-7700 | California's Traffic Code |
| Captain Mike Callagy | San Mateo Police Department, 2000 S. Delaware Street, San Mateo, CA 94403 | 650-522-7700 | San Mateo's policies and practices concerning traffic stops |

Neither Captain Callagy or Ratcliffe have been retained or are specially employed to provide expert testimony in this case. Neither's duties as employees of San Mateo regularly involve giving expert testimony.

CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation

By: [signature]
David King/Jeremy A. Burns
Attorneys for Defendant
City of San Mateo

**PROOF OF SERVICE**

I declare that I am employed in the County of San Mateo, California. I am over the age of eighteen (18) years and not a party to this action. My business address is 216 Park Road, P.O. Box 513, Burlingame, California 94011-0513.

I certify that the original papers filed with the Court and all copies of papers, documents, and exhibits, whether filed with the Court or served on other parties, are prepared on recycled paper.

I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the United States Postal Service and know that this correspondence would be deposited with the United States Postal Service this day in the ordinary course of business.

On June 27, 2008, I served the attached:

- **EXPERT DISCLOSURES OF DEFENDANT CITY OF SAN MATEO**

by placing a true copy thereof in a sealed envelope and placing this envelope for collection and mailing this date following the ordinary business practices of Carr, McClellan, Ingersoll, Thompson & Horn for deposit of correspondence in the United States Postal Service, addressed as follows:

Aisake (Isacc) P. Naufahu
Pro Se Litigant
339 North Claremont
San Mateo, CA 94401

Executed on June 27, 2008, at Burlingame, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Erik Floyd