PRO SE LITIGANT
AISAKE (ISAAC) P. NAUFAHU
339 NORTH CLAREMONT
SAN MATEO, CALIFORNIA 94401
TELEPHONE: 650-342-4817

(RETAINED ATTORNEY, ALREADY ALLUDED HERETOFORE)

FILED
JUL - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AISAKE (ISAAC) P. NAUFAHU

Plaintiff,

v.

CITY OF SAN MATEO,
SAN MATEO CHIEF OF POLICE S. E. MANHEIMER,
SAN MATEO POLICE CAPTAIN M. CALLAGY,
SAN MATEO POLICE LT. A. J. PARISIAN,
SAN MATEO AMENDING OFFICER J. RATCLIFFE S26,
SAN MATEO POLICE OFFICER BOLOGNA BADGE NUMBER 95,
4 UNNAMED SAN MATEO POLICE OFFICERS,

Defendants

NO. C07 - 04517 MMC

PLAINTIFF'S RESPONSE

TO DEFENDANTS'

EXPERT DISCLOSURES

I am immensely grateful to Defendants' Counsels EXHIBIT 1, David King/Jeremy Burns for affirmation by such Legal Document FILED WITH THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, BONA FIDE declaratory reinstatement acknowledging all Defendants because singly and in their totality of entirety, all are their clients of said DEFENDANTS' COUNSELS.

As to page 2 of EXHIBIT 1, irregardless of meanings contained in penultimate sentence, and closing sentence, please note that as to Jeremy Burns' notation as to regularity or irregularity, by the letter from Captain Mike Callagy EXHIBIT 2, said Captain therefore must avail himself to testimony with particularity as to EXPERT, when this case goes to Trial scheduled by Her Honor The Right Honorable Judge Maxine M. Chesney for November 17, 2008.

By Jeremy Burns' denying Captain Callagy the opportunity to Testimony is Burns' active denial that the Captain is NOT COMPETENT, which in and of itself questions the statuee of magnitude and calibre of the Captain as to his high job with The San Mateo Police Department, DIRECTLY UNDER THE CITY OF SAN MATEO and for him therefore to be Pioneer to Launch EXPERT WITNESSES therefore.

Page 1

1  However, because Defendants' Counsel Burns per EXHIBIT 1, by his proposed/
2  suggested EXPERT WITNESSES emanating from San Mateo Police Department expo-
   sedly constitutes on its face, and by practise, and its direct consequential
3  effect, and as applied: DISCRIMINATION: DISCRIMINATION PER SE, AND DISCRIMI-
4  NATION AB INITIO, for all the reasons already ventilated heretofore, ever
   since the Filing of this Lawsuit.
5
6  Moreover, they would because of DISCRIMINATION, and NOT IMPARTIAL, BIASEDLY,
   PREJUDICEDLY VIOLATE MY RIGHTS GUARANTEED UNDER THE FOURTEENTH (14TH) AMEN-
7  DMENT OF THE UNITED STATES; AND DUE PROCESS: BOTH PROCEDURAL, AND SUBSTANTIVE.
8  Therefore, for reasons obvious, UNDER THE LAWS OF THE UNITED STATES, AND UNDER
9  THE CONSTITUTION OF THE UNITED STATES, it necessitates under the circumstances
10 having NEUTRAL THIRD PARTY(IES) AS YOUR EXPERT WITNESSES, since RACISM IS
   PREVALENT, PREDOMINANT, BLATANT, AND RACIST OVERTURES, AND OVERTONES ARE
11 BEING ACTIVELY, DAILY PRACTISED, as persuasively evidentiary from the manifest
12 exercise BY DEFENDANTS' COUNSEL BURNS TO CALL ON DEFENDANTS' OWN CO-EMPLOYEES
13 AS EXPERT WITNESSES, because by their positions constitutes conflicts of
   interest pervasively, and will undoubtedly exert Loyalty to Defendants, AND
14 OF COURSE, PREJUDICE AND BIAS TO ME, THE PLAINTIFF.
15 This is so obvious Factual for the Impaneled Jury as FACT FINDERS, which no
16 one can cavalierly disregard.
17 Moreover, please note as to EXHIBIT 3, self-explanatory-comprehensively that
18 San Mateo Police Department comes directly UNDER THE CITY OF SAN MATEO.
19 Therefore, this is compelling, persuasive self-evidence undeniable as HOLDING
   OUT TO THE PUBLIC FOR PUBLIC KNOWLEDGE, of all and sundry that the totality
20 and entirety of all Officers of The San Mateo Police Department ARE DIRECTLY
21 UNDER THE CITY OF SAN MATEO, and whatever that denotes and contemporaneously,
22 concomitantly, simultaneously connotes.
23 This is solidfied, and reinforcedly testified to per TESTIMONY ON PAPER IN
   WRITING as per EXHIBIT 2, The Letter from CAPTAIN MIKE CALLAGY OF THE SAN
24 MATEO POLICE DEPARTMENT bearing on Top The Insignia of City of San Mateo,
25 and Below it, Too, The Listing of San Mateo Police Department, and signing
   Letter the said Captain Mike Callagy.
26
27 Please note also that as to The Officer Jack Ratcliffe S26 per EXHIBIT 4,
   the said Officer Ratcliffe S26 need to Testify in clarity for ease-of-
28 understanding of an ordinary, average Juror: Impaneled Jury: FACT-FINDERS,

as to WHY HE AMENDED an alleged MOVING VIOLATION TO NON-MOVING, one day later, AFTER THE INCIDENT, because he himself was not at the scene to eye-ball the Incident thereby to have necessary Personal Knowledge requisite of one (1) of The Incidents of Instant Case.

Therefore, inarguably by such his activity knowingly of OFFICER RATCLIFFE S26 constitutes FELONY: ILLEGAL, AND UNLAWFUL.

Please note further that according to The United States Constitution, with special focus on The Eleventh (11TH) Amendment: Prohibits Federal Court from hearing claims against State Government (no applicability here). Applies only to Local City Government (as here definitely) in that Local City Government here, CITY OF SAN MATEO, can be sued: NO IMMUNITY.

And, most important, of great significance, and on point, where as here, in this Instant Case, the DEFENDANTS, as already described ever since The Filing of this Instant Case, VIOLATED MY RIGHTS.

Therefore, that is self-explanatory comprehensively as to City of San Mateo, and the said Officer Ratcliffe S26, as described his involvement in this Instant Case, and with particularity as to his FELONIOUS AMENDS TRAFFIC CITATION(S) of Instant Case as alluded to, and as to Captain Callagy, that is also self-explanatory comprehensively, as described already.

I look to Solution/Resolution of this Case.

And, if this Case need to go to The United States Supreme Court for FINAL CLOSURE, then in due course, it certainly must.

Dated: 7 July 2008

Respectfully Submitted,

*Aisake (Isaac) P. Naufahu*

AISAKE (ISAAC) P. NAUFAHU

**EXHIBIT 1**

1  David M. King, Esq. (Bar No. 95279)
   Jeremy A. Burns, Esq. (Bar No. 239917)
2  CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
   Professional Law Corporation
3  216 Park Road
   P.O. Box 513
4  Burlingame, California 94011-0513
   Telephone:  (650) 342-9600
5  Facsimile:  (650) 342-7685

6  Attorneys for Defendant City of San Mateo, a City Incorporated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AISAKE (ISACC) P. NAUFAHU, an individual Pro Se Litigant,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN MATEO, a City Incorporated, SAN MATEO CHIEF OF POLICE S.E. MANHEIMER, SAN MATEO POLICE CAPTAIN M. CALLAGY, SAN MATEO POLICE LIEUTENANT A. J. PARISIAN, SAN MATEO POLICE OFFICER JACK RATCLIFFE, S26, SAN MATEO POLICE OFFICER BOLOGNA BADGE NUMBER 95, 4 UNNAMED SAN MATEO POLICE OFFICERS,<br><br>Defendants. | No. C 07-04517 MMC<br><br>**EXPERT DISCLOSURES OF DEFENDANT CITY OF SAN MATEO**<br><br>Complaint Filed: July 31, 2007 |

Defendant City of San Mateo ("San Mateo") makes the following expert disclosures pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure:

1 **EXPERT WITNESSES**

| Name | Address | Telephone Number | Subjects of Testimony |
|---|---|---|---|
| Officer Jack Ratcliffe | San Mateo Police Department, 2000 S. Delaware Street, San Mateo, CA 94403 | 650-522-7700 | California's Traffic Code |
| Captain Mike Callagy | San Mateo Police Department, 2000 S. Delaware Street, San Mateo, CA 94403 | 650-522-7700 | San Mateo's policies and practices concerning traffic stops |

Neither Captain Callagy or Ratcliffe have been retained or are specially employed to provide expert testimony in this case. Neither's duties as employees of San Mateo regularly involve giving expert testimony.

CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation

By: _____/s/ Burns/_____
David King/Jeremy A. Burns
Attorneys for Defendant
City of San Mateo

**EXHIBIT 2**



**San Mateo Police Department**

2000 South Delaware Street
San Mateo, California 94403-1497
Support Services Telephone: (650) 522-7620
FAX: (650) 522-7601
http://www.cityofsanmateo.org

July 31, 2006

Mr. Aisake Naufahu
339 No. Claremont Street
San Mateo, CA 94401

Dear Mr. Naufahu:

On March 20, 2006, you filed a complaint against Officer Bologna alleging that he drove his patrol car in a manner that violated the California Vehicle Code, initiated a vehicle stop based on ethnicity, falsified a traffic citation, and conducted an unlawful detention. These allegations, if sustained, would be in violation of the following San Mateo Police Department General Orders:

> Chapter 12, Code of Conduct; Section 8, Adherence to City Personnel Rules and Regulations; part 5, Performance; paragraph F, which states, "The wrongful or unlawful exercise of authority on the part of any employee for malicious purposes, personal gain, and/or willful deceit."

> Chapter 12, Code of Conduct; Section 2, Civility; paragraph 3, which reads, "Members and employees shall be courteous and orderly in their contacts with the public. They shall perform their duties in a professional manner at all times. Upon request, members and employees are required to supply their names and badge identification numbers."

Your complaint was assigned to Lieutenant Alan J. Parisian to investigate. Lieutenant Parisian conducted an extensive and exhaustive investigation into this matter wherein he reviewed your complaint, interviewed you, the involved officer, witnesses, and supervisors, and reviewed the dispatch tapes. All of the letters you sent to us have been reviewed and are part of the investigation file.

Lieutenant Parisian has completed his investigation and found that Officer Bologna is _exonerated_ on all allegations. That is, the investigation disclosed that Officer Bologna acted in accordance with the laws and policies outlined for conducting vehicle stops, and that the stop was justified, lawful, and proper.

Lieutenant Parisian's investigation has been reviewed and approved by Susan E. Manheimer, Chief of Police.

July 31, 2006
Mr. Aisake Naufahu
Page 2

It saddens the Chief and every member of this Police Department whenever a citizen forms the belief that they were not served in an appropriate or proper manner by a member of the San Mateo Police Department.

While it may be of little consolation to you at this time, rest assured that the Chief, and every member of this Department, remains committed to serving and protecting the public to the utmost of our ability, including, but not limited to, the fair, impartial, and professional enforcement of the laws of this jurisdiction. At this point, I can only hope that you will one day come to believe the San Mateo Police Department, and the members employed by this agency, have in the past, do currently, and will always, hold these aspirations paramount.

In closing, I hope that you know the San Mateo Police Department members are here to protect and serve you, as they do for all members of the community. If you are in need of any assistance in the future, you have only to ask either me or any of my fellow San Mateo police personnel.

If I can assist you in any way or explain our process for investigating this matter, please feel free to contact me at (650) 522-7652.

Sincerely,

Mike Callagy
Captain
Support Services

c:  Chief of Police Susan E. Manheimer
    Lieutenant Alan Parisian
    File

EXHIBIT 3

**EXHIBIT 4**

# Government Pages

information on elected officials, see "Government Officials" in the Local Area Pages of your AT&T Yellow Page

## / CITY OF (Cont'd)
### :ATION DEVICES FOR THE DEAF (Cont'd)
development Division TDD Only .. 650 780 0129
imunity Center TDD Only ........ 650 366 0614
DD Only ...................... 650 780 7208
'DD Only ...................... 650 363 0822
### EMORIAL SENIOR CENTER
RC .......................... 650 780 7270
### TICS SEE SAN MATEO COUNTY
;AN MATEO COUNTY ...... 650 363 4000

## ino City Of
El Camino Rl SB
.............................. 650 616 7057
.............................. 650 616 7058
.............................. 650 616 7056
.............................. 650 616 7063
.............................. 650 616 7061
### DEVELOPMENT 567 El Camino Rl SB
atement ...................... 650 877 8689
ion .......................... 650 616 7076
ning ........................ 650 616 7074
nt .......................... 650 616 7076
.............................. 650 616 7141
.............................. 650 616 7074
### ARTMENT 567 El Camino Rl SB
.............................. 650 616 7080
e ............................ 650 616 7025
es .......................... 650 616 7083
arbage Billing ................ 650 616 7086
### MENT 555 El Camino Rl SB
.............................. 911
Fire Prevention .............. 650 616 7096
.............................. 650 616 7096
Earl Av SB .................... 650 877 8995
### TERNET-PHONE
SB .......................... 650 616 3100
rnet-Phone-24-7 Tech Support*
Calling Party ................ 866 668 0165
### LLECTION
age Company 101 Tanforan Av Sb .. 650 583 8536
igus Avenue West SB .......... 650 616 7078
### URCES OFFICE & JOB HOTLINE
.............................. 650 616 7055
### ECREATION
rtment-Main 251 City Park Way
.............................. 650 616 7180
ice .......................... 650 616 7195
.............................. 650 616 7188
### RTMENT 1177 Huntington Av SB
.............................. 911
ion Emergency ................ 650 616 7100
### KS
ministration 567 El Camino Rl SB .. 650 616 7065
gineering 567 El Camino Rl SB .. 650 616 7065
ce 225 Huntington Av SB ...... 650 616 7163
sewer 225 Huntington Av SB .... 650 616 7161
I 225 Huntington Av SB ........ 650 616 7162
reet Repairs 8 AM To 4 PM ...... 650 616 7160
ergencies .................... 650 742 5320
ER 1555 Crystal Springs Rd SB .. 650 616 7150

## los City Of
Elm SC
.............................. 650 802 4100
ELECTIONS .................... 650 802 4219
& MAYOR .................... 650 802 4219
R .......................... 650 802 4228
ISION 600 Elm SC .............. 650 802 4261
ction Program ................ 650 802 4332
ons .......................... 650 802 4261
............................ 650 802 4408
nt ............................ 650 802 4261
lopment ...................... 650 802 4209
ice .......................... 650 802 4139
nent And Registration .......... 650 802 4332
ig ............................ 650 802 4263
n ............................ 650 802 4332
### EVELOPMENT-REDEVELOPMENT
.............................. 650 802 4490
### ARTMENT
.............................. 650 802 4215
.............................. 650 802 4408
### MENT
los Fire Prevention 600 Elm SC .. 650 802 4255
### URCES
.............................. 650 802 4284
ty Branch 610 Elm SC .......... 650 591 0341

## SAN CARLOS CITY OF (Cont'd)
### POLICE DEPARTMENT (Cont'd)
Emergency .................... 911
Abandoned Vehicle Hotline ...... 650 802 4449
### PUBLIC WORKS
Administration ................ 650 802 4202
Emergency 3 30 PM To 7 00 AM & All Day Weekends And
Holidays Only ................ 650 802 4321
Engineering .................. 650 802 4203
Sewer Problems .............. 650 802 4140
Street Lighting Problems ........ 800 544 4876

## San Mateo City Of
### CITY HALL 330 W-20th Av S Mto
Call Departments & Facilities Below-No Switchboard
Departments Not Listed Below Call .. 650 522 7999
### BIRTHS-MARRIAGES-TAX COLLECTING-
### REHABILITATION & ABUSE COUNSELING
### PROGRAMS-CALL THE COUNTY OF SAN MATEO
.............................. 650 363 4000
### BUILDING INSPECTIONS & PERMITS .. 650 522 7170
Fax .......................... 650 522 7171
### BUS INFORMATION-SEE SAMTRANS
### BUSINESS ASSISTANCE & ECONOMIC
### DEVELOPMENT .................. 650 522 7240
### BUSINESS LICENSES ............ 650 522 7117
### CITY ATTORNEY ................ 650 522 7020
### CITY CLERK .................. 650 522 7040
### CITY COUNCIL ................ 650 522 7049
City Employee's Credit Union ...... 650 522 7070
### CITY MANAGER ................ 650 522 7000
### CITY SOURCE FOR THE HEARING IMPAIRED-TDD
.............................. 650 522 7778
A Complete City Source Directory Can Be Found In The Local
Area Pages At The Front Of This Directory
### CITY SOURCE-24 HOUR AUTOMATED
### INFORMATION SYSTEM ............ 650 522 7777
### CODE ENFORCEMENT ............ 650 522 7150
Apartment Inspections .......... 650 522 7150
### COMMUNICATIONS CENTER ADMINISTRATION
.............................. 650 522 7620
### COURTS-CALL THE COUNTY OF SAN MATEO
.............................. 650 573 2222
### DEPARTMENTS NOT LISTED ABOVE CALL
.............................. 650 522 7999
### ECONOMIC DEVELOPMENT & BUSINESS
### ASSISTANCE .................. 650 522 7240
### EMERGENCY PREPAREDNESS ...... 650 522 7960
### FINANCE DEPARTMENT .......... 650 522 7100
Accounts Payable .............. 650 522 7109
Business-Tax .................. 650 522 7117
Purchasing .................... 650 522 7120
### FIRE DEPARTMENT
Administration 1900 O'farrell S
Office Hours
Monday-Friday 8 AM-5 PM
Suite 140 .................... 650 522 7900
Bureau Of Fire Protection & Life Safety .. 650 522 7940
Emergency Services-Disaster Preparedness .. 650 522 7960
Fire-Emergency Only ............ 911
Or .......................... 650 368 1421
Inspections-Permits-Fire Hazard Reporting-Appointments
Office Hours Mon-Fri 8 AM-5 PM .. 650 522 7940
### FOR RECORDED INFORMATION ON SAN MATEO
### CITY SERVICES & PROGRAMS 24 HOURS A DAY
### GENERAL INFORMATION .......... 650 522 7999
### HUMAN RESOURCES
Business Office ................ 650 522 7260
For The Hearing Impaired-TDD
Select Code 424 .............. 650 522 7778
Job Hotline .................. 650 522 7777
Select Code 225
### INFORMATION TECHNOLOGY ...... 650 522 7050
### LIBRARIES
Hillsdale Branch 205 W Hillsdale Bl S Mto .. 650 522 7880
Hours
Friday Closed
Monday & Tuesday 1-8 PM
Saturday 10 AM-5 PM
Sunday Closed
Wednesday & Thursday 10 00 AM-5 00 PM
Main 55 W-3d Av S Mto .......... 650 522 7800
Administration ................ 650 522 7802
Library Foundation ............ 650 522 7860
Children's Services ............ 650 522 7838
Fiction ...................... 650 522 7817
General Information ............ 650 522 7800
Hours
Friday & Saturday 10 AM-5 PM
Monday & Tuesday Noon-9 PM
Sunday 1-5 PM

## SAN MATEO CITY OF (Cont'd)
### PARK & RECREATION DEPARTMENT
Administrative Svc-Recreation 1900 O'Farrell S Mto
Suite 140 .................... 650 522 7400
Fax .......................... 650 522 7401
Aerobic Fitness ................ 650 522 7440
Aquatics ...................... 650 522 7460
Joinville Swim Center 2111 Kehoe Av S Mto .. 650 522 7460
King Pool 725 Monte Diablo Av S Mto .. 650 522 7465
Arts-Dance-Gymnastics .......... 650 522 7440
Athletics 2001 Pacific Bl S Mto .... 650 522 7430
Athletic Field Condition Hotline .... 650 522 7439
Field And Picnic Reservations .... 650 522 7434
Tennis Office .................. 650 522 7535
Harbor Patrol Marina Lagoon Non Emergencies .. 650 522 7467
Landscape Architecture .......... 650 522 7540
Fax .......................... 650 522 7541
Parks Division 2001 Pacific Bl S Mto .. 650 522 7420
Fax .......................... 650 522 7421
Recreation Centers
Beresford 2720 Alameda De Las Pulgas S Mto .. 650 522 7440
Central 50 E-5th Av S Mto ........ 650 522 7440
King 725 Monte Diablo Av S Mto .. 650 522 7470
Senior Center 2645 Alameda De Las Pulgas S Mto .. 650 522 7490
Shoreview 950 Ocean View Av S Mto .. 650 522 7500
Registration Form Fax-In Line .... 650 522 7411
Tree Service .................. 650 522 7420
### PLANNING & ZONING ............ 650 522 7202
Fax .......................... 650 522 7201
### POLICE DEPARTMENT 2000 S Delaware S Mto
Abandoned Vehicle Reporting Line .. 650 522 7766
Emergency .................... 911
Non-Emergency Police Assistance .. 650 522 7700
Or ............................ 650 522 7700
General Information & Records .... 650 522 7700
Investigative Services 8 AM-5 PM Mon-Fri .. 650 522 7650
Checks-Fraud-Juvenile-Narcotics-Person & Property Crime
Detectives
Police Activities League 522-7PAL .. 650 522 7725
Police Chief's Office 8 AM-5 PM Mon-Fri .. 650 522 7600
Property Room ................ 650 522 7630
Recruitment .................. 650 522 7627
Secret Witness Line ............ 650 522 7676
### POPLAR CREEK GOLF COURSE-SAN MATEO
1700 Coyote Point Dr S Mto
Administrative Offices .......... 650 522 7510
Dominic's
Banquet Information .......... 650 522 7526
Restaurant At Poplar Creek .... 650 522 7525
General Manager .............. 650 522 7512
Head Golf Professional .......... 650 522 7515
Pro Shop & Reservations
522-GOLF ...................... 650 522 4653
### PUBLIC WORKS DEPARTMENT
Emergency Sewer Problems-Days-Nights-Weekends
.............................. 650 522 7350
Engineering Services-Road Construction-Inspection
.............................. 650 522 7300
Parking Meters ................ 650 522 7300
Permits-Encroachment-Parking-Street-Traffic .. 650 522 7300
Public Works Service Center 1949 Pacific Bl S Mto .. 650 522 7300
Storm Drains-Creeks-Levees ...... 650 522 7300
Street Light Repairs-Traffic Signs .. 650 522 7300
Street & Sidewalk Cleaning ...... 650 522 7300
Traffic Signals ................ 650 522 7300
Wastewater Treatment Plant ...... 650 522 7380
Pollution Prevention ............ 650 522 7300
### REDEVELOPMENT AGENCY ........ 650 522 7240
SEE THE CITY SOURCE SECTION IN THE PURPLE
LOCAL AREA PAGES IN THE MIDDLE OF THIS
DIRECTORY
### SENIOR SERVICES
Senior Center 2645 Alameda De Las Pulgas S Mto .. 650 522 7490
Senior Services Link ............ 650 522 7494
### STOREFRONT IMPROVEMENT PROGRAM
.............................. 650 522 7246
### TDD FOR THE HEARING IMPAIRED .. 650 522 7047
### TEEN PROGRAMS
Youth Programs ................ 650 522 7470
Police Activities League-PAL 522-7PAL .. 650 522 7725
### WATER-CALIFORNIA WATER SERVICE CO
.............................. 650 343 1808
### ZONING INFORMATION .......... 650 522 7212

## South San Francisco City Of
### GENERAL INFORMATION .......... 650 877 8518
### PASSPORT INFORMATION ........ 650 829 6646
### ADMINISTRATIVE OFFICES 400 Grand Av SSF
Admin Ofc Hours 8 AM To 5 PM Mon-Fri
City Attorney .................. 650 877 8515
City Clerk .................... 650 877 8518
City Manager .................. 650 877 8500
City Mayor-Council ............ 650 877 8504
City Treasurer ................ 650 829 6643
Finance Department

## SOUTH SAN FRANCISCO
### ENGINEERING 315 Maple
### FIRE DEPARTMENT 4
Administration Non-Emerg
Basic Life Support Ambula
### FIRE PREVENTION &
### NORTH CANAL STRE
Counter Hours 8 00 AM-5
### HISTORICAL SOCIETY
### HOUSING AUTHORITY
### SAN FRANCISCO 350
TTD-TTY Only ................
### HUMAN RESOURCES
Job Hotline ....................
### INFORMATION TECHN
### LIBRARIES
Main Library 840 West Oran
Mon-Tues 10 AM-9 PM
Wed 10 AM-7 PM
Thurs 1 PM-9 PM
Fri 10 AM-6 PM
Sat 10 AM-5 PM
Sun 2 PM-5 PM
Automated Renewal 24-H
Circulation-Overdues ........
Children's Services ..........
Reference Information ......
Project Read-Literacy ......
Library Director ............
Grand Ave Library 306 Wal
Hours
Monday-Tuesday-Thursda
Wednesday 1 PM-9 PM
Saturday-Sunday Closed
Patron Services ............
Local History ..............
History Room Hours By
North San Mateo County Pi
### COMMUNITY LEARNIN
520 Tamarack Ln SSF ....
Hours Vary Mon-Sat
### CONFERENCE CENTEI
### PUBLIC WORKS DIVIS
Administration 550 North C
Parks-Trees & Building Ma
550 North Canal SSF ......
Street And Sewer Mainten
Pollution Prevention ......
Storm Water Division ......
Water Quality Control Plan
### MUSEUM 601 Grand Av SS
Plymire-Schwarz Museum
519 Grand Av SSF ..........
### PLANNING DIVISION-
### POLICE DEPARTMENT
Business Non-Emergency I

Community Relations ......
Evidence-Property ..........
Hispanic Hotline ............
Investigations-Detectives .
Jail-See San Mateo County
8 AM-5 PM Mon-Fri
Police Chief ................
Recruiting-Training ........
Accident Investigation ....
Anonymous Crime Reportin
Watch Commander ........
Community Oriented Polici

### ENGINEERING DEPAR
Engineering 315 Maple Av S
### RECREATION AND CO
33 Arroyo Dr SSF
Administrative Offices
### RECREATION LOCATIC
Community Learning Cente
Martin After School Progrm
Monte Verde After School F
2551 Saint Cloud Dr SB ...
Orange Memorial Pool Orar
Ponderosa After School Pr
295 Ponderosa Rd SSF ....
Scout Cabin Orange Av & Te
Siebecker Pre-School 510 E
Spruce After School Progra
Spruce Gym 501 Spruce Av S
Terrabay Gymnasium
1121 South San Francisco D
Westborough Preschool 23:
Westborough Recreation B
### SENIOR SERVICES
El Camino Senior Center 2:

Case 3:07-cv-04517-MMC  Document 82  Filed 02/07/2008  Page 13 of 13

*BOTH COUNTS were DISMISSED*

| | |
|---|---|
| NAME OF COURT: | MUNICIPAL COURT |
| STREET ADDRESS: | 800 N. HUMBOLDT STREET |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: | SAN MATEO, CA 94401 |
| BRANCH NAME: | CENTRAL BRANCH |
| TELEPHONE: | (650) 573-2622 |

PEOPLE OF THE STATE OF CALIFORNIA
vs.
DEFENDANT: Aisake Pohahau Naufahu

**NOTICE OF CORRECTION AND PROOF OF SERVICE**
(Vehicle Code, § 40505)

AMENDING OFFICER NAME/ID NO.: Reilly 126
DEPARTMENT/AGENCY: SAN MATEO POLICE
CITATION NUMBER: 84-277289    CASE NUMBER:

1. A *Notice to Appear/Notice to Correct Violation* was issued to you by an officer of this department on *(date)*: 2-20-06
2. The citation issued to you contained an error as indicated by the items checked below. This notice of correction does not affect the validity of the citation or the required court appearance.

☐ Date/time of violation should be _____
☐ Date/time of court appearance should be changed from _____ to _____
☒ Violation section(s) should be changed from 22400(A) to 22109 VC
☐ Location of violation should be changed from _____ to _____
☐ Other *(specify)*:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 2/21/06
(Signature of Officer)

Form Adopted for Mandatory Use
Judicial Council of California
TR-100 [New January 1, 2000]

(Proof of service on reverse)

*"Amended" changed after daughter 19 talked them on 4/20/06*

*COPY OF THE AMENDED (NEW CITATION)*

---

**CITY OF SAN MATEO POLICE DEPARTMENT**
**NOTICE TO APPEAR** ☒ Traffic ☐ Nontraffic     84-277289

1. Date of Violation: 2/20/06  Time: 3:02 PM  Day of Week: M  Case No.:
2. Name (First, Middle, Last): Aisake Pohahau Naufahu
3. Address: 339 N. Claremont St.
4. City: San Mateo  State: CA  ZIP Code: 94401
5. Driver Lic. No.: A0512761  State: CA  Class: C  Commercial: ☐ Yes ☒ No  Age: 55  Birth Date: 3/24/51
6. Sex: M  Hair: BLK  Eyes: BRO  Height: 5-10  Weight: 185  Race: P
7. Veh. Lic. No. or VIN: POLYLUV  State: CA  Reg. MO/YR: 05/06
8. Yr. of Veh.: 1984  Make: BUICK  Model: Park Ave  Body Style: 4DR  Color: BRO
9. Evidence of Financial Responsibility: None
10. Registered Owner or Lessee: Naufahu, Milanu Yvette
11. Address: 18 N. Humboldt St.
12. City: San Mateo  State: CA  ZIP Code: 94401

Correctable Violation (Veh. Code, § 40610)
Misdemeanor or Infraction (Circle)

| | Yes | No | Code and Section | Description | |
|---|---|---|---|---|---|
| 13. | ☐ | ☒ | 22400(a)VC | Impede traffic | M / **I** |
| 14. | ☐ | ☒ | 16028(a)VC | No Ins. | M / **I** |
| 15. | | | | | |
| 16. | | | | | |

17. Speed Approx.: 25  P.F./Max. Spd.: 35  Veh. Lmt.: 35  Safe: 3K  Radar: ☐  Continuation Form Issued: N
18. Location of Violation(s) at *(place)*: S. El Camino Real @ 25th Ave.   City/County of Occurrence: W-E / S
19. Comments (Weather, Road & Traffic Conditions): ☐ Accident

20. ☐ Violations not committed in my presence, declared on information and belief.
I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.
Executed at (place): _____   Violation location

21. Arresting or Citing Officer: Reilly   Serial No.: 95   To Dates Off:
22. Date: _____   Name of Arresting Officer, if different from Citing Officer: _____   Serial No.: _____   To Dates Off:
23. WITHOUT ADMITTING GUILT, I PROMISE TO APPEAR AT THE TIME AND PLACE INDICATED BELOW.
X Signature: _____
24. WHEN: ON OR BEFORE THIS DATE: 4/4/06  Time: 1:30  ☐ AM ☒ PM
WHAT TO DO: FOLLOW THE INSTRUCTIONS ON THE REVERSE.
WHERE:
25. ☐ NORTHERN BRANCH - 1050 Mission Rd., So. San Francisco, CA 94080   (650) 877-5355
☒ CENTRAL BRANCH - 800 North Humboldt St., San Mateo, CA 94401   (650) 573-2622
☐ SOUTHERN BRANCH - Traffic 500 County Center, Redwood City, CA 94063   (650) 363-4300
☐ SOUTHERN BRANCH - CRIMINAL - 4th FLOOR HALL OF JUSTICE   (650) 363-4300
400 County Center, Redwood City, CA 94063
☐ JUVENILE TRAFFIC COURT - 21 Tower Rd., San Mateo, CA 94402   (650) 312-8887
26. ☐ To be notified   ☒ You may arrange with clerk to appear at a night session of the court.

Judicial Council of California Form   COURT COPY | SEE REVERSE
Rev. 09-20-05 (Veh. Code, §§ 40500(b), 40513(b), 40522, 40600; Pen. Code, § 853.9)   TR-130

COMPUTER & BUSINESS PRINTING (650) 873-1710   M453884 (09/05)

84-277289

*COPY OF THE "ORIGINAL CITATION"*

231959

*BOTH COUNTS were DISMISSED*