**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AISAKE (ISACC) NAUFAHU, | No. C-07-4517 MMC (MEJ) |
| Plaintiff, | |
| vs. | **ORDER DENYING PLAINTIFF'S MOTION AND DIRECTING PARTIES TO COMPLY WITH JUDGE JAMES' STANDING DISCOVERY ORDER.** |
| S.E. MANHEIMER, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

On February 13, 2008, the above-captioned case was referred to Magistrate Judge Maria-Elena James for purposes of discovery. On February 29, 2008, this court filed its Notice of Reference, notifying the parties of the referral and directing them to comply with Judge James's Standing Order Regarding Discovery and Dispute Procedures. On May 13, 2008, plaintiff filed his MOTION FOR COURT RULING PER DEFENDANTS' SPECIAL INTERROGATORIES PLAINTIFF RECEIVED SATURDAY MAY 10TH, BECAUSE PLAINTIFF ALREADY ANSWERED THESE INTERROGATORIES TO THE DEFENDANTS' ATTORNEY KING, AND PLAINTIFF REASONS AND RATIONALE SUBSTANTIATING REFUSAL HEREUNDER, directing this discovery dispute to Hon. Judge Chesney. The court hereby reminds the parties that discovery matters and disputes in this case are to be directed to Magistrate Judge Maria-Elena

1  James, and that all such disputes must comply with her standing order regarding discovery. Both the
2  plaintiff, in pro se, and counsel for the defendant's are further reminded that in regard to any
3  discovery dispute, Judge James' standing order requires that they and meet and confer in person. If
4  the parties are unable to resolve their dispute after the meet and confer session, they shall file a joint
5  meet and confer letter.  Upon careful review of the parties' letter, the Court will either order further
6  briefing, oral argument, or deem the matter submitted on the papers..

The court, therefore, DENIES plaintiff's motion, (docket #75), without prejudice and ORDERS the parties, to comply with Judge James' standing order in regards to this dispute.

Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any questions.

**IT IS SO ORDERED.**

Dated: July 16, 2008

MARIA-ELENA JAMES
United States Magistrate Judge

2