PRO SE LITIGANT

AISAKE (ISAAC) P. NAUFAHU
339 NORTH CLAREMONT
SAN MATEO, CALIFORNIA 94401

TELEPHONE: 650-342-4817

*FILED*

*03 AUG 11 AM 9:07*

*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT*
*NORTHERN DISTRICT OF CALIF.*

# UNITED    STATES    DISTRICT    COURT

# NORTHERN    DISTRICT    OF    CALIFORNIA

AISAKE (ISAAC) P. NAUFAHU

      Plaintiff,

v.

CITY OF SAN MATEO,
SAN MATEO CHIEF OF POLICE S. E. MANHEIMER,
SAN MATEO POLICE CAPTAIN M. CALLAGY,
SAN MATEO POLICE LT. A. J. PARISIAN,
SAN MATEO AMENDING OFFICER J. RATCLIFFE S26,
SAN MATEO POLICE OFFICER BOLOGNA BADGE NUMBER 95,
4 UNNAMED SAN MATEO POLICE OFFICERS

      Defendants

NO. C07 – 04517 MMC

PLAINTIFF'S MOTION
TO LEGAL NECESSARY
DISPOSITION OF CASE
BY TRIAL;

THE SUBPOENA TO FOLLOW
OF NAMED PERSONS
FOR TRIAL

Pursuant to Federal Court Authority – Federal Judicial Jurisdiction/Review: Judicial Restraint: Justiciability: MOOTNESS: An Actual Controversy must exist at all times, as here in this Case, because of Focal Exceptions (EMPHATICALLY BECAUSE OF THEIR APPLICABILITY); Capable of Repetition: as Here with my Case before this High Court.

**Moreover**, also, my twin brother's Cases also before this High Court, handled by the same Defense Attorneys David M. King, and Jeremy A. Burns; But Evades Review, as described repetitively before this High Court, and known of by Defendants, and defendants' Attorneys King, and Burns, as already heretofore described, and had resoundingly resumed Severe Injuries to my Nucleus Family, repetitively after I Filed My Lawsuit; known of by this High Court, and by Defendants, and further by defendants' Attorneys King, and Burns.

The Severe Injurous Damages, inclusive of Various Violations of The United States Constitutional Rights Guaranteed Under The United States Constitution, so Ruled by The United States Supreme Court, knowingly, deliberately done by Defendants, led by San Mateo Chief of Police Susan Manheimer, Caused by

1  Defendants led by San Mateo Chief of Police Susan Manheimer against my Nucleus
2  Family: my ailing elderly Father (INVASION OF PRIVACY RIGHTS); my twin
3  brother Gus, and his Family: (VIOLATIONS OF 4TH AMENDMENT RIGHTS; AND 5TH
   AMENDMENT RIGHTS, and 14TH AMENDMENT RIGHTS UNDER THE UNITED STATES CONSTITU-
4  TION: Led by San Mateo Chief of Police Susan Manheimer: ENTRY INTO HIS HOME
   WITHOUT CONSENT, WITHOUT WARRANT; Forced Removal of Minor Son George from his
5  ROOM - COMBINED FAMILY ROOM FOR HOLY SCRIPTURAL READINGS AND PRAYER SESSIONS
6  Therefore Constituting Violation of 1ST AMENDMENT RIGHTS; Searched of Said
7  Premises WITHOUT CONSENT, WITHOUT WARRANT; SEIZED OF ITEM(S) WITHOUT CONSENT,
   WITHOUT WARRANT; Inclusive of JAILING IN JUVENILE HALL OF GUS'S MINOR SON
8  GEORGE FOR SIXTEEN (16) DAYS WITHOUT PROBATIVE/PROBABLE CAUSE; BUT-FOR PRE-
9  JUDICE, AND DISCRIMINATORY COLOR-BAR BIAS; as already described, and Submitted
10 before this High Court; subsequent to My Lawsuit Filing, led me to believe,
   as any reasonable ordinary person would, were Rampages of Revenges, and Tar-
11 getted Strategized Terrible Terrorizings deliberately, knowingly done by the
12 Defendants to my Nucleus Family, inclusive of INVASIONS OF PRIVACY PARTICULARLY
13 INTRUSIONS INTO SECLUSIONS (SOLITUDE), so Ruled by The United States Supreme
14 Court, in quite similar Cases, and as such heightened the Severity of Injurous
   Damages Directly to ME; because Injurous Damages Directly Caused by Defendants
15 led by San Mateo Chief of Police Susan Manheimer to my Nucleus Family, already
16 Submitted before this High Court, have under the circumstances, directly and
17 consequently Affects/Afflicts ME INJUROUS DAMAGINGLY.

18 Amongst the many things, inter-alia that will be brought out at Trial is why
19 Defendants' Defense Attorney King insisted on Individual Servings of Process
   to Defendants in My Case, Approved of by this High Court' yet, for my twin
20 brother Gus's Cases: NO INDIVIDUAL SERVING(S) OF PROCESS(ES) REQUIRED FOR THE
21 SEVERAL SAN MATEO POLICE OFFICERS LED BY SAN MATEO CHIEF OF POLICE SUSAN MAN-
   HEIMER, AND THE GLARING QUESTION THERE IS: WHY THIS HIGH COURT DID NOT INSIST,
22 OR REQUIRE SUCH.

23 All that my twin brother Gus did in Filing his Lawsuits was 1 COPY LEFT AT COUNTE
24 COUNTER OF CITY OF SAN MATEO FRONT LOBBY; AND 1 COPY LEFT COUNTER OF THE
   SAN MATEO POLICE DEPARTMENT FRONT LOBBYTO TOTALLY COMPRISE SERVICE OF PROCESS
25 OF ALL THE MULTIPLES OF MANY SAN MATEO POLICE OFFICERS LED BY SAN MATEO CHIEF
26 OF POLICE SUSAN MANHEIMER WHO STORMED MY TWIN BROTHER'S HOME/MY AILING ELDERLY
27 FATHER'S HOME WITHOUT CONSENT, WITHOUT WARRANT, AND THEN THEY SAY THAT THEY
   WERE ON TRAINING MISSION: BUT THE CITY OF SAN MATEO, AND THE SAN MATEO POLICE
28 DEPARTMENT HAVE NOT EACH OR CONJOINTLY ASKED MY TWIN BROTHER GUS, OR MY AILING

ELDERLY FATHER FOR THEIR REQUISITE LEGAL CONSENT/APPROVAL TO USE THEIR HOME AS TRAINING CENTER FOR THE CITY OF SAN MATEO POLICE DEPARTMENT.

THIS IS PERSUASIVELY, COMPELLINGLY, EVIDENTIARY REVENGE AND TERRORIZING APPALL-INGLY WITHOUT EXCUSE, WITHOUT JUSTIFICATION BY THE CITY OF SAN MATEO, AND THE SAN MATEO POLICE DEPARTMENT BECAUSE UP AND DOWN MY TWIN BROTHER GUS'S HOME/ MY AILING ELDERLY FATHER'S HOME, ON THE DRIVEWAY WERE SEVERAL OFFICERS WITH GUNS DRAWN READY TO SHOOT ANYONE WITH WRONG MOVE.

THERE WERE ALSO OFFICERS BLOCKING THE FRONT DOOR, AND THE BACK DOOR.

WHY? WHY, INDEED? ANY REASONABLE, ORDINARY, ENQUIRING PERSON WOULD ASK.

THE ONLY ANSWER UNDER THE CIRCUMSTANCES IS THIS: REVENGE, AND TERRORIZINGS, BY DEFENDANTS, BECAUSE WE ARE ETHNIC MINORITIES PEOPLES OF COLOR.

THESE CONSTITUTED/CONSTITUTES DISCRIMINATIONS, BIAS, AND PREJUDICES AGAINST US BY THE WHITE DEFENDANTS.

Also, why did Defendant City of San Mateo, and San Mateo Police Department, through their Defense Attorney King MOVED QUICKLY FOR SETTLEMENT of my twin brother Gus's Cases; and yet for such miserly, paltry nonsensical amount; ALL BECAUSE WE ARE ETHNIC MINORITIES PEOPLES OF COLOR; as such the Solidification of THE DISCRIMINATION, ETHNIC BIAS, AND COLOR-PREJUDICE AGAINST US BY THE WHITE-BASED, WHITE-FOUNDATIONED, WHITE-STRUCTURED WHITE DEFENDANTS.

Just as San Mateo Police Chief Susan Manheimer led The San Mateo Police Troop that stormed my twin brother Gus's HOME/my ailing elderly FATHER'S HOME, so it is exactly The Very Same Police Chief Susan Manheimer that Approved the Felonious Actions/Activities of San Mateo Police Officers: Bologna badge number 95; Ratcliffe S26; Lieutenant Parisian AGAINST ME, Endorsed by Captain Callagy by his Letter to me, already with this High Court's File, and Reinforced by The City of San Mateo, ALL SUBMITTED BEFORE THIS HIGH COURT.

As such, under the circumstances, for my own Case, for much needed Resolution therefore to my own Case, I will/Shall Subpoena, already iterated, and repeti-tively reiterated before this High Court, the following:

A. 1. The Traffic Commissioner, The Honorable Stephanie Garrat, now The Superior Court Judge of The County of San Mateo for The State of California, San Mateo County:

Subject of Testimony: Why The Honorable Garrat DISMISSED the Citation that San Mateo police officer Bologna, badge number 95 had

issued to Me on 02/20/2006 for Impeding Traffic ONLY on South El Camino
Real, and 25th Avenue (A MOVING VIOLATION). We have to remember that
this was about 3AM, or so, still at night/at the early morning.

I, the Plaintiff, Mr. Aisake Naufahu, and my daughter, Loselea Naufahu,
went to the San Mateo Police Department the same day, and told them (Police
Officers) that Officer Bologna badge number 95 WAS LYING. THERE'S ABSOLU-
TELY NO TRAFFIC WHATSOEVER ON EL CAMINO REAL AT 3AM, OR SO.

Two (2) days later, the San Mateo Police Department sent me a letter show-
ing that Officer Ratcliffe badge S26, Amended (Changed) the Original Cita-
tion of Moving Violation to that of Non-Moving Violation, on 02/21/2006.

2. SAN MATEO POLICE OFFICER BOLOGNA BADGE NUMBER 95

   a. What did you do with the Original Citation: Impeding Traffic ONLY on/at
      South El Camino Real, and 25th Avenue (02/20/2006)?

   b. Did you destroy the Original Citation (02/20/2006), or did you send it
      to wherever only you know, or, supposed to be sent to?

   c. On September 15th, 2006, you personally told The Traffic Commissioner
      The Honorable Garrat that the Original Citation of 02/20/2006: Impeding
      Traffic ONLY on South El Camino Real, and 25th Avenue, was Amended
      (Changed) to a NON-MOVING VIOLATION, and you never gave an explanation
      to The Traffic Commissioner The Honorable Garrat.

      The Traffic Commissioner The Honorable Garrat expected an explanation
      from you, but instead he got none from you.

      Everyone in the Traffic Court on September 15, 2006 knew that you were
      LYING, and you were on a "Guilt Trip", and that's why you did not
      give an explanation.

      How come, you, Officer Bologna, Badge Number 95, NEVER EVER MENTIONED
      ANYTHING; I mean just ANYTHING about the AMENDED CITATION by your
      fellow-officer Ratcliffe badge S26, sent to The Traffic Court in San
      Mateo on 02/20/2006, on September 15, 2006, before The Traffic Commi-
      ssioner The Honorable Garrat?

      Don't you think that you, Officer Bologna badge number 95, a TRAITOR,
      obviously you talked to your fellow-officer Ratcliffe badge number S26,
      and he AMENDED (CHANGED) THE ORIGINAL CITATION OF 02/20/2006 the very

next day, 02/21/2006, and sent it to Traffic Court on the same day, and
on September 15, 2006, you were Sworn-In and you wereNOT MAN ENOUGH
to admit before the Traffic Commissioner The Honorable Garrat that you
were LYING on the Original Citation of 02/20/2006, and that was why the
Original Citation was Amended (Changed) by your fellow-officer Ratcliffe
badge number S26 to a Non-Moving Violation, and still the San Mateo Police
Department, and police officers still wanted me to go to Traffic Court
to pay a Fine for a Traffic Violation I DID NOT COMMIT, and THIS WAS/IS
ALL ABOUT WHO I AM, ETHNIC MINORITY PERSON OF COLOR.

I am glad that The Traffic Commissioner The Honorable Garrat saw the LIES
Submitted to The Court by the San Mateo Police Department, and San Mateo
Police Officers to his Traffic Court of The State of California, and He
DISMISSED THE CASE OUTRIGHT.

3.  SAN MATEO POLICE OFFICER JACK RATCLIFFE S26:

When you, and your fellow-officer Bologna badge number 95, were talking
and discussing this Incident, what did your fellow-. officer Bologna
badge number 95 tell you about the Original Citation of 02/20/2006 he
issued to me: Impeding Traffic ONLY on  South El CaminoReal, and 25th
Avenue?  DID YOU believe your fellow-officer Bologna badge number 95, was
telling you the truth, that there was Traffic ONLY on South El Camino Real
and 25th Avenue, and that I was IMPEDING it?  What did you Officer Ratcli-
ffe badge number S26, and your fellow-officer Bologna badge number 95,
Do with the Original Citation of 02/20/2006?

What did YOU Officer Ratcliffe badge number S26 do, and it was necessary
for you to AMEND (CHANGE) the Original Citation of 02/20/2006 on
02/21/2006 one day later  to Non-Moving Violation, and sent that to the
Traffic Court in San Mateo?  Why did You NOT SHOW UP IN TRAFFIC COURT on
September 15, 2006 to give an explanation to The Traffic Commissioner The
Honorable Garrat, as to WHY THE ORIGINAL CITATION OF 02/20/2006 SHOULD
BE AMENDED (CHANGED) BY YOU, TO A TOTALLY DIFFERENT LOCATION IN THE
AMENDED CITATION BY YOU, OFFICER RATCLIFFE, ON 02/21/2006?

**THIS IS VERY  LEGAL-BOUND CRITICAL BECAUSE THE LOCATION IN THE AMENDED
(CHANGED) CITATION OF 02/21/2006 IS THE SAME AS SHOWN IN THE ORIGINAL

Citation of 02/20/2006 by Officer Bologna badge number 95.

4. SAN MATEO POLICE LIEUTENANT ALAN J. PARISIAN·

You told me  when you Interrogated/Interviewed me in The San Mateo Police Department that it WAS NOT Officer Bologna badge number 95 who was HARASSING ME, AND TAILGATING ME SO DANGEROUSLY CLOSELY.

You also said that "There were 2 different police cars that Tailgated me."

You were in Charge of the San Mateo Police Investigation of San Mateo Police Officer Bologna badge number 95.

You EXONERATED WITHOUT JUSTIFICATION your fellow-officer Bologna badge number 95, on all allegations.  Having looked at the Original Citation of 02/20/2006 by your fellow-officer Bologna badge number 95, that I, Mr. Ai-sake Naufahu, the Plaintiff: WAS  Impeding Traffic ONLY ON SOUTH EL CAMINO REAL, and 25TH AVENUE, and that officer Bologna badge number 95, WAS ON THE WEST SIDE OF 25TH AVENUE, about 10 yards, or more from South El Camino Real, FACING AWAY from the Location of El Camino Real, and that I was travelling 25 mph, and that the HEAVY-DUTY TRAFFIC WAS ONLY TO THE EXCLU-SIVITY OF SOUTH EL CAMINO REAL, AND 25TH AVENUE, and we are talking here about 3AM, or so, in the nighttime/early morning.

Did it ever occur to you that when Officer Ratcliffe badge number S26, AMENDED (CHANGED) THE Original Citation of 02/20/2006, to a NON-MOVING VIOLATION one day later on 02/21/2006, that he was in fact showing and proving  such Action/Activity BEYOND REASONABLE DOUBT that his fellow-officer Bologna badge number 95 was LYING IN THE ORIGINAL CITATION OF 02/20/2006, just because I AM A PERSON OF COLOR, and that he had made up his mind to LIE, and send me to Traffic Court to pay a Fine for "something" I DID NOT VIOLATE, DID NOT DO, and also he wanted to mess up my Driving Records?

**I want you Lieutenant Parisian to be in FEDERAL COURT because The Traffic Commissioner The Honorable Garrat saw the Original Citation of 02/20/2006, a Moving Violation issued by Officer Bologna badge number 95, and AMENDED (CHANGED) OF NON-MOVING VIOLATION BY OFFICER Ratcliffe badge number S26.

Obviously The Traffic Commissioner The Honorable Garrat himself SAW THE LIES, AND DISMISSED THE CASE OUTRIGHT.

It was severely inexcusable, extremely unjustifiable that officer Bologna badge number 95 did not even try to give an explanation to The Traffic Commissioner The Honorable Garrat on September 15, 2006, as to WHY the Original Citation was AMENDED (CHANGED) on 02/21/2006. It's downright bad and sickening to see these White San Mateo Police Officers, even in Court of Law BLATANTLY LIE, AND WOULD NOT EVEN DAMIT *ADMIT* TO ANY WRONGDOING ON THEIR PART. They feel it is their BIRTHRIGHT TO TREAT ETHNIC MINORI-TIES PEOPLE OF COLOR ANY WAY THEY WANT, ANYWAY THEY CHOOSE: RACISM IS STILL VERY MUCH ALIVE IN THE CITY OF SAN MATEO, AND IN THE SAN MATEO POLICE DEPARTMENT.

**You Lieutenant Parisian having Exonerated your fellow-officer  Bologna badge number 95 on all allegations, constitute inter-alia:

a.  COVER-UPS;

b.  OBSTRUCTION OF JUSTICE;

c.  CONSPIRACY;

d.  Accomplice;

e.  Accessory After The Fact.

5.  Captain Mike Callagy, San Mateo Police Department

By the tone and contents of his letter to me, in this High Court File:

a.  COVER-UPS;

b.  CONSPIRACY;

c.  ACCOMPLICE;

d.  ACCESSORY AFTER THE FACT.

e.  OBSTRUCTION OF JUSTICE

6.  San Mateo Chief of Police Susan E. Manheimer

Having Exonerated her underling officer Bologna badge number 95 constitutes:

a.  COVER-UPS;

b.  CONSPIRACY;

c.  ACCOMPLICE;

page 7

d.  OBSTRUCTION OF JUSTICE;

e.  ACCESSORY AFTER THE FACT

7.  DAVID M. KING, ATTORNEY FOR DEFENDANTS: CITY OF SAN MATEO, AND THE SAN
MATEO POLICE DEPARTMENT: POLICE OFFICERS, INCLUSIVE OF SAN MATEO CHIEF
OF POLICE SUSAN MANHEIMER

**In my Deposition at your Law Office on April 22, 2008, this year, you
Attorney David King was telling me, that San Mateo Police Officers: Bologna
badge number 95, and other police officers were also checking my car that
night of the early morning of 02/20/2006, and this was about 3AM, or after
3AM, looking for guns, or weapons because motorists carry guns to kill
police officers.  I want you Attorney King, to be in FEDERAL COURT to
tell the JURY the "SOURCE" of your information, and you will also have to
give the Names of San Mateo Police Officers who told you that they were
checking and looking for guns in my car that night of the early morning of
02/20/2006.

I want you to know Attorney King, and the San Mateo Police Officers who
were checking and looking for guns in my car that night in the early
morning of 02/20/2006 at about 3AM, or after 3AM, that there WERE NO
REPORTED SHOOTINGS IN SAN MATEO, OR ANY SAN MATEO POLICE OFFICERS, saw me
shooting a gun on South El Camino Real that night of the early morning of
02/20/2006, and ALSO THAT Officer Bologna badge number 95, had already
checked my Driver's License in the Police Computer System: AND THAT THERE
WAS ABSOLUTELY NOTHING IN THERE to indicate that I am a felon or a parolee.
or was ever involved in a shooting, or trying to kill someone, let alone
a police officer.

This is typical of the White San Mateo Police Officers, and this is how
they treat ethnic minorities PEOPLE OF COLOR IN SAN MATEO: RACISM, COLOR-
BAR, PREJUDICE, ETHNIC  MINORITY BIAS.

I was just on my way to work on 02/20/2006, just like every early morning,
breaking no laws, and now you, David King, and the White San Mateo Police
Officers are "NOW DRAGGING ME IN THE MUD" to make me look like a felon, or
parolee.  Never have I been in State Prison, or to State Prison.

One more thing, David King, you were also saying in the Deposition on
April 22, and 23, 2008, earlier this year, that San Mateo Officer Bologna

page 8

BADGE NUMBER 95. MADE A Mistake when he put down on the Original Citation of 02/20/2006 that I was Impeding Traffic TO THE EXCLUSIVITY OF ONLY ON SOUTH EL CAMINO REAL, AND 25TH AVENUE, BUT IT SHOULD HAVE BEEN ON THE OTHER SIDE OF SOUTH EL CAMINO REAL ADJACENT TO THE SEARS PARKING LOT.

I am warning you here, David King, that you could loose your License to Practice Law, if you try to have Officer Bologna badge number 95 LIE YET AGAIN, THIS TIME IN FEDERAL COURT. And if there "WAS NO TRAFFIC ONLY" on South El Camino Real, and 25th Avenue, at 3AM, or shortly after, as shown in the Original Citation of 02/20/2006, remember that this was AMENDED (CHANGED) by his fellow-officer Ratcliffe, badge number S26, then how could you David King, and officer Bologna badge number 95, who issued to me the Original Citation of 02/20/2006, are now COMING UP WITH YET A NEW AMENDED LOCATION, (that I, Mr Aisake Naufahu) was IMPEDING TRAFFIC 5 or 6 blocks away on South El Camino Real, adjacent to the Sears Parking Lot at 3AM, or shortly after?

Mr. King, you know, and I know, and the Traffic Commissioner The Honorable Garrat knows that officer Bologna badge number 95 was LYING IN THE ORIGINAL CITATION HE ISSUED TO ME ON 02/20/2006, or else San Mateo Police Officer Ratcliffe, badge number S26, WOULD NOT HAVE AMENDED (CHANGED) THE CITATION ON 02/21/2006.

Mr. King, ask yourself, and open your eyes to seek and think logically and analytically and thereby you will see, and therefore you will know that the AMENDED CITATION BY OFFICER RATCLIFFE BADGE NUMBER S26, on 02/21/2006, HE DID NOT CHANGE THE LOCATION.

MR. KING, I WELL KNOW THAT YOU ARE AN ATTORNEY, AND I DO NOT KNOW AS TO HOW GOOD YOU ARE, OR HOW BAD YOU ARE – you have to, and must remember that San Mateo police officer Bologna badge number 95, Issued me the Original Citation in the early morning of 02/20/2006, after the San Mateo police officers were checking and looking for open containers, and guns as you said, in my car on the side of South El Camino Real, adjacent the Sears Parking Lot, and the LOCATION that Officer Bologna badge number 95, put down in the Original Citation was ONLY SOUTH EL CAMINO REAL, AND 25TH AVENUE, and he was NOT EVEN IN THAT LOCATION.

I saw Officer Bologna badge number 95 as a LIAR, UNFIT TO BE OFFICER OF THE LAW TO UPHOLD THE LAW.

The Honorable Commissioner The Honorable Garrat saw Officer Bologna badge number 95 as a LIAR on September 15, 2006, and The Honorable Garrat DISMISSED THE CASE OUTRIGHT.

Mr. King, if you will tell the JURY when this Case goes to TRIAL that officer Bologna badge number 95, made a mistake of putting "25th Avenue" in the Original Citation; but it should have been 5 or 6 blocks away close to 31st Avenue, the Members of The JURY would see clearly for themselves what YOU ARE ILLEGALLY AND UNLAWFULLY AND UNJUSTIFIABLY DOING TO COACH YOUR CLIENT TO LIE ON THE STAND, HAVING TAKEN AN OATH, AND THEY WILL BE SAYING TO THEMSELVES, "If this San Mateo police officer Bologna badge number 95 CANNOT TELL WHERE THE LOCALITY OF, AND THE DIFFERENCE OF 25TH AVENUE IS, AND 31ST AVENUE IS, THIS OFFICER BOLOGNA BADGE NUMBER 95 IS A DANGER TO ETHNIC MINORITIES PEOPLE OF COLOR IN SAN MATEO, AND HE LIES ON CITATIONS HE ISSUED LEFT AND RIGHT TO SEND ETHNIC MINORITIES PEOPLE OF COLOR TO TRAFFIC COURTS TO PAY FINES, and the last thing an EMPANELED JURY needs is an Attorney like Mr. King who comes up oh so conveniently with "sugar-coated candies", thinking that we are foolish kids who would grap the candies, and be content, and smile and run like the wind with the goodies.

8. CITY OF SAN MATEO COUNCILMAN JOHN LEE.

"Why did you not respond to letter I sent you March 18, 2006, reference the Felonious Misdeeds, Illegalities, Unlawfulness Unjustified Actions/ Activities of San Mateo police officer Bologna badge number 95, etc, because The San Mateo Police Department is directly UNDER THE CITY OF SAN MATEO."

This occured DURING YOUR WATCH, AND YOU DID NOT DO ANYTHING ABOUT IT.

Perhaps if You had Corrected, and Fixed the Problem, for such was Your Power and Authority to do so, THE REVENGES, AND RAMPAGES, AND TERRORIZINGS ALL UNJUSTIFIED AGAINST MY NUCLEUS FAMILY, AS ABOVEDESCRIBED WOULD NOT OCCUR, BUT THEY DID BECAUSE YOU DID NOT HELP THE CITY OF SAN MATEO AS YOU SHOULD HAVE. YOU ARE AN ELECTED OFFICIAL. IT WAS YOUR DUTY TO HAVE DONE SOMETHING TO FIX THE PROBLEM.

B. 1. Tape of Interview/Interrogation by San Mateo Police Lieutenant Alan J. Parisian for The JURY TO HEAR.

Lt. Parisian insisted that it was not officer Bologna badge number 95.

When I differed that it was indeed officer Bologna badge number 95,
Lt. Parisian, as abovementioned, got visibly enraged, and in a near-scream
almost/shouting range, insisted that it was not, and thereupon terminated
the Interview/Interrogation, CONSISTING AND CONSTITUTING THE COVER-UPS
IN PROGRESS, CONSPIRACY, ACCOMPLICE, OBSTRUCTION OF JUSTICE, AND ACCESS-
ORY AFTER THE FACT.

2. Transcript of Traffic Court, San Mateo of September 15, 2006, for The
JURY to see how San Mateo police officer Bologna badge number 95 LIED
IN COURT, EVEN AFTER BEING SWORN IN, for example, when queried as to the
Traffic Situation at 3AM, or so, on 02/20/2006, spoke of "HEAVY-DUTY
TRAFFIC"; and with other questions knowing he's being hemmed in to speak
TRUTHFULLY, as required BY LAW IN COURT OF LAW, responds conveniently
with, "I don't remember," because he knows he's been LYING ALL ALONG,
on the Citation he issued me, but even now still telling LIES IN COURT
BEFORE THE TRAFFIC COMMISSIONER THE HONORABLE GARRAT, SUPERIOR COURT OF
THE STATE OF CALIFORNIA.

ALL THE MORE REASON THE HONORABLE GARRAT DISMISSED THE CASE OUTRIGHT.

CITY OF SAN MATEO SETTLEMENT CONFERENCE STATEMENT:

**On page 2 of The City of San Mateo's Settlement Conference Statement,
from lines 13 to 25:

San Mateo police officer Bologna, badge number 95, says that he saw me, the
Plaintiff, MR. AISAKE NAUFAHU, driving southbound on El Camino Real at a
very slow speed, WELL BELOW THE POSTED SPEED LIMIT, DESPITE THE ABSENCE of
OF TRAFFIC: THAT IS: NO TRAFFIC, and that officer Bologna, badge number 95
became very suspicious that I, the Plaintiff, MR. AISAKE NAUFAHU, may have
been intoxicated, and that's why officer Bologna, badge number 95 made a
U-Turn at 20th Avenue.

****I want you, Mr. David King, The City of San Mateo City Attorney Shawn
Mason, and The San Mateo Police Officers, Being Sued, including The San
Mateo Chief of Police Susan Manheimer, in this FEDERAL LAWSUIT, that The
San Mateo Police Department, and officer Bologna, badge number 95, and
other San Mateo Police Officers, ARE ALL MAKING THIS UP NOW TO PROTECT AND
COVER-UP AND SHIELD THEIR FELLOW-OFFICER BOLOGNA, BADGE NUMBER 95.

THIS CONSTITUTES THE COVER-UPS, OBSTRUCTIONS OF JUSTICE, CONSPIRACY, ACCOM-
PLICES, AND ACCESSORIES AFTER THE FACT(S).

page  11

When officer Bologna badge number 95 made a U-Turn at 20th Avenue, and immed-
iately pulled up behind my vehicle, (the Plaintiff's), officer Bologna badge
number 95, DID NOT SAY HOW FAST I WAS GOING, and remember that the officer
Bologna badge number 95, is saying in this City of San Mateo Settlement Confe-
rence Statement that there was No Traffic (Lack of Traffic), and then all of
a sudden, officer Bologna badge number 95, made a Sharp Right Turn on 25th
Avenue, heading West and was about 10 yards, or more, facing away from South
El Camino Real, and all of a sudden, this officer Bologna badge number 95
who says in The City of San Mateo's Settlement Conference Statement "that
there was NO TRAFFIC (LACK OF TRAFFIC)", there was nothing in the world to
stop him: i. e. officer Bologna badge number 95 by letting me know that he
hates People Of Color in San Mateo by issuing me a Citation in the early
morning of 02/20/2006 that I, the Plaintiff MR AISAKE NAUFAHU WAS IMPEDING
TRAFFIC ONLY TO THE EXCLUSIVITY ON SOUTH EL CAMINO REAL, AND 25TH AVENUE, and
he was NOT EVEN AT THIS LOCATION BECAUSE OFFICER BOLOGNA BADGE NUMBER 95 WAS
OUT OF THE AREA, ABOUT 10 YARDS, OR MORE, facing away fromThe South El Camino
Real.

AT FIRST, officer Bologna badge number 95, was saying that there was NO TRAFFIC
(LACK OF TRAFFIC) in the early morning of 02/20/2006 on South El Camino Real,
and 25th Avenue, AND THEN ALL OF A SUDDEN "THERE WAS THIS HEAVY-DUTY TRAFFIC"
ONLY TO THE EXCLUSIVITY OF SOUTH EL CAMINO REAL, AND 25TH AVENUE, AND THAT I
WAS IMPEDING THAT HEAVY-DUTY TRAFFIC.

THE JURY WOULD, AND COULD SEE THROUGH ALL THIS, SO UNFIT FOR AN OFFICER OF
THE LAW, AND NOT UPHOLDING THE LAW!

Mr. David King, and all the San Mateo Police Officers, including the San Mateo
Chief of Police Susan Manheimer, there WAS A REASON AS TO WHY I SENT A COPY
OF THE ORIGINAL CITATION BY THE OFFICER BOLOGNA, BADGE NUMBER 95, OF 02/20/2006
AND THE AMENDED (CHANGED) CITATION OF 02/21/2006 BY OFFICER RATCLIFFE BADGE
NUMBER S26, PRIORITY MAIL TO THE TRAFFIC COMMISSIONER THE HONORABLE STEPHANIE
GARRAT ON SEPTEMBER 16, 2006, SO AS TO LET HIM SEE THE LIES AND COVER-UPS,
OBSTRUCTIONS OF JUSTICE, AND THAT'S WHY THE HONORABLE GARRAT DISMISSED THE
CASE OUTRIGHT.

San Mateo Police Officer Bologna badge number 95, and The San Mateo Police
Department are saying in The City of San Mateo's Settlement Conference
Statement that Officer Bologna badge number 95, was suspicious that I The
Plaintiff, MR AISAKE NAUFAHU, may have been Intoxicated, and that's why

page  12

he made a U-Turn at 20th Avenue.  Once again, we see officer Bologna, badge number 95, and The San Mateo Police Department, DIRECTLY UNDER THE CITY OF SAN MATEO, ARE COMING UP WITH THIS "FAIRYTALE" SPINNING IT OUT OF CONTROL JUST SO TO GIVE THEIR FELLOW-OFFICER BOLOGNA, BADGE NUMBER 95 A CONVENIENT BUT ILLOGI- CAL AND UNJUSTIFIED REASON AS TO WHY HE WAS HARASSING ME, FOLLOWING ME, TAIL- GATING ME SO DANGEROUSLY CLOSELY.

I want you, Mr. David King, and The San Mateo Police Department, DIRECTLY UNDER THE CITY OF SAN MATEO, to know that if someone comes out of a liquor store with a beer in his hand, and walks on the sidewalk, and starts drinking that beer, a police officer driving by can take the beer out of that person's hand, and pour it out, and issue him a citation to go to Court, and pay a Fine for drink- ing in public.

I cannot believe how atrociously bad these white San Mateo police officers are, that I, the Plaintiff, a single parent, was on my way to work to my job in San Carlos in the nighttime/early morning of 02/20/2006, minding my own business, breaking NO TRAFFIC LAWS, just going to work to support my 2 daughters in College who have now both Graduated from College: one The Valedictorian Speaker in The 2007 Graduation Ceremony, Notre Dame de Namur University, Belmont, and now in Graduate School; the other about to go to Grad School, also.

Officer Bologna, badge number 95, and San Mateo police officers, "were suspici- ous" and accusing me of being intoxicated (being drunk) and officer Bologna, badge number 95, and 2 back-up officers were checking my face, and eyes at extremely very close range with their flashlights, for prolonged periods of time CONSTITUTE CRUEL AND UNUSUAL PUNISHMENT: they did not ask me to step out- side for a Sobriety Test or Breathlyzer Test.  Officer Bologna, badge number 95 and white San Mateo police officers have to be super-careful when they say that they are "suspicious that a driver may be intoxicated": YOU JUST DO NOT USE THIS ACCUSATION VERY LIGHTLY.

EMPHATICALLY, I DID NOT SPEED, DID NOT RUN RED LIGHTS, AND DID NOT WEAVE TO AND FRO OR FROM LANE TO LANE; and yet officer Bologna, badge number 95, found that I WAS NOT INTOXICATED, UNSUBSTANTIATING HIS SUSPICION, AND THEN THAT'S WHEN HE LIED IN THE ORIGINAL CITATION HE ISSUED TO ME ON 02/20/2006. He is a typical white San Mateo police officer who HATES ETHNIC MINORITIES PEOPLE OF COLOR IN SAN MATEO.  For this white police officer Bologna, badge number 95, to LIE IN A CITATION OF 02/20/2006, TO LET ME GO TO TRAFFIC OURT, TO PAY A FINE WHICH WOULD AFFECT MY DRIVING RECORD, AS WELL, IS BEYOND ME, AND ALL ETHNIC

MINORITIES PEOPLE OF COLOR IN SAN MATEO.

A Millbrae Police Officer saw a car weaving on the road late one night.  HE
IMMEDIATELY BECAME SUSPICIOUS that the driver may have been drunk, or intoxi-
cated.  The guy on the passenger side was trying to bribe the police officer,
but the police officer did not take the money, in hundreds of dollars,  The
police officer had the driver take a Sobriety Tést, and Breathlyzer Test,
and passed; but the guy who was trying to bribe the police officer had to go
to Court on a Felony Charge.  Likewise, what the San Mateo police officer,
Bologna badge number 95, in HIS LYING IN A CITATION ON 02/20/2006, (even
though I DID NOT VIOLATE ANY TRAFFIC LAWS, RULES, STATUTES, REGULATIONS,) HAD
COMMITTED A FELONY.

Mr. David King, you were telling me in my Deposition on April 22, and 23, 2008,
earlier this year, that I did not impede Traffic ONLY on South El Camino Real,
and 25th Avenue, as shown on the Original Citation that officer Bologna badge
number 95 ISSUED TO ME in the nighttime/early morning of 02/20/2006".  You were
telling me that officer Bologna badge number 95, "Made a Mistake", and
according to you, Mr. David King, I, the Plaintiff, MR. AISAKE NAUFAHU, was
only impeding traffic on the side of South El Camino Real adjacent to the Sears
Parking Lot.  BUT THERE WAS ABSOLUTELY NO TRAFFIC ADJACENT TO THE SEARS PARKING
LOT.  EVERYTHING CLOSES DOWN AT THAT TIME OF NIGHTTIME/EARLY MORNING.  Did
you talk with officer Bologna badge number 95 who issued me the Citation on
02/20/2006 at that location?  Were you Mr. David King personally there at that
time of nighttime/early morning?  Who gave you Mr. David King THIS NEW FALLACI-
OUS LOCATION, AND FALSEHOOD INFORMATION?

Mr. David King, you will be put on the Stand, and Sworn to Tell The TRUTH,
and show you Mr. David King, THE CITY OF SAN MATEO'S SETTLEMENT CONFERENCE
STATEMENT where it says on Line 15, Page 2, to wit: "DESPITE THE ABSENCE OF
TRAFFIC",  Who is telling the Truth here, Mr. David King, You, OR YOUR CLIENT,
THE CITY OF SAN MATEO WHO IS IMMEDIATELY ABOVE THE SAN MATEO POLICE DEPARTMENT,
AND THAT POLICE OFFICER BOLOGNA BADGE NUMBER 95, AND THE OFFICERS WHO PREPARED
THIS CITY OF SAN MATEO'S SETTLEMENT CONFERENCE STATEMENT!

From Lines 15 to 23: Page 3, of THE CITY OF SAN MATEO'S SETTLEMENT CONFERENCE
STATEMENT, San Mateo Police Officers, Bologna, badge number 95, and Ratcliffe,
badge number S26, ARE COMING UP WITH NEW FAIRYTALES AND LIES to make me look
bad:  Remember at all times here, that I am just An Ethnic Minority Person of
Color on my work to work.  I'll put both San Mateo police officers Bologna

1   badge number 95, and Ratcliffe badge number S26, on the Stand having them

2   Sworn In before The Empaneled JURY and show both of them Line 15 of Page 2 of

3   THE CITY OF SAN MATEO'S SETTLEMENT CONFERENCE STATEMENT where it says DESPITE TH

    THE ABSENCE OF TRAFFIC, EMPHATICALLY ABSENCE OF TRAFFIC: NO TRAFFIC: ZERO

4   TRAFFIC, San Mateo police officer Ratcliffe badge number S26, AMENDED (CHANGED)

5   THE ORIGINAL CITATION BY HIS FELLOW-OFFICER BOLOGNA BADGE NUMBER 95 OF

    02/20/2006, THE VERY NEXT DAY OF 02/21/2006.

6
    Ask yourself, OR EVEN THE EMPANELED JURY, HOW COME SAN MATEO POLICE OFFICER

7   RATCLIFFE BADGE NUMBER S26 DID NOT SHOW UP IN TRAFFIC COURT ON SEPTEMBER 15,

8   2006 TO GIVE AN EXPLANATION TO THE TRAFFIC COMMISSIONER THE HONORABLE STEPHANIE

    GARRAT AS TO WHY HE AMENDED (CHANGED) THE ORIGINAL CITATION?  LIES TO COVER-UP

9   LIES.

10
    Ask yourself, OR EVEN BEFORE THE EMPANELED JURY, HOW COME SAN MATEO POLICE

11  OFFICER BOLOGNA BADGE NUMBER 95, SHOWED UP IN TRAFFIC COURT ON SEPTEMBER 15,

12  2006, AND NEVER GAVE AN EXPLANATION AS TO WHY HIS ORIGINAL CITATION OF 02/20/

13  2006 for IMPEDING TRAFFIC (A MOVING VIOLATION) WAS AMENDED (CHANGED) ONE DAY

    LATER ON 02/21/2006 TO A MOVING VIOLATION?

14
    I want you, Mr. David King, the City of San Mateo, and the San Mateo Police

15  Department to know that the Case was DISMISSED OUTRIGHT BY THE TRAFFIC COMMI-

16  SSIONER THE HONORABLE GARRAT, AN EXEMPLARY JUDGE WHO WEIGHS EVERYTHING ON THE

    SCALES OF JUSTICE ACCORDING TO THE LAWS OF THE UNITED STATES, AND ACCORDING

17  TO THE MANDATES OF THE UNITED STATES CONSTITUTION.

18
    THE HONORABLE GARRAT ON SEPTEMBER 15, 2006 DISMISSED THE CASE BECAUSE HE SAW

19  CLEARLY AND LEGALLY THAT BOTH OFFICERS BOLOGNA BADGE NUMBER 95, AND RATCLIFFE

20  BADGE NUMBER S26 WERE BOTH LYING OUTRAGEOUSLY, AND COMMITTED PERJURY, AND

    FELONY.  IT WAS AS SIMPLE AS THAT ACCORDING TO THE LAWS OF THE UNITED STATES,

21  AND THE CONSTITUTION OF THE UNITED STATES.

22
    OFFICERS BOLOGNA BADGE NUMBER 95, AND RATCLIFFE BADGE NUMBER S26 WERE TREATING

23  ME THE OUTRAGEOUS WAY THEY DID BECAUSE THAT'S HOW THESE WHITE POLICE OFFICERS

24  TREAT ETHNIC MINORITIES PEOPLE OF COLOR IN SAN MATEO. THEY KNOW, AND EVERYONE

    KNOWS, THAT THEY WOULD NEVER EVER HAVE DONE THIS/THAT TO A WHITE MOTORIST,

25  NEVER EVER IN SAN MATEO, BECAUSE A WHITE MOTORIST, ANY WHITE PERSON IS THEIR

26  EQUALITY: WHITE SUPREMACY, WHITE MAJORITY.

27  On Line 20, Page 2: Did not pull over and stop.  I made my signal, to pull over

28  to stop, to find out why the San Mateo police officer Bologna badge number 95

                                    page 15

WAS TAILGATING AND HARASSING ME.

As soon as Bologna badge number 95 saw I was signalling to pull over, he came up from behind me, and went over to 25th Avenue, and made a Sharp Right Turn to the West of 25th Avenue.  Officer Bologna badge number 95 was now on the West Side of 25th Avenue, about 10 yards, or more from El Camino Real, FACING AWAY FROM EL CAMINO REAL, OUT OF THE AREA ALTOGETHER.

At first, officer Bologna badge number 95, and the San Mateo Police Department, directly UNDER THE CITY OF SAN MATEO, were saying, on Line 15, Page 2 of THE CITY OF SAN MATEO'S CONFERENCE SETTLEMENT STATEMENT THAT "THERE WAS NO TRAFFIC" I. E. LACK OF TRAFFIC, IN OTHER WORDS, ZERO TRAFFIC, and while officer Bologna badge number 95 was on the West side of 25th Avenue, 10 yards, or more, from El Camino Real, facing away from El Camino Real, OUT OF THE AREA.

San Mateo police officer Bologna badge number "CITED ME FOR IMPEDING TRAFFIC ONLY ON SOUTH EL CAMINO REAL, AND 25TH AVENUE, IN THE NIGHTTIME/EARLY MORNING OF 02/20/2006, AND THEN IT WAS AMENDED (CHANGED) BY HIS FELLOW-OFFICER RATCLI-FFE BADGE NUMBER S26, A DAY AFTER, ON 02/21/2006, AND BOTH OF THESE SAN MATEO POLICE OFFICERS NEVER EVER GAVE AN EXPLANATION TO THE TRAFFIC COMMISSIONER THE HONORABLE GARRAT IN TRAFFIC COURT ON SEPTEMBER 15, 2006, AND THE CASE WAS DISMISSED BY THE HONORABLE GARRAT.

Remember, keep in mind that Officer Bologna badge number 95 was saying in the Citation that I, THE PLAINTIFF, MR. AISAKE NAUFAHU, was travelling 25 mph when I was IMPEDING TRAFFIC ONLY ON SOUTH EL CAMINO REAL, AND 25TH AVENUE; BUT BOLOGNA BADGE NUMBER 95 WAS ON THE WEST SIDE OF 25TH AVENUE, FACING AWAY FROM EL CAMINO REAL, HE WAS OUT OF THE AREA.

On Lines 14 to 18, Page 2 of THE CITY OF SAN MATEO'S SETTLEMENT CONFERENCE STATEMENT: officer Bologna badge number 95, made the U-Turn on 20th Avenue, and Tailgated me because I, The Plaintiff, MR. AISAKE NAUFAHU, was driving well below the posted speed limit, according to him, and THIS LYING SAN MATEO POLICE OFFICER BOLOGNA BADGE NUMBER 95, COULD NOT SAY AS TO HOW FAST I WAS GOING WHILE HE WAS TAILGATING ME, AND STILL SURPRISINGLY, OFFICER BOLOGNA Badge Number 95, while on the West Side of 25th Avenue, about 10 yards, or more from El Camino Real, and facing away, out of the area, could say I "was travelling 25 mph, and Impeding Traffic ONLY on South El Camino Real, and 25th Avenue.

Just ask The Traffic Commissioner The Honorable Garrat, why HE DISMISSED THE CASE ON SEPTEMBER 15, 2006.

On Lines 22, and 23, Page 2 of THE CITY OF SAN MATEO'S SETTLEMENT CONFERENCE
STATEMENT, San Mateo police officer Bologna badge number 95, was suspicious that
the driver, the Plaintiff, MR. AISAKE NAUFAHU was trying to evade him, EVADE
HIM FROM WHAT? WHAT TRAFFIC VIOLATION(S) WAS I TRYING TO EVADE FROM? NONE
WHATSOEVER!

I want you Mr. David King, the Attorney of The City of San Mateo and The San
Mateo Police Department, coming DIRECTLY UNDER THE CITY OF SAN MATEO, INCLUDING
SAN MATEO CHIEF OF POLICE SUSAN MANHEIMER TO BE CONCERNED ABOUT THE PERJURY, AND
THE FELONY THAT BOTH WHITE SAN MATEO POLICE OFFICERS BOLOGNA BADGE NUMBER 95,
AND RATCLIFFE BADGE NUMBER S26, HAVE COMMITTED BOTH ON THE ORIGINAL CITATION  OF
02/20/2006, AND THE AMENDED (CHANGED) CITATION ONE DAY LATER OF 02/21/2006.

I HAVE BEEN RIGHT ALL ALONG THAT THERE WAS ABSOLUTELY NO TRAFFIC WHATSOEVER,
IN ANY WAY, SHAPE, OR FORM.

IF YOU DON'T BELIEVE ME,  JUST LOOK, USE BOTH EYES, AT LINE 15, PAGE 2 OF THE
CITY OF SAN MATEO'S SETTLEMENT CONFERENCE STATEMENT WHERE IT SAYS QUITE CLEARLY
FOR THE EMPANELED JURY TO SEE, FOR ALL THE WHOLE WORLD TO SEE: ..."ABSENCE OF
TRAFFIC" : LACK OF TRAFFIC.  THERE FOR THE EMPANELED JURY TO SEE, FOR THE WHOLE
WORLD TO SEE, I HAVE MADE MY POINT, I WAS/AM RIGHT ALL ALONG!

To you, Mr. David King, since I will Subpoena you, you were telling me in the
Deposition on the 22nd, and 23rd of April earlier this year 2008, that I, the
Plaintiff, MR. AISAKE NAUFAHU, was "Impeding Traffic on the side of the road
adjacent to The Sears Parking Lot, and NOT as shown in the Original Citation of
02/20/2006 by San Mateo police officer Bologna badge number 95 .

Are you Mr. King coming up with a LIE TO HIDE A LIE?

Are you now saying, Mr. King that officer Bologna badge number 95, WAS ACTUALLY
LYING in The Original Citation of 02/20/2006, the same Lies you are now trying
to hide!  There, you have proved my point all along, that I WAS/AM RIGHT ALL
ALONG! TRUTH CANNOT BE HIDDEN! TRUTH HAS ITS OWN MIGHT, POWER, AND AUTHORITY
AND PRESENCE TO SURFACE EVEN THOUGH FOLKS MAY TRY TO SUPPRESS OR HIDE IT AWAY!
JUST CANNOT BE DONE!

Mr. King, so unbecoming an Attorney to LIE LIKE THAT.  YOU YOURSELF WAS NOT EVEN
THERE!

Did you perhaps talk to your client San Mateo police officer Bologna badge number
95, and the 2 back-up officers, and all 3 San Mateo police officers were telling
or fabricating something that the location on The Original Citation of 02/20/2006

page 17

was a Bad Mistake; but the RIGHT LOCATION should have been "ON THE SIDE OF THE ROAD ADJACENT TO THE SEARS PARKING LOT, AND NOT AT THE LOCATION INDICATED IN ORIGINAL CITATION OF 02/20/2006 by officer Bologna badge number 95.

WHO WOULD THE EMPANELED JURY BELIEVE HERE? WHO DO I HAVE TO BELIEVE HERE? YOU, MR. KING, OR WHITE SAN MATEO POLICE OFFICER BOLOGNA BADGE NUMBER 95, YOUR CLIENT?`

UNFORTUNATELY FOR THE BOTH OF YOU, YOU BOTH WERE/ARE LYING, SO OUTRAGEOUSLY!

THE CITY OF SAN MATEO'S SETTLEMENT CONFERENCE STATEMENT HAS PROVED BEYOND A REASONABLE DOUBT THAT THERE WAS ABSOLUTELY NO TRAFFIC, TO WIT: LINE 15, PAGE 2: "DESPITE THE ABSENCE OF TRAFFIC": LACK OF TRAFFIC, I.E. ZERO TRAFFIC.

On Lines 23 to 25, Page 2 of THE SAN MATEO'S SETTLEMENT CONFERENCE STATEMENT, There, Mr. David King was telling me, and implying, in the Deposition in his Office of April 22nd, and 23rd earlier this year of 2008, that officer Bologna badge number 95, was scared of me, and that's why officer Bologna badge number 95, was putting down the wrong location LYING OUTRAGEOUSLY in the Original Citation of 02/20/2006.

I WILL ASK YOU IN FRONT OF THE EMPANELED JURY, HOW COULD A POLICE OFFICER WITH A LOADED GUN THAT HE COULD USE ANY MOMENT TO HIS ADVANTAGE AND BENEFIT BE SCARED OF AN ETHNIC MINORITY PERSON OF COLOR: POWERLESS, VOICELESS (MOTORIST) WHO HAS NO GUN, NO WEAPON WHATSOEVER.

THE ONLY VISIBILITY OF AN ETHNIC MINORITY PERSON OF COLOR, IS HIS/HER SKIN COLOR WHICH DEPICTS: NO POWER, NO AUTHORITY, NO VOICE, TO-BE-SUBJUGATED UNDER, IN THE DIRT, IN THE FILTH, IN THE MUD JUST AS THESE WHITE DEFENDANTS HAVE HABITUALLY DONE TO ME!

You Mr. King also went further by telling me in the Deposition of April 22nd, and 23rd earlier this year of 2008, that officer Bologna badge number 95, and the 2 back-up white officers were also looking for guns, weapons, in my car, too, because motorists carry guns to kill police officers. This generalization carries no weight, no merits. It cannot be believed because POLICE OFFICERS CARRY GUNS, AND THEY CAN SHOOT ANYTIME! ANY PLACE!

I was sick to my stomach, and nauseated as soon as Mr. King was saying that, looking straight at me, eye to eye. I could not believe that Mr. King, that officer Bologna badge number 95, and the 2 back-up officers, ALL WHITE, AND THE SAN MATEO POLICE DEPARTMENT: WHITE STRUCTURED, WHITE-BASED, WHITE-ORIENTED, WHITE-FOUNDATIONED, DIRECTLY BENEATH WHITE STRUCTED, WHITE-BASED, WHITE-ORIENTED

CITY OF SAN MATEO were conveniently for their own advantage, for their own benefit, for their own vantage point to make me to be a "murderer, a killer, a felon, a parolee," and all the while there were no reported shootings in San Mateo, and no one or even any San Mateo police officer saw me shooting a gun that nighttime/early morning of 02/20/2006.

THIS IS ALL ABOUT THE COLOR OF MY SKIN. AN ETHNIC MINORITY PERSON OF COLOR.

RACISM IS VERY MUCH ALIVE IN SAN MATEO. "SKIN COLOR STUFF" IS STILL A BIG EVER-PRESENT PERVASIVENESS IN SAN MATEO. TO THE WHITE POLICE OFFICERS. TO THE CITY OF SAN MATEO.

From what I learned at the Deposition on the 22nd, and 23rd of April, 2008, the San Mateo police officer Bologna badge number 95, and The San Mateo Police Department DIRECTLY UNDER THE CITY OF SAN MATEO were not only suspicious of me, the Plaintiff, MR. AISAKE NAUFAHU, of being intoxicated, drunk, but also suspicious that I may have a gun in my car that nighttime/early morning of 02/20/2006 to kill a police officer, and that's why they were looking and checking for a gun, too. IT'S THE WHITE MENTALITY. IT'S ALL RIGHT FOR WHITE FOLKS TO CARRY GUNS. NOT FOR ETHNIC MINORITIES PEOPLE OF COLOR.

WE ALL KNOW THAT WERE I WHITE, OFFICER BOLOGNA BADGE NUMBER 95, WOULD HAVE LEFT ME ALONE! HIS EQUALITY. NOT PEOPLE OF COLOR!

San Mateo police officer Bologna badge number 95, Checked my Driver's License, there's nothing there to indicate that I would drive to work intoxicated, drunk, and also indicate that I'm the type of person to carry a gun in my car to kill a police officer.

When San Mateo police officer Bologna badge number 95, and the 2 back-up officers did not find me to be intoxicated, drunk, and had no gun(s) in my car to kill a police officer, that'w WHEN SAN MATEO POLICE OFFICER BOLOGNA BADGE NUMBER 95 THEN DELIBERATELY OUTRAGEOUSLY LIED ON THE CITATION OF 02/20/2006, AND THEN AMENDED (CHANGED) BY HIS FELLOW-OFFICER RATCLIFFE BADGE NUMBER S26, A DAY LATER ON 02/21/2006.

IT SHOCKS THE CONSCIENCE THAT THIS EVER-PRESENT FACT OF THIS WHITE SAN MATEO POLICE OFFICER BOLOGNA BADGE NUMBER 95WOULD NOT STOP AT ANYTHING: EVEN OUTRAGEOUSLY, AND HEINOUSLY LYING FRAUDULENTLY ON CITATIONS TO LET ETHNIC MINORITIES PEOPLE OF COLOR GO TO TRAFFIC COURTS, OR WHATEVER, TO PAY FINES FOR STUFF THEY DID NOT VIOLATE, NOR COMMIT; BUT WHAT MAKES THIS AWFULLY, HORRIBLY, TERRIBLY BAD IS THE GLARING FACT THAT POLICE OFFICERS AT THE TOP OF THE TOTEM POLE, INCLUDING THE SAN MATEO CHIEF OF POLICE SUSAN MANHEIMER WOULD PUT THEMSELVES SO

1  low, stoop so low to "protect" fellow-officers who COMMIT PERJURY, AND FELONY
2  ON CITATIONS.  THEY SHOULD NOT BE "CLASSIFIED AS LAW ENFORCEMENT OFFICERS".

3  When the Public finds out that these white police officers are actually treating
   ETHNIC MINORITIES PEOPLE OF COLOR LIKE THIS AWFULLY BAD, THEY WOULD NOT TRUST
4  ANY WHITE POLICE OFFICERS OUT THERE, WHETHER IN THE CITY OF SAN MATEO, OR ANY-
5  WHERE IN THIS COUNTRY, THE UNITED STATES.

6  A lady here in The United States, was in a Seven-Eleven Store late one night
   (just to illustrate my point,) as throughout this documentation submitted to
7  The Federal Court, and a serial rapist was staring at her, and as soon as she la
8  left  the store, the rapist followed her to her car, and followed her car
9  tailgating her; but her apartment was miles away.  She became so frightened,
       was overcome by fear, terrified for her life, and she became "frozen"
10 she then just stopped her car, and yelled at the guy, the rapist to leave her
11 alone, etc, etc.

12 The rapist ran up to her car, and said, "Why are you evading me?  You know that
   I have been following you!".
13
14 The rapist knew that he had her where he wanted her, and he ended up being LOCK-
   ED AWAY IN STATE PRISON FOR RAPE, ETC, ETC.
15
16 Would someone, a police officer, or anybody else tell the EMPANELED JURY, or
   me that the rapist did not do anything wrong because the lady "stopped her
17 car, and deserved to be raped!."

18 BUT, THE EMPANELED JURY, AND THE JUDGE SAW IT ENTIRELY AND TOTALLY DIFFERENT,
   AND HAD THE RAPIST LOCKED AWAY IN STATE PRISON FOR A LONG, LONG TIME, SO THAT
19 HE, THE RAPIST, WON'T DO THIS HEINOUS CRIME TO ANOTHER LADY, TO ANYONE ELSE
20 IN THE UNITED STATES: TO INJURE, TO HARM, TO DAMAGE ANYONE ELSE!

21 I, the Plaintiff, MR. AISAKE NAUFAHU, AN ETHNIC MINORITY PERSON OF COLOR
22 HAPPENED TO "BE IN A SIMILAR SITUATION IN THE NIGHTTIME/EARLY MORNING OF
   02/20/2006, WHEN SAN MATEO WHITE POLICE OFFICER BOLOGNA BADGE NUMBER 95 WAS
23 TAILGATING ME, AND HARASSING ME FOR ELEVEN (11) LONG BLOCKS.

24 I was overcome by fear, and terrified for my life, and became "frozen", so
25 the only option for me in such circumstance is that I stopped my car, and
26 yelled at him, "Why are you following me?", BECAUSE I KNOW I HAVE NOT VIOLATED
   ANY TRAFFIC RULES, LAWS, STATUTES, REGULATIONS.
27
28 A White San Mateo Police Officer back in the year 2000 on, or around the 22nd
   or 23rd of January, 2000, pulled me over, and asked me twice (2 times): the

page 20

1  first words coming out of his mouth, "Do you have money on you?".  I told him

2  "Yes".

3  That white San Mateo Police Officer Michael Closs ROBBED ME OF ONE $50 BILL.

4  I filed a Complaint Direct To The City Of San Mateo Mayor Jan Epstein, and
   both The Mayor Jan Epstein, and The Police Department, DIRECTLY UNDER THE CITY

5  OF SAN MATEO TOLD ME THAT THE SAN MATEO  POLICE OFFICER DID NOT ROB ME.

6  Going back to the early morning of 02/20/2006.  As soon as I stopped my car,

7  the white San Mateo police officer Bologna badge number 95, now knew that

8  he had me where he wanted me because as White Person HE HAS POWER OVER ME.

9  He got out of his police car, and came up to me in no time flat, and said,
   "How much did you drink tonight?".

10  I replied, "I am on my way to work."

11  White San Mateo police officer Bologna badge number 95 then asked for my

12  Driver's License, and Checked it and called for Back-Up.

13  FOR WHAT?

14  I DID NOT VIOLATE ANY TRAFFIC LAWS, RULES, STATUTES, REGULATIONS.

15  I have been steadily maintaing sustainingly the driving spped of 30-35 mph

16  for El Camino Real, where the speed limit is 35 mph.  I KNOW BECAUSE I HAVE

17  BEEN DRIVING SINCE 1969, AND HAVE LIVED IN SAN MATEO SINCE 1968.

18  I AM QUITE FAMILIAR WITH THE CITY OF SAN MATEO, AND ITS ENVIRONS.

19  Now, the spinning doctors from The San Mateo Police Department, DIRECTLY UNDER
   THE CITY OF SAN MATEO, and The City of San Mateo, and also their Attorney

20  David King, are now dragging me, MR: AN ETHNIC MINORITY PERSON OF COLOR IN THE

21  MUD.  I HAVE NEVER BEEN A FELON, NOR A PAROLEE, AND NEVER INVOLVED IN A GUN-
   RELATED INCIDENT IN SAN MATEO, OR ANYWHERE IN THE UNITED STATES, OR ANYWHERE

22  IN THE WORLD.

23  And now The San Mateo Police Department, DIRECTLY UNDER THE CITY OF SAN MATEO,

24  AND THE CITY OF SAN MATEO, AND THEIR ATTORNEY DAVID KING are saying, "that

25  officers Bologna badge number 95, and the 2 back-up S. M. police officers were
   checking my car for open containers, and guns, weapons, because motorists

26  carry guns to kill police officers, even though  there were no reports of

27  shootings called in to The San Mateo Police Department in the nighttime/early

28  morning of 02/20/2006, or someone calling 911 to report seeing me shooting a
   gun, or something while driving on El Camino Real to work in the nighttime/early

page 21

morning of 02/20/2006.

I did not know that White San Mateo police officers Bologna badge number 95, and the 2 back-up officers were also looking, and checking for guns, weapons, in my car, until their attorney Mr. David M. King was telling me that in the Deposition on April 22nd, and 23rd, earlier this year of 2008.

I know that David M. King would have never said stuff about GUNS, VERY SERIOUS in the Deposition, unless he talked to officers Bologna badge number 95, and the 2 back-up officers, the convenient manufactured fabrication to come up with an Excuse of his tailgating me, and HARASSING ME.

David M. King was saying in the Deposition that White San Mateo Police Officer Bologna, badge number 95 was Scared of me when he put down the "wrong location" in the Original Citation. Excuses. Excuses. ALL UNJUSTIFIED. ALL ILLOGICAL. UNSUBSTANTIATED. UNFOUNDATIONED.

David M. King read THE CITY OF SAN MATEO'S SETTLEMENT CONFERENCE STATEMENT: "THERE'S NO TRAFFIC: LACK OF TRAFFIC" PERIOD.

THE CITY OF SAN MATEO'S SETTLEMENT CONFERENCE STATEMENT states that the stop: (Vehicle Stop) occured at 2:48:21 AM; BUT THE TIME IN THE ORIGINAL CITATION OF 02/20/2006 BY SAN MATEO POLICE OFFICER BOLOGNA BADGE NUMBER 95, WAS 3:02AM, AND ACCORDING TO MY WATCH, IT WAS THE RIGHT TIME OF 3:02AM.

****THE TIME LINE HERE IS SIGNIFICANTLY CRUCIAL, AND IMPORTANTLY CRITICAL.

How did The City of San Mateo arrive at 2:48:12AM.?

Who was making this tape, and fabricating and manufacturing this new time on this Tape?

When did The City of San Mateo, and The San Mateo Police Department, directly UNDER THE CITY OF SAN MATEOsend "YOUR INFORMATION" to conveniently come up with this So-Called Tape?

If we go by the time indicated in the Original Citation of 02/20/2006: of 3:02AM, The Vehicle Stop lasted 8 minutes, or so.

If we go with this NEWLY AD HOC FABRICATED-MANUFACTURED  CONVENIENT TAPE TO SERVE ITS PURPOSE TO HIDE LIES AND FALSEHOODS, THE CITY OF SAN MATEO, AND THE SAN MATEO POLICE DEPARTMENT DIRECTLY UNDER THE CITY OF SAN MATEO ARE NOW COMING UP WITH A NEW TIME-FRAME, THAT THE STOP LASTED 22 Minutes, or so.

I punched in at 3:55AM at work that early morning of 02/20/2006. There's one (1) thing here for sure that I have proved TO ALL SATISFACTION OF REASONABLE, ORDINARY PERSONS WEIGHING EVERYTHING IN THE SCALES OF JUSTICE that the Time-Line indicated in THE CITY OF SAN MATEO'S SETTLEMENT CONFERENCE STATEMENT is a FAIRYTALE made-believe NONSENSE, and nothing else when compared to the Time-Line, Time-Exact of 3:02AM as indicated in The Original Citation of 02/20/2006.

There's also one (1) other thing that we should always focus on, and that is this: I WAS HELD UNDER ROAD-SIDE ILLEGAL DETENTION, VIOLATION OF MY 4TH AMENDMENT RIGHTS UNDER THE UNITED STATES CONSTITUTION, AND FALSE IMPRISONMENT IN THE NIGHTTIME/EARLY MORNING OF 02/20/2006 FOR NO APPARENT TRAFFIC VIOLATION(S) BY SAN MATEO WHITE POLICE OFFICERS BOLOGNA BADGE NUMBER 95, AND 2 BACK-UP SAN MATEO POLICE OFFICERS FOR 40 MINUTES, OR SO.

Remember, and keep in mind that San Mateo police officer Bologna badge number 95 handed me the Citation long after they were huddling to "figure out what to cite me for".

THEY HAD NOT FOUND OPEN CONTAINERS TO SUBSTANTIATE OFFICER BOLOGNA'S BADGE NUMBER 95 QUESTIONING ME AS TO "HOW MUCH DID YOU DRINK?, NO GUNS IN MY CAR TO KILL POLICE OFFICERS AS DAVID M. KING WAS SAYING INCREDIBLY BECAUSE NOT-FOUNDATIONED IN LOGIC, NOR TRUTH, NOR ANY LEGAL STANDING, IN THE DEPOSITION OF 22ND, AND 23RD APRIL EARLIER THIS YEAR OF 2008.

HAVING FOUND NO OPEN CONTAINERS, NO GUNS, WHY DID THEY NOT SUBJECT ME TO A SOBRIETY TEST, OR BREATHLYZER TEST, OR JUST LET ME GO!

BECAUSE I'M ETHNIC MINORITY PERSON OF COLOR.

Then, San Mateo Police Officer Bologna badge number 95, showed his true colors: WHITE SUPERIORITY COMPLEXED; HE SHOWED HIS TRUE FEELINGS UNDER THE CIRCUMSTANCE: RACIST, PREJUDICED, BIASED, DISCRIMINATION, AND PALBABLE HATRED TOWARDS ETHNIC MINORITIES PEOPLE OF COLOR IN SAN MATEO, BY HIS LYING IN THE ORIGINAL CITATION HE ISSUED ME ON 02/20/2006.: Impeding Traffic on South El Camino Real, and 25th Avenue.

BUT, OFFICER BOLOGNA BADGE NUMBER 95 WAS NOT EVEN THERE AT THAT LOCATION. HE WAS ELSEWHERE. HE WAS NOT THERE. HE WAS OUT OF THE AREA.

THE CITY OF SAN MATEO'S SETTLEMENT CONFERENCE STATEMENT says: THERE WAS NO TRAFFIC - LACK OF TRAFFIC.

San Mateo police officer Ratcliffe badge number S26 AMENDED (CHANGED) THE ORIGINAL CITATION THE VERY NEXT DAY OF 02/21/2006 TO A NON-MOVING VIOLATION.

WHY?

THE EMPANELED JURY WOULD WANT TO KNOW!

HE WOULD NOT HAVE DONE THIS AMEND (CHANGE) BUT FOR HIS KNOWING THAT HIS FELLOW-OFFICER BOLOGNA BADGE NUMBER 95 WAS LYING FRAUDULENTLY.

AND, BY OFFICER RATCLIFFE BADGE NUMBER S26 AMENDED (CHANGED) THE MOVING VIOLA-TION TO THAT OF NON-MOVING VIOLATION, HIMSELF HAD COMMITTED FELONY.

The State of California Superior Court of Traffic Court Commissioner The Honor-able Stephanie Garrat  HIMSELF SAW THE LIES, AND PERJURY, AND FELONY, AND HENCE DISMISSED THE CASE OUTRIGHT ON SEPTEMBER 15, 2006.

MY CIVIL RIGHTS WERE VIOLATED.  MY CONSTITUTIONAL RIGHTS GUARANTEED UNDER THE UNITED STATES CONSTITUTION WERE ALSO VIOLATED.

AN ETHNIC MINORITY PERSON OF COLOR, A SINGLE PARENT DRIVING TO WORK TO SUPPORT HIS 2 COLLEGE DAUGHTERS, WAS HARASSED, AND TAILGATED DANGEROUSLY CLOSELY; CHECKED  HIS DRIVER'S LICENSE, THERE IS A RECORD OF THIS WHENEVER A DRIVER'S LICENSE IS CHECKED; CALLED FOR BACK-UP; CHECKED FOR OPEN CONTAINERS, AND GUNS FOR NO APPARENT TRAFFIC VIOLATIONS, AND NO SOBRIETY TEST, OR BREATHLYZER TEST, BECAUSE THE CITY OF SAN MATEO SETTLEMENT CONFERENCE STATEMENT IS TALKING ABOUT ME BEING INTOXICATED, DRUNK.  NOT TRUE.

BECAUSE I WORK FOR A POWER TRANSFORMER MANUFACTURER, AND I BELONG TO THE INTER-NATIONAL BROTHERHOOD OF ELECTRICAL WORKERS (I.B.E.W.) UNION.

WE DO OUR JOB STANDING ON OUR FEET, EXCEPT FOR LUNCH BREAK, AND 3 OTHER 10-minute breaks during each shift, and our foremen and lead-MEN: SUPERVISORS ARE ALWAYS AROUND TO CHECK SO THAT WE DO OUR JOBS RIGHT.

WE WORK.  WE ARE PAID WITH AMERICAN DOLLARS, INPRINTED ON THE FACE "IN GOD WE TRUST"

IN GOD, I TOTALLY TRUST.

GOD IS MY WITNESS.

I AM LOOKING FORWARD TO TRIAL BECAUSE MY CIVIL RIGHTS WERE VIOLATED, ALSO MY CONSTITUTIONAL RIGHTS WERE LIKEWISE VIOLATED.

I REST MY CASE.

1   LET EVERYTHING BE WEIGHED IN THE SCALES OF JUSTICE.

2   LET THE EMPANELED JURY HEAR EVERYTHING ABOUT THIS CASE AS WE GO TO TRIAL.

3   I KNOW THAT MY RIGHTS GUARANTEED UNDER THE CONSTITUTION OF THE UNITED STATES OF
    AMERICA, WERE VIOLATED.   I KNOW THAT MY CIVIL RIGHTS WERE LIKEWISE VIOLATED.
4
    I KNOW THAT MY RIGHTS GUARANTEED UNDER  THE LAWS OF THE UNITED STATES, WERE
5   ALSO VIOLATED, BY DEFENDANTS: THE CITY OF SAN MATEO, AND OFFICERS OF THE

6   SAN MATEO POLICE DEPARTMENT, NAMED AND DESCRIBED, AND THAT THE SAN MATEO
    POLICE DEPARTMENT IS DIRECTLY UNDER THE CITY OF SAN MATEO.
7

8

9   Dated: _11 August 2008_

10

11                      Respectfully Submitted:

12

13

14

15                  By_ _Aisake P. Naufahu_____

16                      AISAKE (ISAAC) P. NAUFAHU

17

18

19

20

21

22

23

24

25

26

27

28