1  David M. King, Esq. (Bar No. 95279)
   Jeremy A. Burns, Esq. (Bar No. 239917)
2  CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
   Professional Law Corporation
3  216 Park Road
   P.O. Box 513
4  Burlingame, California 94011-0513
   Telephone:    (650) 342-9600
5  Facsimile:    (650) 342-7685

6  Attorneys for Defendant City of San Mateo

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  AISAKE (ISACC) P. NAUFAHU, an          No. C 07-04517 MMC
    individual Pro Se Litigant,
12                                          DECLARATION OF OFFICER ALLAN
                    Plaintiff,              PARISIAN IN SUPPORT OF MOTION
13                                          FOR SUMMARY JUDGMENT
        vs.
14                                          Action Filed: July 31, 2007
    CITY OF SAN MATEO, a City
15  Incorporated, SAN MATEO CHIEF OF        Date:
    POLICE S.E. MANHEIMER, SAN             Time:
16  MATEO POLICE CAPTAIN M.                 Dept.:
    CALLAGY, SAN MATEO POLICE               Judge:    The Honorable Maxine Chesney
17  LIEUTENANT A. J. PARISIAN, SAN
    MATEO POLICE AMENDING OFFICER
18  JACK RATCLIFFE, S26, SAN MATEO
    POLICE OFFICER BOLOGNA BADGE
19  NUMBER 95, 4 UNNAMED SAN
    MATEO POLICE OFFICERS,
20
                    Defendants.
21

22        I, Officer Allan Parisian declare:

23        1.       I am currently retired from the City of San Mateo Police Department.

24        2.       On June 20, 2006, I was an employee with the City of San Mateo Police

25  Department, and held the rank of lieutenant.

26        3.       On June 20, 2006, in conjunction with an Internal Investigation of a complaint

27  made by Aisake Naufahu pertaining to City of San Mateo Police Officer Bologna with regard to

28  a traffic stop of February 20, 2006, I conducted a consensual tape recorded interview of Aisake

26839.00011\BGLIB1\1376551.1                    1.                    No. 3:07-cv-04517-MMC

Decl. A. Parisian ISO City of San Mateo's Motion for Summary Judgment

1  Naufahu,

2    **4.**    Attached to this declaration is a true and correct transcription of that interview,

3  which I have reviewed.  The questions and answers reflected in the interview are consistent with

4  my memory of the interview and appear to be accurate.

5    **5.**    During my interview of Mr. Naufahu, I specifically asked him if Police Officer

6  Bologna had activated his lights and siren in order to pull over Mr. Naufahu near the intersection

7  of El Camino Real and 31st Avenue.  Mr. Naufahu stated that the officer did not activate his

8  lights or siren, but rather he stopped of his own volition.

9    **6.**    I am very familiar with the physical location of the traffic stop about which Mr.

10  Naufahu has complained.  At the location where he stopped on southbound El Camino at 31st

11  Avenue, there is no shoulder, and the curb is painted red along its entire length.  Mr. Naufahu

12  therefore stopped his vehicle in the lane of travel and in a designated no-stopping or parking

13  zone.

14    I declare under penalty of perjury under the laws of the United States that the foregoing is

15  true and correct.

16  Dated: August _12_ , 2008

17

18          ALLAN PARISIAN

19

20

21

22

23

24

25

26

27

28

Decl. A. Parisian ISO of City of San Mateo's Motion for Summary Judgment

INTERVIEW WITH AISAKE NAUFAHU
Interviewer: Lt. Parisian
06-20/3:09 pm
Case #USDC-C-07-04517MMC
Page 1

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | **INTERVIEW WITH AISAKE NAUFAHU** |
| 8 | | **Q=Lt. Parisian** |
| 9 | | **Q1=Ofc. (Bologna)** |
| 10 | | **A=Aisake Naufahu** |
| 11 | | |
| 12 | | |
| 13 | Q: | Okay.  Today's date is June 20.  It is 1509 hours.  And my name is (Allen) |
| 14 | | Parisian.  I'm a Lieutenant with the San Mateo Police Department.  We are |
| 15 | | here in my office.  And I am with (Isaac) Naufahu who has written a letter of |
| 16 | | complaint regarding Officer (Bologna) on a traffic stop February 20 – excuse |
| 17 | | me – at about 3 o'clock in the morning.  The Internal Affairs Investigation |
| 18 | | number is 2006-05.  (Isaac), for the record, can you please state your name for |
| 19 | | me please? |
| 20 | | |
| 21 | A: | Yeah my name is uh, Aisake A-I-S-A-K-E last name Naufahu, N-A-U-F-A-H- |
| 22 | | U. |
| 23 | | |
| 24 | Q: | Okay.  And be – we have never met before, correct? |
| 25 | | |
| 26 | A: | No.  These the first time. |
| 27 | | |
| 28 | Q: | Okay.  And because of that you showed me your driver's license… |
| 29 | | |
| 30 | A: | Yeah. |
| 31 | | |
| 32 | Q: | …so we could… |
| 33 | | |
| 34 | A: | Yeah. |
| 35 | | |
| 36 | Q: | …and is it okay with you uh, that I refer you to as (Isaac) 'cuz you said… |
| 37 | | |
| 38 | A: | Yeah, yeah. |
| 39 | | |
| 40 | Q: | …that's your English name? |
| 41 | | |
| 42 | A: | Right.  Yeah. |
| 43 | | |
| 44 | Q: | Please call me (Allen). |
| 45 | | |

| 46 | A: | Yeah. |
| 47 | | |
| 48 | Q: | All right?  All right. ·Um, (Isaac) what we're here to do is discuss strictly... |
| 49 | | |
| 50 | A: | Mm-hmm. |
| 51 | | |
| 52 | Q: | ...the incident that took place at 3 o'clock, roughly 3 o'clock... |
| 53 | | |
| 54 | A: | Yeah. |
| 55 | | |
| 56 | Q: | ...on the morning of the 20th, which was a traffic stop. |
| 57 | | |
| 58 | A: | Yeah. |
| 59 | | |
| 60 | Q: | Um, what I'd like you to do is please – I've – I've read your complaint letter. |
| 61 | | |
| 62 | A: | Mm-hmm. |
| 63 | | |
| 64 | Q: | And correct me if I'm wrong. |
| 65 | | |
| 66 | A: | Mm-hmm. |
| 67 | | |
| 68 | Q: | It looks like you have a couple of different areas of concern. |
| 69 | | |
| 70 | A: | Mm-hmm. |
| 71 | | |
| 72 | Q: | One is um, you feel as though you were stopped because you're Tongan. |
| 73 | | |
| 74 | A: | Yeah, yeah.  And – and the color of my skin too. |
| 75 | | |
| 76 | Q: | Okay.  Is – is – well, we'll get to that in a little bit. |
| 77 | | |
| 78 | A: | You know uh... |
| 79 | | |
| 80 | Q: | Um... |
| 81 | | |
| 82 | A: | ...(unintelligible) per (unintelligible), you know, whenever we're in the car. |
| 83 | | |
| 84 | Q: | All right.  And the other one is you feel as though the officer issued a citation... |
| 85 | | |
| 86 | | |
| 87 | A: | Yeah he was lying. |
| 88 | | |
| 89 | Q: | About what took place... |
| 90 | | |

INTERVIEW WITH AISAKE NAUFAHU
Interviewer: Lt. Parisian
06-20/3:09 pm
Case #USDC-C-07-04517MMC
Page 3

| | | |
|---|---|---|
| 91 | A: | Yeah. |
| 92 | | |
| 93 | Q: | ...when he wrote the citation? Okay. Um, and you also mentioned in your |
| 94 | | letter that the officer drove in – in excessive speeds, that he was – he was |
| 95 | | speeding. |
| 96 | | |
| 97 | A: | Who? |
| 98 | | |
| 99 | Q: | The officer. |
| 100 | | |
| 101 | A: | No. Uh, uh, when I was going through 20th Avenue... |
| 102 | | |
| 103 | Q: | Uh huh. |
| 104 | | |
| 105 | A: | ...and uh, when I was adjacent to the (Entertainer) he said, "Pull off, you |
| 106 | | know, on your right side (unintelligible) south on (El Camino)." I saw the uh, |
| 107 | | police car. He was going the other direction. And uh, then I saw soon as he |
| 108 | | hit the 20th Avenue then he made a sharp U-turn and uh, I thought that, you |
| 109 | | know, there was something that he was going do. But as soon as he made that |
| 110 | | U-turn at uh, 20th Avenue uh, the guy was behind me. Just like that. |
| 111 | | |
| 112 | Q: | And you – and you were by the – according to your letter you were right next |
| 113 | | to the (Entertainer) when he... |
| 114 | | |
| 115 | A: | Yeah. |
| 116 | | |
| 117 | Q: | ...pulled in behind you? |
| 118 | | |
| 119 | A: | Yeah. And – and I kept on driving. Uh, I wasn't much speeding. I was just |
| 120 | | driving within the speed limit. And uh, the guy was just behind me, you |
| 121 | | know? And – and when I uh, I pulled over the uh, where the building are, that |
| 122 | | uh, Family Clock. |
| 123 | | |
| 124 | Q: | Mm-hmm. |
| 125 | | |
| 126 | A: | I think it's about 12 or 15 yards from 25th Avenue. And uh, I made up my |
| 127 | | mind to pull over to the side to find out why the guy was following me. Uh, |
| 128 | | tailgating. And as soon as I was slowing down to pull over by where the |
| 129 | | building Family Clock uh, shoppings. And he saw that I – I was ready to pull |
| 130 | | over and stop. Then he was coming from behind me in a – I mean uh, he was |
| 131 | | kind of speeding. I – I mean fast. And uh, he was coming behind me on my |
| 132 | | left side. And uh, when he hit the 25th Avenue then he made a sharp right |
| 133 | | turn. |
| 134 | | |
| 135 | Q: | Okay. |

INTERVIEW WITH AISAKE NAUFAHU
Interviewer: Lt. Parisian
06-20/3:09 pm
Case #USDC-C-07-04517MMC
Page 4

| 136 | | |
|---|---|---|
| 137 | A: | Uh, and I didn't stop. I had – I uh, and I kept on driving. I – I thought… |
| 138 | | |
| 139 | Q: | How fast were you going when he passed you? |
| 140 | | |
| 141 | A: | Who? Him? |
| 142 | | |
| 143 | Q: | The officer. When you were by the Peninsula Clock Shop… |
| 144 | | |
| 145 | A: | Mm-hmm. |
| 146 | | |
| 147 | Q: | …right there it's north of 25th Avenue. |
| 148 | | |
| 149 | A: | Yeah. |
| 150 | | |
| 151 | Q: | You know, how fast were you going when the officer passed you? You said |
| 152 | | you were getting ready to stop. Were you doing five miles an hour? Ten |
| 153 | | miles an hour? |
| 154 | | |
| 155 | A: | Oh – oh no. He saw that I was slowing down to pull over and stop. |
| 156 | | |
| 157 | Q: | How fast were you going right then when… |
| 158 | | |
| 159 | A: | Uh… |
| 160 | | |
| 161 | Q: | …you were slowing down? |
| 162 | | |
| 163 | A: | Uh, uh, I was driving between 30 and 35. I was coming down to like 25 or… |
| 164 | | |
| 165 | Q: | Did you use your brake… |
| 166 | | |
| 167 | A: | …or something. |
| 168 | | |
| 169 | Q: | …lights? |
| 170 | | |
| 171 | A: | Yeah. Everything. |
| 172 | | |
| 173 | Q: | Okay. Did you move the car to the right? |
| 174 | | |
| 175 | A: | Yeah. |
| 176 | | |
| 177 | Q: | Okay. So – so you were stepping on your brakes… |
| 178 | | |
| 179 | A: | Yeah. |
| 180 | | |

INTERVIEW WITH AISAKE NAUFAHU
Interviewer: Lt. Parisian
06-20/3:09 pm
Case #USDC-C-07-04517MMC
Page 5

181  Q:        ...and pulling to the right?
182
183  A:        Yeah.
184
185  Q:        Okay. How did you know it was a police car behind you?
186
187  A:        I saw him, you know?
188
189  Q:        But – but how – how...
190
191  A:        When he was going the other direction. And then when he made that sharp U-
192            turn uh, uh, at the 20th Avenue...
193
194  Q:        Mm-hmm.
195
196  A:        ...and uh, then I...
197
198  Q:        How did you know it was a police car? You're looking in your rear view
199            mirror, right?
200
201  A:        Yeah but first I – I was looking in my left-hand side through the other side...
202
203  Q:        Right.
204
205  A:        ...when I saw him.
206
207  Q:        And – and you saw him making...
208
209  A:        Yeah.
210
211  Q:        ...a U-turn. I understand...
212
213  A:        Yeah.
214
215  Q:        ...that.
216
217  A:        Yeah.
218
219  Q:        But then you said he was behind you.
220
221  A:        Yeah.
222
223  Q:        How do you know it was the police...
224
225  A:        I mean...

INTERVIEW WITH AISAKE NAUFAHU
Interviewer: Lt. Parisian
06-20/3:09 pm
Case #USDC-C-07-04517MMC
Page 6

226
227    Q:        ...car behind you?

228
229    A:        I mean I – I saw it was the same guy was...

230
231    Q:        But how did you know it was the police car?  Did you look in your rear
232              view...

233

234
235    Q:        ...mirror and see a police car?

236
237    A:        Yeah. Yeah.

238
239    Q:        What about the car made you think it was a police car?  Did you see the
240              front...

241
242    A:        Yeah.

243
244    Q:        ...(unintelligible)?

245
246    A:        Yeah I saw the thing on top.

247
248    Q:        The lights on the top?

249
250    A:        Yeah the lights.

251
252    Q:        Could you see the front grill with the...

253
254    A:        Yeah.

255
256    Q:        ...push bumpers on it?  You saw that...

257
258    A:        Yeah.

259
260    Q:        ...in your rear view mirror?

261
262    A:        Yeah.

263
264    Q:        Okay.  So in your rear view mirror...

265
266    A:        Yeah.

267
268    Q:        ...you're seeing a...

269
270    A:        Yeah.

271
272  Q:          ...police car behind you.
273
274  A:          Yeah.
275
276  Q:          You see the headlights...
277
278  A:          Yeah.
279
280  Q:          ...the push bar...
281
282  A:          Yeah.
283
284  Q:          ...the overhead...
285
286  A:          Yes.  Yeah.
287
288  Q:          ...lights, right?  Okay.
289
290  A:          And then I see he was making the right turn uh, at uh, 25th Avenue I kept on
291              driving.  And as soon as I (unintelligible) down the side of 25th Avenue by
292              where the (Casa Club) building is.  And I was, by then I was between the
293              (Casa) uh, (Club) building and the Countrywide Home Loans building.
294
295  Q:          Mm-hmm.  Mm-hmm.
296
297  A:          And then I saw in the rearview mirror that the guy was making a stop right
298              then uh, from the west side of 25th.
299
300  Q:          Okay.
301
302  A:          And he was coming just right behind me.  I mean he was behind me, pull over
303              the uh, next lane I mean he – he was like that, you know?  And then uh, by
304              that time I said hey uh, why was this guy doing this?  I mean I – he all them,
305              you know, thinking about my job.  I mean, you know, do get down to my job
306              and uh, and all of – and all of a sudden this gentleman, this police officer was
307              uh, was behind me, you know?  And uh, when I caught up to the (Hampstead)
308              Mall where the Sears parking lot is uh, I said I better pull over the side to find
309              out why this guy, you know, is following me.  And then uh, as soon as I
310              pulled over to the side the guy pull over to the uh, lane in the middle.  And
311              then uh, I uh, I put down the uh, window of the uh, driver's uh, side.  And
312              then the guy got off the (San Mateo) Police Department got off his car.  And
313              he was walking towards my car.
314
315  Q:          Mm-hmm.

INTERVIEW WITH AISAKE NAUFAHU
Interviewer: Lt. Parisian
06-20/3:09 pm
Case #USDC-C-07-04517MMC
Page 8

316

317  A:  Which is flashlight, I mean, the guy came over and he was flashing the
318      flashlight right in my face.

319

320  Q:  Mm-hmm.

321

322  A:  And uh, and then I said, "Hey oh, why are you following me?" Then he had
323      said to me and – and right here he – here we're talking about 11 blocks.
324      Because the (Hampstead) Mall is at uh, 35th uh, Avenue. And the first thing
325      that was coming out of his mouth was, "Hey, how much did you drink
326      tonight?" And I said, "Hey," 'cuz I didn't drink. I was on my way to my job.
327      You know? And – and he kept on, you know, uh, putting the...

328

329  Q:  Excuse me, there's a knock at the door. Hang on one second. Everything's
330      good.

331

332  Woman:  Oh okay.

333

334  Q:  Yeah, okay.

335

336  Woman:  And they (unintelligible) I got.

337

338  Q:  Thank you. I'm sorry. Go ahead.

339

340  A:  And uh, and he kept on, you know, putting that flashlight in my eyes, you
341      know. Uh, I think he was – he says wanted to make sure that uh, that I – that I
342      was not drinking, you know? But uh, uh, the way he was asking me, "Hey,
343      how long uh, how much did you drink tonight?" You know?

344

345  Q:  Mm-hmm. Mm-hmm.

346

347  A:  And then uh...

348

349  Q:  Let me ask you a question. What time in the morning was this?

350

351  A:  This was uh, when we uh, I pulled over and uh, it was about 3 o'clock.

352

353  Q:  Okay.

354

355  A:  Or maybe so, you know?

356

357  Q:  All right, right around 3:00 am.

358

359  A:  Yeah because uh, when I go to my job I always make sure that I – I get there
360      uh, half an hour or sometimes an hour early, you know? I just go there to, you

INTERVIEW WITH AISAKE NAUFAHU
Interviewer: Lt. Parisian
06-20/3:09 pm
Case #USDC-C-07-04517MMC
Page 9

| | | |
|---|---|---|
| 361 | | know, have some coffee and just stay there, you know, until the other boys uh, |
| 362 | | come in. And then he asked for my driver's license. I gave it to him. And |
| 363 | | then uh, he walked back to uh, his car. And uh, about a – a minute or so I saw |
| 364 | | two other police cars coming over, you know? And then uh, those two |
| 365 | | officers, same thing, one guy came over on my uh, driver's side and the other |
| 366 | | guy was walking over to the passenger side. Same thing. |
| 367 | | |
| 368 | Q: | Mm-hmm. |
| 369 | | |
| 370 | A: | They were pointing their flashlight on me to the floor and through the back |
| 371 | | seat. And onto the floor. And then uh, then I was uh, yelling out at them, |
| 372 | | "Hey uh, you better hurry up because, you know, I – that I need to get to my |
| 373 | | job." And then uh, I think I – they were holding me there for – for about 40 |
| 374 | | minutes or so, you know? And then uh, and then I said, "Man this – this is |
| 375 | | bad." Uh, I mean uh, I'm in to – to – I mean this guy I mean didn't tell me |
| 376 | | what I was doing when he asked for my driver's license. And uh, and uh, and |
| 377 | | I said hey oh, what's – what's taking them so long, you know? And I saw the |
| 378 | | three of them like, you know, talking and – and stuff, you know? And then |
| 379 | | uh, because I knew from 20th Avenue up to 25th Avenue there were no |
| 380 | | vehicles. No vehicles in front of me. It was only him that was behind me. |
| 381 | | No vehicles, nothing. And when he was making his uh, right turn at the 25th |
| 382 | | Avenue uh, there was nothing. There was no vehicle. And – and when I was |
| 383 | | passing through 25th Avenue, there was no vehicle. And uh, and uh, from |
| 384 | | 20th Avenue to – to the shopping mall it was only me and him. |
| 385 | | |
| 386 | Q: | Okay. How do you know it was the same officer that made the U-turn is the |
| 387 | | same one that pulled you over? |
| 388 | | |
| 389 | A: | It was the same one. |
| 390 | | |
| 391 | Q: | How – how do you know? |
| 392 | | |
| 393 | A: | It was the same one. I mean as soon as he made the – the thing and when I |
| 394 | | was going through the 25th I was glancing to my uh, right. And I saw a little, |
| 395 | | you know, the... |
| 396 | | |
| 397 | Q: | The car? |
| 398 | | |
| 399 | A: | Yeah the back side of the car. And soon as I got off, you know, between the |
| 400 | | (Casa Club) building and the Countrywide Home Loans building I saw him, |
| 401 | | you know... |
| 402 | | |
| 403 | Q: | Yeah, no I understand that. And – and I don't – I don't question that. |
| 404 | | |
| 405 | A: | Yeah. |

INTERVIEW WITH AISAKE NAUFAHU
Interviewer: Lt. Parisian
06-20/3:09 pm
Case #USDC-C-07-04517MMC
Page 10

406
407     Q:          I – I think, you know, what you saw is what you saw.
408
409     A:          Yeah.
410
411     Q:          You saw the car make a U-turn...
412
413     A:          Yeah.
414
415     Q:          ...at 20th...
416
417     A:          Yeah.
418
419     Q:          ...come in behind you and then pass you and make...
420
421     A:          Yeah.
422
423     Q:          ...a right turn onto 25th Avenue.
424
425     A:          Yeah.
426
427     Q:          When you were slowing down to stop.
428
429     A:          Yeah.
430
431     Q:          My question is, that car that did that...
432
433     A:          Yeah.
434
435     Q:          ...how do you know it's the same...
436
437     A:          It was the same one because...
438
439     Q:          Wait, wait hang – wait, how do you know it's the same officer that pulled you
440                 over?
441
442     A:          As soon as I saw him making that stop well right there in – from the west side
443                 of 20 uh, fifth avenue, the guy was behind me.
444
445     Q:          I understand that.
446
447     A:          I didn't – he was behind me. He was behind me from 20th...
448
449     Q:          I...
450

451 A:  ...25th Avenue and he was behind me.
452

453 Q:  (Isaac) I don't doubt what you're saying. I believe what you're saying. I
454    believe that as soon as you went by 25th Avenue a police car pulled...
455

456 A:  Yeah.
457

458 Q:  ...in behind you. My question is, the officer that's – that – that contacted you
459    down by what was it...
460

461 A:  Yeah.
462

463 Q:  ...31st?
464

465 A:  Yeah.
466

467 Q:  No, by uh...
468

469 A:  Yeah by the – by where the, you know, Sears parking lot.
470

471 Q:  Right.
472

473 A:  Yeah.
474

475 Q:  The officer that contacted you there, how do you know that's the same officer
476    that made that...
477

478 A:  Well...
479

480 Q:  ...original turn?
481

482 A:  I didn't actually – actually see his face.
483

484 Q:  Okay. You did not see his face?
485

486 A:  But I saw the car and it was the same guy that was following me from 20...
487

488 Q:  Okay.
489

490 A:  ...20th – I – I (unintelligible)...
491

492 Q:  Okay I just wanted to make sure.
493

494 A:  Yeah.
495

INTERVIEW WITH AISAKE NAUFAHU
Interviewer: Lt. Parisian
06-20/3:09 pm
Case #USDC-C-07-04517MMC
Page 12

496  Q:      But so you didn't see...

497

498  A:      No.

499

500  Q:      ...the officer's face at all?

501

502  A:      No.

503

504  Q:      Were you — when he passed you the first time, maybe you turned, passed...

505

506  A:      Yeah.

507

508  Q:      ...you at the same time.  You didn't...

509

510  A:      Yeah.

511

512  Q:      ...see his face.  No.

513

514  A:      His face.

515

516  Q:      You did not?

517

518  A:      Did not.

519

520  Q:      Okay.  But — but you saw the car and — and you think...

521

522  A:      I mean I — I saw him but I didn't actually...

523

524  Q:      See his face.

525

526  A:      ...see what his face — face was like.

527

528  Q:      Okay.  Okay.

529

530  A:      You know?

531

532  Q:      All right.

533

534  A:      And then...

535

536  Q:      Go ahead.

537

538  A:      ...it was the same guy because...

539

540  Q:      Okay.

INTERVIEW WITH AISAKE NAUFAHU
Interviewer: Lt. Parisian
06-20/3:09 pm
Case #USDC-C-07-04517MMC
Page 13

541
542   A:        ...it was the same officer, you know?
543
544   Q:        I – I'm not arguing with you.
545
546   A:        Yeah.
547
548   Q:        I just wanted to make sure.
549
550   A:        Yeah.
551
552   Q:        So now um, three officers are there.  Uh, I understand that they're shining
553             flashlights at you...
554
555   A:        Yeah.
556
557   Q:        ...and in the car.  Um, they're taking a while...
558
559   A:        That's...
560
561   Q:        ...to write a ticket.
562
563   A:        Yeah and also while I was there and they were there too, I didn't see any other
564             vehicle going through.
565
566   Q:        Right, I have you.
567
568   A:        I – I mean...
569
570   Q:        There was no other cars on the road.
571
572   A:        There was no, correct.
573
574   Q:        Okay.  And this is right around 3 o'clock in the morning.
575
576   A:        Yeah.
577
578   Q:        Okay.  Why – what happens after that?  After they – they get back by the car
579             and they're talking and he's...
580
581   A:        Yeah.
582
583   Q:        ...writing out the ticket?  What happens next?
584
585   A:        And then the guy came back uh, uh, uh, uh, with the ticket.

INTERVIEW WITH AISAKE NAUFAHU
Interviewer: Lt. Parisian
06-20/3:09 pm
Case #USDC-C-07-04517MMC
Page 14

586
587    Q:         Uh huh.
588
589    A:         And then I said, "Hey uh, where's my driver's license?"
590
591    Q:         Okay.
592
593    A:         And then he said, uh, "I want you to sign this ticket." And then I said, "For
594               what?" Then I didn't speak. And uh, man, I'm on my way to my job, man.
595               And then – then what the hell is this ticket here for? And he said, "You know
596               what? You were impeding traffic on uh, 25th Avenue." I mean as soon as he
597               said it I said man, because I couldn't believe this. There was no other vehicle
598               except me and him and now he was saying that I was impeding traffic. And
599               then uh, I – I was sitting there uh, for maybe one, two minutes. I – I was in
600               shock. I mean to see – I mean to see a police officer lying the way he did, you
601               know? I mean people look up to police officers and – and they trust them.
602               And here uh, uh, this guy was telling me that I was impeding traffic at 25th
603               Avenue and there was no traffic, period. And I was sitting there for uh, one or
604               two minutes. And another off – officer, a different one, walk up to me. "Hey,
605               it's time for you to go." And then uh, and then I start up the car and left. And
606               uh, when I got over to uh, uh, my job uh, you know, I – I punch in. It was
607               almost close to 4 o'clock 'cuz we supposed to uh, start at 4 o'clock. And – and
608               one of the – of the foremen uh, you know, came up to me and said – (Isaac),
609               "Oh man, it's – this is the first time I've seen you punch in this late. You –
610               you are always the first one to – to punch in every morning, you know?"
611
612    Q:         Mm-hmm.
613
614    A:         And then uh, uh...
615
616    Q:         But you start at 4:00, correct?
617
618    A:         Yeah.
619
620    Q:         And you punched in before 4:00?
621
622    A:         Yeah.
623
624    Q:         Okay.
625
626    A:         But it's close to 4 o'clock.
627
628    Q:         Okay.
629

| | | |
|---|---|---|
| 630<br>631<br>632<br>633<br>634<br>635 | A: | And then he said, uh, uh, "What's up?" And he could tell by looking at my face that there was something. And he said, "(Isaac) uh, uh, uh, was something uh, bothering you? Or something happened?" And I told him. And then the guy was shaking his head and he said, "Man, I know there's no traffic out there, man." And uh... |
| 636<br>637 | Q: | There's no what? I'm sorry. |
| 638<br>639 | A: | My boss said, "Hey, there's no traffic out there." |
| 640<br>641 | Q: | Oh. |
| 642<br>643<br>644<br>645 | A: | I – 'cuz (unintelligible) for me too. You know, and – and this guy said, "You know what, man? You better fight this because, you know, they – they did – they do this all the time, you know?" And then uh... |
| 646<br>647 | Q: | Go ahead. I'm listening to you. |
| 648<br>649<br>650<br>651 | A: | Yeah and then uh, uh, I uh, you know, then we get – get out at 2:30 you know? And I uh, came home. And my daughter uh, she's student at the – at the uh, (unintelligible) in (Belmont). |
| 652<br>653 | Q: | Uh huh. |
| 654<br>655<br>656<br>657<br>658<br>659<br>660<br>661<br>662<br>663<br>664<br>665 | A: | And they were off from school. And the 20th of February was the President's Day. It was a holiday for them. And then I – I came home and uh, I told my daughter, "Man, did I do believe what happened uh, to me this morning uh, on my way to my job." And then uh, she said, "Dad oh, oh, oh, what happened?" And uh, I – and when I – I uh, I told her that uh, a (San Mateo) police officer gave me uh, a – a ticket for impeding traffic at 25th Avenue, I mean my daughter said, "Man, that – that I couldn't believe that – that this uh, kind of thing uh, is still uh, going on in this day and age, you know?" And – and she said that she drives on (El Camino) too and sometimes she like if it is like raining very bad or something that they uh, couldn't ride my bicycle or it might uh, have a flat tire because back then uh, uh, then we had only one car. |
| 666<br>667 | Q: | Mm-hmm. |
| 668<br>669<br>670 | A: | You know? And uh, she'd be driving the Buick to school and I'd be riding my bicycle. |
| 671<br>672 | Q: | Let me ask you a question. |
| 673<br>674 | A: | Mm-hmm. |

| | | |
|---|---|---|
| 675 | Q: | (Isaac), did the officers say anything to you that was – did he swear at you? |
| 676 | | Did he call you any names? Did he say anything that would lead you to |
| 677 | | believe that he was prejudiced against you because you're Tongan? |
| 678 | | |
| 679 | A: | Oh no, no, no, no. |
| 680 | | |
| 681 | Q: | Okay. |
| 682 | | |
| 683 | A: | You see but… |
| 684 | | |
| 685 | Q: | Well let me ask you another question. Why do you – you said originally that |
| 686 | | he profiled you. |
| 687 | | |
| 688 | A: | You see… |
| 689 | | |
| 690 | Q: | What makes you think he profiled you? |
| 691 | | |
| 692 | A: | Look, this is – my case was about racial profiling. |
| 693 | | |
| 694 | Q: | But what makes you think he profiled you? |
| 695 | | |
| 696 | A: | I mean the way that – that he was following me and the way that he was |
| 697 | | asking me, "Hey, how much did you drink?" And then… |
| 698 | | |
| 699 | Q: | Well and then… |
| 700 | | |
| 701 | A: | …he tell he was… |
| 702 | | |
| 703 | Q: | …let – let me… |
| 704 | | |
| 705 | A: | …giving me a ticket to sign for impeding traffic knowing very well that there |
| 706 | | was no traffic out there. |
| 707 | | |
| 708 | Q: | Okay. Let me… |
| 709 | | |
| 710 | A: | I – I mean do you think that… |
| 711 | | |
| 712 | Q: | (Isaac)… |
| 713 | | |
| 714 | A: | … a good honest police officer would – would give you a – a ticket at 3:00 in |
| 715 | | the morning saying… |
| 716 | | |
| 717 | Q: | (Isaac)… |
| 718 | | |
| 719 | A: | …that you were impeding traffic… |

720
721     Q:          (Isaac), just hear me out a second.
722
723     A:          Yeah.
724
725     Q:          You said you never saw the – the police officer's face.
726
727     A:          Yeah but I saw...
728
729     Q:          Okay. I understand that.
730
731     A:          Yeah.
732
733     Q:          I understand that. He – he...
734
735     A:          You see it's...
736
737     Q:          Wait, wait.
738
739     A:          ...he...
740
741     Q:          Here – please listen to me.
742
743     A:          Yeah.
744
745     Q:          If you couldn't see his face, what makes you think he could see yours? He
746                 had no idea who you were if what you say...
747
748     A:          (Unintelligible).
749
750     Q:          ...if – if you didn't see his face then it's fair to assume he couldn't see your
751                 face. Therefore when he stopped you...
752
753     A:          No, no look...
754
755     Q:          Wait, wait hear me out. Please...
756
757     A:          Look – look...
758
759     Q:          ...listen to me.
760
761     A:          Look...
762
763     Q:          Therefore when he stopped you, what makes you think that he stopped you
764                 because you were Tongan? That's – that's my question.

INTERVIEW WITH AISAKE NAUFAHU
Interviewer: Lt. Parisian
06-20/3:09 pm
Case #USDC-C-07-04517MMC
Page 18

| 765 | | |
| 766 | A: | Yeah but – but what I'm such about to tell you is this. |
| 767 | | |
| 768 | Q: | Okay. |
| 769 | | |
| 770 | A: | Why you would – he'd be following me from 20th up – up until at that point |
| 771 | | at the (Hampstead) Mall. |
| 772 | | |
| 773 | Q: | I can give you an answer. I – I don't know. |
| 774 | | |
| 775 | A: | Why? |
| 776 | | |
| 777 | Q: | I haven't talked to him. |
| 778 | | |
| 779 | A: | I – I mean a guy that's – was just driving within speed limit and didn't violate |
| 780 | | any traffic laws and all of a sudden a police officer is right there hey, you're |
| 781 | | impeding traffic. |
| 782 | | |
| 783 | Q: | Okay. |
| 784 | | |
| 785 | A: | Do you think a good, honest police officer would be lying like that? |
| 786 | | |
| 787 | Q: | Okay we – we have two issues here, okay? |
| 788 | | |
| 789 | A: | I – I mean... |
| 790 | | |
| 791 | Q: | If – if – okay. |
| 792 | | |
| 793 | A: | Can you tell me... |
| 794 | | |
| 795 | Q: | (Isaac)... |
| 796 | | |
| 797 | A: | ...why – why was the... |
| 798 | | |
| 799 | Q: | (Isaac)... |
| 800 | | |
| 801 | A: | ...guy lying? |
| 802 | | |
| 803 | Q: | (Isaac), we have... |
| 804 | | |
| 805 | A: | Because of this. |
| 806 | | |
| 807 | Q: | (Isaac)... |
| 808 | | |
| 809 | A: | If I were a white, no way that he'd have given me the ticket, man. |

INTERVIEW WITH AISAKE NAUFAHU
Interviewer: Lt. Parisian
06-20/3:09 pm
Case #USDC-C-07-04517MMC
Page 19

810
811   Q:     (Isaac) we have two...
812
813   A:     That's – that's...
814
815   Q:     ...issues.
816
817   A:     ...that's the point of – now that you are spinning this whole thing.
818
819   Q:     No, no, I'm not...
820
821   A:     You know, just...
822
823   Q:     I'm not spinning
824
825   A:     ...and – and you are free to do that too.
826
827   Q:     Okay. We have two issues here. And I apologize for the inter – interruptions.
828          We have two issues, okay? First issue is um, why the officer stopped you, all
829          right? That's the first issue. 'Cuz you asked that question.
830
831   A:     Yeah.
832
833   Q:     I haven't talked to the officer yet. But – but...
834
835   A:     Yeah.
836
837   Q:     ...I think...
838
839   A:     Yeah.
840
841   Q:     ...I can explain that part. The second issue is um, the citation.
842
843   A:     Yeah.
844
845   Q:     And – and we'll get to that...
846
847   A:     Yeah.
848
849   Q:     ...in a minute, okay. The first issue is the officers at night are directed to go
850          out and look for people driving under the influence because that is one...
851
852   A:     I mean...
853
854   Q:     ...of the things...

INTERVIEW WITH AISAKE NAUFAHU
Interviewer: Lt. Parisian
06-20/3:09 pm
Case #USDC-C-07-04517MMC
Page 20

| | | |
|---|---|---|
| 855 | | |
| 856 | A: | …and that would be following anybody? |
| 857 | | |
| 858 | Q: | Anybody. |
| 859 | | |
| 860 | A: | And that could be pulling over anybody? |
| 861 | | |
| 862 | Q: | If they feel as though somebody is driving in a manner that they may have |
| 863 | | been drinking. Now here's the thing. Listen to me please. I'm just trying to |
| 864 | | explain it. I don't know because I haven't interviewed the officer yet. If the |
| 865 | | officer… |
| 866 | | |
| 867 | A: | (Unintelligible) this… |
| 868 | | |
| 869 | Q: | I – I… |
| 870 | | |
| 871 | A: | This is America. This is – this is what the real America – look – I – I went to |
| 872 | | college and I was taking US History you know, come on, you know. I – I |
| 873 | | know what's going on. I mean the color of your skin… |
| 874 | | |
| 875 | Q: | But you… |
| 876 | | |
| 877 | A: | …weighs a lot of whatever happens to you in this country. And then tell me |
| 878 | | whoever (unintelligible) you to make this hey – I mean to… |
| 879 | | |
| 880 | Q: | (Isaac)… |
| 881 | | |
| 882 | A: | …make this officer look good. |
| 883 | | |
| 884 | Q: | (Isaac)… |
| 885 | | |
| 886 | A: | Come on, man. |
| 887 | | |
| 888 | Q: | (Isaac), you yourself said you couldn't see the officer's face. So listen… |
| 889 | | |
| 890 | A: | No. |
| 891 | | |
| 892 | Q: | …let's break – hear me out please. |
| 893 | | |
| 894 | A: | I was not in the rest of – and there's no way that you'd be driving and you |
| 895 | | look at the rear view mirror, this was close to 3 o'clock in the morning. |
| 896 | | |
| 897 | Q: | Mm-hmm. |
| 898 | | |

INTERVIEW WITH AISAKE NAUFAHU
Interviewer: Lt. Parisian
06-20/3:09 pm
Case #USDC-C-07-04517MMC
Page 21

| | | |
|---|---|---|
| 899<br>900<br>901 | A: | You – we are not talking about driving there at 3 o'clock in the afternoon where you could see it. |
| 902<br>903 | Q: | I – I understand that. |
| 904<br>905 | A: | And remember that's not that much light way out there. |
| 906<br>907<br>908<br>909<br>910<br>911 | Q: | Okay, I understand all that. What I'm saying is if you couldn't see the officer's face, what makes you think the officer saw your face? His traffic stop had nothing to do with you being Tongan if you couldn't see his face and he couldn't see yours. Can – can you at least agree with that? That's a possibility? |
| 912<br>913 | A: | You see but the first time I saw his face was when he was walking... |
| 914<br>915 | Q: | Up to your car? |
| 916<br>917 | A: | ...towards me with his flashlight. |
| 918<br>919 | Q: | Okay. Now... |
| 920<br>921<br>922<br>923<br>924<br>925 | A: | And he saw that – look after I asked me, "Hey how much did you drink?" And when he went back, called for backup with my drivers- and when those two officers uh, got there I mean – and then they were talking. They said, "Look you better come up with something good because this is for (unintelligible)." I mean this is racial profiling. |
| 926<br>927 | Q: | You heard the officers say that? |
| 928<br>929 | A: | No, no. This is what I – I – I was thinking... |
| 930<br>931 | Q: | Okay. |
| 932<br>933<br>934 | A: | ...when they were over there ask, you know, huddling and – and talking, I said man, I mean now they are looking for something to pin – to pin on me. |
| 935<br>936 | Q: | But... |
| 937<br>938 | A: | And then that's exactly what happened. You see, right then he came back. |
| 939<br>940 | Q: | (Isaac). (Isaac). I don't want to argue with you, okay? |
| 941<br>942 | A: | Yeah. |

| 943 | Q: | All I'm trying to do is explain to you that there is another possible, reasonable |
| 944 | | explanation. You yourself said you couldn't see the officer's face. If that – if |
| 945 | | that's true then let's assume the officer couldn't see your face. And if the |
| 946 | | officer stopped you because he thought you were… |
| 947 | | |
| 948 | A: | (Unintelligible) look… |
| 949 | | |
| 950 | Q: | Wait, hear me, please listen. |
| 951 | | |
| 952 | A: | No. |
| 953 | | |
| 954 | Q: | Please… |
| 955 | | |
| 956 | A: | I have a… |
| 957 | | |
| 958 | Q: | Please respect me enough… |
| 959 | | |
| 960 | A: | This guy saw my face… |
| 961 | | |
| 962 | Q: | …to listen. |
| 963 | | |
| 964 | A: | …when I – I was driving and I was facing him.. |
| 965 | | |
| 966 | Q: | Please – please… |
| 967 | | |
| 968 | A: | …through the (unintelligible) you know? |
| 969 | | |
| 970 | Q: | Please respect me enough to – to… |
| 971 | | |
| 972 | A: | Yeah. |
| 973 | | |
| 974 | Q: | …hear me out. Let's assume that he stopped you because he thought maybe |
| 975 | | you were driving under the influence, especially when you pulled over to the |
| 976 | | right like you were gonna stop and he passed you up. Let's just make that |
| 977 | | assumption. He stops you. You say – you yourself say he comes up and he |
| 978 | | questions you about whether or not you had been drinking. |
| 979 | | |
| 980 | A: | No, no he said, "How much did you drink?" |
| 981 | | |
| 982 | Q: | That's what I mean. |
| 983 | | |
| 984 | A: | I mean that's… |
| 985 | | |
| 986 | Q: | Okay. |
| 987 | | |

| | | |
|---|---|---|
| 988 | A: | ...this is a totally different thing. |
| 989 | | |
| 990 | Q: | To – to me that – I don't see racial profiling.  Racial profiling is when – is... |
| 991 | | |
| 992 | A: | And also besides my hair was long back then at that time.  It was... |
| 993 | | |
| 994 | Q: | Okay. |
| 995 | | |
| 996 | A: | ...way down here. |
| 997 | | |
| 998 | Q: | All right. |
| 999 | | |
| 1000 | A: | You know? |
| 1001 | | |
| 1002 | Q: | All right, (Isaac) I – I don't want to get into it. |
| 1003 | | |
| 1004 | A: | But see... |
| 1005 | | |
| 1006 | Q: | But let me ask you this.  Let me ask you this.  Did the officer swear at you?  No. |
| 1007 | | |
| 1008 | | |
| 1009 | A: | No. |
| 1010 | | |
| 1011 | Q: | Did the officer call you any names or was he disrespectful or... |
| 1012 | | |
| 1013 | A: | Yeah.  He – he was so bad that he was lying on the ticket. |
| 1014 | | |
| 1015 | Q: | He was lying on the ticket? |
| 1016 | | |
| 1017 | A: | I mean look when an officer was lying on the ticket and then I got home that |
| 1018 | | day, talked to my daughter and my daughter said, "(Isaac), let's go there."  I |
| 1019 | | have taken college courses about all this.  Racism. |
| 1020 | | |
| 1021 | Q: | Okay. |
| 1022 | | |
| 1023 | A: | Let's hit the – we came in and then... |
| 1024 | | |
| 1025 | Q: | If – if the officer wrote the ticket in error... |
| 1026 | | |
| 1027 | A: | Yeah. |
| 1028 | | |
| 1029 | Q: | ...then they sent a correction letter to you 'cuz you... |
| 1030 | | |
| 1031 | A: | Oh no, no. |
| 1032 | | |

| | | |
|---|---|---|
| 1033 | Q: | Okay. |
| 1034 | | |
| 1035 | A: | Come on. |
| 1036 | | |
| 1037 | Q: | Hear me out. Please listen to me. |
| 1038 | | |
| 1039 | A: | This – this is really so that – that this guy was just out there to give me a ticket |
| 1040 | | period. |
| 1041 | | |
| 1042 | Q: | Okay. |
| 1043 | | |
| 1044 | A: | And this guy was not a professional. |
| 1045 | | |
| 1046 | Q: | Okay. |
| 1047 | | |
| 1048 | A: | And this guy was a crook. He knew there was no – I mean he saw there was |
| 1049 | | no traffic. I saw there was no traffic. |
| 1050 | | |
| 1051 | Q: | Okay. |
| 1052 | | |
| 1053 | A: | I mean... |
| 1054 | | |
| 1055 | Q: | Let's... |
| 1056 | | |
| 1057 | A: | ...for him he had this evil intent. I mean hey... |
| 1058 | | |
| 1059 | Q: | (Isaac)... |
| 1060 | | |
| 1061 | A: | ...no matter what you do I'm going to give you a ticket. |
| 1062 | | |
| 1063 | Q: | How would you describe your conduct with the officer? |
| 1064 | | |
| 1065 | A: | I was pissed off. |
| 1066 | | |
| 1067 | Q: | Yeah. |
| 1068 | | |
| 1069 | A: | I mean for – I mean I have a right to be pissed off. |
| 1070 | | |
| 1071 | Q: | From the very beginning? |
| 1072 | | |
| 1073 | A: | Because I didn't drink. I was on my way to my job and all of a sudden... |
| 1074 | | |
| 1075 | Q: | Listen... |
| 1076 | | |

INTERVIEW WITH AISAKE NAUFAHU
Interviewer: Lt. Parisian
06-20/3:09 pm
Case #USDC-C-07-04517MMC
Page 25

| | | |
|---|---|---|
| 1077<br>1078<br>1079 | A: | ...this white officer showed up and said, "Hey you were impeding traffic." And hey, there was no traffic. |
| 1080<br>1081 | Q: | Okay. That's not – that's not... |
| 1082<br>1083 | A: | I mean... |
| 1084<br>1085 | Q: | ...the first thing the officer said though. |
| 1086<br>1087 | A: | ...well – well yeah. |
| 1088<br>1089 | Q: | The officer first didn't say you were impeding traffic. |
| 1090<br>1091 | A: | No. This was after... |
| 1092<br>1093 | Q: | Okay. |
| 1094<br>1095 | A: | ...him and his buddies were – were talking and... |
| 1096<br>1097 | Q: | But – but you were upset... |
| 1098<br>1099 | A: | Yeah! |
| 1100<br>1101 | Q: | ...from the moment you stopped your car at 31st Avenue. |
| 1102<br>1103 | A: | Yeah. I – I was upset. |
| 1104<br>1105 | Q: | Why were you upset right away? |
| 1106<br>1107<br>1108<br>1109 | A: | No because I'll tell you. I didn't do anything wrong. I – I didn't. I know uh, that (El Camino) uh, from (San Mateo) all the way to (San Paolo), that's where I ride my bike or I drive. I – I know there's no traffic out there. |
| 1110<br>1111<br>1112<br>1113 | Q: | Okay. (Isaac), I am not talking about the citation. I am talking about when you first pulled your car over at 31st Avenue. When you started to pull over at 25th Avenue, you were already upset. |
| 1114<br>1115<br>1116<br>1117 | A: | No, no, no. I was trying to find out why – why was – he had, I mean something better to do. I mean someone was out there breaking the laws and he should be out there, I mean taking care of it. And... |
| 1118<br>1119 | Q: | Did you... |
| 1120<br>1121 | A: | ...then why was... |

CSM –124–

INTERVIEW WITH AISAKE NAUFAHU
Interviewer: Lt. Parisian
06-20/3:09 pm
Case #USDC-C-07-04517MMC
Page 26

| 1122 | Q: | Did the officer turn on their lights and siren? |
|------|----|--------------------------------------------------|
| 1123 | | |
| 1124 | A: | No. |
| 1125 | | |
| 1126 | Q: | You pulled over at 31st Avenue? |
| 1127 | | |
| 1128 | A: | Yeah. |
| 1129 | | |
| 1130 | Q: | And the officer pulled in behind you? |
| 1131 | | |
| 1132 | A: | Yeah. |
| 1133 | | |
| 1134 | Q: | And then turned on his lights and siren? |
| 1135 | | |
| 1136 | A: | No. This guy never – never turned his siren, no light, nothing. |
| 1137 | | |
| 1138 | Q: | No nothing? |
| 1139 | | |
| 1140 | A: | Nothing. |
| 1141 | | |
| 1142 | Q: | Okay. So you just pulled over and stopped? |
| 1143 | | |
| 1144 | A: | Yeah. |
| 1145 | | |
| 1146 | Q: | And the officer stopped... |
| 1147 | | |
| 1148 | A: | Yeah. |
| 1149 | | |
| 1150 | Q: | ...behind you? |
| 1151 | | |
| 1152 | A: | And as soon as he walked, I said hey, then – then why the hell – I mean where |
| 1153 | | are you... |
| 1154 | | |
| 1155 | Q: | And when – and when the officer approached you, you were already upset, |
| 1156 | | correct? |
| 1157 | | |
| 1158 | A: | Ah, hey I (unintelligible). I mean... |
| 1159 | | |
| 1160 | Q: | But the officer... |
| 1161 | | |
| 1162 | A: | ...I – I come on, I mean a black, an Afro-American, a person of color driving |
| 1163 | | knowing that he didn't violate any laws. |
| 1164 | | |
| 1165 | Q: | But what I thought we just agreed that if you couldn't tell the officer was, |
| 1166 | | what makes you think the officer could tell you what – he hadn't even |

| | | |
|---|---|---|
| 1167 | | contacted you yet. All he knows is that you stopped your car at 31st Avenue |
| 1168 | | on the (El Camino). He stops behind you, gets out and is approaching you. |
| 1169 | | And you're already upset with the officer, before he even knows who you are. |
| 1170 | | |
| 1171 | A: | Yeah. You see, this guy – if – if this police officer was doing the same thing |
| 1172 | | in the government of Tonga, the minister of police would have taken right |
| 1173 | | there. They want good honest... |
| 1174 | | |
| 1175 | Q: | Let – let me... |
| 1176 | | |
| 1177 | A: | ...police officers. |
| 1178 | | |
| 1179 | Q: | Let me ask you a question. Let me... |
| 1180 | | |
| 1181 | A: | They don't want crooks... |
| 1182 | | |
| 1183 | Q: | I – I... |
| 1184 | | |
| 1185 | A: | ...to be working for the... |
| 1186 | | |
| 1187 | Q: | (Isaac)... |
| 1188 | | |
| 1189 | A: | ...police department. |
| 1190 | | |
| 1191 | Q: | Let me play you a tape. |
| 1192 | | |
| 1193 | A: | Yeah. |
| 1194 | | |
| 1195 | Q: | And then ask me what the – what the minister of – of police in Tonga would |
| 1196 | | do to somebody who spoke like this to one of the police officers. |
| 1197 | | |
| 1198 | A: | Yeah. Hey just get me out, just give me my driver's license. |
| 1199 | | |
| 1200 | Q1: | You have a registration, proof of insurance? |
| 1201 | | |
| 1202 | A: | Just (unintelligible) my (unintelligible). |
| 1203 | | |
| 1204 | Q1: | Do you have registration and proof of insurance? |
| 1205 | | |
| 1206 | A: | No wonder why there's so much people in (San Mateo). Fucking pissed off, |
| 1207 | | man. Don't you have any fucking better things to do in America? Go get a |
| 1208 | | fucking real job. (Unintelligible) people, man. (Unintelligible). |
| 1209 | | |

| 1210 | Q: | This is when the officer first contacted you. He doesn't know who you are. |
| 1211 | | He – he walks up to the car and asks you for your driver's license and proof of |
| 1212 | | insurance. |
| 1213 | | |
| 1214 | A: | Yeah he asked me and I want to be free. |
| 1215 | | |
| 1216 | Q: | Okay (unintelligible)… |
| 1217 | | |
| 1218 | A: | That was when the car was behind me. |
| 1219 | | |
| 1220 | Q: | I'm sorry, you're right. He asked you for that and he asks you for your – and |
| 1221 | | you're – you're mad at him. |
| 1222 | | |
| 1223 | A: | Yeah. |
| 1224 | | |
| 1225 | Q: | You are mad at him before he even… |
| 1226 | | |
| 1227 | A: | So what? |
| 1228 | | |
| 1229 | Q: | …knew who you were. Okay I'll turn this off. |
| 1230 | | |
| 1231 | A: | (Unintelligible) fucking (unintelligible) fucking shit, man. Hey this is – this |
| 1232 | | is… |
| 1233 | | |
| 1234 | Q1: | (Unintelligible). |
| 1235 | | |
| 1236 | A: | This is a lawful reaction for being discriminated against– against man. |
| 1237 | | |
| 1238 | Q: | Okay. All right. I'm gonna turn this off. You – you agree that's you |
| 1239 | | swearing at the officer? |
| 1240 | | |
| 1241 | A: | Yeah. |
| 1242 | | |
| 1243 | Q: | All right. And the officer comes up and asks you how much you had to drink. |
| 1244 | | |
| 1245 | A: | Yeah. How – how much did I drink that night. |
| 1246 | | |
| 1247 | Q: | Okay. And it's before the officer even knows who you are, correct? 'Cuz the |
| 1248 | | officer hasn't seen you yet. Walks up, puts a – shines a flashlight on your face |
| 1249 | | and says, "How much have you had to drink tonight?" |
| 1250 | | |
| 1251 | A: | Yeah. |
| 1252 | | |
| 1253 | Q: | Correct? You – you were already mad when you pulled over before the |
| 1254 | | officer even approached you, you were upset. |

INTERVIEW WITH AISAKE NAUFAHU
Interviewer: Lt. Parisian
06-20/3:09 pm
Case #USDC-C-07-04517MMC
Page 29

1255
1256    A:        Look…

1257
1258    Q:        Am I (unintelligible)?

1259
1260    A:        …I – I was…

1261
1262    Q:        (Unintelligible) trying to figure it out.

1263
1264    A:        I was and I was going to (San Jose) (unintelligible).

1265
1266    Q:        Okay.

1267
1268    A:        Afro-Americans, Latinos, they were complaining about the same thing, being
1269              pulled over and then police officers started looking – I mean uh, for a
1270              reason…

1271
1272    Q:        (Isaac)…

1273
1274    A:        …to issue them tickets.

1275
1276    Q:        Were you upset when you pulled your car over at 31st Avenue?  Were you
1277              already upset?

1278
1279    A:        I – I was upset.

1280
1281    Q:        Okay.  Why were you upset?  Because the police officer was following you?

1282
1283    A:        I – I mean look…

1284
1285    Q:        Okay.

1286
1287    A:        …I didn't – I was not speeding.

1288
1289    Q:        Okay.

1290
1291    A:        I – and I didn't violate any traffic laws.

1292
1293    Q:        Okay let's go this – let's go to the citation now.

1294
1295    A:        Yeah.

1296
1297    Q:        Okay?  The citation was written for uh, impeding traffic.

1298
1299    A:        Impeding traffic.

1300
1301    Q:        And then they sent you a correction letter...
1302
1303    A:        No, no, no look.
1304
1305    Q:        Okay wait please hear me out.
1306
1307    A:        This guy was a crook.
1308
1309    Q:        Okay.
1310
1311    A:        Look, if this police officer doesn't tell the difference between traffic and no
1312              traffic, he has no business being – I mean for being a police officer.
1313
1314    Q:        I – I don't...
1315
1316    A:        And look at the – and uh, and uh, and then look at the damage. If – if this guy
1317              is a police officer driving around at 3:00 uh, uh, o'clock in the uh, at night and
1318              – and you pull – pull over a guy like me, a non-white, and all of a sudden say
1319              hey you were impeding traffic.
1320
1321    Q:        But – but...
1322
1323    A:        Look, look, look.
1324
1325    Q:        ...(Isaac) look.
1326
1327    A:        This is a bad dog, man.  I – I – I'm telling you.
1328
1329    Q:        Okay.
1330
1331    A:        This is a bad – if he doesn't know a – a traffic and not – uh, no traffic, he has
1332              no business being a police officer.
1333
1334    Q:        Okay.  Does it – (Isaac), the vehicle code is extremely thick.  It has thousands
1335              of sections in it, okay?  Literally thousands.  And – and I agree with you, the
1336              officer may have made a mistake.  That's why a correction letter...
1337
1338    A:        Oh, oh, no look, look.
1339
1340    Q:        No I'm talking about...
1341
1342    A:        This is a simple thing.
1343
1344    Q:        ...the (unintelligible).

| | | |
|---|---|---|
| 1345 | | |
| 1346 | A: | Traffic, no traffic. I mean if you're a police officer, you know when there is |
| 1347 | | traffic and you know when there's no traffic. |
| 1348 | | |
| 1349 | Q: | Okay, (Isaac), (Isaac)... |
| 1350 | | |
| 1351 | A: | And – and you guys, this – this is all you do. You see a police officer lying |
| 1352 | | like hell you don't (unintelligible) for I mean do his – let's (unintelligible) uh, |
| 1353 | | and all this stuff, you know? This is America, man. Look I – I know it. |
| 1354 | | Look. I went to college, man. I – I know... |
| 1355 | | |
| 1356 | Q: | (Isaac), let me ask you this. |
| 1357 | | |
| 1358 | A: | Man don't – don't give me this stuff. |
| 1359 | | |
| 1360 | Q: | Okay. Let – let me ask you this. So now we're down to the – the citation. |
| 1361 | | |
| 1362 | A: | Yeah. |
| 1363 | | |
| 1364 | Q: | And – and what was written on the citation. |
| 1365 | | |
| 1366 | A: | Yeah. |
| 1367 | | |
| 1368 | Q: | And you feel as though the citation was written falsely. |
| 1369 | | |
| 1370 | A: | Falsely. |
| 1371 | | |
| 1372 | Q: | Okay. |
| 1373 | | |
| 1374 | A: | I mean... |
| 1375 | | |
| 1376 | Q: | I will... |
| 1377 | | |
| 1378 | A: | ...impeding traffic, you know what's impeding traffic. I mean I – I talked to – |
| 1379 | | to the common people. I talk to my brother. I talk to my sister and |
| 1380 | | (unintelligible). This is bad. This is – this is – this guy should be fired. I |
| 1381 | | mean for him to drive around and saw that there was no traffic at 25th Avenue |
| 1382 | | and he was giving you a citation for impeding traffic? I mean it, you know, |
| 1383 | | they all said look that – that's ob – that's obvious white people to do to Afro- |
| 1384 | | Americans and people of color in this country. This – that they agreed that |
| 1385 | | like (unintelligible), you know? I mean... |
| 1386 | | |
| 1387 | Q: | (Isaac), (Isaac) I am not the media. I – I don't... |
| 1388 | | |
| 1389 | A: | Yeah. |

1390

1391   Q:      ...want to hear any of that because I don't agree with it number one.

1392

1393   A:      Yeah.

1394

1395   Q:      Number two is – is did you receive a correction letter?

1396

1397   A:      Yeah.

1398

1399   Q:      Okay.  And that correction letter said that...

1400

1401   A:      Oh it was something else.

1402

1403   Q:      Okay.  All right.  So...

1404

1405   A:      Look but – but who make this...

1406

1407   Q:      Stop.

1408

1409   A:      But who make this correction?  Who made it?

1410

1411   Q:      I believe the officer made that correction because the officer...

1412

1413   A:      I mean I found he had admitted that he was lying on the original citation.

1414

1415   Q:      No.

1416

1417   A:      Now that he...

1418

1419   Q:      (Isaac)...

1420

1421   A:      ...(unintelligible).

1422

1423   Q:      (Isaac), he did – he didn't lie.  What the correction letter is – is that he used
1424          the wrong code section.  So they changed that code section.  That's the
1425          purpose of the correction letter.  Now if you feel as though the citation was...

1426

1427   A:      Yeah.

1428

1429   Q:      ...issued at – wait, hear me out, in error.

1430

1431   A:      It was bad.

1432

1433   Q:      Okay.

1434

1435   A:     It was bad.
1436

1437   Q:     You can – you can go to the court and you can argue whether or not you were
1438          uh, and I believe the other section you were cite – what the correct section...
1439

1440   A:     And then...
1441

1442   Q:     ...has to do with...
1443

1444   A:     ...somebody...
1445

1446   Q:     Please, please...
1447

1448   A:     ...has (unintelligible).
1449

1450   Q:     ...please. (Isaac)...
1451

1452   A:     That's...
1453

1454   Q:     ...had to do with obstructing a lane of traffic or uh, stopping without giving
1455          due notice, sudden deceleration, stopping without due notice. If you feel that
1456          that is not a good citation you can take it to court and you can argue it. Now
1457          I've made copies of the – of the different sections to give you so that you can –
1458          you can take it to court with you. Hear me out please. Please listen, okay?
1459          The other thing you were cited for is not having proper proof of insurance in –
1460          in the vehicle. Correct?
1461

1462   A:     Yeah I...
1463

1464   Q:     Expired proof of insurance?
1465

1466   A:     ...but I (unintelligible) to go and I took care of that.
1467

1468   Q:     Okay good. What about the other thing? Did you take care of the other
1469          thing?
1470

1471   A:     No. I – I'm going back to go (unintelligible) in August.
1472

1473   Q:     Okay. Good. So the citation was actually issued for two different things,
1474          either impeding traffic or stopping in a lane of traffic...
1475

1476   A:     No, no, no. Is no longer impeding traffic. It is...
1477

1478   Q:     Okay.
1479

| 1480 | A: | ...some other stuff. |
| 1481 | | |
| 1482 | Q: | Okay what – whatever. It was issued for – for one – this – this other stuff and |
| 1483 | | the other thing it was issued for is not having proof of insurance. |
| 1484 | | |
| 1485 | A: | Yeah... |
| 1486 | | |
| 1487 | Q: | Correct? |
| 1488 | | |
| 1489 | A: | ...but I already took care of that. |
| 1490 | | |
| 1491 | Q: | But what I'm saying is – is both those things were on the citation, correct? |
| 1492 | | |
| 1493 | A: | Yeah. |
| 1494 | | |
| 1495 | Q: | Okay. All right. I obviously am not gonna be able to change your perception. |
| 1496 | | I'm not gonna be able to... |
| 1497 | | |
| 1498 | A: | Yeah, yeah. |
| 1499 | | |
| 1500 | Q: | Yeah, I'm not, okay? The only thing I can invite you to do is this: is when you |
| 1501 | | – you can put a little bit of distance between the emotional part of this I would |
| 1502 | | be happy to sit down and explain to you how things are done. By the way, the |
| 1503 | | traffic stop from the time you pulled over at 31st Avenue to the time the |
| 1504 | | officer cleared was 22 minutes. It was not 40. I – I know that because I – I |
| 1505 | | reviewed all our tapes and our logs. Also our average traffic stop, what we |
| 1506 | | consider to – what we call um, what we allow an officer... |
| 1507 | | |
| 1508 | A: | Yeah... |
| 1509 | | |
| 1510 | Q: | Wait, please listen. |
| 1511 | | |
| 1512 | A: | Yeah. |
| 1513 | | |
| 1514 | Q: | Is – is 20 minutes. Based upon what I heard on this tape, you cussing at the |
| 1515 | | officer... |
| 1516 | | |
| 1517 | A: | Yeah. |
| 1518 | | |
| 1519 | Q: | ...not cooperating, refusing to sign the ticket, I can understand why it maybe |
| 1520 | | took 22 minutes and I also know why the officer – other officers came is 'cuz |
| 1521 | | when the officer keyed up to – to say something on the radio, they heard your |
| 1522 | | voice in the background swearing and... |
| 1523 | | |
| 1524 | A: | Yeah. |

| 1525 | | |
|------|------|------|
| 1526 | Q: | ...being angry. |
| 1527 | | |
| 1528 | A: | Yeah. |
| 1529 | | |
| 1530 | Q: | So the other officers came because they were concerned that something was |
| 1531 | | going on. Two of those officers that showed up were sergeants. They're field |
| 1532 | | supervisors. One of which... |
| 1533 | | |
| 1534 | A: | Oh, (unintelligible)... |
| 1535 | | |
| 1536 | Q: | Wait, (Isaac). (Isaac). |
| 1537 | | |
| 1538 | A: | ...(unintelligible)... |
| 1539 | | |
| 1540 | Q: | Listen to me please. One... |
| 1541 | | |
| 1542 | A: | They're all crooks. |
| 1543 | | |
| 1544 | Q: | ...sar – (Isaac), please listen. I'm just giving you the facts. One of those |
| 1545 | | sergeants is a black male. He is African-American. |
| 1546 | | |
| 1547 | A: | Yeah. All crooks. |
| 1548 | | |
| 1549 | Q: | Okay. Well I'm sorry you feel that way. I'm gonna end this interview. It is |
| 1550 | | 1550 hours. I'm gonna turn this tape recorder off unless there's anything else |
| 1551 | | with this. I think I've covered all the – the details here. You can take the |
| 1552 | | citation to court. You can fight it. |
| 1553 | | |
| 1554 | A: | You see? This is – when I – I went to San Francisco State I was taking uh, |
| 1555 | | one or two U.S. history classes. |
| 1556 | | |
| 1557 | Q: | Mm-hmm. Mm-hmm. |
| 1558 | | |
| 1559 | A: | And I learned about how these white people were treating blacks and |
| 1560 | | American Indians. It was so bad. |
| 1561 | | |
| 1562 | Q: | How many years ago was that? How many years ago were – was – was that |
| 1563 | | class related? Was it – were they 40 years ago when that was taking place? |
| 1564 | | Fifty years ago? |
| 1565 | | |
| 1566 | A: | And it's still going on, man. |
| 1567 | | |
| 1568 | Q: | Well all right here let me – I'm gonna – I'm gonna... |
| 1569 | | |

1570    A:        You know that...
1571
1572    Q:        ...all right.
1573
1574    A:        Now that they are (unintelligible) the Afro uh, Americans now they are going
1575              after the brown skinned people like me, you know?  I – I mean to me...
1576
1577    Q:        Okay, (Isaac)...
1578
1579    A:        ...it's just (unintelligible)...
1580
1581    Q:        (Isaac)...
1582
1583    A:        Didn't break no laws and all of a sudden a white officer gave me a citation.
1584
1585    Q:        Okay, (Isaac) I – well the citation was issued for not having proof of insurance
1586              which you did not have.  And the other thing it was issued for was...
1587
1588    A:        For impeding traffic, right.
1589
1590    Q:        Well impeding traffic and then they later corrected that...
1591
1592    A:        Yeah.
1593
1594    Q:        ...to blocking a lane of traffic.  That's what the correction letter I believe was
1595              about.
1596
1597    A:        I just...
1598
1599    Q:        Okay.  I – I...
1600
1601    A:        ...(unintelligible)...
1602
1603    Q:        I'm – (Isaac) I'm gonna end...
1604
1605    A:        ...(unintelligible)...
1606
1607    Q:        I'm – I'm gonna end the interview.
1608
1609    A:        This is lying.
1610
1611    Q:        Okay.
1612
1613    A:        And one of the requirements to become a – a...
1614

| 1615 | Q: | Okay. |
| 1616 | | |
| 1617 | A: | ...a police officer in (San Mateo)? |
| 1618 | | |
| 1619 | Q: | Okay. |
| 1620 | | |
| 1621 | A: | I mean a police officer... |
| 1622 | | |
| 1623 | Q: | So did you have proof of insurance? |
| 1624 | | |
| 1625 | A: | Yeah.  I – I took it over there. |
| 1626 | | |
| 1627 | Q: | No though did you have it in the car... |
| 1628 | | |
| 1629 | A: | Look – look... |
| 1630 | | |
| 1631 | Q: | Did you have proper... |
| 1632 | | |
| 1633 | A: | ...but the uh... |
| 1634 | | |
| 1635 | Q: | ...proof of insurance... |
| 1636 | | |
| 1637 | A: | Look... |
| 1638 | | |
| 1639 | Q: | ...in the car with you? |
| 1640 | | |
| 1641 | A: | The – the proper... |
| 1642 | | |
| 1643 | Q: | (Isaac), please... |
| 1644 | | |
| 1645 | A: | ..the – the insurance... |
| 1646 | | |
| 1647 | Q: | Please... |
| 1648 | | |
| 1649 | A: | ...comes later. |
| 1650 | | |
| 1651 | Q: | Okay. But I'm asking you, did you have... |
| 1652 | | |
| 1653 | A: | But there has got to be a reason why a police officer pulls you over. |
| 1654 | | |
| 1655 | Q: | Maybe. |
| 1656 | | |
| 1657 | A: | That he just don't like uh... |
| 1658 | | |

| 1659 | Q: | Okay.  (Isaac), please so you did not have proper proof of insurance in the car |
| 1660 | | with you. Is that correct? |
| 1661 | | |
| 1662 | A: | See but that's not why I – yeah. |
| 1663 | | |
| 1664 | Q: | Okay. |
| 1665 | | |
| 1666 | A: | I mean about this impeding traffic. |
| 1667 | | |
| 1668 | Q: | I'm gonna end this tape right now and... |
| 1669 | | |
| 1670 | | |
| 1671 | | This transcript has been reviewed with the audio recording submitted and it is an accurate |
| 1672 | | transcription. |
| 1673 | | Signed_____ |