Case 3:07-cv-04517-MMC   Document 90   Filed 08/15/2008   Page 1 of 2

David M. King, Esq. (Bar No. 95279)
Jeremy A. Burns, Esq. (Bar No. 239917)
CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, California 94011-0513
Telephone:   (650) 342-9600
Facsimile:   (650) 342-7685

Attorneys for Defendant City of San Mateo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AISAKE (ISACC) P. NAUFAHU, an individual Pro Se Litigant,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN MATEO, a City Incorporated, SAN MATEO CHIEF OF POLICE S.E. MANHEIMER, SAN MATEO POLICE CAPTAIN M. CALLAGY, SAN MATEO POLICE LIEUTENANT A. J. PARISIAN, SAN MATEO POLICE AMENDING OFFICER JACK RATCLIFFE, S26, SAN MATEO POLICE OFFICER BOLOGNA BADGE NUMBER 95, 4 UNNAMED SAN MATEO POLICE OFFICERS,<br><br>Defendants. | No. C 07-04517 MMC<br><br>**DECLARATION OF OFFICER MATTHEW LETHIN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Action Filed: July 31, 2007<br><br>Date:<br>Time:<br>Dept.:<br>Judge:   The Honorable Maxine Chesney |

I, Officer Matthew Lethin, declare:

1.   I am officer with the San Mateo Police Department.

2.   On July 12, 2007, I briefly detained an automobile at 38th and South El Camino Real in San Mateo. I understand that the plaintiff has made various allegations concerning this detention in this lawsuit.

3.   My recollection of the incident is somewhat scant because of the brief nature of what transpired. However, because the individual I stopped complained to the department, I

DECLARATION OF MATTHEW LETHIN

1  have some recollection of what happened.

2      **4.**    In the early hours of July 12, 2007, I observed an automobile which had a minor
3  equipment violation (under the California Vehicle Code). At this time, I do not recall the
4  specific problem. Moreover, since I did not wind up citing the individual, I have no record of
5  what the violation was. I can say for certain that I did not know the driver's ethnicity or gender
6  when I pulled the driver over, and only pulled him over because I believed there was probable
7  cause of a California Vehicle Code equipment violation.

8      **5.**    When I pulled the automobile over on 38th and South El Camino Real I called in
9  the license plate to police dispatch. Dispatch told me that this individual had just been pulled
10 over by Officer Reyna.

11     **6.**    When I learned that Officer Reyna had already pulled him over earlier that
12 evening, I decided that I would let the driver know what caught my attention, believing that
13 perhaps Officer Reyna had stopped him for the same violation. My intent was to get the driver
14 on his way as soon as possible.

15     **7.**    I got out of the car, and told the individual in an apologetic and deferential voice
16 that I understood he had just been pulled over by Officer Reyna, that I was not going to ticket
17 him, and that he should correct whatever it was that caused me to pull him over. I do not
18 remember exactly how he responded, but I believed from his tone that he was angry.

19     **8.**    The entire exchange lasted a few minutes, at most.

20

21     I declare under penalty of perjury under the laws of the United States that the foregoing is
22 true and correct.
23 Dated: _July 24_, 2008

25 _/s/ Matthew Lethin_
    Officer Matthew Lethin