David M. King, Esq. (Bar No. 95279)
Jeremy A. Burns, Esq. (Bar No. 239917)
CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, California 94011-0513
Telephone:  (650) 342-9600
Facsimile:  (650) 342-7685

Attorneys for Defendant City of San Mateo

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AISAKE (ISACC) P. NAUFAHU, an individual Pro Se Litigant,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN MATEO, a City Incorporated, SAN MATEO CHIEF OF POLICE S.E. MANHEIMER, SAN MATEO POLICE CAPTAIN M. CALLAGY, SAN MATEO POLICE LIEUTENANT A. J. PARISIAN, SAN MATEO POLICE AMENDING OFFICER JACK RATCLIFFE, S26, SAN MATEO POLICE OFFICER BOLOGNA BADGE NUMBER 95, 4 UNNAMED SAN MATEO POLICE OFFICERS,<br><br>Defendants. | No. C 07-04517 MMC<br><br>**DECLARATION OF DAVID M. KING IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Action Filed: July 31, 2007<br><br>Date:<br>Time:<br>Dept.:<br>Judge:    The Honorable Maxine Chesney |

I, David M. King, declare as follows:

1.  I am an attorney at Carr, McClellan, Ingersoll, Thompson & Horn Professional Law Corporation, attorneys of record for Defendant City of San Mateo.

2.  Attached as **Exhibit A** are true and correct copies of excerpts of the deposition transcript of Aisake Naufahu, taken on April 22, 2008 and April 23, 2008.

////

3. Attached as **Exhibit B** is a true and correct copy of plaintiff's December 4, 2005, Tort Claim (pertaining to the February 20, 2006 incident).

4. Attached as **Exhibit C** is a true and correct copy of the City of San Mateo's Notice of Untimeliness to plaintiff's Tort Claim, erroneously dated January 8, 2006, together with a January 8, 2007 Proof of Service.

5. Attached as **Exhibit D** is a true and correct copy of plaintiff's Application for Leave to File Late Claim, dated January 10, 2007.

6. Attached as **Exhibit E** is a true and correct copy of the City of San Mateo's February 5, 2007 revised Notice of Untimeliness of plaintiff's Tort Claim, together with a February 6, 2007 Proof of Service of said revised notice.

7. I have reviewed the entirety of the City of San Mateo's files pertaining to the case at-issue, inclusive of the tort claim files. I have also spoken with Shawn Mason, the City Attorney for the City of San Mateo regarding the tort claim history in this matter. Plaintiff's application for leave to file a late tort claim was not granted. No extension of time to present a tort claim was granted.

8. Plaintiff did not file a tort claim regarding the 2000 incident, nor for the two traffic stops on July 12, 2007.

9. I have reviewed the docket for the Superior Court of San Mateo County. Plaintiff did not petition the Superior Court of San Mateo County for relief from this failure to timely file a tort claim regarding the February 20, 2006 incident.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: August 15, 2008

_____
David M. King