**EXHIBIT B**

NOTE:    Please refer t  cover page          FOR CITY CLERK'S USE ONLY
accompanying this form for
important information regarding
filing a claim for damages.

Received

JAN - 8 2007                    CLAIM FOR DAMAGES AGAINST          2006 DEC -7 P 2: 15
San Mateo   CITY OF SAN MATEO, A MUNICIPAL CORPORATION
City Attorney's Office

RECEIVED

OFFICE OF CITY CLERK
CITY HALL
SAN MATEO, CA

1.  **Claimant's Name/Full Address/Phone Number:**

AISAKE (ISAAC) P. NAUFAHU          Daytime Phone # ( 650 ) 342-4817
_____
Name

339 North Claremont Street ____, ____ San Mateo ____, CA   94401
(Box or Street Address              City            State   ZIP

2.  **Representative:**   (complete only if attorney, insurance company,
parent, guardian, etc., represents claimant)

Not Applicable
_____          Phone # (____)_____
Name

_____
Company or Firm Name

_____, _____, _____ _____
Street Address              City          State   ZIP

_____, _____, _____ _____
Mailing Address (if different from street address)

3.  **Date of Loss, Injury:**   February ____ 20 _, 2006
Month            Day    Year

**Approximate Time of Day:** _____ 3 __ (A.M)/P.M. (circle one)
or shortly after 3.00 A.M.

4.  **Location of Incident:**   (address at which damage/injury/loss occurred, or
description, stating as <u>fully as possible</u>, the location of incident;
attach diagram if you believe it would be helpful)

20th Avenue South El Camino Real to 31st Avenue South El Camino Real;

Side adjacent to Sears Parking Lot

_____, in the City of  San Mateo

5.  **Cause of Damage/Injury/Loss:**   (describe cause of damage, such as
'defective sidewalk', etc. -- attach extra page if necessary)

Please See ATTACHMENT I

Contextually Communication Entirety and Totality

Received

DEC - 6 2006

San Mateo
City Attorney's Office

-1-

cityatty\claims\claimfrm

EXHIBIT 13

6.  **Type of Damage/Inj y/Loss:** (describe type of  mage, such as 'broken leg', 'damaged carpet', etc. -- attach extra page if necessary)

Please See ATTACHMENT II

Contextually Communication Entirety and Totality

7.  **Names of Employees of the City of San Mateo Believed to Have Caused the Injury/Damage/Loss:**

San Mateo Police officer Bologna with badge number 95; San Mateo Police Superior/

Supervisor S26/526; San Mateo Police: 2 Back-Up Officers; San Mateo Police Department

8.  **Total Amount Claimed:**  $ 8 Millions

(This is the total known as of the date of presentation of this claim, including estimated amount of any injury/damage/loss.)

**Breakdown of Total Amount Claimed:** Please See ATTACHMENT I
(Include copies of invoices, estimates, etc.)

| Creditor | Creditor's Address | Amount Paid or Due |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |

9.  **Names, Addresses and Telephone Numbers of Witnesses to the Incident:**

| Name | Address | Phone No. |
|---|---|---|
| No Witnesses | | |
| | | |

10.  **Dated:**      4 December 2006

I declare under penalty of perjury, under the laws of the State of California, that I have read the foregoing and that the same is true.

Signature
(Claimant or Authorized Representative)

(Title of Representative)

-2-

| | |
|---|---|
| CITY AND ZIP CODE: **SAN MATEO, CA 94401** | |
| BRANCH NAME: **CENTRAL BRANCH** | |
| TELEPHONE: **(650) 573-2622** | |

PEOPLE OF THE STATE OF CALIFORNIA

vs.

DEFENDANT: Aisake Pohahau Naufahu

## NOTICE OF CORRECTION AND PROOF OF SERVICE
(Vehicle Code, § 40505)

| AMENDING OFFICER NAME/ID # | DEPARTMENT/AGENCY: |
|---|---|
| Lehulff S06 | **SAN MATEO POLICE** |

| CITATION NUMBER: | CASE NUMBER: |
|---|---|
| 84-277289 | |

1. A *Notice to Appear/Notice to Correct Violation* was issued to you by an officer of this department on (date): 2-20-06

2. The citation issued to you contained an error as indicated by the items checked below. This notice of correction does not affect the validity of the citation or the required court appearance.

☐ Date/time of violation should be _____

☐ Date/time of court appearance should be changed from

_____ to _____

☑ Violation section(s) should be changed from

22400(A) to 22109 VC

☐ Location of violation should be changed from

_____ to _____

☐ Other (specify): _____

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 2/21/06

_____
(Signature of officer)

Form Adopted for Mandatory Use
Judicial Council of California
TR-100 [New January 1, 2000]

(Proof of service on reverse)

3. City: _____ State: CA ZIP Code: _____ ☐ Juvenile (Phone No.)

5. Driver Lic. No. A0512761 Str: c Class: C Commercial ☐ Yes ☒ No Age: 55 Birth Date: 3/24/51

6. Sex: M Hair: BLK Eyes: BRN Height: 5-10 Weight: 185 Race: Other Description

7. Veh. Lic. No. or VIN: POLY LUV State: CA Reg. MO/YR. 05/06 ☐ COMMERCIAL VEHICLE (Vehicle Code, § 15210(b))

8. Yr. of Veh. 1984 Make BUICK Model Park Ae Body Style 4 DR Color BRO ☐ HAZARDOUS MATERIAL (Veh. Code, § 353)
   Evidence of Financial Responsibility: CHP/DOT/PUC/ICC

9. Registered Owner or Lessee: None ☐ Same as Driver

10. Naufahu, Mulane Yvette
11. Address: 18 N. Humboldt St. ☐ Same as Driver
12. City: San Mateo State: CA ZIP Code: 94401

| | Correctable Violation (Veh. Code, § 40610) ☐ Booking Required (see reverse) | | | Misdemeanor or |
|---|---|---|---|---|
| Yes | No | Code and Section | Description | Infraction (Circle) |
| 13. ☒ | ☐ | 22400(a)VC - Impede traffic | | M Ⓘ |
| 14. ☐ | ☒ | 16028(a)VC-No Ins. | | M Ⓘ |
| 15. ☐ | ☐ | | | M I |
| 16. ☐ | ☐ | | | M I |

17. Speed Approx. > 25 P.F./Max. Spd. 35 Veh. Lmt. 35 Safe 35 Radar ☐ ☐ Continuation Form Issued

18. Location of Violation(s): at S. El Camino Real @ 25TH Ave. City/County of Occurrence

19. Comments (Weather, Road & Traffic Conditions): ☐ Accident

20. ☐ Violations not committed in my presence, declared on information and belief.
    I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

21. Executed at (place): N. Bolona Violation location: 95

    Arresting or Citing Officer  Serial No. _____ To _____ Dates Off _____

22. Date _____ Name of Arresting Officer, if different from Citing Officer  Serial No. _____ To _____ Dates Off _____

23. WITHOUT ADMITTING GUILT, I PROMISE TO APPEAR AT THE TIME AND PLACE INDICATED BELOW.
    X Signature _____

24. WHEN; ON OR BEFORE THIS DATE: 4/4/06  Time: 1:30 ☐ AM ☒ PM
    Time: _____ ☐ AM ☐ PM

WHAT TO DO:  FOLLOW THE INSTRUCTIONS ON THE REVERSE.
WHERE: Superior Court of California, County of San Mateo.

25. ☐ NORTHERN BRANCH - 1050 Mission St., So. San Francisco, CA 94080 (650) 877-5355
    ☒ CENTRAL BRANCH - 800 North Humboldt St., San Mateo, CA 94401 (650) 573-2622
    ☐ SOUTHERN BRANCH - Traffic 500 County Center, Redwood City, CA 94063 (650) 363-4300
    ☐ SOUTHERN BRANCH - CRIMINAL - 4th FLOOR HALL OF JUSTICE (650) 363-4300
       400 County Center, Redwood City, CA 94063
    ☐ JUVENILE TRAFFIC COURT - 21 Tower Rd., San Mateo, CA 94402 (650) 312-8887

26. ☐ To be notified  ☒ You may arrange with clerk to appear at a night session of the court.

Judicial Council of California Form  COURT COPY | SEE REVERSE
Rev. 09-20-05 (Veh. Code, §§ 40500(b), 40513(b), 40522, 40600; Pen. Code, § 853.9)  TR-130

COMPUTER & BUSINESS PRINTING (650) 873-1710  M453884 (09/05)

84-277289

January 10, 2007



RECEIVED

2007 JAN 10 P 3: 43

OFFICE OF CITY CLERK
CITY HALL
SAN MATEO CA

Received

JAN 1 0 2007

San Mateo
City Attorney's Office

Shawn Mason, Esq
San Mateo City Attorney
330 West 20th Avenue
San Mateo, California 94403-1388


Dear Sir,


RE:  Claim of Aisake (Isaac) Naufahu


This communication herein addresses itself to your letter to me of
January 08, 2006 (perhaps misdated), copy is enclosed for ease of
reference which I received on January 9th, 2007, yesterday.

Government Code Section 911.4: Application to present late claim; one
year limitation et cetra does not apply as per your directive of the
opening paragraph of said letter because the City of San Mateo abides
by a six months period, and the Code specifically statutorily comply
with a one year limitation period.

Howsoever, Section 911.4 with its applicability as to Due Process
does apply both as to Procedural Due Process, and Substantive Due
Process, as to me, and as to my Claim.

Moreover, as to 27.1: Factors, estoppel: A public entity may be estopped
from asserting the limitation of the claims statute where the agents of
employees have prevented or deterred the filing of a timely claim
through acts of violence or intimidation that are intended to prevent
the filing of a claim. Doe v. Bakersfield City School District.

That is precisely what happened here.  I did file my complaint within the
six months period.  I was referred by the City to go and be interviewed
by San Mateo Police Department investigator Alan Parisian.

He was immensely intimidating.  My complaint was that San Mateo Police
officer Bologna, badge number 95 followed me for 11 blocks from 20th
Avenue all the way to 31st Avenue, at times almost rear-ending me, and
wrote a citation for Impeding traffic Section 22400(a) VC, when at the
time at 3:00AM or closely thereof in the early morning there was no traffic
whatever to be impeded.

San Mateo Police investigator officer Alan Parisian smugly informed me that
my complaint had been taken all the way up to San Mateo Police Chief Susan
E. Manheimer who ruled that Officer Bologna badge number 95 did everything
"right".

Shawn Mason, Esq
San Mateo City Attorney
page 2

If such was indeed the case, they why was the citation Amended by San
Mateo Police Amending Officer 526(S26) to Section 22109 VC, someone
who was not at the scene to eye-ball the incident, to witness the
wherewithal the event, that he Amends as Cover-Up of a Police Misconduct.

This is Fraud, Concealment of the Police Misconduct of Racial Profiling
of me, and which constitutes Police Misconduct, and the Cover-Up.

The Amended case by the San Mateo Police Amending Officer was scheduled
for August 15th, and not heard until September 15th of which the Judge
Traffic Commissioner outright DISMISSED the case. Obviously the Court
was able to see through the Racial Profiling, the Police Misconduct, and
the Cover-Up. All ILLEGAL. All UNLAWFUL.

The San Mateo Police, agents and employees of the City of San Mateo
took me to Court on a matter they themselves Amended from its Original
status for which I was made to sign for, and to its Amended mode the
San Mateo Police Amending Officer knowingly, intentionally, fraudulently,
deliberately Amended the citation of which I did not know of, nor Sign for,
but received in the mail.

Therefore, these Agents and employees of the City of San Mateo deliberately
prevented and deterred me from timely filing, but as I have pointed out
I did file my complaint within the six months period, as aforementioned,
but deterred, also as aforestated.

Furthermore, pursuant to Government Code Section 911.4, 27.1 as previously
referenced to: A public entity may be estopped from asserting the
limitations of the claims statute where the agents or employees have
prevented or deterred the filing of a timely claim by some affirmative
act. Doe v. Bakersfield, as previously asserted.

The affirmative act was the San Mateo Police Department through investigator
Alan Parisian telling me that the matter I complained of, as aforestated
had gone all the way up to the San Mateo Police Chief Susan E. Manheimer
who affirmed that what San Mateo Police officer Bologna, badge number 95
did to me in its entirety of following me so dangerously closely for
11 blocks in the early morning at 3:00AM, or thereabouts, obviously
Racial Profiling, was "right", or that whatever the police Bologna, badge
number 95 did to me, was "all right".

Moreover, Government Code Section 946.6 (2) Construction and application:
California Tort Claims Act provision allowing relief from failure to
timely present notice of claim is a remedial statute intended to provide
relief from technical rules that otherwise provide trap for unwary
claimant, and as such, it is construed in favor of relief whenever possible,
Renteria v. Juvenile Justice Department of Corrections and Rehabilitation.

Shawn Mason, Esq
San Mateo City Attorney
page 3


The atmosphere in the San Mateo Police Department where San Mateo Police
Department investigator Alan Parisian bombarded me with questions
inclusive of volley of enquiries were strategically in full-force targeted
to trap me with technicalities that were mystifying with deliberate
intermittent mentionings of the matter having gone all the way up to the
San Mateo Police Chief Susan E. Manheimer who ruled that whatever San Mateo
Police officer Bologna, badge number 95 was "all right".

These are agents and employees of the City of San Mateo.  You too Sir,
Attorney Shawn Mason is an employee and agent of the City of San Mateo.
Due Process decrees that my Claim be heard by the City of San Mateo, and
must be heard all the way up to the City Authorities, so that the City
would see for Itself that whatever San Mateo Police officer Bologna,
badge number 95 did to me may not be all that "all right" as approved of
by the San Mateo Police Chief Susan E. Manheimer, and that whatever the
San Mateo Police Amending Officer did to Amend, may concurrently as
contemporaneously may not be all that "all right", et cetra.

The Construction and requisite application of the applicable statute of
the California Tort Classic Act mandates inherently inbuilt into that
Tort statute that my claim must be heard by The City of San Mateo.

In their entirety, and totality of the applicable statutes mentioned
herein in this communication, for which I truly thank you for bringing them
to my attention, and when possible, probable as well to the attention of
the world, and the media to themselves see how racial minorities such
as myeslf are racially mistreated in The City of San Mateo, for example
by the active Racial Profiling, as mentioned already, and the Police
Misconduct, as mentioned, and the Cover-Up, as described.

Enough is more than enough.  It is way time to clear up and do away with
the Cover-Up.

San Mateo City Attorney Mason, for San Mateo sake, do this for San Mateo.
All of this come under the ambit of Your Power and Authority.

Based on the sound and inarguable meritful basis of the foregoing, I
resubmit my Claim.

Very truly yours,

AISAKE (ISAAC) P. NAUFAHU

Enclosure

**EXHIBIT C**



CITY OF SAN MATEO

330 WEST TWENTIETH AVENUE
SAN MATEO, CALIFORNIA 94403-1388

January 08, 2006

TO:    Aisake Naufahu
       339 North Claremont St.
       San Mateo, CA 94401

RE:    Claim of Aisake (Issac) P. Naufahu

Dear Mr. Naufahu:

NOTICE IS HEREBY GIVEN that the claim you presented to the City of San Mateo on December 6, 2006 is being returned because it was not presented within six months after the event or occurrence as required by law. See Sections 901 and 911.2 of the California Government Code. Because the claim was not presented within the time allowed by law, no action was taken on the claim.

Your only recourse at this time is to apply without delay to the City of San Mateo for leave to present a late claim. See Sections 911.4 to 912.2, inclusive, and Section 946.6 of the Government Code. Under some circumstances, leave to present a late claim will be granted. See Section 911.6 of the Government Code.

You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

Very truly yours,

Shawn Mason
San Mateo City Attorney

encl:    Claim submitted

cc:      ABAG PLAN

EXHIBIT C

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States, my business address is 330 West 20th Avenue, San Mateo, CA 94403; I am employed in the County of San Mateo, where this service occurred; I am over the age of eighteen (18) years and not a party to the within cause.   I am familiar with the practice of The City of San Mateo for collection and processing of correspondence for mailing with the United States Postal Service.  Under that practice, correspondence is deposited with the United States Postal Service the same day it is submitted for mailing.

I served the foregoing **Notice of Late Claim** by placing a true copy thereof for collection and mailing, in the course of ordinary business practice, with other correspondence of the City of San Mateo, located at 330 West 20th Avenue, San Mateo, CA 94403 on **January 08, 2007**  enclosed in a sealed envelope with postage prepaid, addressed as follows:

Aisake Naufahu

339 North Claremont St.

San Mateo, CA 94401

I certify or declare under penalty of perjury that the foregoing is true and correct. Executed on **January 08, 2007**, in San Mateo, California.

_____
William A. Beckerley

**EXHIBIT D**

January 10, 2007



RECEIVED

2007 JAN 10 P 3: 43

OFFICE OF CITY CLERK
CITY HALL
SAN MATEO, CA

Shawn Mason, Esq
San Mateo City Attorney
330 West 20th Avenue
San Mateo, California 94403-1388

ReceiVed

JAN 1 0 2007

San Mateo
City Attorney's Office

Dear Sir,

RE:  Claim of Aisake (Isaac) Naufahu

This communication herein addresses itself to your letter to me of
January 08, 2006 (perhaps misdated), copy is enclosed for ease of
reference which I received on January 9th, 2007, yesterday.

Government Code Section 911.4: Application to present late claim; one
year limitation et cetra does not apply as per your directive of the
opening paragraph of said letter because the City of San Mateo abides
by a six months period, and the Code specifically statutorily comply
with a one year limitation period.

Howsoever, Section 911.4 with its applicability as to Due Process
does apply both as to Procedural Due Process, and Substantive Due
Process, as to me, and as to my Claim.

Moreover, as to 27.1: Factors, estoppel: A public entity may be estopped
from asserting the limitation of the claims statute where the agents of
employees have prevented or deterred the filing of a timely claim
through acts of violence or intimidation that are intended to prevent
the filing of a claim. Doe v. Bakersfield City School District.

That is precisely what happened here.  I did file my complaint within the
six months period.  I was referred by the City to go and be interviewed
by San Mateo Police Department investigator Alan Parisian.

He was immensely intimidating.  My complaint was that San Mateo Police
officer Bologna, badge number 95 followed me for 11 blocks from 20th
Avenue all the way to 31st Avenue, at times almost rear-ending me, and
wrote a citation for Impeding traffic Section 22400(a) VC, when at the
time at 3:00AM or closely thereof in the early morning there was no traffic
whatever to be impeded.

San Mateo Police investigator officer Alan Parisian smugly informed me that
my complaint had been taken all the way up to San Mateo Police Chief Susan
E. Manheimer who ruled that Officer Bologna badge number 95 did everything
"right".

EXHIBIT O

Shawn Mason, Esq
San Mateo City Attorney
page 2

If such was indeed the case, they why was the citation Amended by San
Mateo Police Amending Officer 526(S26) to Section 22109 VC, someone
who was not at the scene to eye-ball the incident, to witness the
wherewithal the event, that he Amends as Cover-Up of a Police Misconduct.

This is Fraud, Concealment of the Police Misconduct of Racial Profiling
of me, and which constitutes Police Misconduct, and the Cover-Up.

The Amended case by the San Mateo Police Amending Officer was scheduled
for August 15th, and not heard until September 15th of which the Judge
Traffic Commissioner outright DISMISSED the case. Obviously the Court
was able to see through the Racial Profiling, the Police Misconduct, and
the Cover-Up. All ILLEGAL. All UNLAWFUL.

The San Mateo Police, agents and employees of the City of San Mateo
took me to Court on a matter they themselves Amended from its Original
status for which I was made to sign for, and to its Amended mode the
San Mateo Police Amending Officer knowingly, intentionally, fraudulently,
deliberately Amended the citation of which I did not know of, nor Sign for,
but received in the mail.

Therefore, these Agents and employees of the City of San Mateo deliberately
prevented and deterred me from timely filing, but as I have pointed out
I did file my complaint within the six months period, as aforementioned,
but deterred, also as aforestated.

Furthermore, pursuant to Government Code Section 911.4, 27.1 as previously
referenced to: A public entity may be estopped from asserting the
limitations of the claims statute where the agents or employees have
prevented or deterred the filing of a timely claim by some affirmative
act. Doe v. Bakersfield, as previously asserted.

The affirmative act was the San Mateo Police Department through investigator
Alan Parisian telling me that the matter I complained of, as aforestated
had gone all the way up to the San Mateo Police Chief Susan E. Manheimer
who affirmed that what San Mateo Police officer Bologna, badge number 95
did to me in its entirety of following me so dangerously closely for
11 blocks in the early morning at 3:00AM, or thereabouts, obviously
Racial Profiling, was "right", or that whatever the police Bologna, badge
number 95 did to me, was "all right".

Moreover, Government Code Section 946.6 (2) Construction and application:
California Tort Claims Act provision allowing relief from failure to
timely present notice of claim is a remedial statute intended to provide
relief from technical rules that otherwise provide trap for unwary
claimant, and as such, it is construed in favor of relief whenever possible,
Renteria v. Juvenile Justice Department of Corrections and Rehabilitation.

Shawn Mason, Esq
San Mateo City Attorney
page 3


The atmosphere in the San Mateo Police Department where San Mateo Police
Department investigator Alan Parisian bombarded me with questions
inclusive of volley of enquiries were strategically in full-force targeted
to trap me with technicalities that were mystifying with deliberate
intermittent mentionings of the matter having gone all the way up to the
San Mateo Police Chief Susan E. Manheimer who ruled that whatever San Mateo
Police officer Bologna, badge number 95 was "all right".

These are agents and employees of the City of San Mateo.  You too Sir,
Attorney Shawn Mason is an employee and agent of the City of San Mateo.
Due Process decrees that my Claim be heard by the City of San Mateo, and
must be heard all the way up to the City Authorities, so that the City
would see for Itself that whatever San Mateo Police officer Bologna,
badge number 95 did to me may not be all that "all right" as approved of
by the San Mateo Police Chief Susan E. Manheimer, and that whatever the
San Mateo Police Amending Officer did to Amend, may concurrently as
contemporaneously may not be all that "all right", et cetra.

The Construction and requisite application of the applicable statute of
the California Tort Classic Act mandates inherently inbuilt into that
Tort statute that my claim must be heard by The City of San Mateo.

In their entirety, and totality of the applicable statutes mentioned
herein in this communication, for which I truly thank you for bringing them
to my attention, and when possible, probable as well to the attention of
the world, and the media to themselves see how racial minorities such
as myeslf are racially mistreated in The City of San Mateo, for example
by the active Racial Profiling, as mentioned already, and the Police
Misconduct, as mentioned, and the Cover-Up, as described.

Enough is more than enough.  It is way time to clear up and do away with
the Cover-Up.

San Mateo City Attorney Mason, for San Mateo sake, do this for San Mateo.
All of this come under the ambit of Your Power and Authority.

Based on the sound and inarguable meritful basis of the foregoing, I
resubmit my Claim.

Very truly yours,

AISAKE (ISAAC)  P. NAUFAHU

Enclosure



CITY OF SAN MATEO

330 WEST TWENTIETH AVENUE
SAN MATEO, CALIFORNIA 94403-1388

January 08, 2006

TO:    Aisake Naufahu
       339 North Claremont St.
       San Mateo, CA 94401

RE:    Claim of Aisake (Issac) P. Naufahu

Dear Mr. Naufahu:

NOTICE IS HEREBY GIVEN that the claim you presented to the City of San Mateo on December 6, 2006 is being returned because it was not presented within six months after the event or occurrence as required by law. See Sections 901 and 911.2 of the California Government Code. Because the claim was not presented within the time allowed by law, no action was taken on the claim.

Your only recourse at this time is to apply without delay to the City of San Mateo for leave to present a late claim. See Sections 911.4 to 912.2, inclusive, and Section 946.6 of the Government Code. Under some circumstances, leave to present a late claim will be granted. See Section 911.6 of the Government Code.

You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

Very truly yours,

Shawn Mason
San Mateo City Attorney

encl:    Claim submitted

cc:      ABAG PLAN

NOTE:    Please refer to cover page accompanying this form for important information regarding filing a claim for damages.

**FOR CITY CLERK'S USE ONLY**

RECEIVED

JAN - 8 2007

San Mateo
City Attorney's Office

**CLAIM FOR DAMAGES AGAINST CITY OF SAN MATEO, A MUNICIPAL CORPORATION**

2006 DEC -7 P 2: 15

OFFICE OF CITY CLERK
CITY HALL
SAN MATEO, CA

1. **Claimant's Name/Full Address/Phone Number:**

   AISAKE (ISAAC) P. NAUFAHU _____    Daytime Phone # ( 650 ) 342-4817
   _____ Name _____

   339 North Claremont Street _____ , _____ San Mateo _____ , __ CA __ 94401
   (Box or Street Address _____ City _____ State _____ ZIP

2. **Representative:**  (complete only if attorney, insurance company, parent, guardian, etc., represents claimant)

   Not Applicable
   _____    Phone # (____)_____
   _____ Name

   _____
   _____ Company or Firm Name

   _____ , _____ , _____ _____
   _____ Street Address _____ City _____ State _____ ZIP

   _____ , _____ , _____ _____
   _____ Mailing Address (if different from street address)

3. **Date of Loss, Injury:** _____ February _____ 20 __ , 2006 ___
   _____ Month _____ Day _____ Year

   **Approximate Time of Day:** _____ or shortly after 3.00 AM.
   _____ 3 (A.M.)/P.M. (circle one)

4. **Location of Incident:**  (address at which damage/injury/loss occurred, or description, stating as <u>fully as possible</u>, the location of incident; attach diagram if you believe it would be helpful)

   20th Avenue South El Camino Real to 31st Avenue South El Camino Real;

   Side adjacent to Sears Parking Lot

   _____ , in the City of _____ San Mateo ___

5. **Cause of Damage/Injury/Loss:**  (describe cause of damage, such as 'defective sidewalk', etc. -- attach extra page if necessary)

   Please See ATTACHMENT I

   Contextually Communication Entirety and Totality

RECEIVED

DEC - 6 2006

San Mateo
City Attorney's Office

-1-

cityatty\claims\claimfrm

6.  **Type of Damage/Injury/Loss:** (describe type of damage, such as 'broken leg', 'damaged carpet', etc. -- attach extra page if necessary)

Please See ATTACHMENT II

Contextually Communication Entirety and Totality


7.  **Names of Employees of the City of San Mateo Believed to Have Caused the Injury/Damage/Loss:**

San Mateo Police officer Bologna with badge number 95; San Mateo Police Superior/

Supervisor S26/526; San Mateo Police: 2 Back-Up Officers; San Mateo Police Department

8.  **Total Amount Claimed:**  $ 8 Millions

(This is the total known as of the date of presentation of this claim, including estimated amount of any injury/damage/loss.)

**Breakdown of Total Amount Claimed:**  Please See ATTACHMENT I
(Include copies of invoices, estimates, etc.)

| Creditor | Creditor's Address | Amount Paid or Due |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |

9.  **Names, Addresses and Telephone Numbers of Witnesses to the Incident:**

| Name | Address | Phone No. |
|---|---|---|
| No Witnesses | | |
| | | |

10. **Dated:**  4 December 2006

I declare under penalty of perjury, under the laws of the State of California, that I have read the foregoing and that the same is true.

_____
Signature
(Claimant or Authorized Representative)


_____
(Title of Representative)

cityatty\claims\claimfrm

CITY AND ZIP CODE:   San Mateo   CA 94401

BRANCH NAME:   **CENTRAL BRANCH**

TELEPHONE:   (650) 573-2622

**PEOPLE OF THE STATE OF CALIFORNIA**

vs.

DEFENDANT:   Aisake Pohahau Naufahu

**NOTICE OF CORRECTION AND PROOF OF SERVICE**
**(Vehicle Code, § 40505)**

AMENDING OFFICER NAME/ID NO.:   Reilly 526

DEPARTMENT/AGENCY:   **SAN MATEO POLICE**

CITATION NUMBER:   84-277289

CASE NUMBER:

1. A *Notice to Appear/Notice to Correct Violation* was issued to you by an officer of this department on *(date):* 2-20-06

2. The citation issued to you contained an error as indicated by the items checked below. This notice of correction does not affect the validity of the citation or the required court appearance.

☐ Date/time of violation should be

☐ Date/time of court appearance should be changed from

_____ to _____

☑ Violation section(s) should be changed from

22400(A)   to   22109 VC

☐ Location of violation should be changed from

_____ to _____

☐ Other *(specify):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 2/21/06

_____
(Signature of officer)   Reilly 526

Form Adopted for Mandatory Use
Judicial Council of California
TR-100 [New January 1, 2000]

*(Proof of service on reverse)*

---

Driver Lic. No.: A0510761   Stat: CA   Class: C   Commercial ☐ Yes ☒ No   Age: 55   Blth Date: 8/24/51

5.

6. Sex: M   Hair: BLK   Eyes: BRN   Height: 5-10   Weight: 185   Race: P   Other Description

7. Veh. Lic. No. or VIN: POLYLUV   State: CA   Reg. MO/YR.: 05/06   ☐ COMMERCIAL VEHICLE (Veh. Codes, § 15210(b))

8. Yr. of Veh.: 1984   Make: BUICK   Model: Park Ave   Body Style: #DR   Color: BRO   ☐ HAZARDOUS MATERIAL (Veh. Code, § 353)

9. Evidence of Financial Responsibility: None   CHP/DOT/PUC/ICC

Registered Owner or Lessee: ☑ Same as Driver

10. Naufahu, Milani Yvette

Address: ☐ Same as Driver

11. 18 N. Humboldt St.

City: San Mateo   State: CA   ZIP Code: 94401

Correctable Violation (Veh. Code, § 40610)   ☐ Booking Required (see reverse)   Misdemeanor or Infraction (Circle)

| | Yes | No | Code and Section | Description | |
|---|---|---|---|---|---|
| 13. | | ☒ | 22400(a)VC | Impede traffic | M ⓘ |
| 14. | | ☒ | 16028(a)VCNO Ins. | | M ⓘ |
| 15. | ☐ | ☐ | | | M I |
| 16. | ☐ | ☐ | | | M I |

17. Speed Approx.: >25   P.F./Max. Spd.: 35   Veh. Lmt.: 35   Safe: ☒   Radar: ☐   ☐ Continuation Form Issued

18. Location of Violation: at S. El Camino Real @ 25TH Ave.   City/County of Occurrence

19. Comments (Weather, Road & Traffic Conditions):   ☐ Accident

20. ☐ Violations not committed in my presence, declared on information and belief.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

21. Executed at (place): SM Polona   Violation location: 95

_____
Arresting or Citing Officer   Serial No.   Dates Off   To

22. Date: ___   Name of Arresting Officer, if different from Citing Officer   Serial No.   Dates Off   To

23. WITHOUT ADMITTING GUILT, I PROMISE TO APPEAR AT THE TIME AND PLACE INDICATED BELOW.
X Signature _____

24. WHEN: ON OR BEFORE THIS DATE: 4/4/06   Time: ___ ☐ AM ☒ PM   Time: ___ ☐ AM ☐ PM

WHAT TO DO:   FOLLOW THE INSTRUCTIONS ON THE REVERSE.
WHERE: Superior Court of California, County of San Mateo.

25. ☐ NORTHERN BRANCH - 1050 Mission Rd., So. San Francisco, CA 94080   (650) 877-5355
☒ CENTRAL BRANCH - 800 North Humboldt St., San Mateo, CA 94401   (650) 573-2622
☐ SOUTHERN BRANCH - Traffic 500 County Center, Redwood City, CA 94063   (650) 363-4300
☐ SOUTHERN BRANCH - CRIMINAL - 4th FLOOR HALL OF JUSTICE   (650) 363-4300
   400 County Center, Redwood City, CA 94063
☐ JUVENILE TRAFFIC COURT - 21 Tower Rd., San Mateo, CA 94402   (650) 312-8887

26. ☐ To be notified   ☐ You may arrange with clerk to appear at a night session of the court.

Judicial Council of California Form   COURT COPY   SEE REVERSE
Rev. 09-20-05 (Veh. Code, §§ 40500(b), 40513(b), 40522, 40600; Pen. Code, § 853.9)   TR-130

COMPUTER & BUSINESS PRINTING (650) 873-1710   M453684 (09/05)

84-277289

**EXHIBIT E**



**OFFICE OF THE CITY ATTORNEY**

330 West 20th Avenue
San Mateo, California 94403-1388
Tel: (650) 522-7020
Fax: (650) 522-7021

TO:   Aisake P. Naufahu
      339 North Claremont St.
      San Mateo, CA 94401

DATE: February 5, 2007

<u>REVISED</u>

RE:   Claim of Aisake P. Naufahu

Dear Sir:

NOTICE IS HEREBY GIVEN that the claim you presented to the City of San Mateo on December 07, 2006, insofar as it relates to a cause of action for injury to person or personal property, is not being considered by the City of San Mateo because it was not presented within six months after the event or occurrence as required by law. See Sections 901 and 911.2 of the Government Code. Because that portion of the claim was not presented within the time allowed by law, no action was, or will be, taken on that portion of the claim;

Your only recourse at this time is to apply without delay to the City of San Mateo for leave to present a late claim. See Section 911.4 and Section 946.6 of the Government Code. Under some circumstances, leave to present a late claim will be granted. See Section 911.6 of the Government Code.

YOU ARE FURTHER NOTIFIED that insofar as your claim relates to causes of action other than injury to person or personal property, your claim was rejected by the City of San Mateo on February 05, 2007.

WARNING

Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim. See Government Code Section 945.6.

You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

Very truly yours,

Shawn M. Mason
City Attorney San Mateo

cc:   ABAG PLAN

EXHIBIT E

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States, my business address is 330 West 20th Avenue, San Mateo, CA 94403; I am employed in the County of San Mateo, where this service occurred; I am over the age of eighteen (18) years and not a party to the within cause.   I am familiar with the practice of The City of San Mateo for collection and processing of correspondence for mailing with the United States Postal Service.  Under that practice, correspondence is deposited with the United States Postal Service the same day it is submitted for mailing.

I served the foregoing **Notice of Late Claim – Notice of Action** by placing a true copy thereof for collection and mailing, in the course of ordinary business practice, with other correspondence of the City of San Mateo, located at 330 West 20th Avenue, San Mateo, CA 94403 on **February 05, 2007**  enclosed in a sealed envelope with postage prepaid, addressed as follows:

Aisake P. Naufahu

339 N. Claremont St.

San Mateo, CA 94401

I certify or declare under penalty of perjury that the foregoing is true and correct. Executed on **February 05, 2007**, in San Mateo, California.

_William A. Beckerley_
William A. Beckerley