**EXHIBIT A**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA



AISAKE (ISACC) P. NAUFAHU,
an individual Pro Se Litigant,

       Plaintiff,

vs.                  No. C 07-04517 MMC

CITY OF SAN MATEO, a City      **Certified Copy**
Incorporated, et al.,

       Defendants.
_____/


Deposition of

AISAKE NAUFAHU

Volume I
(Pages 1 through 112)


Tuesday, April 22, 2008


Reported By:  ANN A. KIRBY
              CSR No. 4402

OBUJEN & McCUTCHEON
Certified Shorthand Reporters

1733 Woodside Road, Suite 370     2555 Park Boulevard
  Redwood City, CA  94061       Palo Alto, CA 94306

  650.326-9920  fax 650.326-6211  obreporter@aol.com

1

EXHIBIT A

1        R E P O R T E R ' S    C E R T I F I C A T E

2

3        I, ANN A. KIRBY, the undersigned, duly authorized

4    to administer oaths pursuant to Section 2093(b) of the

5    California Code of Civil Procedure, hereby certify that

6    the witness in the foregoing deposition was by me duly

7    sworn to testify to the truth, the whole truth, and

8    nothing but the truth in said cause;

9        That said deposition was taken at the time and

10    place therein stated; that the testimony of the witness

11    was reported by me and thereafter transcribed under my

12    direction; that the foregoing is a full, complete and

13    true record of said testimony; and that the witness

14    was given the opportunity to read and correct said

15    deposition and to subscribe the same.

16        I FURTHER CERTIFY that I am not of counsel or

17    attorney for any of the parties in the foregoing

18    deposition and caption name, or in any way interested

19    in the outcome of the cause named in said caption.

20        IN WITNESS WHEREOF, I have hereunto set my hand

21    April 29, 2008.

22

23                        _____

24                        ANN A. KIRBY, CSR No. 4402

25

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA



AISAKE (ISACC) P. NAUFAHU,
an individual Pro Se Litigant,

        Plaintiff,

vs.                        No. C 07-04517 MMC

**Certified Copy**

CITY OF SAN MATEO, a City
Incorporated, et al.,

        Defendants.
_____/


Deposition of

AISAKE NAUFAHU

Volume II
(Pages 113 through    )


Wednesday, April 23, 2008


Reported By:  ANN A. KIRBY
                CSR No. 4402


OBUJEN & McCUTCHEON
Certified Shorthand Reporters

1733 Woodside Road, Suite 370     2555 Park Boulevard
  Redwood City, CA  94061       Palo Alto, CA 94306
   650.326-9920  fax 650.326-6211  obreporter@aol.com

1          R E P O R T E R ' S    C E R T I F I C A T E

2

3          I, ANN A. KIRBY, the undersigned, duly authorized

4    to administer oaths pursuant to Section 2093(b) of the

5    California Code of Civil Procedure, hereby certify that

6    the witness in the foregoing deposition was by me duly

7    sworn to testify to the truth, the whole truth, and

8    nothing but the truth in said cause;

9          That said deposition was taken at the time and

10   place therein stated; that the testimony of the witness

11   was reported by me and thereafter transcribed under my

12   direction; that the foregoing is a full, complete and

13   true record of said testimony; and that the witness

14   was given the opportunity to read and correct said

15   deposition and to subscribe the same.

16         I FURTHER CERTIFY that I am not of counsel or

17   attorney for any of the parties in the foregoing

18   deposition and caption name, or in any way interested

19   in the outcome of the cause named in said caption.

20         IN WITNESS WHEREOF, I have hereunto set my hand

21   April 30, 2008.

22

23

24         ANN A. KIRBY, CSR No. 4402

25

                                                    191

```
 1    A.    Yeah.

 2    Q.    Which I believe is really the central --

 3    A.    Yeah.

 4    Q.    -- grievance that you have --

 5    A.    Yeah.

 6    Q.    -- is that fair?

 7    A.    Yes.

 8    Q.    All right.  So let's start with that one.

 9    A.    Yeah.

10    Q.    And we can -- once we get through that, then

11 we can go through the other contentions as well.

12    A.    Um-hum.

13    Q.    All right.  So my understanding, Mr. Naufahu,

14 from the documents which you filed --

15    A.    Um-hum.

16    Q.    -- is that on February 20, 2006, at 2:45 --

17    A.    Um-hum.

18    Q.    -- thereabouts in the morning --

19    A.    Um-hum.

20    Q.    -- that you were operating a motor vehicle

21 southbound on El Camino Real somewhere near the

22 intersection of El Camino and 20th Avenue in San Mateo.

23 Is that all accurate?

24    A.    I mean, this was -- I would say close to 3:00

25 in the afternoon -- in the morning.  But I --
```

                                                    20

1    Q.    Okay.

2    A.    I'm really not sure if it was quarter to 3:00.

3    Q.    So my -- my statement to you was essentially

4  accurate, but it might have been --

5    A.    Yeah.

6    Q.    -- closer to 3:00 a.m --

7    A.    Yeah, yeah.

8    Q.    -- than 2:45, fair?

9    A.    Yeah.

10    Q.    Okay.  And what sort of vehicle were you

11  driving?

12    A.    I was driving a Buick, 1983, it's a big car.

13    Q.    A Buick, a 1983 Buick, is that a four door

14  sedan?

15    A.    It's a two door.

16    Q.    Two door.  And who was the registered owner?

17    A.    My daughter.

18    Q.    What's her name?

19    A.    Loselea, L-o-s-e-l-e-a.

20    Q.    L-o-s-e?

21    A.    L-e-a.  Same last name.

22    Q.    Naufahu?

23    A.    Yeah.

24    Q.    Okay.  And so she's the registered owner.

25    A.    Um-hum.

21

1    Q.    -- in the case.  But it was insured, correct?

2    A.    Yeah.

3    Q.    Your daughter had the insurance --

4    A.    Yeah.

5    Q.    -- on the vehicle?

6    A.    Yeah.

7    Q.    What was the company -- the insurance --

8    A.    I really don't know.

9    Q.    All right.

10    A.    But it had auto insurance.

11    Q.    Right.  Where were you coming from that

12 evening, where were you coming from, home?

13    A.    To where?

14    Q.    Well, you were southbound on El Camino --

15    A.    Yeah.

16    Q.    -- at 3:00 in the morning.  Where had you been

17 immediately before then, before you were on El Camino,

18 were you coming from your house?

19    A.    Yeah, I -- I just got up, got ready, go to

20 work and --

21    Q.    So you were -- you left --

22    A.    Yeah.

23    Q.    -- home and you were on your way to work --

24    A.    Yeah.

25    Q.    -- right?

23

1      A.    And we were scheduled to start at 4:00 in the

2  morning.

3      Q.    Okay.  That was your regular start time, 4:00

4  a.m --

5      A.    Yeah.

6      Q.    -- correct?

7            So when you initially first noticed a police

8  officer in any way perhaps responding to your driving,

9  what lane were you?

10     A.    I was in the right-hand lane.

11     Q.    Okay.  Right lane.

12     A.    Yeah.

13     Q.    And what -- are there two or three lanes --

14     A.    Yeah, yeah.

15     Q.    -- in that area?

16     A.    Yeah, it's two inside lanes and right-hand

17  lane, there are three lanes.

18     Q.    Three lanes?

19     A.    Yeah.

20     Q.    Three southbound lanes.

21     A.    Yeah, it's the same as the northbound, too.

22     Q.    And I'm assuming that at that hour of the

23  morning there wasn't much, if any, traffic --

24     A.    No, no, there's really no traffic.

25     Q.    So very light traffic, very little --

                                                          24

1    A.    Maybe one, two cars.  But usually that's --

2    Q.    Very few cars on the road --

3    A.    No.

4    Q.    -- correct?

5    A.    When I drive that early in the morning, it's

6    very rare you see somebody drive --

7    Q.    Yeah, there's hardly anyone --

8    A.    You know, you do see maybe one car, two cars.

9    Q.    Okay, I got you.

10    A.    But there's really no traffic.

11    Q.    So what speed were you traveling at when you

12    first saw a police car?

13    A.    I was driving 30 to 35 miles per hour and --

14    Q.    30 miles an hour, is that what you said?

15    A.    Yeah, 30 to -- between 30 to 35.

16    Q.    Okay.  Now, where was this police car when you

17    first saw it?

18    A.    And the speed limit on El Camino is 35.

19    Q.    Right.  So where were you when you first --

20    A.    When I was -- I passed --

21    Q.    Actually, let me -- let me stop you.

22    A.    Yeah.

23    Q.    Where was the police car when you first

24    observed it?

25    A.    I saw him going north.

25

1    Q.    So it was northbound --

2    A.    Yeah.

3    Q.    -- on the opposite side --

4    A.    Yeah.

5    Q.    -- of El Camino?

6    A.    On the -- as soon as I was passing through

7    20th Avenue, then I turned to my left and I saw him

8    going north.

9    Q.    So you were just going past 20th, right?

10    A.    Yeah, yeah.

11    Q.    And you saw him going the other direction.

12    A.    Yeah.

13    Q.    Did you notice that he made a U-turn?

14    A.    Yep.

15    Q.    And how did you see him do that --

16    A.    I --

17    Q.    -- in your rearview mirror or --

18    A.    Yeah, I saw my rearview mirror.  He made a

19    stop, a U-turn on 20th Avenue.

20    Q.    He made it at 20th?

21    A.    Yeah.

22    Q.    And at that moment you think your speed was

23    as -- you were going as fast as 30 to 35 miles an hour?

24    A.    No, no, no.

25    Q.    Were you going slower?

26

1     A.    No, I was going between 30, 30 --

2     Q.    Right.  Are you sure you were going that fast?

3     A.    Yeah.

4     Q.    Okay.

5     A.    Because I was reading this thing here, the

6    police officer was saying that he saw me going way, way

7    below the posted limit.

8     Q.    Right.  And you know you were going 30 to 35.

9     A.    Yeah.

10     Q.    Okay.  And so you saw him make a U-turn --

11     A.    Yeah.

12     Q.    -- in your rearview mirror --

13     A.    Yeah.

14     Q.    -- right?  And then he came in behind you --

15     A.    Yeah --

16     Q.    -- is that right?

17     A.    -- as soon as he made the stop, then he was

18    behind me.

19     Q.    Okay.  And when he was following behind you,

20    could you see -- you could see his headlights right

21    behind you?

22     A.    Yeah.  I mean, I could tell it was a police

23    car.

24     Q.    And that's because why, you could see like the

25    push bar on the front of the grille --

27

```
 1        A.    Yeah, and I -- when I saw him going north when
 2   I was looking, I saw it was a police car.
 3        Q.    Right.  And then --
 4        A.    Yeah.
 5        Q.    -- when he was behind --
 6        A.    Yeah.
 7        Q.    -- you, you could also see the --
 8        A.    Yeah.
 9        Q.    -- push bar on the front of the bumper.
10        A.    Yeah.
11        Q.    You could see --
12        A.    Yeah.
13        Q.    -- the headlights.
14        A.    Yeah.
15        Q.    And then of course you could see also, in
16   addition to being able to see the push bar and the
17   grille --
18        A.    Yeah.
19        Q.    -- you could also see the --
20        A.    Yeah.
21        Q.    -- the overhead --
22        A.    Yeah.
23        Q.    -- lights?
24        A.    Yeah.
25        Q.    Okay.  So you could see the overhead lights --
```

28

```
 1        A.    Um-hum.

 2        Q.    -- correct?

 3        A.    Yeah.

 4        Q.    The front grille.

 5        A.    Yeah.

 6        Q.    The headlights.

 7        A.    Yeah.

 8        Q.    The push bar.

 9        A.    Yeah.

10        Q.    And the bumper.  So you could tell it was a

11   police officer --

12        A.    Yeah.

13        Q.    -- following you.

14        A.    Yeah.

15        Q.    All right.  And how far back was he following

16   you, how -- what was the distance between the rear of

17   your --

18        A.    He was really coming very close.

19        Q.    Can I --

20        A.    I mean, really close.

21        Q.    Let me just give you one admonition --

22        A.    Yeah.

23        Q.    -- about the process today --

24        A.    Yeah.

25        Q.    -- that I forgot to tell you earlier.
```

1    Q.    -- today.

2    A.    Yeah.

3    Q.    Make sure I'm finished speaking, because it's

4    really hard for the court reporter to get it all

5    right --

6    A.    Um-hum.

7    Q.    -- if we're both talking, you know, little bit

8    overlapping --

9    A.    Um-hum.

10    Q.    -- each other, okay?

11    A.    Okay.

12    Q.    All right.  So the officer followed you --

13    A.    Um-hum.

14    Q.    -- for some distance on El Camino, correct?

15    A.    Right behind me.

16    Q.    And how far was his car from the rear of your

17    bumper --

18    A.    I mean --

19    Q.    -- in your best estimate?

20    A.    -- he was about five feet.

21    Q.    So you felt he was very close.

22    A.    Yeah, very close.

23    Q.    All right.  Now, how far did he follow you the

24    first time?

25    A.    From 20th to --

31

1    Q.    Think you said about 25th, was it?

2    A.    Yeah, when I was about like ten -- ten or

3    twelve yards or maybe a little bit longer from 25th

4    Avenue, I made my signal that I was going to pull over

5    to the side.

6          Because I was kind of worried that this guy

7    was going to hit me from behind, because the car belongs

8    to my daughter, and she drives it to school, too.

9    Q.    Okay.  So the officer's following you between

10   20th and somewhere close to 25th Avenue --

11   A.    Yeah, about 10, 12 --

12   Q.    Okay.

13   A.    -- yards.

14   Q.    Close to there.

15   A.    Yeah.

16   Q.    You know, I don't expect you to be exact --

17   A.    Yeah.

18   Q.    -- within a number of --

19   A.    Yeah, yeah.

20   Q.    -- or feet, okay.  Just roughly he followed

21   you for -- between 20th and 25th.

22   A.    Yeah.

23   Q.    You felt he was very close behind you, you

24   told me you signaled, right --

25   A.    To --

32

1    Q.    -- and you pulled over to the right?

2    A.    I was about to pull over and then the guy saw

3    me that I was ready to pull over, then he was coming

4    from behind me and --

5    Q.    And he went past you?

6    A.    Passed me, went over to 25th Avenue and made a

7    sharp right then.

8    Q.    So you signaled to pull over, you put --

9    A.    Yeah.

10   Q.    -- on your right --

11   A.    Yeah.

12   Q.    -- turn signal?

13   A.    Yeah.

14   Q.    Before 25th --

15   A.    Yeah.

16   Q.    -- correct?

17   A.    Yeah.

18   Q.    Before 25th.  And did you start to pull over

19   towards the side?

20   A.    I started, but I didn't stop.  Because as soon

21   as this guy was coming from behind me, and went all the

22   way up to 25th and made the right turn, I didn't pull

23   over.  I -- I thought the guy already get called, left.

24   Q.    Well, let me just slow down.

25   A.    Yeah.

33

1    Q.    What you told me is you put on your right

2    turn --

3    A.    Yeah.

4    Q.    -- signal.

5    A.    Yeah.

6    Q.    You didn't -- you were wondering why he was

7    following you, you decided to pull your car over to the

8    side --

9    A.    Yeah.

10    Q.    -- the right.

11    A.    The left signal.

12    Q.    The right signal.

13    A.    Oh, oh, yeah, yeah.

14    Q.    Right-hand --

15    A.    Yeah.

16    Q.    -- turn.

17    A.    Yeah.

18    Q.    Okay.  So you put on your right turn signal.

19    A.    Um-hum.

20    Q.    And you started to steer over towards the

21    right --

22    A.    Yeah.

23    Q.    -- curb, right?

24    A.    Yeah, started to pull over.

25    Q.    Okay.  And then he went around you --

1    A.    Yeah.

2    Q.    And there are a couple --

3    A.    Yeah.

4    Q.    -- parking places there that you can pull

5    over --

6    A.    Yeah.

7    Q.    -- right around there, and that's what you

8    were going to do --

9    A.    Yeah.

10    Q.    -- right?

11    A.    Yeah.

12    Q.    Okay.  All right.  So then you kept going

13    straight --

14    A.    Yeah.

15    Q.    -- southbound.

16    A.    Yeah --

17    Q.    And --

18    A.    -- I --

19    Q.    -- did you notice the -- another car pulling

20    in behind you again?

21    A.    I -- as soon as I was going through 25th, this

22    was south El Camino, I was going, you know, to the other

23    side.  I was looking to my right and I saw the back side

24    of the police car.

25          He was kind of facing away from El Camino, you

36

1    Q.    To your right.

2    A.    Yeah.

3    Q.    Okay.  So he was to your right or to the west.

4    A.    Yeah.

5    Q.    And you could see the rear --

6    A.    Yeah.

7    Q.    -- of the police car?

8    A.    Yeah.

9    Q.    Where was it, was it parked on the side of the

10   road or --

11   A.    Oh, no, no, he was just kind of driving

12   slowly.

13   Q.    He was slowly --

14   A.    Yeah.

15   Q.    How far was he from the intersection?

16   A.    I'd say about --

17   Q.    Just a couple car lengths back west?

18   A.    About 10 yards.

19   Q.    Okay.  And you kept going straight --

20   A.    Yeah.

21   Q.    -- southbound on El Camino.

22   A.    Yeah.

23   Q.    All right.  And you're in the right-hand lane.

24   A.    Right-hand lane.

25   Q.    Okay.  And then at some point thereafter it

38

1    appeared to you that a police car began following you

2    again?

3        A.    And then I look at my rear mirror, and then

4    the same police car was coming on to El Camino, and then

5    right turn, made a right turn and kept following me.

6        Q.    So after you went past 25th, you looked in

7    your --

8        A.    Yeah.

9        Q.    -- rearview mirror and you saw the front of

10   the police car come out from 25th --

11       A.    Yeah.

12       Q.    -- and turn right and head southbound on El

13   Camino behind you.

14       A.    Yeah.

15       Q.    Okay.  You're assuming it was the same police

16   car.

17       A.    Yeah, yeah, same one.

18       Q.    You think it was.

19       A.    Yeah.  No, no, it's the same one.  I mean --

20       Q.    Is there a number on the car that you can

21   identify --

22       A.    No.

23       Q.    -- the number?

24       A.    It was the same one.

25       Q.    You're -- you're figuring that based on the

39

1    A.    Yeah.

2    Q.    Which is on the west, on the right --

3    A.    Yeah.

4    Q.    -- as you're heading southbound --

5    A.    Yeah.

6    Q.    -- correct?

7    A.    Yeah.

8    Q.    And you get up to the area where the Sears

9  parking lot --

10    A.    Parking lot.

11    Q.    -- is off to your right --

12    A.    Yeah.

13    Q.    -- on the west.

14    A.    Yeah.

15    Q.    And the next cross street's 31st?

16    A.    Yeah, yeah, 31st.

17    Q.    And is that where you stopped?

18    A.    He pulled me over.

19    Q.    Is that where the --

20    A.    Yeah.

21    Q.    -- stop occurred?

22    A.    Yeah, yeah.  And then I pull over to the side

23  into the Sears parking lot.

24    Q.    Hold on.  So he's following you again from --

25    A.    Um-hum.

43

1    Q.    -- about 25th to the Sears --

2    A.    Yeah.

3    Q.    -- parking lot.

4    A.    Yeah.

5    Q.    Right before 31st --

6    A.    Yeah.

7    Q.    -- correct?

8    A.    Yeah.

9    Q.    And at that point in time you decided to stop

10   your car, right?

11   A.    Yeah, but the guy, his red light, and I pull

12   over.

13   Q.    He had his red light --

14   A.    Yeah.

15   Q.    -- on?

16   A.    Yeah.

17   Q.    So the officer turned his red --

18   A.    Yeah.

19   Q.    -- light on?

20   A.    Yeah.

21   Q.    Did he have a siren on?

22   A.    No, only the red light.

23   Q.    And where did you stop?

24   A.    I pull over to the side, and then he got out

25   of his car.

1    Q.    Well, where did you pull over?

2    A.    To the side.

3    Q.    There's no shoulder there.

4    A.    Yeah, there's -- there's a shoulder there.

5    Q.    Is there a parking strip there, there's a

6    place to park along El Camino --

7    A.    I really don't know, but --

8    Q.    All right.  So you pulled over to the

9    shoulder --

10    A.    Um-hum.

11    Q.    -- is that right?

12    A.    Yeah.

13    Q.    So you weren't blocking the right-hand lane --

14    A.    No.

15    Q.    -- of travel?

16    A.    I mean, there's no way, since his car was

17    behind me.

18    Q.    So when you're alongside the Sears parking --

19    A.    Yeah.

20    Q.    -- lot --

21    A.    Yeah.

22    Q.    -- in the Hillsdale Mall --

23    A.    Yeah.

24    Q.    -- right before 31st --

25    A.    Yeah.

45

1      A.    Yep.

2      Q.    And how many southbound lanes are there in the

3   area where the stop occurred?

4      A.    Three.

5      Q.    Three?

6      A.    Yeah, I think three, yeah.

7      Q.    Did you -- did you stop your car slowly or

8   suddenly after he put on his light?

9      A.    I just pulled over to the side and stopped.

10     Q.    So just --

11     A.    Yeah.

12     Q.    -- a normal --

13     A.    Yeah.

14     Q.    -- stop.  Okay.  And did you have your

15  driver's -- you know, the window for the driver's side,

16  was that up during the time that he was following you up

17  to the time that you pulled over and stopped, was your

18  window up?

19     A.    Yeah, but it wasn't really way up, it was

20  like, you know, because I needed some air, you know.

21     Q.    Okay.  So it wasn't completely up.

22     A.    Yeah, yeah, not --

23     Q.    So it was --

24     A.    Yeah.

25     Q.    -- like 90 percent --

```
1      A.    Yeah.

2      Q.    -- up?  So you had --

3      A.    Yeah.

4      Q.    -- a crack at the top?

5      A.    Yeah.

6      Q.    So what, like an inch or so --

7      A.    Yeah.

8      Q.    -- to let some air in --

9      A.    Yeah.

10     Q.    -- is that right?  And when you pulled over --

11     A.    Yeah.

12     Q.    -- to the right after you saw the red light

13  come on --

14     A.    Yeah.

15     Q.    -- did you pull right over?

16     A.    Yeah, I mean as soon as his red light came on,

17  I pull over.

18     Q.    Okay.  Did you signal to pull over --

19     A.    Yeah.

20     Q.    -- to the right?

21     A.    Yeah.

22     Q.    You did?

23     A.    Yeah, yeah.

24     Q.    You didn't signal to stop, you signaled to

25  turn --
```

49

1       A.    Yeah.

2       Q.    You couldn't tell if it was a man or a woman,

3   or could you?  Could you tell whether it was a --

4       A.    Oh, I --

5       Q.    -- female officer, a male officer, young, old?

6       A.    I really didn't pay any attention to the --

7       Q.    You just knew there was a driver --

8       A.    Yeah.

9       Q.    -- in the car, right?

10      A.    I was -- I was only thinking about me getting

11  to my job, you know.

12      Q.    Right.  And then when the cop was following

13  you, when the police officer was following you, could

14  you -- when you were looking in your rearview mirror

15  looking, you know, the front of the car following you --

16      A.    Um-hum.

17      Q.    -- could you see the officer, could you see

18  anything about him as he was seated there, could you --

19      A.    Yeah, I could see him, but, you know, not

20  really know what he looked like and stuff.

21      Q.    Yeah, it was dark and stuff.

22      A.    Yeah.  I mean, not really dark, but, you know,

23  when you're driving El Camino, there's lights --

24      Q.    Right.

25      A.    -- you know, on the road side and stuff --

1    Q.    -- his face while he's following you, right?

2    A.    Yeah.

3    Q.    All right.  So then going back to the -- to

4    where you're stopped next to the Sears parking lot --

5    A.    No, I.

6    Q.    -- going --

7    A.    Yeah, yeah, yeah.

8    Q.    -- ahead in time.

9    A.    Yeah.

10   Q.    Okay?  So now we're at the Sears --

11   A.    Yeah.

12   Q.    -- parking lot.

13   A.    Um-hum.

14   Q.    He stops the car --

15   A.    Yeah.

16   Q.    -- behind you and he gets out --

17   A.    Yeah.

18   Q.    -- the officer, he walks over to the -- to

19   your door?

20   A.    And --

21   Q.    Is that right?

22   A.    Yeah.

23   Q.    Okay.  And did you roll your window --

24   A.    Yeah.

25   Q.    -- down?

57

```
1      A.    And --

2      Q.    Did you roll your window down?

3      A.    Yeah.

4      Q.    All right, wait, I haven't asked you another

5  question.

6      A.    Yeah.

7      Q.    So what's the first thing the officer said to

8  you when he walked over to the car?

9      A.    "How much did you drink tonight?"  And I said

10  "I didn't drink.  I'm on my way to my job."  And --

11     Q.    Okay.

12     A.    -- he had his flashlight.

13     Q.    In your face.

14     A.    Yeah.  I mean, about half an inch or so, you

15  know.

16     Q.    So he shined the flashlight --

17     A.    Yeah.

18     Q.    -- in your eyes.

19     A.    Yeah.

20     Q.    All right.

21     A.    Yeah, I figured that --

22     Q.    Okay.  Let me --

23     A.    Yeah.

24     Q.    -- ask the question.

25     A.    Yeah.
```

58

1    Q.    One at a time, okay?

2    A.    Yeah.

3    Q.    So the officer walks up to --

4    A.    Yeah.

5    Q.    -- your car, you rolled down the window --

6    A.    Um-hum.

7    Q.    -- right?

8    A.    Yeah.

9    Q.    And he asked whether you'd been drinking?

10   A.    Yeah.

11   Q.    Is that right?

12   A.    Yeah, "how much did you drink tonight?"

13   Q.    "How much did you drink tonight."

14   A.    Yeah.

15   Q.    That was his question.

16   A.    Yes.

17   Q.    And you said "nothing."

18   A.    I said "no, I'm -- I" --

19   Q.    "I'm on my way to work."

20   A.    Yeah, "I'm on my way" --

21   Q.    Okay.  And he shined the light in your face?

22   A.    Yes.

23   Q.    Right into your eyes?

24   A.    Yes.  Then --

25   Q.    Wait, wait, wait, just one question at a time.

1  Did he shine --

2      A.    Yeah.

3      Q.    -- the flashlight in your eyes?

4      A.    Yeah.

5      Q.    Okay.  And that was the first time you could

6  actually see him --

7      A.    Yeah.

8      Q.    -- right?

9      A.    Yeah.

10     Q.    Is that right?

11     A.    Yeah.  He was a white police officer.

12     Q.    So when he walked over and you rolled down the

13 window and looked at him, you could see for the first

14 time --

15     A.    Yeah.

16     Q.    -- that he a Caucasian --

17     A.    Yeah.

18     Q.    -- man, right?

19     A.    Yeah.

20     Q.    Correct?

21     A.    Yeah.

22     Q.    And he could see who you were.

23     A.    Yeah.

24     Q.    As far as you know, that was the first time he

25 could see your face.

60

1  A. Yeah.

2  Q. And he asked about the alcohol and you said

3 "no" --

4  A. No.

5  Q. -- "I'm on my way to work" --

6  A. Yeah.

7  Q. -- correct?

8  A. Yeah, and I don't drink.

9  Q. Okay.  And then did he ask you for your

10 driver's license --

11  A. Yeah.

12  Q. -- registration and insurance?

13  A. Yeah, but --

14  Q. Did he --

15  A. -- he asked driver's license first.

16  Q. First, okay.  And you gave it to him.

17  A. And then he --

18  Q. Did you give it to him?

19  A. Yeah, I gave to it him.

20  Q. Did you argue with him at all about that?

21  A. I was saying something because --

22  Q. Well, when he just asked you for your license,

23 when he said "can I see your license," did you argue

24 with him about that?

25  A. I was -- you know, I think I was saying one

61

1    bad word or something, you know.

2        Q.    You were mad at that point because --

3        A.    Not really mad, but I was asking myself "hey

4    what's this?"  I mean, that I didn't do anything at all,

5    all of a sudden this guy was following me for 11 blocks,

6    and all of a sudden he pulled me over, and then he was

7    asking for my driver's license.  And I was not speeding,

8    I was not running through red lights --

9        Q.    So you were angry?

10       A.    Yeah, sort of.

11       Q.    What's that?

12       A.    Yeah.  I mean, as a person of color, I mean,

13   to be pulled over and accused of drunk driving, and

14   then --

15       Q.    So --

16       A.    Man, I'm on my way to my job.

17       Q.    Okay.  So you were angry.

18       A.    Yeah.

19       Q.    Okay.  So you -- did you raise your voice?

20       A.    Yeah, I raised my voice.

21       Q.    You --

22       A.    I mean, it was a normal human reaction for

23   being pulled over for nothing.

24       Q.    I'm just trying to get --

25       A.    Yeah.

1    Q.    -- the facts --

2    A.    Yeah.

3    Q.    -- as to what happened, all right?

4    A.    Yeah.

5    Q.    So did you yell at him?

6    A.    Yeah.

7    Q.    Okay.  Did you use swear words when you --

8    A.    Yeah, yeah.

9    Q.    -- were yelling at him?

10    A.    Yeah.

11    Q.    Did you call him some names?

12    A.    I really don't know if I called him names, but

13    I was kind of, you know, pissed off.

14    Q.    Yeah.

15    A.    You know, because I --

16    Q.    So you used the F word a few times in there.

17    A.    I don't know, maybe one, two times or some-

18    thing, you know, because --

19    Q.    Well, you did or you didn't.  Did you?

20    A.    Yeah.

21    Q.    All right.  So did another officer show up

22    after you started yelling and screaming at him?

23    A.    He took my driver's license and he called for

24    backup.

25    Q.    Is that because you were yelling at him?

63

1   lying.

2       A.    Yeah, yeah, on the citations.

3       Q.    Or anywhere really.  All right.  So Mr.

4   Naufahu, let's talk about the other incident, or two

5   incidents where you were stopped.  So my understanding

6   is those stops that are mentioned in your complaint

7   occurred on July 12 --

8       A.    Yeah.

9       Q.    -- 2007?

10      A.    Seven.

11      Q.    So do I have the date right?

12      A.    Yeah.

13      Q.    Okay.  All right.  So that evening once again

14  were you driving --

15      A.    Yeah.

16      Q.    -- the same car, '83 Buick.

17      A.    Yeah.

18      Q.    And you were on your way to work.

19      A.    Yeah.

20      Q.    Like -- so it was like 3:00 or something in

21  the morning?

22      A.    Yeah, I was driving on Delaware Street.

23      Q.    And you were coming from home?

24      A.    Yeah.

25      Q.    And you were going to go to work in San

92

1   Carlos?

2       A.    Yeah.

3       Q.    And how fast were you going on Delaware?

4       A.    25th.

5       Q.    What?

6       A.    25th mile -- 25 miles per hour, that's the

7   speed limit.

8       Q.    Okay.  And were you pulled over?

9       A.    He was following me for about four blocks and

10  then pulled me over at the corner of Second Avenue and

11  Delaware Street.

12      Q.    Where again?

13      A.    Second Avenue, at the corner of Second Avenue

14  and Delaware Street.

15      Q.    Okay.

16      A.    In San Mateo.

17      Q.    So he put on his light?

18      A.    Yeah.

19      Q.    Siren or just light?

20      A.    Only the light.

21      Q.    Okay.  And he walked over to your car?

22      A.    Yeah.

23      Q.    And what did he ask you?

24      A.    "Hey, you were not driving straight," you

25  know --

                                                    93

1     Q.    Okay.  So he said you were weaving a little?

2     A.    Yeah.

3     Q.    And what else did he say?

4     A.    "Are you drunk?"  I said "no, I'm -- I'm on my

5  way to work."

6     Q.    All right.  And --

7     A.    And then he asked for my driver's license.

8     Q.    Okay.

9     A.    And he took it, checked it, and then came back

10  and said "okay, you can leave now."

11     Q.    All right.  So basically he thought you were

12  weaving and he --

13     A.    No, no, he --

14     Q.    That's what he said, he thought --

15     A.    Yeah.

16     Q.    -- you were weaving, right?

17     A.    Yeah, that guy --

18     Q.    I didn't say that you were, I said that he

19  thought you were weaving.

20     A.    Guy was just making it up.

21     Q.    Mr. Naufahu, I'm just trying to get the record

22  clear about what was said.  So he told you he thought

23  you were --

24     A.    No.

25     Q.    -- had been weaving.

1       A.    Yeah.

2       Q.    And he come back -- came back and said you can

3   go, is that right?

4       A.    And he didn't even ask me to step outside to

5   take, what you call it, breath test or something.

6       Q.    Did he shine the light in your face?

7       A.    No.

8       Q.    Did he look at you?

9       A.    Yeah, he was looking at me.

10      Q.    And he was talking to you.

11      A.    Yeah.

12      Q.    Okay.  So I guess he believed that you hadn't

13  been drinking.

14      A.    Yes.

15      Q.    All right.  And he -- and you went on your

16  way.

17      A.    Yeah.

18      Q.    How long did that stop take?

19      A.    About four minutes, something.

20      Q.    All right.  Did he make any racial comments to

21  you, any discriminatory remarks to you?

22      A.    No, I was telling him that I had filed a

23  lawsuit against San Mateo police department.

24      Q.    And what did he say?

25      A.    And then I told him that San Mateo police

                                                    97

1    evening --

2        A.    Um-hum.

3        Q.    -- did you then go to a store?

4        A.    I stopped by the gas station to put in some

5    gas, and then from there to Safeway and El Camino.

6        Q.    Um-hum.

7        A.    In San Mateo, too.  And I went in and bought

8    some lunch.

9        Q.    You bought something to eat later?

10       A.    Yeah, for my lunch at work.

11       Q.    Okay.

12       A.    I wasn't there, you know, maybe four, five

13   minutes.

14       Q.    All right.  Then you got on the road again?

15       A.    Yeah.

16       Q.    And started to drive towards work again,

17   correct?

18       A.    Yeah, on El Camino going south.

19       Q.    So then you were southbound --

20       A.    Yeah.

21       Q.    -- on El Camino and you got pulled over that

22   time --

23       A.    One block south of 37th Avenue.

24       Q.    Okay.  And was the officer following you for

25   some distance?

                                                        100

1    Q.    But you think he sounded mad.

2    A.    Yeah, he was mad.

3    Q.    How long was that stop?

4    A.    It was quick, as soon as say that it's -- say

5    maybe.

6    Q.    Like 30 seconds?

7    A.    Yeah, a minute or something.

8    Q.    And he never asked --

9    A.    Oh, and then I remember him saying something

10   else, "hey, don't talk back to me or else I'll give you

11   a citation."

12   Q.    I thought you said you couldn't remember

13   anything he said.

14   A.    Yeah, but -- but that was this one thing that

15   I heard very clearly, "hey, don't talk to me or else

16   I'll give you a citation."

17   Q.    What did you say to him to make him say that?

18   A.    He was saying something else, but that's what

19   I heard him saying.

20   Q.    All right.  Okay.  So you now remember --

21   A.    Yeah, yeah.

22   Q.    -- that he said "don't talk back to me" --

23   A.    Yeah.

24   Q.    -- "or I'll" --

25   A.    Yeah.

104

1    Q.    Well, this is a serious matter, Mr. Naufahu,

2    you're under oath, okay?

3    A.    I'm just telling you the guy turned on his red

4    light and that's what made me to pull over.

5    Q.    I don't know what to think, Mr. Naufahu.    It

6    sounds to me like you were angry that the officer was

7    following you for 11 blocks.

8    A.    Yeah, I was --

9    Q.    And you didn't think you did anything wrong,

10    did you?  You're on your way to work, right?

11    A.    Yeah.

12    Q.    And you weren't speeding, right?

13    A.    Not -- no speeding.

14    Q.    And -- and you just wanted to go to work,

15    right?

16    A.    Yeah.

17    Q.    And he's following you and following you and

18    following you, right?

19    A.    Yeah.

20    Q.    So you got mad, right?

21    A.    Yeah.

22    Q.    So you decided to stop and find out why he was

23    following you, didn't you?  Isn't that what happened?

24    A.    I didn't stop until he turned on his red

25    light.

1      Q.    Well, Mr. Naufahu, you read the statement that

2  we filed with the court where we in that statement on

3  behalf of the city said that you just stopped all on

4  your own without being pulled over.  You read that,

5  right?

6      A.    Yeah, I read that.

7      Q.    So you knew that coming in to today's

8  deposition that that was the position that we were

9  taking, right?

10     A.    Um-hum.

11     Q.    Isn't that right?

12     A.    Yeah.

13     Q.    Okay.  So you decided you were going to

14  testify today to protect your interests, isn't that

15  right?

16     A.    Hey --

17     Q.    Isn't that right?

18     A.    Look --

19     Q.    Isn't it right, Mr. Naufahu?

20     A.    Look --

21     Q.    You told a different story before you saw the

22  statement, and then after you saw our statement filed on

23  behalf of the City of San Mateo, you changed your story.

24     A.    No.

25     Q.    Isn't that right?

185

1      A.    I don't say it's my story.

2      Q.    Okay.  Mr. Naufahu, you know, you're under

3   oath --

4      A.    Yeah, yeah.

5      Q.    -- to tell the truth.

6      A.    Yeah.

7      Q.    Under penalty of --

8      A.    Yeah.

9      Q.    -- perjury.  And we're in Federal Court.  I'm

10  going to give you one more chance, okay?  In fairness to

11  you to tell the truth, all right?  So let me represent

12  to you that we have the tape from Lieutenant Parisian,

13  it will be transcribed and it will be given to you and

14  admitted into evidence.

15          So I want you to tell the truth now, okay?  So

16  isn't it a fact, Mr. Naufahu, that on February 20th,

17  2006, you were angry that this officer was following you

18  and you decided to stop on your own without his turning

19  on his red light?  Isn't that the truth?

20          You think about it, you're under penalty of

21  perjury in Federal Court.  Tell the truth.

22      A.    Yeah, that -- that I may have done that.

23      Q.    All right.  Okay.  And it's also true, Mr.

24  Naufahu, that there is no shoulder to pull your car off

25  the side of the road alongside the parking lot of the

                                                    186

1    Q.    Isn't that -- isn't that a red painted curb

2    with no shoulder?  There's nowhere to pull off the road

3    there, is there?

4    A.    Yeah, I don't know --

5    Q.    Well --

6    A.    -- but --

7    Q.    -- you live here, don't you?

8    A.    Yeah, but --

9    Q.    How many times do you drive that way?

10    A.    All these years.

11    Q.    Right.  You go past the Hillsdale Mall, right?

12    A.    Yeah, but --

13    Q.    There's no shoulder --

14    A.    -- that morning, that was first time that it

15    happened to me.

16    Q.    There's no shoulder there to pull over there,

17    Mr. Naufahu.

18    A.    Yeah, there may be no shoulder.

19    Q.    But you told me under oath yesterday that you

20    pulled your car on to the shoulder completely off the

21    road, so you weren't blocking traffic.  Do you remember

22    that testimony yesterday?

23    A.    Yeah.

24    Q.    Well, was --

25    A.    Hey --

1    Q.    Is that true or not?

2    A.    There was no traffic.  So why are you -- are

3    you bringing this --

4    Q.    Was that a lie yesterday or not?  You made an

5    affirmative representation yesterday that there was a

6    shoulder there and you pulled off the road.

7    A.    Maybe we will have to go there --

8    Q.    I've been there.

9    A.    -- and then I'll show you where I --

10    Q.    I've been there.  There's no shoulder there,

11    it's a red painted curb.  And no shoulder and nowhere to

12    pull off.

13    A.    And you have to understand, I was kind of

14    pissed off --

15    Q.    I do understand.

16    A.    -- and I --

17    Q.    Okay, so you -- you know, you said you were

18    pissed off --

19    A.    Yeah.

20    Q.    -- so you just stopped your car in the road,

21    right?  And -- right?  Truthfully, isn't that right?

22    A.    I know I stopped.

23    Q.    Okay.  In the road.

24    A.    Yeah.

25    Q.    All right.  And that's why you got a ticket.

189