1  David M. King, Esq. (Bar No. 95279)
   CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
2  Professional Law Corporation
   216 Park Road
3  P.O. Box 513
   Burlingame, California 94011-0513
4  Telephone:   (650) 342-9600
   Facsimile:   (650) 342-7685
5
6  Attorneys for Defendant
   City of San Mateo, a City Incorporated

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10

11 AISAKE (ISACC) P. NAUFAHU, an              No. C 07 4517
   individual Pro Se Litigant,
12                                             CERTIFICATE OF SERVICE OF
                    Plaintiff,                 MOTION FOR SUMMARY JUDGMENT
13                                             AND SUPPORTING DECLARATIONS
        vs.
14
   CITY OF SAN MATEO, a City
15 Incorporated, SAN MATEO CHIEF OF
   POLICE S.E. MANHEIMER, SAN
16 MATEO POLICE CAPTAIN M.
   CALLAGY, SAN MATEO POLICE
17 LIEUTENANT A. J. PARISIAN, SAN
   MATEO POLICE AMENDING OFFICER
18 JACK RATCLIFFE, S26, SAN MATEO
   POLICE OFFICER BOLOGNA BADGE
19 NUMBER 95, 4 UNA\NAMED SAN
   MATEO POLICE OFFICERS,
20
                    Defendants.
21

22

23                        **CERTIFICATE OF SERVICE**

24     I, the undersigned, declare that I am employed in the County of San Mateo, California. I

25 am over the age of eighteen (18) years and not a party to this action. My business address is 216

26 Park Road, P.O. Box 513, Burlingame, California 94011-0513.

27     I am readily familiar with this business' practice for collection and processing of

28 correspondence for mailing with the United States Postal Service and know that this

1  correspondence would be deposited with the United States Postal Service this day in the ordinary
2  course of business.
3      On August 15, 2008, I served a copy of each of the documents listed below by placing
4  said copies for processing as indicated herein:

- CITY OF SAN MATEO'S MOTION FOR SUMMARY JUDGMENT;
- DECLARATION OF DAVID M. KING IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT;
- DECLARATION OF SHAWN MASON IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT;
- DECLARATION OF OFFICER MATTHEW LETHIN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT;
- DECLARATION OF OFFICER RICHARD REYNA IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT;
- DECLARATION OF OFFICER JOHN BOLOGNA IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT; and
- DECLARATION OF OFFICER ALLAN PARISIAN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

by placing a true copy thereof in a sealed envelope and placing this envelope for collection and mailing this date following the ordinary business practices of Carr, McClellan, Ingersoll, Thompson & Horn for deposit of correspondence in the United States Postal Service, addressed as follows:

> Aisake (Isacc) P. Naufahu
> Pro Se Litigant
> 339 North Claremont
> San Mateo, CA  94401

Executed on August 15, 2008, at Burlingame, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Lori J. Stumpf