1  David M. King, Esq. (Bar No. 95279)
   Jeremy A. Burns, Esq. (Bar No. 239917)
2  CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
   Professional Law Corporation
3  216 Park Road
   P.O. Box 513
4  Burlingame, California  94011-0513
   Telephone:    (650) 342-9600
5  Facsimile:    (650) 342-7685

6  Attorneys for Defendant City of San Mateo

7

8                     UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 AISAKE (ISACC) P. NAUFAHU, an                 No. C 07-04517 MMC
   individual Pro Se Litigant,
12                                               [PROPOSED] ORDER GRANTING
                    Plaintiff,                   DEFENDANT CITY OF SAN MATEO'S
13                                               MOTION FOR SUMMARY JUDGMENT
            vs.
14
   CITY OF SAN MATEO, a City
15 Incorporated, SAN MATEO CHIEF OF
   POLICE S.E. MANHEIMER, SAN
16 MATEO POLICE CAPTAIN M.
   CALLAGY, SAN MATEO POLICE
17 LIEUTENANT A. J. PARISIAN, SAN
   MATEO POLICE AMENDING OFFICER
18 JACK RATCLIFFE, S26, SAN MATEO
   POLICE OFFICER BOLOGNA BADGE
19 NUMBER 95, 4 UNNAMED SAN
   MATEO POLICE OFFICERS,
20
                    Defendants.
21

22

23         The hearing on defendant City of San Mateo's Motion for Summary Judgment came on

24 regularly  for  hearing  on _____  before the  Honorable  Judge  Maxine  M.

25 Chesney.  David M. King appeared on behalf of Defendant City of San Mateo.  Aisake Naufahu

26 appeared In Pro Per.

27         The Court, having considered the papers submitted in support of and in opposition to the

28 Motion for Summary Judgment, and having had the benefit of oral argument, finds as follows:

1    IT IS ORDERED that the motion for summary judgment is granted and that judgment

2    shall be entered in favor of defendant City of San Mateo and against plaintiff Aisake Naufahu.

3    Dated: _____

4

5    _____

6    JUDGE MAXINE M. CHESNEY

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

I declare that I am employed in the County of San Mateo, California. I am over the age of eighteen (18) years and not a party to this action. My business address is 216 Park Road, P.O. Box 513, Burlingame, California 94011-0513.

I certify that the original papers filed with the Court and all copies of papers, documents, and exhibits, whether filed with the Court or served on other parties, are prepared on recycled paper.

I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the United States Postal Service and know that this correspondence would be deposited with the United States Postal Service this day in the ordinary course of business.

On August 15, 2008, I served the attached:

- **[PROPOSED] ORDER GRANTING DEFENDANT CITY OF SAN MATEO'S MOTION FOR SUMMARY JUDGMENT**

by placing a true copy thereof in a sealed envelope and placing this envelope for collection and mailing this date following the ordinary business practices of Carr, McClellan, Ingersoll, Thompson & Horn for deposit of correspondence in the United States Postal Service, addressed as follows:

>   Aisake (Isacc) P. Naufahu
>   Pro Se Litigant
>   339 North Claremont
>   San Mateo, CA 94401

Executed on August 15, 2008, at Burlingame, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Lori J. Stumpf

26839.00011\BGLIB1\1372861.1