1  David M. King, Esq. (Bar No. 95279)
   Jeremy A. Burns, Esq. (Bar No. 239917)
2  CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
   Professional Law Corporation
3  216 Park Road
   P.O. Box 513
4  Burlingame, California 94011-0513
   Telephone:  (650) 342-9600
5  Facsimile:  (650) 342-7685

6  Attorneys for Defendant City of San Mateo

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AISAKE (ISACC) P. NAUFAHU, an individual Pro Se Litigant,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN MATEO, a City Incorporated, SAN MATEO CHIEF OF POLICE S.E. MANHEIMER, SAN MATEO POLICE CAPTAIN M. CALLAGY, SAN MATEO POLICE LIEUTENANT A. J. PARISIAN, SAN MATEO POLICE AMENDING OFFICER JACK RATCLIFFE, S26, SAN MATEO POLICE OFFICER BOLOGNA BADGE NUMBER 95, 4 UNNAMED SAN MATEO POLICE OFFICERS,<br><br>Defendants. | No. C 07-04517 MMC<br><br>**NOTICE OF MOTION OF DEFENDANT CITY OF SAN MATEO'S MOTION FOR SUMMARY JUDGMENT**<br><br>Action Filed: July 31, 2007<br><br>Date:    September 26, 2008<br>Time:    9:00 a.m.<br>Dept.:   15<br>Judge:   The Honorable Maxine Chesney |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that on September 26, 2008 at 9:00 a.m., or as soon thereafter as this matter may be heard in Department 15 of the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California, 94102, before the Honorable Maxine M. Chesney, defendant City of San Mateo ("San Mateo") hereby will and does move for summary judgment to Plaintiff's complaint pursuant to Federal Rule of Civil Procedure 56.

1   This motion is based on this Notice of Motion, Motion, Memorandum of Points and
2   Authorities, declarations and the exhibits attached thereto, and such oral and written argument
3   and evidence as may be presented on this Motion.
4   Dated: August 18, 2008

5   RESPECTFULLY SUBMITTED,

6   CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
    Professional Law Corporation

    By: _____
    David King / Jeremy A. Burns
    Attorneys for Defendant
    City of San Mateo

**PROOF OF SERVICE**

I declare that I am employed in the County of San Mateo, California. I am over the age of eighteen (18) years and not a party to this action. My business address is 216 Park Road, P.O. Box 513, Burlingame, California 94011-0513.

I certify that the original papers filed with the Court and all copies of papers, documents, and exhibits, whether filed with the Court or served on other parties, are prepared on recycled paper.

I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the United States Postal Service and know that this correspondence would be deposited with the United States Postal Service this day in the ordinary course of business.

On August 18, 2008, I served the attached:

- **NOTICE OF MOTION OF DEFENDANT CITY OF SAN MATEO'S MOTION FOR SUMMARY JUDGMENT**

by placing a true copy thereof in a sealed envelope and placing this envelope for collection and mailing this date following the ordinary business practices of Carr, McClellan, Ingersoll, Thompson & Horn for deposit of correspondence in the United States Postal Service, addressed as follows:

    Aisake (Isacc) P. Naufahu
    Pro Se Litigant
    339 North Claremont
    San Mateo, CA 94401

Executed on August 18, 2008, at Burlingame, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Lori J. Stumpf

26839.00011\BGLIB1\1372861.1