IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AISAKE (ISSAC) P. NAUFAHU,

    Plaintiffs

  v.

CITY OF SAN MATEO, et al.,

    Defendants
                                 /

No. C 07-4517 MMC

**ORDER RE: PLAINTIFF'S FILING OF AUGUST 11, 2008**

    Before the Court is plaintiff's filing of August 11, 2008, the title of which reads in part: "Plaintiff's Motion to Legal Necessary Disposition of Case by Trial," by which filing plaintiff appears to provide a list of those witnesses he intends to call at trial. Accordingly, plaintiff's August 11, 2008 filing will be addressed at the pre-trial conference scheduled for November 17, 2008.

    **IT IS SO ORDERED**.

Dated: August 19, 2008

                                            MAXINE M. CHESNEY
                                           United States District Judge