IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AISAKE (ISSAC) P. NAUFAHU,

        Plaintiff,

  v.

CITY OF SAN MATEO, et al.,

        Defendants.
                                   /

No. CV-07-4517 MMC

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** San Mateo's motion for summary judgment is hereby GRANTED.

Dated: September 22, 2008                                    Richard W. Wieking, Clerk

                                                                                *Tracy Lucero*

                                                                              By: <u>Tracy Lucero</u>
                                                                                <u>Deputy Clerk</u>